IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
PAUL KUCK, On Behalf Of Himself And All Others :
Similarly Situated, :
: 
                 Plaintiff, :
v. : Civil Action No. 04-831-SLR
:
VERITAS SOFTWARE CORPORATION, :
EDWIN J. GILLIS, and GARY L. BLOOM, :
:
                 Defendants. :
---------------------------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Barbara F. Wolf, Esquire, Andrew M. Schatz, Esquire, and Jeffrey S. Nobel, Esquire, of Schatz & Nobel, P.C., One Corporate Center, Suite 1700, 20 Church Street, Hartford, CT 06103, to represent the plaintiff in this matter.

                         ROSENTHAL, MONHAIT, GROSS
                            & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (DSBA No. 1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Plaintiff

Date: March 1, 2005

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* of Barbara F. Wolf, Andrew M. Schatz, and Jeffrey S. Nobel is granted.

Dated: March ____, 2005

                                              _____
                                              United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 24, 2005

_Barbara F. Wolf_
BARBARA F. WOLF, ESQUIRE
Schatz & Nobel, P.C.
One Corporate Center - Suite 1700
20 Church Street
Hartford, CT 06103
Tel. 860-493-6292

**CERTIFICATION BY COUNSEL
TO BE ADMITTED *PRO HAC VICE*** 

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 24, 2005

ANDREW M. SCHATZ, ESQUIRE
Schatz & Nobel, P.C.
One Corporate Center - Suite 1700
20 Church Street
Hartford, CT 06103
Tel. 860-493-6292

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 28, 2005

JEFFREY S. NOBEL, ESQUIRE
Schatz & Nobel, P.C.
One Corporate Center - Suite 1700
20 Church Street
Hartford, CT 06103
Tel. 860-493-6292

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2005, a copy of the foregoing **Motion And Order For Admission Pro Hac Vice** was electronically served upon:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware  19899

_____
Norman M. Monhait (DSBA No. 1040)