IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
PAUL KUCK, On Behalf Of Himself And All Others  :
Similarly Situated,                             :
                                                :
                Plaintiff,                      :
                                                :
        v.                                      :   Civil Action No. 04-831-SLR
                                                :
VERITAS SOFTWARE CORPORATION,                   :
EDWIN J. GILLIS, and GARY L. BLOOM,             :
                                                :
                Defendants.                     :
---------------------------------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of David J. Goldsmith, Esquire, of Goodkind Labaton Rudoff & Sucharow LLP, 100 Park Avenue, 12th Floor, New York, New York 10017, to represent the plaintiff in this matter.

                            ROSENTHAL, MONHAIT, GROSS
                                & GODDESS, P.A.

                            By: /s/ Norman Monhait
                            Norman M. Monhait (DSBA No. 1040)
                            919 Market Street, Suite 1401
                            Citizens Bank Center
                            P.O. Box 1070
                            Wilmington, DE  19899-1070
                            (302) 656-4433
                            Attorneys for Plaintiff

Date: March 1, 2005

*IT IS HEREBY ORDERED* counsel's motion for admission *pro hac vice* of David J. Goldsmith is granted.

Date:   March ___, 2005           _____
                                  United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 24, 2005

_____
DAVID J. GOLDSMITH, ESQUIRE
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, New York 10017-5563
Tel: (212) 907-0700
Fax: (212) 818-0477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2005, a copy of the foregoing **Motion And Order For Admission Pro Hac Vice** was electronically served upon:

>   Peter J. Walsh, Jr., Esquire
>   Potter Anderson & Corroon LLP
>   Hercules Plaza, 6th Floor
>   1313 N. Market Street
>   Wilmington, Delaware  19899

_____
Norman M. Monhait (DSBA No. 1040)