IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
PAUL KUCK, On Behalf Of Himself And All Others :
Similarly Situated,                              :
                                                 :
                    Plaintiff,                   :
    v.                                           :  Civil Action No. 04-831-SLR
                                                 :
VERITAS SOFTWARE CORPORATION,                    :
EDWIN J. GILLIS, and GARY L. BLOOM,              :
                                                 :
                    Defendants.                  :
---------------------------------------------------------------x

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jeffrey M. Norton, Esquire, of Wechsler Harwood LLP, 488 Madison Avenue, 8th Floor, New York, New York 10022, to represent the plaintiff in this matter.

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (DSBA No. 1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Plaintiff

Date: March 1, 2005

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* of Jeffrey M. Norton is granted.

Date: March ___, 2005                  _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund, effective 01/01/05, I further certify that an annual fee of $25 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: February 24, 2005

JEFFREY M. NORTON, ESQ.
Wechsler Harwood LLP
488 Madison Ave., 8th Fl.
New York, NY 10022
Tel. (212) 935-7400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of March, 2005, a copy of the foregoing **Motion And Order For Admission Pro Hac Vice** was electronically served upon:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899

_____
Norman M. Monhait (DSBA No. 1040)