IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PAUL KUCK, On Behalf of Himself and All Others Similarly Situated,<br><br>           Plaintiff,<br>v.<br><br>VERITAS SOFTWARE CORPORATION, EDWIN J. GILLIS, and GARY L. BLOOM,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 04-831 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Peter J. Walsh, Jr., of Potter Anderson & Corroon LLP in the place of Erica L. Niezgoda, by its undersigned attorneys on behalf of Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom in this matter.

OF COUNSEL:
Boris Feldman, Esquire
Nina F. Locker, Esquire
Peri Nielsen, Esquire
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

POTTER ANDERSON & CORROON LLP

By: /s/ Peter J. Walsh, Jr.
    Peter J. Walsh, Jr. (DSB ID No. 2437)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Post Office Box 951
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    E-mail: pwalsh@potteranderson.com
*Attorneys for Defendants*
*VERITAS Software Corporation,*
*Edwin J. Gillis and Gary L. Bloom*

Dated: March 7, 2005

672716v1/28298

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Peter J. Walsh, Jr., hereby certify that on March 7, 2005, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Norman Monhait, Esquire (DSB ID No. 1040)
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
Wilmington, Delaware 19801
Tel: (302) 656-4433
Email: nmonhait@rmgglaw.com

Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: pwalsh@potteranderson.com

672716v1/28298