## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

IN RE VERITAS SOFTWARE CORP.
SECURITIES LITIGATION

Case No. 04-CV-831 (SLR)
Consolidated Action

THIS DOCUMENT RELATES TO:
All Actions

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs and counsel for Defendants, that initial scheduling for the above matter shall be as follows:

A.  Plaintiffs shall file and serve their Consolidated Amended Class Action Complaint ("CAC") on or before May 16, 2005;

B.  Defendants shall respond to the CAC on or before June 30, 2005;

C.  If Defendants' response to the CAC is in the form of a motion to dismiss, Plaintiffs shall have until August 15, 2005 to serve and file an answering brief, and Defendants shall then have until September 14, 2005 to serve and file a reply brief.

**AGREED TO BY:**

ROSENTHAL, MONHAIT, GROSS
& GODDESS

By: _____

Norman Monhait (DSBA # 1040)
Citizens Bank Center, Ste. 1401
P.O. Box 1070
Wilmington, DE 19899
Tel. (302) 656-4433

*Liaison Counsel for Plaintiffs*

POTTER ANDERSON & CORROON, LLP

By: _____

Peter J. Walsh, Jr (DSBA # 2437)
1313 N. Market St.
Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951
Tel. (302) 984-6037

**WECHSLER HARWOOD LLP**
Robert I. Harwood, Esq.
Jeffrey M. Norton, Esq.

488 Madison Ave.
New York, NY 10022
Tel. (212) 935-7400

**GOODKIND LABATON RUDOFF**
**& SUCHAROW LLP**
David J. Goldsmith, Esq.
Shelley Thompson, Esq.
100 Park Ave.
New York, NY10017
Tel. (212) 907-0700

**SCHATZ & NOBEL, P.C.**
Andrew M. Schatz, Esq.
Barbara F. Wolf, Esq.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
Tel. (860)493-6292

***Co-Lead Counsel for Plaintiffs***

**WILSON SONSINI GOODRICH**
**& ROSATI**
Nina F. Locker, Esq.
Peri B. Nielson, Esq.
650 Page Mill Rd.
Palo Alto, CA 94304
Tel. (650) 493-9300

***Attorneys for Defendants***

**SO ORDERED:**

_____
United States District Judge

DATED this _____ day of _____, 2005