UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

IN RE VERITAS SOFTWARE CORP.
SECURITIES LITIGATION

Case No. 04-CV-831 (SLR)
Consolidated Action

THIS DOCUMENT RELATES TO:
All Actions

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiffs and counsel for Defendants, that initial scheduling for the above matter shall be as follows:

A. Plaintiffs shall file and serve their Consolidated Amended Class Action Complaint ("CAC") on or before May 27, 2005;

B. Defendants shall respond to the CAC on or before July 20, 2005;

C. If Defendants' response to the CAC is in the form of a motion to dismiss, Plaintiffs shall have until September 7, 2005 to serve and file an answering brief, and Defendants shall then have until October 7, 2005 to serve and file a reply brief.

**AGREED TO BY:**

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: _____
Norman Monhait (DSBA # 1040)
Citizens Bank Center, Ste. 1401
P.O. Box 1070
Wilmington, DE 19899
Tel. (302) 656-4433

*Liaison Counsel for Plaintiffs*

POTTER ANDERSON & CORROON, LLP

By: _____
Peter J. Walsh, Jr (DSBA #2437)
1313 N. Market St.
Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899
Tel. (302) 984-6037

| | |
|---|---|
| **WECHSLER HARWOOD LLP**<br>Robert I. Harwood, Esq.<br>Jeffrey M. Norton, Esq.<br><br>488 Madison Ave.<br>New York, NY 10022<br>Tel. (212) 935-7400 | **WILSON SONSINI GOODRICH & ROSATI**<br>Nina F. Locker, Esq.<br>Peri B. Nielson, Esq.<br>650 Page Mill Rd.<br>Palo Alto, CA 94304<br>Tel. (650) 493-9300 |
| **GOODKIND LABATON RUDOFF & SUCHAROW LLP**<br>David J. Goldsmith, Esq.<br>Shelley Thompson, Esq.<br>100 Park Ave.<br>New York, NY 10017<br>Tel. (212) 907-0700 | *Attorneys for Defendants* |

**SCHATZ & NOBEL, P.C.**
Andrew M. Schatz, Esq.
Barbara F. Wolf, Esq.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
Tel. (860)493-6292

*Co-Lead Counsel for Plaintiffs*

**SO ORDERED:**

_____
United States District Judge

DATED this _____ day of _____, 2005