## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of May, 2005, a copy of the **Consolidated Amended Class Action Complaint** was served, by electronic filing, upon:

Peter J. Walsh, Jr., Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899

and a copy by United States mail, first class postage prepaid, upon:

Andrew M. Schatz, Esquire
Barbara F. Wolf, Esquire
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

David J. Goldsmith, Esquire
Shelley Thompson, Esquire
Goodkind Labaton Rudoff
  & Sucharow LLP
100 Park Avenue
New York, NY 10017

Jeffrey M. Norton, Esquire
Wechsler Harwood LLP
488 Madison Avenue
New York, New York 10022

Richard A. Maniskas, Esquire
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

Eric J. Belfi, Esquire
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Norman M. Monhait (DSBA No. 1040)
ROSENTHAL MONHAIT GROSS
  & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com

Attorneys for Plaintiffs