## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) | Case No: 04-CV-831 (SLR) Consolidated Action |

## DEFENDANTS' MOTION TO DISMISS
## THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

Defendants respectfully move for an order dismissing plaintiff's Consolidated Amended Class Action Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of its motion, defendants submit their accompanying Opening Brief In Support of Defendants' Motion to Dismiss The Consolidated Amended Class Action Complaint.

POTTER ANDERSON & CORROON LLP

By:_____
    Peter J. Walsh, Jr. (DSB ID No. 2437)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Email: pwalsh@potteranderson.com

OF COUNSEL:
Nina F. Locker, Esquire
Peri Nielsen, Esquire
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

*Attorneys for Defendants VERITAS
Software Corporation, Edwin J. Gillis,
Gary L. Bloom and John Brigden*

Dated July 20, 2005

691338v1/28298

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) | Case No: 04-CV-831 (SLR) Consolidated Action |

## <u>ORDER</u>

Upon consideration of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint under Fed. R. 12(b)(6) filed in the above-captioned case:

It is hereby **ORDERED** this _____ day of _____, 2005 that plaintiff's Consolidated Amended Class Action Complaint is dismissed with prejudice.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on July 20, 2005, I caused true and correct copies of the foregoing DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT AND PROPOSED ORDER to be electronically filed with the Clerk of the Court using CM/ECF which is available for public viewing an downloading, and which will send notification of such filing to the following counsel of record:

> Norman M. Monhait, Esquire (DSB ID No. 1040)
> Rosenthal, Monhait, Gross & Goddess, P.A.
> 919 Market Street, Suite 1401
> Post Office Box 1070
> Wilmington, Delaware  19899-1401
> Tel:  (302) 656-4433
> Email:  nmonhait@rmgglaw.com

I hereby further certify that on July 20, 2005, I have caused the foregoing document to also be delivered by FedEx/Next Business Morning delivery to the following non-registered participant:

> Christopher J. Keller, Esquire
> Goodkind Labaton Rudoff & Sucharow LLP
> 100 Park Avenue
> New York, New York  10017

> Peter J. Walsh, Jr. (DSB ID No. 2437)
> POTTER ANDERSON & CORROON, LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, Delaware 19801
> Tel: (302) 984-6000
> Email:  pwalsh@potteranderson.com

691338v1/28298