# EXHIBIT A

# CHART OF CONFIDENTIAL WITNESS ALLEGATIONS
*In re VERITAS Software Corp. Sec. Litig.,* No. 04-CV-831 (SLR)

| CW | Description | Allegation |
|---|---|---|
| #1 | Inside sales manager for southeast region employed until the end of Q1 2004 (¶23(a)) | • VRTS strategy was to convince customers to purchase upgrades, renew maintenance licenses and buy consulting services (¶45(a))<br><br>• To obtain new products, VRTS had to buy small companies who had products that could be used as upgrades to VRTS software; most of the upgrades were from storage/high availability products and APM line; most of the revenue from existing customers came from the sale of upgrades (¶45(a))<br><br>• In 2003 and 2004, seven major upgrades were in the APM area, but they sold poorly, resulting in sales that were only a small fraction of what VRTS had projected internally (¶45(b))<br><br>• Bloom's business model depended on an increase in consulting services, which never materialized; VRTS instructed the sales people in 2003 that 10% of sales should be coming from consulting services; consulting services must have been part of revenue estimates but was only a miniscule percentage in 2003 and did not grow at a meaningful level and there was no reasonable basis to consider it an important revenue component (¶45(c))<br><br>• Practically none of the sales people had met their quotas at the end of Q1 2004 (¶45(e)) |

| CW | Description | Allegation |
|---|---|---|
| #2 | Part of sales management during the Class Period through most of Q2 2004 (¶23(b)) | • Upgrades were largest source of new revenue from existing clients and required VRTS to have new products and ideas in the pipeline (¶45(a))<br><br>• VRTS was unsuccessful in attempts to renew existing business in 2003 and 2004, including efforts to renew contracts with large customers, because of poor customer service, lack of integration of customer service effort into sales effort, and the fact that large customers were experiencing fiscal difficulties (¶45(d)) |
| #3 | Worked in the legal department throughout 2003 and had contract review responsibilities (23(c)) | • Brigden approved contracts although they lacked essential terms, such as price, and, in some cases, were unsigned by the customer; booking revenue on contracts that had not been signed or lacked essential terms was standard practice at least through 2003; revenue results for a quarter were determined before the quarter ended; when he/she protested that contracts were incomplete, Brigden said it did not matter because they already knew what the numbers for the quarter were; Brigden fired highly regarded and honest employees and brought in employees who would do whatever he wanted; Brigden began insisting on reviewing large contracts, such as IBM, himself (¶41(b))<br><br>• Demand for new licenses dropped in 2003 and did not recover during the Class Period (¶45(e)) |
| #4 | Worked in the legal department during the Class Period and had responsibilities relating to the negotiation of licenses and had regular interaction with the finance department throughout the Class Period until the end of Q1 2004 (¶23(d)) | • The legal department was responsible for deciding when revenue could be recognized and reported (¶41(a))<br><br>• As a result of the downturn in demand and the need to cut costs, people who left during Q1 2004 were not replaced despite the fact that VRTS was understaffed (¶45(f)) |

| CW | Description | Allegation |
|---|---|---|
| #5 | Sales staff administrator during the Class Period until the end of 2003 and was involved with new contracts (¶23(e)) | • During the Class Period and at least through 2003, there was great pressure from management to report revenue sufficient to meet earnings estimates and sales people would "all the time" write up and process contracts without essential terms and customer signatures to meet targets and "bolster the numbers" (¶41(c)) |