IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) | Case No: 04-CV-831 (SLR) Consolidated Action |

| | |
|---|---|
| STATE OF DELAWARE | ) ) |
| COUNTY OF NEW CASTLE | ) ss. |

### DECLARATION OF PETER J. WALSH, JR.

I, Peter J. Walsh, Jr., having been first duly sworn, hereby depose and say:

1. I am a partner in the Wilmington, Delaware law firm of Potter Anderson & Corroon LLP and a member of the Bar of the State of Delaware. I submit this Declaration in support of the Opening Brief in Support of Defendants' Motion to Dismiss The Consolidated Amended Class Action Complaint, filed concurrently herewith.

2. Attached as Exhibit A hereto is a true and correct copy of selected pages from VERITAS' Form 10-Q for the quarter ended September 30, 2003 (filed with the Securities and Exchange Commission ("SEC") on November 14, 2003).

3. Attached as Exhibit B hereto is a true and correct copy of selected pages from VERITAS' Form 10-K for the fiscal year ended December 31, 2003 (filed with the SEC on June 14, 2004).

4. Attached as Exhibit C hereto is a true and correct copy of selected pages from VERITAS' form 10-Q for the quarter ended March 31, 2004 (filed with the SEC on June 14, 2004).

5. Attached as Exhibit D hereto is a true and correct copy of selected pages from VERITAS' Proxy Statement (filed with the SEC on July 21, 2004).

6. Attached as Exhibit E hereto is a true and correct copy of selected pages from VERITAS' Form 10-Q for the quarter ended June 30, 2004 (filed with the SEC on August 9, 2004).

7. Attached as Exhibit F hereto is a true and correct copy of a Press Release, dated March 15, 2004, attached to VERITAS' Form 8-K (filed with the SEC on March 15, 2004).

8. Attached as Exhibit G hereto is a true and correct copy of a Press Release, dated April 21, 2004, attached to VERITAS' Form 8-K (filed with the SEC on April 21, 2004).

9. Attached as Exhibit H hereto is a true and correct copy of a Press Release, dated July 6, 2004, attached to VERITAS' form 8-K (filed with the SEC on July 6, 2004).

10. Attached as Exhibit I hereto is a true and correct copy of VERITAS' Conference Call Transcript, dated January 28, 2004.

11. Attached as Exhibit J hereto is a true and correct copy of selected pages from VERITAS' transcript of Second Q 2004 guidance announced May 5, 2004 at Analyst Day Conference in Las Vegas, Nevada.

12. Attached as Exhibit K hereto is a true and correct copy of VERITAS' Conference Call Transcript, dated July 27, 2004.

13. Attached as Exhibit L hereto is a true and correct copy of the Forms 4 filed by Gary L. Bloom during the class period.

14. Attached as Exhibit M hereto is a true and correct copy of the Forms 4 filed by Edwin J. Gillis during the class period.

15. Attached as Exhibit N hereto is a true and correct copy of the Press Release, dated July 7, 2004, attached to BMC's Form 8-K (filed with the SEC on July 7, 2004).

16. Attached as Exhibit O hereto is a true and correct copy of the Press Release, dated July 7, 2004, attached to Siebel's Form 8-K (filed with the SEC on July 7, 2004).

                                                                               _____
                                                                               Peter J. Walsh, Jr. (DSB ID No. 2437)

SWORN TO AND SUBSCRIBED before me this 20th day of July, 2005.

_____
Notary Public

My Commission Expires: 10/27/2006

**JOAN A. KEEN**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires Oct. 27, 2006

691275v1/28298

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Peter J. Walsh, Jr., hereby certify that on July 20, 2005, I caused true and correct copies of the foregoing DECLARATION OF PETER J. WALSH, JR. to be electronically filed with the Clerk of the Court using CM/ECF which is available for public viewing an downloading, and which will send notification of such filing to the following counsel of record:

> Norman M. Monhait, Esquire (DSB ID No. 1040)
> Rosenthal, Monhait, Gross & Goddess, P.A.
> 919 Market Street, Suite 1401
> Post Office Box 1070
> Wilmington, Delaware  19899-1401
> Tel:  (302) 656-4433
> Email:  nmonhait@rmgglaw.com

I hereby further certify that on July 20, 2005, I have caused the foregoing document to also be delivered by FedEx/Next Business Morning delivery to the following non-registered participant:

> Christopher J. Keller, Esquire
> Goodkind Labaton Rudoff & Sucharow LLP
> 100 Park Avenue
> New York, New York  10017

> /s/ Peter J. Walsh, Jr.
> Peter J. Walsh, Jr. (DSB ID No. 2437)
> POTTER ANDERSON & CORROON, LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, Delaware 19801
> Tel: (302) 984-6000
> Email:  pwalsh@potteranderson.com

691275v1/28298