# EXHIBIT A

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

## Washington, D.C. 20549

## Form 10-Q

(Mark One)

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2003

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission file number: 000-26247

# VERITAS Software Corporation

*(Exact Name of Registrant as Specified in Its Charter)*

| Delaware | 77-0507675 |
|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |

350 Ellis Street

Mountain View, California 94043
(650) 527-8000
*(Address, including Zip Code, of Registrant's Principal Executive Offices and Registrant's Telephone Number, including Area Code)*

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑    No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).    Yes ☑    No ☐

The number of shares of the registrant's common stock outstanding as of October 31, 2003 was 427,576,471 shares.

Table of Contents

We review long–lived assets related to these debt agreements for impairment in accordance with SFAS No. 144, *Accounting for the Impairment or Disposal of Long–Lived Assets*. In accordance with SFAS No. 144, if we determine that one or more impairment indicators are present, indicating the carrying amount may not be recoverable, the carrying amount would be compared to net future undiscounted cash flows that the asset is expected to generate. If the carrying amount of the asset is greater than the net future undiscounted cash flows that the asset is expected to generate, the fair value would be compared to the book value of the asset. If the fair value is less than the book value, an impairment loss would be recognized. The impairment loss would be the excess of the carrying amount of the asset over its fair value. To date, no impairment losses have been recorded.

If we choose to exercise the purchase option for the properties subject to the three build–to–suit lease agreements, the aggregate purchase price would be approximately $380.6 million. Payment of the purchase price for these properties would significantly reduce the amount of cash, cash equivalents and short–term investments available for funding our research and development efforts, geographic expansion and strategic acquisitions in the future.

The agreements for the facilities described above require that we maintain specified financial covenants, all of which we were in compliance with as of September 30, 2003. The specified financial covenants as of September 30, 2003 require us to maintain a minimum rolling four quarter EBITDA of $400.0 million, a minimum ratio of cash and cash equivalents to current liabilities of 1.2 to 1, and a leverage ratio of total funded indebtedness to rolling four quarter EBITDA of not more than 2.25 to 1. For purposes of these financial covenants, EBITDA represents our net income for the applicable period, plus interest expense, taxes, depreciation and amortization and all non–cash restructuring charges for acquisitions occurring within a four year period, less software development expenses classified as capital expenditures. In order to secure the obligations under each agreement, each of the facilities is subject to a deed of trust in favor of the financial institutions that financed the acquisition and development of the respective facility. Bank of America, N.A. was the agent for the syndicate of banks that funded the development of the Mountain View, California and Roseville, Minnesota facilities, and ABN AMRO Bank, N.V. was the agent for the syndicate of banks that funded the development of the Milpitas, California facility.

We currently have operating leases for our facilities and rental equipment through 2023. In addition to our basic rent, we are responsible for all taxes, insurance and utilities related to the facilities. The table below shows our commitments related to our approximate minimum lease payments for our facilities and rental equipment as of September 30, 2003 (in millions):

|  | Operating Lease Commitments |
|---|---|
| Three months ending December 31, 2003 | $ 15.7 |
| 2004 | 50.6 |
| 2005 | 40.7 |
| 2006 | 35.6 |
| 2007 | 33.7 |
| 2008 and thereafter | 172.6 |
| Total commitments | $ 348.9 |

The table above does not include payments pursuant to our three build–to–suit lease agreements which, upon adoption of FIN 46 on July 1, 2003, are now classified as long–term debt.

*Acquired Technology Commitments*

On October 1, 2002, we acquired volume replicator software technology for $6.0 million and contingent payments of up to another $6.0 million based on future revenues generated by the acquired technology. The payments will be paid quarterly over 40 quarters, in amounts between $150,000 and $300,000. We issued a promissory note payable in the principal amount of $5.0 million, representing the present value of our minimum payment obligations under the purchase agreement for the acquired technology, which are payable quarterly commencing in the first quarter of 2003 and ending in the fourth quarter of 2012. The contingent

44

Table of Contents

payments in excess of the quarterly minimum obligations will be paid as they may become due. The balance outstanding of the note payable was $4.7 million as of September 30, 2003 and $5.0 million as of December 31, 2002 and is included in other long-term liabilities.

We believe that our current cash, cash equivalents and short-term investment balances and cash flow from operations will be sufficient to meet our working capital and capital expenditure requirements for at least the next 12 months. After that time, we may require additional funds to support our working capital requirements or for other purposes and may seek to raise such additional funds through public or private equity financing or from other sources. We cannot assure you that additional financing will be available at all or that if available, we will be able to obtain it on terms favorable to us.

**Factors That May Affect Future Results**

In addition to the other information in this quarterly report on Form 10-Q, you should consider carefully the following factors in evaluating VERITAS and our business.

*If we experience lower-than-anticipated revenue in any particular quarter, or if we announce that we expect lower revenue or earnings than previously forecasted, the market price of our securities could decline.*

Our revenue is difficult to forecast and is likely to fluctuate from quarter to quarter due to many factors outside of our control. Any significant revenue shortfall or lowered forecasts could cause the market price of our securities to decline substantially. Factors that could affect our revenue include, but are not limited to:

- the possibility that our customers may cancel, defer or limit purchases as a result of reduced information technology budgets or weak and uncertain economic and industry conditions;

- the possibility that our customers may defer purchases of our products in anticipation of new products or product updates from us or our competitors;

- the possibility that original equipment manufacturers will introduce, market and sell products that compete with our products;

- the unpredictability of the timing and magnitude of our sales through direct sales channels, value-added resellers and distributors, which tend to occur later in a quarter than sales through original equipment manufacturers;

- the timing of new product introductions by us and the market acceptance of new products, which may be delayed as a result of weak and uncertain economic and industry conditions;

- the seasonal nature of our sales;

- the rate of adoption and long sales cycles of storage area networks and storage resource management technology;

- changes in our pricing and distribution terms or those of our competitors; and

- the possibility that our business will be adversely affected as a result of the threat of terrorism, terrorism or military actions taken by the United States or its allies.

You should not rely on the results of prior periods as an indication of our future performance. Our operating expense levels are based, in significant part, on our expectations of future revenue. If we have a shortfall in revenue in any given quarter, we may not be able to reduce our operating expenses quickly in response. Therefore, any significant shortfall in revenue could have an immediate adverse effect on our operating results for that quarter. In addition, if we fail to manage our business effectively over the long term, we may experience high operating expenses, and our operating results may be below the expectations of securities analysts or investors, which could cause the price of our common stock to decline.

Table of Contents

*Because we derive approximately 80% of our license and service revenue from sales of our data protection, file system and volume management products, any decline in demand for these products could severely harm our ability to generate revenue.*

We derive a substantial majority of our revenue from a small number of software products, including data protection, file system and volume management products. For the three and nine months ended September 30, 2003, we derived approximately 79% and 83%, respectively, of our user license fees from these core products, and a similar percentage of our service revenue from associated maintenance and technical support. As a result, we are particularly vulnerable to fluctuations in demand for these products, whether as a result of competition, product obsolescence, technological change, budget constraints or other factors. If our revenue derived from these software products were to decline significantly, our business and operating results would be adversely affected. In addition, because our software products are concentrated within the market for data storage, a decline in the demand for storage devices, storage software applications or storage capacity could result in a significant reduction in our revenue and adversely affect our business and operating results.

*If we fail to manage our distribution channels effectively, or if our distributors and original equipment manufacturer customers choose not to market and sell our products to their customers, our sales could decline.*

We sell our products primarily through indirect sales channels, original equipment manufacturers and direct sales channels. If we fail to manage our distribution channels successfully, our distribution channels may conflict with one another or otherwise fail to perform as we anticipate, which could reduce our sales and increase our expenses, as well as weaken our competitive position.

*Indirect Sales Channels.* A significant portion of our revenue is derived from sales through value–added resellers and distributors that sell our products to end–users and other resellers. This channel involves a number of special risks, including:

• our lack of control over the delivery of our products to end–users;

• our resellers and distributors are not subject to minimum sales requirements or any obligation to market our products to their customers;

• our resellers and distributors may terminate their relationships with us at any time; and

• our resellers and distributors may market and distribute competing products.

*Original Equipment Manufacturers.* A portion of our revenue is derived from sales through original equipment manufacturers that incorporate our products into their products. Our reliance on this channel involves many risks, including:

• our lack of control over the shipping dates or volume of systems shipped;

• the original equipment manufacturers are not subject to minimum sales requirements or any obligation to offer our products to their customers;

• the original equipment manufacturers may terminate their arrangements with us at any time;

• the development work that we must generally undertake under our agreements with original equipment manufacturers may require us to invest significant resources and incur significant costs with little or no associated revenue;

• the time and expense required for the sales and marketing organizations of our original equipment manufacturer customers to become familiar with our products make it more difficult to introduce those products to the market; and

• our original equipment manufacturer customers are able to develop, market and distribute their own storage products and market and distribute storage products of our competitors, which could reduce our sales.

46

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized on November 14, 2003.

VERITAS SOFTWARE CORPORATION

/s/ EDWIN J. GILLIS

Edwin J. Gillis
*Executive Vice President, Finance
and Chief Financial Officer
(Principal Financial and Accounting Officer)*

61

# EXHIBIT B

Table of Contents

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Form 10–K

(Mark One)

☑  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2003

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to          .

Commission File Number 000–26247

# VERITAS Software Corporation

*(Exact Name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Delaware** | **77–0507675** |
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |

**350 Ellis Street**
**Mountain View, California 94043**
**(650) 527–8000**
*(Address, including Zip Code, of Registrant's Principal Executive Offices and Registrant's Telephone Number, including Area Code)*

Securities registered pursuant to Section 12(b) of the Act:
None

Securities registered pursuant to Section 12(g) of the Act:

**Common Stock, $0.001 par value per share;**
**Preferred Share Purchase Rights**

Indicate by check mark whether the Registrant:(1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☐   No ☑

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S–K is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10–K or any amendment to this Form 10–K.   ☑

Indicate by check mark whether the Registrant is an accelerated filer (as defined in Exchange Act Rule 12b–2).   Yes ☑   No ☐

The aggregate market value of the Registrant's common stock, $0.001 par value per share, held by non–affiliates of the Registrant on June 30, 2003, the last business day of the Registrant's most recently completed second fiscal quarter, was $12.2 billion (based on the closing sales price of the Registrant's common stock on that date). Shares of the Registrant's common stock held by each officer and director and each person who owns 5% or more of the outstanding common stock of the Registrant have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

As of May 28, 2004, 431,842,356 shares of the Registrant's common stock were outstanding.

VERITAS SOFTWARE CORPORATION

INDEX

| | | Page |
|---|---|---|
| | **PART I** | |
| Item 1. | Business | 2 |

Table of Contents

configurations and reliable installations. In general, our OEM partners are not obligated to sell our products or services under these arrangements and are not obligated to continue to include our products in future versions of their products.

*Other Important Relationships.* In addition to the channels of distribution and strategic relationships described above, we also maintain important relationships with various technology partners. Over 100 established and emerging companies, specializing in storage management, data protection or utility computing infrastructure, participate in our technology partner program and interoperability lab services, some gaining access to software development kits, special purpose testing programs and protocols, as well as development support services. By providing configuration guidance to the market, we help reduce customer's implementation time and the total cost of ownership of our products. We support a large and diverse number of hardware and software technology vendors, and, as a leader in storage and infrastructure software, we make significant contributions to industry standards and support them through our technology partner program, an approach consistent with our core strength in heterogeneous, open computing. Some technology partners integrate and distribute our products under licensing arrangements as bundled solutions for vertical markets such as telecommunications, finance and healthcare. Under these arrangements, technology partners are not obligated to sell our products.

## Customers

Our software solutions are used by customers in a wide variety of industries, including many leading global corporations and small and medium–sized enterprises around the world, as well as by various governmental entities. In 2003, 2002 and 2001, no end–user customer accounted for more than 10% of our net revenue. In 2003 and 2001, no distributor accounted for more than 10% of our net revenue. In 2002, a distributor that sells our products and services through resellers accounted for approximately 11% of our net revenue.

## Competition

The principal markets in which we compete are data protection, file system and volume management, clustering, replication, storage resource management, storage area network management, automated server provisioning, application performance management and centralized service level management. These markets are intensely competitive and rapidly changing. Our future anticipated growth and success will depend on our ability to develop superior products more rapidly and less expensively than our competitors, to educate potential customers as to the benefits of licensing our products rather than relying on alternative products and technologies and to develop additional channels to market.

Many of our strategic partners, including EMC Corporation, Hewlett–Packard, IBM, Microsoft, Oracle Corporation and Sun Microsystems, offer software products that compete with our products or have announced their intention to focus on developing or acquiring their own storage and enterprise management software products. While we may compete with these companies for a share of the market, some also resell our products, and in some cases incorporate our technology into their products or solutions. We also may be involved with them in collaborative efforts to address interoperability issues and to set standards for evolving technology.

In addition, we compete with hardware and software vendors that offer data protection products, file system and volume management products, clustering and replication products, storage area networking management solutions, automated server provisioning solutions and centralized service level management products. We compete with software vendors that offer application performance management solutions and systems management companies that are integrating storage resource management functions into their platforms. Some of our products also compete with enterprise management vendors, including BMC Software, Inc., Computer Associates International, Inc., Mercury Interactive Corporation and Quest Software, Inc.

The principal competitive factors in our industry include product functionality, product integration, platform coverage, price, ability to scale, worldwide sales and marketing infrastructure and global technical support. Although some of our competitors have greater financial, technical, sales, marketing and other

9

Table of Contents

resources than we do, as well as greater name recognition and a larger installed customer base, we believe we compete favorably on the basis of each of these competitive factors relative to our competitors. We believe that our unique position as an independent software provider, strategy for utility computing infrastructure, hardware independent solutions and proven data protection and storage software market leadership, give us an advantaged position in the market.

Our future anticipated growth and success will depend on our ability to continue to develop products more rapidly than and superior to those of our competitors, educate potential customers as to the benefits of licensing our products rather than purchasing or using competing technologies and develop additional channels to market. Our future and existing competitors could introduce products with superior features, scalability and functionality at lower prices than our products, and could also bundle existing or new products with other more established products to compete with our products. Our competitors could also gain market share by acquiring or forming strategic alliances with our other competitors. Finally, because new distribution methods offered by the Internet and electronic commerce have removed many of the barriers to entry historically faced by start-up companies in the software industry, we may face additional competition from these companies in the future. Increased competition may result in price reductions, reduced gross margins and loss of market share, any of which could adversely affect our business and operating results.

### Seasonality

As is typical for many large software companies, our business is seasonal. Software license orders are generally higher in our fourth fiscal quarter and lower in our first fiscal quarter, with a significant decline in license orders in the first quarter of a fiscal year when compared to license orders in the fourth quarter of the prior fiscal year. In addition, we generally receive a higher volume of software license orders in the last month of a quarter, with orders concentrated in the later part of that month. We believe that this seasonality primarily reflects customer spending patterns and budget cycles, as well as the impact of compensation incentive plans for our sales personnel. Software license revenues generally reflect similar seasonal patterns but to a lesser extent than license orders because not all orders received during a quarter are shipped during that quarter, and license revenue is not recognized until an order is shipped and other revenue recognition criteria are met.

### Unfilled License Orders and Deferred Revenue

At the end of any quarter, we typically have unfilled license orders. Because we generally ship our software products within 30 days after acceptance of customer orders and revenues in a given quarter are generally dependent upon the amount of customer orders received during such quarter, we do not believe that unfilled license orders are a consistent or reliable indicator of future results.

Unfilled license orders represent cancelable and non-cancelable license orders that have been received from our customers for the license of our software products but have not been shipped as of the end of the applicable fiscal period. Our customers generally do not cancel orders for our software products. Unfilled license orders, which represent an unaudited operating measure, were approximately $96 million and $76 million at December 31, 2003 and 2002, respectively.

Deferred license revenue represents license orders for our software products that have been billed to and paid by the customer and for which revenue has not yet been earned, but is generally earned within the next year. Deferred license revenue was approximately $12 million and $2 million at December 31, 2003 and 2002, respectively.

Our unfilled license orders and quarterly license revenue will vary, depending primarily on the amount and timing of orders received and orders shipped. For additional information regarding factors that affect the timing of the recognition of software license revenue, see "Management's Discussion and Analysis of Financial Condition and Results of Operations — Critical Accounting Policies and Estimates — Revenue Recognition — Delivery of Software Products."

Total deferred revenue includes, in addition to deferred license revenue described above, deferred services revenue related to maintenance and technical support contracts and professional services training and

Table of Contents

consulting contracts. Deferred service revenue, which in the case of maintenance and technical support is generally recognized over the maintenance and support period of twelve months, or in the case of professional services, training or consulting services is generally recognized over the period the specific services are rendered, was approximately $387 million and $260 million at December 31, 2003 and 2002, respectively.

## Research and Development

Our research and development efforts have been directed toward developing new products for UNIX, Linux and Windows, developing new features and functionality for existing products, integrating products across our existing product lines, porting new and existing products to different operating systems and expanding our product portfolio into new markets such as application performance management, server provisioning and centralized service level management.

Our major research and development initiatives include:

- *Continued focus on operating system platform expansion.* We have successfully ported the majority of our traditional storage software and enterprise data protection products to UNIX, Windows and Linux and are seeing increased acceptance of new platform offerings in the marketplace. In particular, we are increasing our investment in products for servers based on Intel architecture that we believe will be important to future data center architectures.

- *New utility computing infrastructure products, including server provisioning, clustering, application performance management and service level management.* Our current product offerings contain many best−of−class products that serve as building blocks that enable customers to adopt a utility computing model. These products are also unique in their level of heterogeneous platform, application and database support. Future investment is focused on both creating new best−in−class building blocks as we better understand customer utility computing requirements and increasingly integrating these components to provide solution suites that automate IT processes, enable dynamic reconfiguration of the data centers and define, measure and enforce service level agreements.

- *Replication, storage resource management embedded storage networking software and next generation virtualization technology.* During 2003, we saw increased acceptance of our replication and storage resource management solutions. Our unique replication approach enables customers to implement data recovery solutions at a much lower cost than traditional array−based approaches and we are increasingly integrating this function into our clustering and data protection technologies to simplify customer deployments. Our focus in storage resource management is to develop, acquire and integrate technology into a single suite for both storage area network management and business level reporting for data centers, and to increase distribution of low−end solutions for high volume servers in medium−sized businesses and remote offices. We also have formal development partnerships with Cisco Systems, Inc. and Brocade Communications Systems, Inc. in which we are embedding our industry leading volume management and replication software in their networking devices. Lastly, we are developing a new architecture for our volume manager that helps customers manage storage across a large number of servers.

- *New data protection technologies for disk−based data protection, regulatory compliance and disaster recovery.* NetBackup 5.0, released in the fourth quarter of 2003, added significant new capabilities that enable customers to leverage increasingly inexpensive disk technology to protect their data as a complement to traditional tape based methodologies. We also announced an archiving product in the fourth quarter of 2003, the Data Lifecycle Management Option, that helps existing NetBackup and Backup Exec customers comply with corporate governance and industry regulations for long−term data retention and reporting. The development for this product is complete and we commenced shipment of this product in the first quarter of 2004. Both of these areas will continue to be priorities for new technology development and we will increasingly integrate these products and our storage management offerings into comprehensive solutions for data lifecycle management.

11

Table of Contents

increased penetration of international markets, the benefit of new product offerings and continued growth of services revenue, as well as improved general economic conditions.

### International Sales and Operations

Our international sales consist of sales of licenses and services to customer locations outside the United States and are generated primarily through our international sales subsidiaries. International revenue, a majority of which is collectible in foreign currencies, accounted for approximately 36% of our total revenue in 2003, 32% of our total revenue in 2002 and 29% of our total revenue in 2001. Our international revenue increased 29% to $633.5 million in 2003 from $489.3 million in 2002 and 15% in 2002 from $427.2 million in 2001. During 2003, our international revenue increased across all geographic areas and we saw greater strength in the emerging markets in Europe and Asia–Pacific. Additionally, during 2003 our international sales benefited from favorable foreign currency exchange rate movements relative to the weaker U.S. dollar. Excluding the benefit from foreign currency movement, the increase in international sales would have been 20% from 2002 to 2003. We expect that our international revenue will continue to increase in absolute dollars and as a percent of total revenue in 2004 because of the continued expansion of international markets and the focus and increased investment by our company in these markets.

We believe that a key component of our growth strategy is the continued expansion of our international operations. We currently have sales and services offices and resellers located in Europe, Asia–Pacific and Japan, Latin America, Canada, Africa and the Middle East, and research and development centers in India, the United Kingdom and Israel. International expansion will require us to establish additional foreign offices, hire additional personnel and recruit new international resellers, resulting in the diversion of management attention and the expenditure of financial resources.

### User License Fees

We market and distribute our software products both as standalone software products and as integrated product suites, which we also refer to as application solutions. We derive our user license fees from the licensing of our technology, segregated into three product areas: Data Protection, which includes our NetBackup and Backup Exec product families; Storage Management, which includes our File Systems, Volume Manager, replication, Database Editions and storage resource management product families; and Utility Computing Infrastructure, which includes our clustering, high–availability offerings, application performance management, or APM, OpForce and CommandCentral Service product families.

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| | | (As restated) | (As restated) |
| | | (In millions, except percentages) | |
| User license fees: | | | |
| Data protection | $   624.7 | $ 599.0 | $   666.3 |
| Storage management | 264.8 | 251.5 | 279.0 |
| Utility computing infrastructure | 203.2 | 136.3 | 143.8 |
| Total user license fees | $ 1,092.7 | $ 986.8 | $ 1,089.1 |
| As a percentage of user license fees: | | | |
| Data protection | 57% | 61% | 61% |
| Storage management | 24 | 25 | 26 |
| Utility computing infrastructure | 19 | 14 | 13 |
| Total user license fees | 100% | 100% | 100% |
| As a percentage of total net revenue | 63% | 66% | 73% |
| Percentage increase (decrease) over prior period: | | | |
| Data protection | 4% | (10)% | |
| Storage management | 5% | (10)% | |
| Utility computing infrastructure | 49% | (5)% | |
| Total user license fees | 11% | (9)% | |

27

Table of Contents

During 2003, user license fees increased by $105.9 million or 11% due to increases across each product category. Data protection increased by $25.7 million due primarily to increases in our core backup family of products, including our Backup Exec 9.0 which was introduced during the first quarter of 2003 and NetBackup 5.0 which was introduced during the fourth quarter of 2003. Storage management increased $13.3 million due primarily to increases in our replication and storage resource management products. Utility computing infrastructure increased by $66.9 million due primarily to the addition of APM products as a result of our acquisition of Precise at June 30, 2003 as well as from increases in clustering, and Database Editions/ Advanced Cluster. During 2002, user license fees decreased by $102.3 million or 9% due primarily to weaker general economic and industry conditions resulting in a reduction of capital spending by our customers, mainly during the first three quarters of 2002, and fewer large end-user transactions. The reduction in demand during the first three quarters of 2002 was partially offset by an increase in demand during the fourth quarter of 2002, particularly in Europe and emerging international markets. Data protection decreased by $67.3 million due to decreases in user license revenue in both our core backup products, NetBackup and Backup Exec. Storage management decreased by $27.5 million due primarily to decreases in license fees from our File System and Database Edition products.

Historically, we have segregated our products into the categories of Core and Emerging technologies. Core technology products include data protection, file system and volume management products. Emerging technology products include clustering and replication, storage area networking and application performance management products. Revenues from core technology products comprise the majority of user license fees and were 84%, 89% and 90% of total user license fees in 2003, 2002 and 2001, respectively. Core technology products as a percent of total user license fees decreased during 2003 as revenue from our emerging technology increased 64% in 2003 when compared to 2002. The increase was primarily due to increased penetration in clustering and replication products as well as application performance management products acquired with Precise.

Our user license fees from OEMs decreased 15% to $129.7 million in 2003 and 23% in 2002 to $152.1 million from $197.0 million in 2001. The user license fees from OEMs accounted for 12% of user license fees for 2003 and 15% and 18% for 2002 and 2001, respectively. The decreases in 2003 and 2002 reflect reduced hardware sales by OEMs as their customers reduced technology spending in the weaker economic environment as well as our focus on expanding direct and reseller sales.

During 2003, we completed 51 transactions valued at over $1.0 million, including services, and 948 transactions valued at over $100,000. During 2002 and 2001, we completed 50 and 70 transactions valued over $1.0 million and 938 and 1,137 transactions valued over $100,000, respectively.

*Services Revenue*

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| | | (As restated) | (As restated) |
| | | (In millions, except percentages) | |
| Services revenue | $ 654.4 | $ 519.2 | $ 400.1 |
| As a percentage of net revenue | 37% | 34% | 27% |
| Percentage increase over prior period | 26% | 30% | |

We derive our services revenue primarily from contracts for software maintenance and technical support and, to a lesser extent, consulting and education services. The increase in 2003 and 2002 was due primarily to the increase in services and support contracts of 30% and 38% for 2003 and 2002, respectively. The increase in renewals during 2003 was the result of a larger installed base of customers and a greater focus on renewing customer support contracts, particularly internationally.

Our professional services revenue, which consists of training and consulting services, grew by 6% and 2% in 2003 and 2002, respectively. These growth rates are below our objectives. We are investing in professional services and believe that it is important to establish current relationships with our customers. We expect our services revenue to increase in absolute dollars and as a percentage of net revenue as we continue to focus on increasing renewals of maintenance and technical support contracts and an increasing demand for our consulting and education services.

Table of Contents

*Cost of Revenue*

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
|  |  | (As restated) (In millions, except percentages) | (As restated) |
| Cost of revenue | $ 313.6 | $ 305.6 | $ 271.6 |
| As a percentage of net revenue | 18% | 20% | 18% |
| Percentage increase over prior period | 3% | 13% |  |

Gross profit on user license fees, excluding amortization of developed technology, is substantially higher than gross profit on services revenue, reflecting the low materials, packaging and other costs of software products compared with the relatively high personnel costs associated with providing maintenance and technical support, consulting and education services. Cost of services varies depending upon the mix of maintenance and technical support, consulting and education services. We expect gross profit to fluctuate in the future, reflecting changes in royalty rates on licensed technologies, the mix of license and services revenue, the timing of continued investment in our services organization and the recognition of revenue that we expect as a result of these investments.

*Cost of User License Fees (including amortization of developed technology)*

|  | 2003 | 2002 | 2001 |
|---|---|---|---|
|  |  | (As restated) (In millions, except percentages) | (As restated) |
| Cost of user license fees: |  |  |  |
| User license fees | $ 48.7 | $ 36.2 | $ 41.7 |
| Amortization of developed technology | 35.3 | 66.9 | 63.1 |
| Total cost of user license fees | $ 84.0 | $ 103.1 | $ 104.8 |
| Percentage decrease over prior period | (19)% | (2)% |  |
| Gross profit: |  |  |  |
| User license fees including amortization of developed technology | 92% | 90% | 90% |

Cost of user license fees consists primarily of amortization of developed technology, royalties, media, manuals and distribution costs. The amortization of developed technology is related primarily to acquisitions completed during 1999 and the first and second quarters of 2003. If we had excluded the amortization of developed technology from the cost of user license fees, the gross profit on user license fees would have consistently been 96% in each of 2003, 2002 and 2001. The gross profit on user license fees may vary from period to period based on the license revenue mix because some of our products carry higher royalty rates than others. Excluding the amortization of developed technology, we expect gross profit on user license fees to remain relatively constant in 2004.

The decrease in amortization of developed technology in 2003 from 2002 was primarily the result of the developed technology related to the 1999 acquisitions reaching full amortization. This decrease was partially offset by the amortization of developed technology related to the Precise acquisition. The increase in 2002 over 2001 reflects the full year impact of an acquisition that occurred in the fourth quarter of 2001. These amounts mainly represent the amortization of the developed technology recorded upon acquisitions made during 1999. We expect amortization of developed technology to decline to approximately $16 million during 2004, which includes the impact of our acquisition of Ejasent.

29

Table of Contents

December 31, 2003 and the results of their operations in our consolidated statement of operations from July 1, 2003.

Interest only payments under our debt agreements relating to the facilities are generally paid quarterly and are equal to the termination value of the outstanding debt obligations multiplied by our cost of funds, which is based on London Inter Bank Offered Rate, or LIBOR, using 30-day to 180-day LIBOR contracts and adjusted for our credit spread. The termination values of the debt agreements are approximately $145.2 million, $41.2 million and $194.2 million for the Mountain View, Roseville and Milpitas leases, respectively. The terms of these debt agreements are five years with an option to extend the lease terms for two successive periods of one year each, if agreed to by the financial institutions that financed the facilities. The terms of these debt agreements began March 2000 for the Mountain View and Roseville facilities and July 2000 for the Milpitas facility. We have the option to purchase the three facilities for the aggregate termination value of $380.6 million or, at the end of the term, to arrange for the sale of the properties to third parties while we retain an obligation to the financial institutions that financed the facilities in an amount equal to the difference between the sales price and the guaranteed residual value up to an aggregate $344.6 million if the sales price is less than this amount, subject to the specific terms of the debt agreements. In addition, we are entitled to any proceeds from a sale of the facilities in excess of the termination values. Payment of the purchase price for these properties would reduce the amount of cash, cash equivalents and short-term investments available for funding our research and development efforts, geographic expansion and strategic acquisitions in the future.

In January 2002, we entered into two three-year pay fixed, receive floating, interest rate swaps for the purpose of hedging the cash payments related to the Mountain View and Roseville agreements. Under the terms of these interest rate swaps, we make payments based on the fixed rate and will receive interest payments based on the 3-month LIBOR rate. For the year ended December 31, 2003, our aggregate payments on the debt agreements, including the net payments on the interest rate swaps, were $16.8 million. The payments for the six months ended December 31, 2002 and 2001, our aggregate payments were $17.0 million and $16.5 million, respectively. The payments made during the six months ended June 30, 2003 and the years ended December 31, 2002 and 2001 were classified as rent expense and included in cost of revenue and operating expenses, in accordance with SFAS No. 13. We expect future interest expense from the build-to-suit agreements to be approximately $17 million per year.

The agreements for each of the facilities described above require that we maintain specified financial covenants, all of which we were in compliance with as of December 31, 2003. The specified financial covenants as of December 31, 2003 require us to maintain a minimum rolling four quarter earnings before interest, taxes, depreciation and amortization, or EBITDA, of $400.0 million, a minimum ratio of cash and cash equivalents and accounts receivable to rolling four quarter liabilities plus the debt consolidated under the build-to-suit lease agreements of 1.2 to 1, and a leverage ratio of total funded indebtedness to rolling four quarter EBITDA of not more than 2 to 1. For purposes of these financial covenants, EBITDA represents our net income for the applicable period, plus interest expense, taxes, depreciation and amortization and all non-cash restructuring charges, less software development expenses classified as capital expenditures. In order to secure the obligations under each agreement, each of the facilities is subject to a deed of trust in favor of the financial institutions that financed the acquisition and development of the respective facility. Bank of America, N.A. was the agent for the syndicate of banks that funded the development of the Mountain View and Roseville facilities, and ABN AMRO Bank, N.V. was the agent for the syndicate of banks that funded the development of the Milpitas facility. We have received waivers from the respective syndicate of banks for each facility in relation to any non-compliance that would have resulted from the delay in filing this Form 10-K or our Form 10-Q for the quarter ended March 31, 2004.

*Credit Facility*

During 2002, our Japanese subsidiary entered into a short-term credit facility with a multinational Japanese bank in the amount of 1.0 billion Japanese yen ($9.4 million USD). At December 31, 2003, no amount was outstanding. The short-term credit facility was renewed in March 2004 and is due to expire in

38

Table of Contents

March 2005. Borrowings under the short–term credit facility bear interest at Tokyo Inter Bank Offered Rate plus 0.5%. There are no covenants on the short–term credit facility and the loan has been guaranteed by VERITAS Software Global LLC, one of our wholly–owned subsidiaries.

*Acquired Technology Commitments*

On October 1, 2002, we acquired volume replicator software technology for $6.0 million and contingent payments of up to another $6.0 million based on future revenues generated by the acquired technology. The contingent payments will be paid quarterly over 40 quarters, in amounts between $150,000 and $300,000. We issued a promissory note payable in the principal amount of $5.0 million, representing the present value of our minimum payment obligations under the purchase agreement for the acquired technology, which are payable quarterly commencing in the first quarter of 2003 and ending in the fourth quarter of 2012. The contingent payments in excess of the quarterly minimum obligations will be paid as they may become due. The outstanding balance of the note payable was $4.6 million as of December 31, 2003 and $5.0 million as of December 31, 2002 and is included in other long–term liabilities.

*Contractual Commitments*

The following table is a summary of the contractual commitments, including principal and interest payments, associated with our debt and lease obligations as of December 31, 2003:

| | December 31, | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | 2006 | 2007 | 2008 | Thereafter | Total |
| | (In thousands) | | | | | | |
| Operating lease commitments | $56,322 | $ 47,222 | $39,839 | $35,180 | $31,524 | $154,413 | $ 364,500 |
| Convertible subordinated notes | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 525,958 | 532,458 |
| Long–term debt | 16,459 | 385,477 | — | — | — | — | 401,936 |
| Other long–term liabilities | 600 | 600 | 600 | 600 | 600 | 2,400 | 5,400 |
| Total contractual commitments | $74,681 | $434,599 | $41,739 | $37,080 | $33,424 | $682,771 | $1,304,294 |

We believe that our current cash, cash equivalents and short–term investment balances and cash flow from operations will be sufficient to meet our working capital and capital expenditure requirements for at least the next 12 months. After that time, we may require additional funds to support our working capital requirements or for other purposes and may seek to raise such additional funds through public or private equity financing or from other sources. We cannot assure you that additional financing will be available at all or that if available, we will be able to obtain it on terms favorable to us.

**Factors That May Affect Future Results**

In addition to the other information in this annual report on Form 10–K, you should consider carefully the following factors in evaluating VERITAS and our business.

*If we experience lower–than–anticipated revenue in any particular quarter, or if we announce that we expect lower revenue or earnings than previously forecasted, the market price of our securities could decline.*

Our revenue is difficult to forecast and is likely to fluctuate from quarter to quarter due to many factors outside of our control. Any significant revenue shortfall or lowered revenue or earnings forecast could cause the market price of our securities to decline substantially. Factors that could lower our revenue or affect our revenue and earnings forecast include:

• the possibility that our customers may cancel, defer or limit purchases as a result of reduced IT budgets or weak and uncertain economic and industry conditions;

• the possibility that our customers may defer purchases of our products in anticipation of new products or product updates from us or our competitors;

39

Table of Contents

- changes in the competitive landscape due to mergers, acquisitions or strategic alliances that could allow our competitors to gain market share;

- the possibility that our strategic partners will introduce, market and sell products that compete with our products;

- the unpredictability of the timing and magnitude of our sales through direct sales channels and indirect sales channels, including value–added resellers, or VARs, and other distributors, which tend to occur later in a quarter than revenues received through our original equipment manufacturer, or OEM, partners;

- the timing of new product introductions by us and the market acceptance of new products, which may be delayed as a result of weak and uncertain economic and industry conditions;

- the seasonal nature of our sales;

- the rate of adoption and long sales cycles for new solutions such as utility computing, storage resource management technology and replication;

- changes in our pricing and distribution terms or those of our competitors; and

- the possibility that our business will be adversely affected as a result of the threat of terrorism, terrorism or military actions taken by the United States or its allies.

You should not rely on the results of prior periods as an indication of our future performance. Our operating expense levels are based, in significant part, on our expectations of future revenue. If we have a shortfall in revenue or orders in any given quarter, we may not be able to reduce our operating expenses quickly in response. Therefore, any significant shortfall in revenue or orders could have an immediate adverse effect on our operating results for that quarter. In addition, if we fail to manage our business effectively over the long term, we may experience high operating expenses, and our operating results may fall below the expectations of securities analysts or investors.

*Because we derive a majority of our license revenue from sales of a few product lines, any decline in demand for these products could severely harm our ability to generate revenue.*

We derive a majority of our revenue from a small number of software products, including our NetBackup and Backup Exec data protection products. In addition, our software products are concentrated within the market for data storage. For example, in 2003, we derived approximately 56% of our user license fees from the NetBackup and Backup Exec products, and a similar percentage of our services revenue from associated maintenance and technical support. As a result, we are particularly vulnerable to fluctuations in demand for these products, whether as a result of competition, product obsolescence, technological change, budget constraints of our potential customers or other factors. If our revenue derived from these software products were to decline significantly, our business and operating results would be adversely affected. In addition, because our software products are concentrated within the market for data storage, a decline in the demand for storage devices, storage software applications or storage capacity could result in a significant reduction in our revenue and adversely affect our business and operating results.

*If we fail to manage our distribution channels effectively, or if our partners choose not to market and sell our products to their customers, our sales could decline.*

We market our products and related services both directly to end–users and through a variety of indirect sales channels, which include VARs, distributors, system integrators and OEMs. If we fail to manage our distribution channels successfully, our distribution channels may conflict with one another or otherwise fail to perform as we anticipate which could reduce our sales and increase our expenses, as well as weaken our competitive position.

Table of Contents

*Our business strategy includes possible growth through business acquisitions, which involve special risks that could increase our expenses, cause our stock price to decline and divert the time and attention of management.*

As part of our business strategy, we have in the past acquired and expect in the future to acquire other businesses, business units and technologies. Acquisitions involve a number of special risks and challenges, including:

- diversion of management's attention from our business;

- integration of acquired business operations and employees into our existing business, including coordination of geographically dispersed operations, which in the past has taken longer and has been more complex than initially expected;

- incorporation of acquired products and business technology into our existing product lines, including consolidating technology with duplicative functionality or designed on different technological architecture, and our ability to sell the acquired products through our existing or acquired sales channels;

- loss or termination of employees, including costly litigation resulting from the termination of those employees;

- dilution of our then–current stockholders' percentage ownership;

- dilution of earnings if synergies with the acquired business are not achieved;

- assumption of liabilities of the acquired business, including costly litigation related to alleged liabilities of the acquired business;

- presentation of a unified corporate image to our customers and our employees; and

- risk of impairment charges related to potential write–down of acquired assets in future acquisitions.

Acquisitions of businesses, business units and technologies are inherently risky and create many challenges. We cannot provide any assurance that our previous or any future acquisitions will achieve the desired objectives.

*Our effective tax rate may increase or fluctuate, which could increase our income tax expense and reduce our net income.*

Our effective tax rate could be adversely affected by several factors, many of which are outside of our control. Our effective tax rate is directly affected by the relative proportions of revenue and income before taxes in the various domestic and international jurisdictions in which we operate. We are also subject to changing tax laws, regulations and interpretations in multiple jurisdictions in which we operate as well as the requirements of certain tax rulings. In particular, we are subject to a number of tax rulings from the country of Israel related to the activities of Precise. Failure to comply with the terms and conditions of such rulings could significantly impact our effective tax rate. The use of tax benefits available under such rulings is dependent upon the scope of future activities in Israel related to the historic Precise business. We do not have a substantial history of audit activity from various taxing authorities and while we believe we are in compliance with all federal, state and international tax laws, there are various interpretations of their application that could result in additional tax assessments. Our effective tax rate is also influenced by the tax effects of purchase accounting for acquisitions and non–recurring charges, which may cause fluctuations between reporting periods, and may also be influenced by tax assessments against acquired entities with respect to tax periods prior to the acquisition, which may significantly affect our effective tax rate for the period in which the settlements take place.

46

Table of Contents

*Changes to current accounting policies could have a significant effect on our reported financial results or the way in which we conduct our business.*

We prepare our financial statements in conformity with accounting principles generally accepted in the U.S., which are subject to interpretation by the American Institute of Certified Public Accountants, the Public Company Accounting Oversight Board, the SEC and various bodies formed to interpret and create appropriate accounting policies. A change in these policies could have a significant effect on our reported results and may even retroactively affect previously reported transactions. Our accounting policies that recently have been or may in the future be affected by changes in the accounting rules are as follows:

- software revenue recognition;

- accounting for stock-based compensation;

- accounting for variable interest entities; and

- accounting for goodwill and other intangible assets.

Changes in these or other rules, or the questioning of current practices, may have a significant adverse effect on our reported financial results or in the way in which we conduct our business. See our discussion above under "Critical Accounting Policies and Estimates" for additional information about our critical accounting policies and estimates and associated risks.

*If we do not protect our proprietary information and prevent third parties from making unauthorized use of our products and technology, our revenues could be harmed.*

We rely on a combination of copyright, patent, trademark and trade secret laws, confidentiality procedures, contractual provisions and other measures to protect our proprietary information. All of these measures afford only limited protection. These measures may be invalidated, circumvented or challenged, and others may develop technologies or processes that are similar or superior to our technology. We may not have the proprietary information controls and procedures in place that we need to protect our proprietary information adequately. In addition, because we license the source code for some of our products to third parties, there is a higher likelihood of misappropriation or other misuse of our intellectual property. We also license some of our products under shrink-wrap license agreements that are not signed by licensees and therefore may be unenforceable under the laws of some jurisdictions. Despite our efforts to protect our proprietary rights, unauthorized parties may attempt to copy our products or obtain or use information that we regard as proprietary, which could harm our revenues.

*Third parties claiming that we infringe their proprietary rights could cause us to incur significant legal expenses and prevent us from selling our products.*

From time to time, we receive claims that we have infringed the intellectual property rights of others. As the number of products in the software industry increases and the functionality of these products further overlap, we believe that we may become increasingly subject to infringement claims, including patent, copyright and trademark infringement claims. We have received several trademark claims in the past and may receive more claims in the future from third parties who may also be using the VERITAS name or another name that may be similar to one of our trademarks or service marks. We have also received patent infringement claims in the past and may receive more claims in the future based on allegations that our products infringe upon patents held by third parties. In addition, former employers of our former, current or future employees may assert claims that such employees have improperly disclosed to us the confidential or proprietary information of these former employers. Any such claim, with or without merit, could:

- be time consuming to defend;

- result in costly litigation;

- divert management's attention from our core business;

- require us to stop selling, to delay shipping or to redesign our product; and

47

Table of Contents

• require us to pay monetary amounts as damages, for royalty or licensing arrangements, or to satisfy indemnification obligations that we have with some of our customers.

In addition, we license and use software from third parties in our business. These third party software licenses may not continue to be available to us on acceptable terms. Also, these third parties may from time to time receive claims that they have infringed the intellectual property rights of others, including patent and copyright infringement claims, which may affect our ability to continue licensing this software. Our inability to use any of this third party software could result in shipment delays or other disruptions in our business, which could materially and adversely affect our operating results.

*Any disruption in our operations caused by a catastrophic natural disaster or other events outside of our control could have a material adverse effect on our business, resulting in a loss of revenue or in higher expenses.*

Our business is highly automated and any disruptions or failures in our operations due to a catastrophic natural disaster, such as an earthquake or a flood, or to manmade problems, such as inadvertent errors, malicious software programs or terrorism, may result in a loss of revenue or in higher expenses, harming our operating results. Most of our primary operations, which include a significant portion of our research and development activities and other critical business operations, are located near San Francisco, California, an area known for seismic activity. A catastrophic event, such as a major earthquake, which results in the destruction or disruption of our primary operations, could severely and adversely affect our business, including both our primary data center and other internal operations and our ability to communicate with our customers or sell our products over the Internet.

In our highly automated environment, we have tightly integrated systems that support our enterprise, including our financial accounting and e-commerce systems. Maintaining the integrity and security of this enterprise is an issue of critical importance for VERITAS and our customers. Any hardware or software failure or breach in security due to inadvertent error, malicious software programs, such as viruses and worms, break-ins or unauthorized tampering with our computer systems could, if wide-spread and destructive, have a negative effect on our internal operations and could adversely affect our business. We take significant and costly measures which have been effective in protecting our enterprise from such events, however, there is no assurance that these measures will be equally as effective in the future. In addition, other events outside of our control, such as war or acts of terrorism, could have a material adverse and potentially devastating effect on our business, operating results and financial condition.

*Some provisions in our charter documents and our stockholder rights plan may prevent or deter an acquisition of VERITAS.*

Some of the provisions in our charter documents may deter or prevent certain corporate actions, such as a merger, tender offer or proxy contest, which could affect the market value of our securities. These provisions include:

• our board of directors is authorized to issue preferred stock with any rights it may determine;

• our board of directors is classified into three groups, with each group of directors to hold office for three years;

• our stockholders are not entitled to cumulate votes for directors and may not take any action by written consent without a meeting; and

• special meetings of our stockholders may be called only by our board of directors, by the chairman of the board or by our chief executive officer, and may not be called by our stockholders.

We also have in place a stockholder rights plan that is designed to discourage coercive takeover offers. In general, our stockholder rights plan provides our existing stockholders (other than an existing stockholder that becomes an acquiring person) with rights to acquire shares of our common stock at 50% of its trading price if a

48

Table of Contents

SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Mountain View, State of California, on the 11th day of June, 2004.

VERITAS SOFTWARE CORPORATION

By:                         /s/ EDWIN J. GILLIS

Edwin J. Gillis
*Executive Vice President, Finance*
*and Chief Financial Officer*

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Gary L. Bloom, Edwin J. Gillis and John F. Brigden, and each or any of them, his or her attorneys-in-fact, each with the power of substitution, for him or her in any and all capacities to sign any and all amendments to this report on Form 10-K and any other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that such attorneys-in-fact, or his or their substitute or substitutes, may lawfully do or cause to be done by virtue hereof. This Power of Attorney may be signed in several counterparts.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ GARY L. BLOOM<br><br>Gary L. Bloom | Chairman of the Board, President and Chief Executive Officer<br>*(Principal Executive Officer)* | June 11, 2004 |
| /s/ EDWIN J. GILLIS<br><br>Edwin J. Gillis | Executive Vice President, Finance and Chief Financial Officer<br>*(Principal Financial and Accounting Officer)* | June 11, 2004 |
| /s/ GEOFFREY W. SQUIRE<br><br>Geoffrey W. Squire | Vice-Chairman of the Board | June 11, 2004 |
| /s/ FRED VAN DEN BOSCH<br><br>Fred van den Bosch | Director | June 11, 2004 |
| /s/ STEVEN D. BROOKS<br><br>Steven D. Brooks | Director | June 11, 2004 |
| /s/ MICHAEL A. BROWN<br><br>Michael A. Brown | Director | June 11, 2004 |

93

Table of Contents

VERITAS SOFTWARE CORPORATION

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

*Fair Value of Financial Instruments*

The following methods are used to estimate the fair value of the Company's financial instruments:

a) the carrying value of cash and cash equivalents, accounts receivables, accounts payable and accrued liabilities approximates their fair value due to the short–term nature of these instruments;

b) available–for–sale securities and forward exchange contracts are recorded based on quoted market prices;

c) convertible subordinated notes are recorded at their accreted values, which approximate the cash outlay that is due upon the note settlements; and

d) long–term debt is recorded at the termination values of the debt agreements.

*Income Taxes*

The Company accounts for income taxes in accordance with SFAS No. 109, *Accounting for Income Taxes.* SFAS No. 109 prescribes the use of the asset and liability method. Deferred tax assets and liabilities are determined based on the difference between the financial statement carrying amounts and the tax basis of assets and liabilities and net operating loss and tax credit carryforwards and are measured using the enacted statutory tax rates expected to apply when realized or settled. The Company records a valuation allowance to reduce its deferred tax assets when uncertainty regarding their realizability exists.

*Property and Equipment*

Property and equipment are recorded at cost. Depreciation and amortization are calculated using the straight–line method over the estimated useful lives or, in the case of leasehold improvements, the remaining lease term, if shorter. The estimated useful life of furniture and equipment and computer equipment is generally two to five years and the estimated useful life of the Company's buildings is thirty–five years.

*Goodwill and Other Intangibles*

Goodwill represents the excess of the purchase price of net tangible and identifiable intangible assets acquired in business combinations over their estimated fair value. Other intangibles mainly represent developed technology, distribution channels and trademarks acquired in business combinations and convertible subordinated note issuance costs. On January 1, 2002, the Company adopted SFAS No. 142, *Goodwill and Other Intangible Assets*, which requires that goodwill and intangible assets with indefinite useful lives no longer be amortized, but instead tested for impairment at least annually in accordance with the provisions of SFAS No. 142. As a result, the Company no longer amortizes goodwill, but will test it for impairment annually or whenever events or changes in circumstances suggest that the carrying amount may not be recoverable. Identifiable intangibles are amortized over a one to four year period using the straight–line method. Convertible subordinated note issuance costs are amortized over the applicable term of the obligation.

*Strategic Investments*

The Company holds investments in capital stock in privately–held companies. These strategic investments do not represent a greater than 20% voting interest in any investee and the Company does not have the ability to significantly influence any investee's operating and financial policies. The investments are accounted for on a cost basis and are included in other non–current assets.

Impairment losses are recognized on these strategic investments when the Company determines that there has been a decline in the fair value of the investment that is other than temporary.

101

Table of Contents

VERITAS SOFTWARE CORPORATION

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

*Derivative Financial Instruments*

On January 1, 2001, the Company adopted SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*. SFAS No. 133 establishes accounting and reporting standards for derivative instruments and hedging activities and requires the Company to recognize these as either assets or liabilities on the balance sheet and measure them at fair value. If certain conditions are met, a derivative may be specifically designated and accounted for as (a) a hedge of the exposure to changes in the fair value of a recognized asset or liability or an unrecognized firm commitment, (b) a hedge of the exposure to variable cash flows of a forecasted transaction, or (c) a hedge of the foreign currency exposure of a net investment in a foreign operation, an unrecognized firm commitment, an available–for–sale security, or a foreign–currency–denominated forecasted transaction. Derivatives or portions of derivatives that are not designated as hedging instruments are adjusted to fair value through earnings in the period of change in their fair value.

The Company transacts business in various foreign currencies and has established a foreign currency hedging program, utilizing foreign currency forward exchange contracts ("forward contracts") to hedge certain foreign currency transaction exposures. The objective of these contracts is to neutralize the impact of currency exchange rate movements on the Company's operating results by offsetting gains and losses on the forward contracts with increases or decreases in foreign currency transactions. The Company does not designate its foreign exchange forward contracts as hedges and accordingly, adjusts these instruments to fair value through earnings. The Company does not use forward contracts for speculative or trading purposes.

*Revenue Recognition*

In October 1997, the Accounting Standards Executive Committee issued Statement of Position ("SOP") No. 97–2, *Software Revenue Recognition*, which has been amended by SOP No. 98–4, *Deferral of the Effective Date of a Provision of SOP 97–2*, and SOP No. 98–9. These statements set forth generally accepted accounting principles for recognizing revenue on software transactions. SOP No. 97–2, as amended by SOP No. 98–4, was effective for revenue recognized under software license and services arrangements beginning January 1, 1998. SOP No. 98–9, *Modification of SOP No. 97–2, Software Revenue Recognition, with Respect to Certain Transactions*, amended SOP No. 97–2 and requires recognition of revenue using the "residual method" when certain criteria are met.

The Company derives revenue primarily from two sources: software licenses and services. Revenue from software licenses is primarily related to the licensing of software products under perpetual license agreements. Services revenue includes contracts for software maintenance and technical support, consulting and education services. The Company applies its revenue recognition policy to determine which portions of its revenue are recognized currently and which portions must be deferred. Significant judgments and estimates are made and used by the Company to determine the amount of revenue recognized in any accounting period.

The Company recognizes revenue when persuasive evidence of an arrangement exists, the product or service has been delivered, the fee is fixed or determinable, collection is probable and vendor–specific objective evidence ("VSOE") of fair value exists to allocate the total fee among all delivered and undelivered elements in the arrangement.

*Multiple Element Arrangements*

The Company typically enters into arrangements with customers that include perpetual software licenses, maintenance and technical support. Some arrangements may also include consulting and education services. Software licenses are sold as site licenses or on a per copy basis. Site licenses give customers the right to copy licensed software on either a limited or unlimited basis during a specified term. Per copy licenses give customers the right to use a single copy of licensed software.

102

Table of Contents

### VERITAS SOFTWARE CORPORATION

#### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

Assuming all other revenue recognition criteria are met, license revenue is recognized upon delivery using the residual method in accordance with SOP No. 98–9. Under the residual method, the Company allocates and defers revenue for the undelivered elements, based on VSOE of fair value, and recognizes the difference between the total arrangement fee and the amount deferred for the undelivered elements as revenue. The determination of fair value of each undelivered element in multiple element arrangements is based on the price charged when the same element is sold separately. If sufficient evidence of fair value cannot be determined for any undelivered item, all revenue from the arrangement is deferred until VSOE of fair value can be established or until all elements of the arrangement have been delivered. If the only undelivered element is maintenance and technical support for which the Company cannot establish VSOE, the Company will recognize the entire arrangement fees ratably over the maintenance and support term.

Maintenance and technical support includes updates (unspecified product upgrades and enhancements) on a when–and–if–available basis, telephone support and bug fixes or patches. VSOE of fair value for maintenance and technical support is based upon stated renewal rates for site licenses and historical renewal rates for per copy licenses. Maintenance and technical support revenue is recognized ratably over the maintenance term.

Consulting primarily consists of product installation services that do not involve customization of the software. Installation services provided by the Company are not mandatory and can also be performed by the customer or a third party. Our VSOE of fair value for consulting is based upon the price charged when sold separately. Consulting revenue is recognized as work is performed when reasonably dependable estimates can be made of the extent of progress toward completion, contract revenue and contract costs. Otherwise, consulting revenue is recognized when the services are complete.

Education services primarily consist of courses taught by the Company's instructors at its facilities or at the customer's site. Various courses are offered specific to the license products. Education services fees are based on a per course basis or on an annual education pass, which allows for unlimited courses to be taken by one individual over a one–year term. Our VSOE of fair value for education services is based upon the price charged when sold separately. Revenue is recognized when the customer has completed the course. For annual education passes, the revenue is recognized ratably over the one–year term.

*Revenue Recognition Criteria*

The Company defines revenue recognition criteria as follows:

- *Persuasive Evidence of an Arrangement Exists.* It is the Company's customary practice to have a written contract, signed by both the customer and the Company, or a purchase order prior to recognizing revenue on an arrangement.

- *Delivery Has Occurred.* The Company's software is usually physically delivered to its customers with standard transfer terms of FOB shipping point. Software is occasionally delivered electronically, through an FTP download or by installation at the customer site. The Company considers delivery complete when the software products have been shipped and the customer has access to license keys. The arrangements do not generally include acceptance clauses. However, if an arrangement includes an acceptance provision, the Company defers the revenue and recognizes it upon the earlier of receipt of written customer acceptance or expiration of the acceptance period. Some of the Company's agreements allow customers limited right of return for which revenue is deferred as discussed more fully below under *Product Returns.*

- *The Vendor's Fee is Fixed or Determinable.* The Company's customary payment terms are generally within 30 days after invoice date. Arrangements with payment terms extending beyond 90 days after invoice date are not considered to be fixed or determinable, in which case revenue is recognized as the fees become due and payable.

103

Table of Contents

VERITAS SOFTWARE CORPORATION

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

*Impact of the Adjustments on the Consolidated Balance Sheet*

The following table presents the impact of the adjustments on the Company's previously reported consolidated balance sheet as of December 31, 2002. The adjustments to the consolidated balance sheet are the result of the adjustments described above to the consolidated statements of operations and certain reclassifications as described below.

| | December 31, 2002 | | |
| --- | --- | --- | --- |
| | (As reported) | (Adjustments) (In thousands) | (As restated) |
| **ASSETS** | | | |
| Current assets: | | | |
| Cash, cash equivalents and short-term investments | $2,241,321 | $ — | $2,241,321 |
| Accounts receivable(a) | 170,204 | (3,190) | 167,014 |
| Other current assets(b) | 74,178 | (2,151) | 72,027 |
| Deferred income taxes(c) | 59,995 | (10,732) | 49,263 |
| Total current assets | 2,545,698 | (16,073) | 2,529,625 |
| Property and equipment, net(d) | 230,261 | (2,780) | 227,481 |
| Goodwill(e) | 1,196,593 | (3,304) | 1,193,289 |
| Other non-current assets(b) | 245,528 | 3,412 | 248,940 |
| | $4,218,080 | $(18,745) | $4,199,335 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Current liabilities: | | | |
| Accounts payable and accrued compensation and benefits(f) | $ 131,056 | $ (5,668) | $ 125,388 |
| Accrued acquisition and restructuring costs | 37,742 | — | 37,742 |
| Other accrued liabilities(f) | 94,352 | (19,179) | 75,173 |
| Income taxes payable | 123,569 | — | 123,569 |
| Deferred revenue(g) | 280,314 | (18,313) | 262,001 |
| Total current liabilities | 667,033 | (43,160) | 623,873 |
| Other long-term liabilities(h) | 21,526 | 5,191 | 26,717 |
| Other non-current liabilities | 645,754 | — | 645,754 |
| Total liabilities | 1,334,313 | (37,969) | 1,296,344 |
| Total stockholders' equity(i) | 2,883,767 | 19,224 | 2,902,991 |
| | $4,218,080 | $(18,745) | $4,199,335 |

(a) *Accounts Receivable.* Accounts receivable decreased by $3.2 million as a result of a reclassification to properly reflect the Company's deferred revenue policy.

(b) *Other Current Assets and Other Non-Current Assets.* Other current assets decreased by $2.2 million and other non-current assets increased by $3.4 million primarily as a result of a reclassification to properly reflect prepaid rent.

(c) *Deferred income taxes.* The decrease in deferred income taxes is due to various Restatement Adjustments discussed above for 2002, 2001 and prior periods.

(d) *Property and Equipment, Net.* Adjustments to decrease property and equipment by $2.8 million were made as a result of the Out-of-Period Expense adjustments discussed above.

114

Table of Contents

VERITAS SOFTWARE CORPORATION

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

(e)  *Goodwill.* The decrease in goodwill is as a result of the Purchase Accounting adjustments discussed above, including the corresponding decrease in the amortization of goodwill during 2001 and prior periods.

(f)  *Accounts Payable, Accrued Compensation and Benefits and Other Accrued Liabilities.* The decrease in these accounts is primarily due to the impact of various restatement adjustments discussed above.

(g)  *Deferred Revenue.* Adjustments to deferred revenue were the result of various restatement adjustments discussed above and the reclassification of accounts receivable of $3.2 million discussed under (a) above.

(h)  *Other Long–Term Liabilities.* Other long–term liabilities increased by $5.2 million primarily as a result of adjustments made to correctly account for a derivative instrument as discussed above in Other Errors in the Application of GAAP.

(i)  *Total Stockholders' Equity.* The increase in total stockholders' equity is due to the restatement adjustments made in 2002, 2001 and prior periods.

Note 3.      Business Combinations

*Precise Software Solutions Ltd.*

On June 30, 2003, the Company acquired all of the outstanding common stock of Precise Software Solutions Ltd. ("Precise"), a provider of application performance management products. The Company acquired Precise in order to expand its product and service offerings across storage, databases and application management. The Precise acquisition was accounted for using the purchase method of accounting for total purchase consideration of approximately $715.1 million, which included 7.3 million shares of common stock valued at $210.6 million, $397.8 million of cash, $94.0 million relating to the assumption of Precise's outstanding vested and unvested stock options for 4.4 million shares of the Company's common stock and $12.7 million of acquisition–related costs. As a result of the acquisition, the Company recorded unearned compensation of $7.3 million, which will be amortized over the remaining vesting period for the stock options assumed. The fair value of the Company's common stock issued was determined using an average price of $28.68, which was the average trading price from June 25, 2003 through June 30, 2003, the three trading days before and including the date the merger consideration was finalized. The fair value of the Company's stock options assumed was determined using the Black–Scholes option pricing model and the following assumptions: estimated expected life of six months to five years, risk–free interest rate of 0.96% to 2.49%, expected volatility of 90% and no expected dividend yield. Upon the assumption by the Company of the outstanding Precise options, each Precise option became exercisable for 0.6741 shares of the Company's common stock.

Under the purchase method of accounting, the total estimated purchase price was allocated to Precise's net tangible and intangible assets based upon their estimated fair values as of the date of the completion of the

115

Table of Contents

VERITAS SOFTWARE CORPORATION

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (Continued)

acquisition. The following represents the allocation of the aggregate purchase price to the acquired net assets of Precise:

|  | (In thousands) |
|---|---|
| Cash, cash equivalents and short–term investments | $ 149,627 |
| Other current assets | 11,527 |
| Long–term assets | 8,629 |
| Current liabilities | (27,507) |
| Goodwill | 509,695 |
| Developed technology | 27,641 |
| Customer contracts | 15,200 |
| Patented technology | 11,600 |
| Other intangible assets | 7,500 |
| Deferred stock-based compensation | 7,317 |
| In–process research and development | 15,300 |
| Net deferred and other income taxes payable | (21,445) |
| Total | $ 715,084 |

Goodwill represents the excess of the purchase price over the fair value of tangible and identifiable intangible assets acquired. Goodwill is not amortized which is consistent with the guidance in SFAS No. 142, *Goodwill and Other Intangible Assets*. Developed technology, customer contracts and patented technology are being amortized over their estimated useful lives of four years and other intangible assets are being amortized over their estimated useful lives of one to four years. The weighted average amortization period for all purchased intangible assets is 3.7 years.

In connection with the acquisition of Precise, the Company allocated approximately $15.3 million of the purchase price to in–process technology that had not yet reached technological feasibility and had no alternative future use. This amount has been expensed as a non–tax deductible charge in the consolidated statements of operations for the year ended December 31, 2003.

In order to value purchased in–process research and development ("IPR&D"), research projects in areas for which technological feasibility had not been established were identified. The value of these projects was determined by estimating the expected cash flows from the projects once commercially viable and discounting the net cash flows back to their present value, using adjusted discount rates based on the percentage of completion of the in–process projects.

*Net Cash Flows.* The net cash flows expected from the identified projects are based on a third party appraiser's estimates of revenues, royalty savings, cost of sales, research and development costs, selling, general and administrative costs, royalty costs and income taxes from those projects. Revenue estimates are based on the assumptions mentioned below. The research and development costs included in the estimates reflect costs to sustain projects, but exclude costs to bring in–process projects to technological feasibility.

The estimated revenues are based on the Company's projection of each in–process project and the business projections were compared and found to be consistent with industry analysts' forecasts of growth in substantially all of the relevant markets. Estimated total revenues from the IPR&D product areas are expected to peak in the year ending December 31, 2005 and decline from 2006 into 2007 as other new products are expected to become available.

These projections are based on the Company's estimates of market size and growth, expected trends in technology and the nature and expected timing of new project introductions by Precise.

116

Table of Contents

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

The Board of Directors and Stockholders

VERITAS Software Corporation:

We have audited the accompanying consolidated balance sheets of VERITAS Software Corporation and subsidiaries (the Company) as of December 31, 2003 and 2002, and the related consolidated statements of operations, stockholders' equity and comprehensive income (loss), and cash flows for each of the years in the three–year period ended December 31, 2003. Our audits also included the related financial statement schedule. These consolidated financial statements and financial statement schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements and financial statement schedule based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of VERITAS Software Corporation and subsidiaries as of December 31, 2003 and 2002, and the consolidated results of their operations and their cash flows for each of the years in the three–year period ended December 31, 2003, in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, the related financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

As discussed in Note 2 to the consolidated financial statements, VERITAS Software Corporation and subsidiaries has restated its consolidated financial statements as of and for each of the years in the two–year period ended December 31, 2002. As discussed in Note 7 to the consolidated financial statements, effective January 1, 2002, VERITAS Software Corporation and subsidiaries adopted the provisions of Statement of Financial Accounting Standards No. 142, "Goodwill and Other Intangible Assets." As discussed in Note 11 to the consolidated financial statements, effective July 1, 2003, VERITAS Software Corporation and subsidiaries adopted the provisions of Financial Accounting Standards Board Interpretation No. (FIN) 46, "Consolidation of Variable Interest Entities an Interpretation of ARB No. 51."

/s/ KPMG LLP

Mountain View, California

June 4, 2004

# EXHIBIT C

Table of Contents

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-Q

(Mark One)

☒    QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the quarterly period ended March 31, 2004

**or**

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE
ACT OF 1934

For the transition period from          to          .

### Commission file number: 000-26247

# VERITAS Software Corporation

*(Exact Name of Registrant as Specified in Its Charter)*

| Delaware | 77-0507675 |
|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |

**350 Ellis Street**
**Mountain View, California 94043**
**(650) 527-8000**
*(Address, including Zip Code, of Registrant's Principal Executive Offices and
Registrant's Telephone Number, including Area Code)*

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes   ☒ No   ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act). Yes   ☒ No   ☐

The number of shares of the registrant's common stock outstanding as of May 28, 2004 was 431,842,356 shares.

## VERITAS SOFTWARE CORPORATION

### INDEX

|  | Page |
|---|---|
| **PART I: FINANCIAL INFORMATION** |  |
| Item 1. Condensed Consolidated Financial Statements | 2 |
| Condensed Consolidated Balance Sheets as of March 31, 2004 and December 31, 2003 | 2 |
| Condensed Consolidated Statements of Operations for the Three Months Ended March 31, 2004 and 2003 | 3 |
| Condensed Consolidated Statements of Cash Flows for the Three Months Ended March 31, 2004 and 2003 | 4 |
| Notes to Condensed Consolidated Financial Statements | 5 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 16 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 38 |
| Item 4. Controls and Procedures | 40 |
| **PART II: OTHER INFORMATION** |  |

Table of Contents

economic conditions.

### International Sales and Operations

Our international sales consist of sales of licenses and services to customer locations outside the United States and are generated primarily through our international sales subsidiaries. International revenue, a majority of which is collectible in foreign currencies, accounted for approximately 39% and 34% of our total net revenue for the quarters ended March 31, 2004 and 2003, respectively. Our international revenue increased 43% to $187.5 million year−over−year. During 2003 and through the first quarter of 2004, our international revenue increased across all geographic areas and we saw greater strength in the emerging markets in Europe, Asia−Pacific and Japan. Additionally, during 2004 our international sales benefited from favorable foreign currency exchange rate movements relative to the weaker U.S. dollar. Excluding the benefit from foreign currency movement, the increase in international sales would have been 32% over the first quarter of 2003. We expect that our international revenue will continue to increase in absolute dollars and as a percent of total revenue for the remainder of 2004 because of the continued expansion of international markets and the focus and increased investment by our company in these markets.

We believe that a key component of our growth strategy is the continued expansion of our international operations. We currently have sales and services offices and resellers located in Europe, Asia−Pacific and Japan, Latin America, Canada, Africa and the Middle East, and research and development centers in India, the United Kingdom and Israel. International expansion will require us to establish additional foreign offices, hire additional personnel and recruit new international resellers, resulting in the diversion of management attention and the expenditure of financial resources. To the extent that we are unable to meet these additional requirements, growth in international sales will be limited, which would have an adverse effect on our business, operating results and financial condition.

### User License Fees

We market and distribute our software products both as standalone software products and as integrated product suites, which we also refer to as application solutions. We derive our user license fees from the licensing of our technology, segregated into three product areas: Data Protection, which includes our NetBackup and Backup Exec product families; Storage Management, which includes our File Systems, Volume Manager, replication, Database Editions and storage resource management product families; and Utility Computing Infrastructure, which includes our clustering, high−availability offerings, application performance management, or APM, OpForce and CommandCentral Service product families.

| (in millions, except percentages) | Three Months Ended March 31, | | % Change |
| --- | --- | --- | --- |
| | 2004 | 2003 | |
| User license fees: | | | |
| Data protection | $161.8 | $139.3 | 16% |
| Storage management | 83.9 | 61.2 | 37 |
| Utility computing infrastructure | 56.7 | 47.0 | 21 |
| Total user license fees | $302.4 | $247.5 | 22% |
| As a percentage of user license fees: | | | |
| Data protection | 53% | 56% | |
| Storage management | 28 | 25 | |
| Utility computing infrastructure | 19 | 19 | |
| Total user license fees | 100% | 100% | |
| As a percentage of total net revenue | 62% | 63% | |

For the quarter ended March 31, 2004 compared to March 31, 2003, user license fees increased by $54.9 million or 22% due to increases across each product category. Data protection increased by $22.5 million due primarily to increases in our core backup family of products, including NetBackup 5.0 which was introduced during the fourth quarter of 2003. Storage management increased $22.7 million due primarily to increases in our replication and storage resource management products, including the introduction of Storage Foundation Suite 4.0 which was introduced during the first quarter of 2004. Utility computing infrastructure increased by $9.7 million due primarily to increases in clustering, Database Editions/Advanced Cluster and the addition of APM products as a

result of our acquisition of Precise.

User license fees from OEMs accounted for 12% of user license fees for the quarters ended March 31, 2004 and 2003.

Unfilled license orders and deferred license revenue were approximately $78 million and $53 million at March 31, 2004 and 2003, respectively. Unfilled license orders represent cancelable and non–cancelable license orders that have been received from our customers for the license of our software products but have not been shipped as of the end of the applicable fiscal period. Deferred license revenue represents license orders for our software products that have been billed to and paid by the customer and for which revenue has not yet been earned, but is generally earned within the next year.

22

Table of Contents

For the quarter ended March 31, 2004, we completed 25 transactions valued at over $1.0 million, including services, and 246 transactions valued at over $100,000. For the quarter ended March 31, 2003, we completed 12 transactions valued at over $1.0 million, including services, and 202 transactions valued at over $100,000.

*Services Revenue*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| (in millions, except percentages) | 2004 | 2003 | % Change |
| Services revenue | $183.3 | $142.7 | 28% |
| As a percentage of net revenue | 38% | 37% | |

We derive our services revenue primarily from contracts for software maintenance and technical support and, to a lesser extent, consulting and education and training services. The increase in services revenue for the first quarter of 2004 over 2003 was due primarily to the increase in software maintenance and technical support revenue of 30%. The increase in software maintenance and technical support revenue in the first quarter of 2004 was the result of a larger installed base of customers and a greater focus on renewing customer support contracts, particularly internationally. We expect our services revenue to increase in absolute dollars and as a percentage of net revenue as we continue to grow our installed base of customers, continue our focus on renewing our software maintenance and technical support contracts, and increase demand for our consulting and education and training services.

Deferred services revenue, which in the case of maintenance and technical support is generally recognized over the maintenance and support period of twelve months, or in the case of professional services, training or consulting services is generally recognized over the period the specifics service are rendered, was approximately $400 million and $269 million at March 31, 2004 and 2003, respectively. The increase in deferred services revenue is the result of significant growth in our installed base of customers under software maintenance and technical support contracts and our continued focus on maintenance and technical support contract renewals.

*Cost of Revenue*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| (in millions, except percentages) | 2004 | 2003 | % Change |
| Cost of revenue | $79.2 | $79.0 | — |
| As a percentage of net revenue | 16% | 20% | |

Gross profit on user license fees, excluding amortization of developed technology, is substantially higher than gross profit on services revenue, reflecting the low materials, packaging and other costs of software products compared with the relatively high personnel costs associated with providing maintenance and technical support, consulting and education services. Cost of services varies depending upon the mix of maintenance and technical support, consulting and education services. We expect gross profit to fluctuate in the future, reflecting changes in royalty rates on licensed technologies, the mix of license and services revenue and the timing of continued investment in our services organization and the recognition of revenue that we expect as a result of those investments.

*Cost of User License Fees (including amortization of developed technology)*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| (in millions, except percentages) | 2004 | 2003 | % Change |
| Cost of user license fees: | | | |
| User license fee | $ 9.5 | $11.9 | (20)% |
| Amortization of developed technology | 3.8 | 14.8 | (74)% |
| Total cost of user license fees | $13.3 | $26.7 | (50)% |

Gross profit:
User license fees including amortization of developed
technology                                                    96%      89%

23

Table of Contents

Cost of user license fees consists primarily of amortization of developed technology, royalties, media, manuals and distribution costs. The amortization of developed technology is related primarily to acquisitions completed during 1999 and the first and second quarters of 2003. If we had excluded the amortization of developed technology from the cost of user license fees, the gross profit on user license fees would have been 97% and 95% for the quarters ended March 31, 2004 and 2003, respectively. The gross profit on user license fees may vary from period to period based on the license revenue mix because some of our products carry higher royalty rates than others. Excluding the amortization of developed technology, we expect gross profits on user license fees to remain relatively constant.

The decrease in amortization of developed technology for the first quarter of 2004 over 2003 was primarily the result of the developed technology related to the 1999 acquisitions reaching full amortization in 2003. This decrease was partially offset by the amortization of developed technology related to the Precise, Jareva and Ejasent acquisitions. We expect amortization of developed technology to be approximately $4 million per quarter for the remainder of 2004 for our current intangible assets.

*Cost of Services*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| (in millions, except percentages) | 2004 | 2003 | % Change |
| Cost of service revenue | $65.8 | $52.3 | 26% |
| Gross profit | 64% | 63% | |

Cost of services consists primarily of personnel–related costs in providing maintenance and technical support, consulting and education to customers. The gross profit improvement for the first quarter of 2004 over 2003 was primarily the result of the increase in maintenance and support revenues of 30%, while related expenses increased only 27% as we continued to take advantage of the "economies of scale" of the larger installed customer base. We expect gross profit on services revenue to remain stable or increase slightly as a result of higher maintenance and support revenue and reductions in labor costs associated with technical support services by increasing our use of lower cost operations in India.

*Operating Expenses*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| (in millions, except percentages) | 2004 | 2003 | % Change |
| Operating expenses | $273.5 | $246.4 | 11% |
| As a percentage of net revenue | 56% | 63% | |

Operating expenses for the quarter ended March 31, 2004 increased by $27.1 million compared to 2003 due primarily to an increase in selling and marketing, research and development and general and administrative expenses. The increase in operating expenses was the result of an overall increase in operations offset by a decrease from the first quarter of 2003 of $15.8 million for amortization of other intangibles from our 1999 acquisitions reaching full amortization in 2003 and a decrease of $3.7 million of IPR&D year over year. We believe that the percentage changes in total operating expenses in these periods are not necessarily indicative of future results. Our operating expenses include selling and marketing expenses, research and development expenses, general and administrative expenses, amortization of other intangibles and IPR&D.

*Selling and Marketing*

| | Three Months Ended March 31, | | |
|---|---|---|---|
| (in millions, except percentages) | 2004 | 2003 | % Change |
| Selling and marketing | $143.0 | $115.3 | 24% |
| As a percentage of net revenue | 29% | 30% | |

Selling and marketing expenses consist primarily of salaries, related benefits, commissions, consultant fees and other costs associated with our sales and marketing efforts. The increase for the first quarter of 2004 over 2003 of $27.7 million was primarily the result of an increase in sales commissions, compensation and benefit costs due to an increase in personnel partially resulting from the Precise acquisition and higher sales commissions resulting from the increase in license revenues. Although our selling and marketing

expenses decreased as a percentage of total revenues, they remained relatively constant when compared to user license fees at

24

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized on June 11, 2004.

VERITAS SOFTWARE CORPORATION

By: /s/ Edwin J. Gillis
_____

Edwin J. Gillis
*Executive Vice President, Finance*
*and Chief Financial Officer*
*(Principal Financial and Accounting Officer)*

45

# EXHIBIT D

Table of Contents

# SCHEDULE 14A
## (Rule 14a-101)
### INFORMATION REQUIRED IN PROXY STATEMENT
### SCHEDULE 14A INFORMATION

### Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 (Amendment No.     )

Filed by the registrant                                          ☑
Filed by a party other than the registrant        ☐

Check the appropriate box:

☐    Preliminary proxy statement.

☐    Confidential, for use of the Commission only (as permitted by Rule 14a-6(e)(2)).

☑    Definitive proxy statement.

☐    Definitive additional materials.

☐    Soliciting material pursuant to §240.14a-12.

## VERITAS Software Corporation

(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if Other than the Registrant)

Payment of filing fee (check the appropriate box):

☑    No fee required.

☐    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)    Title of each class of securities to which transaction applies:

(2)    Aggregate number of securities to which transaction applies:

(3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

(4)    Proposed maximum aggregate value of transaction:

(5)    Total fee paid:

☐    Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)    Amount Previously Paid:

(2)    Form, Schedule or Registration Statement No.:

(3)    Filing Party:

(4)    Date Filed:

Table of Contents



### NOTICE OF ANNUAL MEETING OF STOCKHOLDERS

Dear Stockholders:

You are cordially invited to attend the 2004 annual meeting of stockholders of VERITAS Software Corporation. The meeting will be held at our executive offices located at 350 Ellis Street, Mountain View, California 94043 on Wednesday, August 25, 2004, beginning at 8:30 a.m. Pacific Time. We are holding the meeting to:

1.  Elect three Class C directors to our board of directors, each to serve for a term of three years;

2.  Approve the amended and restated VERITAS Software Corporation 2003 Stock Incentive Plan;

3.  Ratify our board of directors' selection of KPMG LLP as our independent accountants for our current fiscal year; and

4.  Transact any other business as may properly come before the meeting or any adjournment or postponement of the meeting.

All of these actions are more fully described in the proxy statement accompanying this notice.

Only stockholders who owned our stock at the close of business on Monday, June 28, 2004 may vote at the meeting or at any adjournment or postponement of the meeting. **Whether or not you plan to attend the meeting, please submit a proxy by telephone, Internet or mail so that your shares may be represented at the meeting.** You may vote in person at the meeting, even if you have already submitted a proxy. A list of stockholders eligible to vote at the meeting will be available for review during our regular business hours at our headquarters in Mountain View for at least ten days prior to the meeting for any purpose related to the meeting.

Sincerely,

Gary L. Bloom

Gary L. Bloom
*Chairman of the Board, President and Chief Executive Officer*

Mountain View, California
July 23, 2004

## TABLE OF CONTENTS

NOTICE OF ANNUAL MEETING OF STOCKHOLDERS
PROXY STATEMENT
Information about Solicitation and Voting
ABOUT THE MEETING
CORPORATE GOVERNANCE PRINCIPLES AND DIRECTOR INDEPENDENCE
BOARD COMMITTEES AND THEIR FUNCTIONS
DIRECTOR NOMINATION AND COMMUNICATION WITH DIRECTORS
PROPOSAL NO. 1
ELECTION OF DIRECTORS
PROPOSAL NO. 2
AMENDMENT AND RESTATEMENT OF 2003 STOCK INCENTIVE PLAN
EQUITY COMPENSATION PLAN INFORMATION
PROPOSAL NO. 3 RATIFICATION OF SELECTION OF INDEPENDENT ACCOUNTANTS
SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT
OUR EXECUTIVE OFFICERS
EXECUTIVE COMPENSATION
REPORT ON EXECUTIVE COMPENSATION
AUDIT COMMITTEE REPORT
STOCK PRICE PERFORMANCE
CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS
ADDITIONAL INFORMATION
OTHER MATTERS
Appendix A
Appendix B

Table of Contents

**VERITAS Software Corporation**

---

**PROXY STATEMENT**

---

**Information about Solicitation and Voting**

Our board of directors is soliciting your proxy for our 2004 annual meeting of stockholders. The meeting will be held at our principal executive offices located at 350 Ellis Street, Mountain View, California 94043 on Wednesday, August 25, 2004, beginning at 8:30 a.m. Pacific Time. Our telephone number is (650) 527-8000. We intend to mail proxy materials for the meeting, which include this proxy statement, the attached proxy card and our 2003 annual report to stockholders, on or about July 23, 2004 to all stockholders entitled to vote at the meeting.

This proxy statement contains important information for you to consider when deciding how to vote on the matters brought before the meeting. Please read it carefully.

## ABOUT THE MEETING

**Q:   What is the purpose of the annual meeting?**

A:   At our annual meeting, stockholders will act upon the proposals described in this proxy statement. In addition, management will report on the performance of VERITAS Software and respond to questions from stockholders.

**Q:    What proposals are scheduled to be voted on at the meeting?**

A:   There are three proposals scheduled for a vote. They are:

- Proposal No. 1: To elect three Class C directors to our board of directors, each to serve for a term of three years;

- Proposal No. 2: To approve the amended and restated VERITAS Software Corporation 2003 Stock Incentive Plan; and

- Proposal No. 3: To ratify our board of directors' selection of KPMG LLP as our independent accountants for our current fiscal year.

**Q:   Who can vote at the meeting?**

A:   The record date for the meeting is June 28, 2004. You are entitled to vote at the meeting if you owned our common stock at the close of business on the record date. As of the record date, there were 432,444,235 shares of common stock outstanding and entitled to vote.

*Stockholder of Record: Shares Registered in Your Name*

If on June 28, 2004 your shares were registered directly in your name with our transfer agent, Mellon Investor Services, then you are considered the stockholder of record with respect to those shares, and these proxy materials are being sent directly to you by Mellon Investor Services on behalf of VERITAS Software. As a stockholder of record, you may vote in person at the meeting or vote by proxy. Whether or not you plan to attend the meeting, we urge you to fill out and return the enclosed proxy card.

*Beneficial Owner: Shares Registered in the Name of a Broker or Nominee*

If on June 28, 2004 your shares were held electronically in an account with a brokerage firm, bank, or similar organization, then you are the beneficial owner of the shares held in street name, and these proxy materials are being forwarded to you by that organization. As a beneficial owner, you have the right to direct your broker, bank or similar organization how to vote the shares held in your account, and the

Table of Contents

## EXECUTIVE COMPENSATION

The following table sets forth all compensation awarded to, earned by or paid for services rendered to VERITAS in all capacities during 2003, 2002, and 2001 by our chief executive officer and our four other most highly compensated executive officers for the year ended December 31, 2003. No other individuals who would have been includable in the table by reason of their salary and bonus for fiscal year 2003 terminated employment or otherwise ceased to have executive officer status during 2003. The information in the table includes the dollar value of base salaries, commissions and bonus awards, certain reimbursements, the number of shares subject to stock options granted and certain other compensation, whether paid or deferred. We do not grant stock appreciation rights and provide no long-term compensation benefits other than stock options under the current 2003 Plan.

### Summary Compensation Table

| Name and Principal Position | Year | Annual Compensation | | | Long-Term Compensation Awards | |
| | | Salary | Bonus(1) | Other Annual Compensation | Securities Underlying Options | All Other Compensation (2) |
| --- | --- | --- | --- | --- | --- | --- |
| Gary L. Bloom | 2003 | $1,000,000 | $1,852,000 | $  — | 400,000(3) | $2,500 |
| *President, Chief Executive* | 2002 | 1,000,000 | 1,150,000 | * | 800,000 | 2,500 |
| *Officer, and Chairman of* | 2001 | 1,000,000 | 800,000 | | 2,250,000 | 2,500 |
| *the Board* | | | | | | |
| Fred van den Bosch(4) | 2003 | 480,000 | 501,000 | — | 200,000(3) | 2,500 |
| *Former Chief Technology* | 2002 | 480,000 | 300,000 | — | 400,000 | 2,500 |
| *Officer, Executive Vice* | 2001 | 400,000 | 300,000 | — | 400,000 | 2,500 |
| *President, Advanced Technology Group* | | | | | | |
| Mark Bregman(5) | 2003 | 390,000 | 412,000 | 102,144(6) | 200,000(3) | 2,500 |
| *Executive Vice President,* | 2002 | 331,000 | 300,000 | 59,949(7) | 825,000 | 2,500 |
| *Product Operations* | 2001 | — | — | — | — | — |
| Edwin J. Gillis(8) | 2003 | 435,000 | 460,000 | * | 200,000(3) | 2,500 |
| *Chief Financial Officer,* | 2002 | 52,981 | — | — | 700,000 | — |
| *Executive Vice President,* | 2001 | — | — | — | — | — |
| *Finance* | | | | | | |
| Kristof Hagerman(9) | 2003 | 346,354 | 400,000 | — | 200,000(3) | 2,500 |
| *Executive Vice President,* | 2002 | 315,000 | 260,000 | — | 300,000 | 2,500 |
| *Strategic Operations* | 2001 | 242,051 | 210,000 | — | 275,000 | 2,500 |

  *    Did not exceed the lesser of $50,000 or 10% of the total annual salary and bonus reported for the named executive officers.

(1)    Portions of bonuses for services rendered in 2003, 2002 and 2001 were paid in the following year.

(2)    Consists of the matching contributions we made on behalf of the named officers to our 401(k) plan.

(3)    Consists of stock options granted in February 2004 with respect to services rendered in 2003.

(4)    Mr. van den Bosch resigned as Chief Technology Officer, Executive Vice President, Advanced Technology Group in April 2004.

(5)    Mr. Bregman joined us in March 2002.

(6)    Consists of $43,605 in housing and personal travel expense and $58,539 for reimbursement of Mr. Bregman's income tax liability for the 2002 tax year related to housing and personal travel expense paid by us in 2002.

(7)    Consists of housing and personal travel expenses.

(8)    Mr. Gillis joined us in November 2002.

Table of Contents

(9)   Mr. Hagerman joined us in February 2001, and was promoted from Senior Vice President to Executive Vice President in February 2003.

### Option Grants for 2003

The following table sets forth information regarding stock option grants to each of the above-named officers for their service in fiscal 2003. These grants were made in February of 2004. During 2003, we granted to our employees options to purchase an aggregate of 8,001,833 shares of our common stock. The exercise price of all stock options was equal to the fair market value of our common stock on the date of grant. The stock options listed below vest over four years at the rate of 1/48th per month. All stock options have a term of 10 years, subject to earlier termination upon termination of employment.

The potential realizable value table illustrates the hypothetical gains that would exist for the options at the end of the 10-year term of the option based on assumed annualized rates of compound stock price appreciation of 5% and 10% from the dates the options were granted to the end of the term. The 5% and 10% assumed rates of annual compound stock price appreciation are mandated by Securities and Exchange Commission rules and do not represent our estimate or projection of future common stock prices. Actual gains, if any, on option exercises will depend on the future performance of our common stock and overall market conditions. The potential realizable values shown in this table may never be achieved.

| Name | Number of Securities Underlying Options Granted | Percent of Total Options Granted to Employees In Fiscal Year 2003 | Exercise Price | Expiration Date | Potential Realizable Value at Assumed Rates of Stock Price Appreciation for Option Term | |
|---|---|---|---|---|---|---|
| | | | | | 5% | 10% |
| Gary L. Bloom | 400,000 | 5.0% | $33.04 | 02/17/14 | $8,311,471 | $21,062,900 |
| Fred van den Bosch | 200,000 | 2.5% | $33.04 | 02/17/14 | $4,155,736 | $10,531,450 |
| Mark Bregman | 200,000 | 2.5% | $33.04 | 02/17/14 | $4,155,736 | $10,531,450 |
| Edwin J. Gillis | 200,000 | 2.5% | $33.04 | 02/17/14 | $4,155,736 | $10,531,450 |
| Kristof Hagerman | 200,000 | 2.5% | $33.04 | 02/17/14 | $4,155,736 | $10,531,450 |

### Aggregate Option Exercises in 2003 and Year-End Option Values

The following table sets forth information concerning stock option exercises during 2003 by each of the above-named officers, including the aggregate amount of gains on the date of exercise. The value realized for option exercises is the aggregate fair market value of our common stock on the date of exercise less the exercise price. In addition, the table includes the number of shares covered by both exercisable and unexercisable stock options held on December 31, 2003 by each of those officers. Also reported are values for "in-the-money" stock options that represent the positive spread between the respective exercise prices of outstanding stock options and the fair market value of our common stock as of December 31, 2003. The values for unexercised in-the-money options have not been, and may never be, realized. The fair market value is determined by the closing price of our common stock on December 31, 2003, as reported on the NASDAQ Stock Market, which was $37.02 per share.

| Name | Shares Acquired Upon Exercise | Value Realized | Number of Securities Underlying Unexercised Options at Fiscal Year-End | | Value of Unexercised In-the-Money Options at Fiscal Year-End | |
|---|---|---|---|---|---|---|
| | | | Exercisable | Unexercisable | Exercisable | Unexercisable |
| Gary L. Bloom | 30,000 | $ 617,904 | 3,489,988 | 2,030,012 | $17,235,423 | $22,137,277 |
| Fred van den Bosch | 554,307 | $12,619,367 | 1,124,612 | 483,333 | $12,251,729 | $ 6,746,500 |
| Mark Bregman | 75,000 | $ 851,730 | 237,500 | 512,500 | $ 1,362,375 | $ 6,422,625 |
| Edwin J. Gillis | 40,000 | $ 838,324 | 149,583 | 510,417 | $ 3,105,343 | $10,596,257 |
| Kristof Hagerman | 75,000 | $ 1,009,918 | 194,271 | 305,729 | $ 1,115,500 | $ 4,800,500 |

36

Table of Contents

## Employment Agreements

### Employment Agreement with Chief Executive Officer

The employment of our chief executive officer and president, Gary Bloom, is at-will and may be terminated by him or by us at any time for any reason. Mr. Bloom's salary and bonus are recommended by the compensation committee and approved by our board of directors on an annual basis. Under the terms of Mr. Bloom's employment contract with us, which expired in 2002, Mr. Bloom's employment with us at the time of such expiration is to be treated no less favorably than the policies in effect at the time for our other senior executives.

### Change of Control Agreement with Chief Executive Officer

Mr. Bloom entered into a change in control agreement with us effective March 15, 2004. Under the terms of the agreement, in the event of a change of control, Mr. Bloom is entitled to accelerated vesting of his outstanding stock options as follows:

(1) If the acquiring or successor company assumes the outstanding options, issues comparable substitute options, or provides a cash incentive program that preserves the existing spread under the options, then each of Mr. Bloom's outstanding options will vest and become exercisable immediately upon the consummation of the change of control with respect to 50% of the unvested shares under each option; or

(2) If the acquiring or successor company does not assume the outstanding options, issue comparable substitute options or provide a cash incentive program that preserves the existing spread under the options, then each of Mr. Bloom's outstanding options will vest and become exercisable immediately upon the consummation of the change of control with respect to 100% of the unvested shares under each option.

In addition, if Mr. Bloom's employment with us terminates without cause, or if Mr. Bloom resigns with good reason within 12 months after consummation of a change of control, Mr. Bloom will be entitled to receive the following severance benefits: (1) continuation of base salary for a period of 18 months from the date of termination; (2) 100% of his target bonus, plus a pro-rated percentage of his target bonus based upon the number of days that have passed in the fiscal year as of the termination date; (3) acceleration of 100% of his unvested stock options; and (4) payment of COBRA premiums for health insurance for 18 months after termination.

In order to receive these severance benefits, Mr. Bloom must comply with the terms of a restrictive covenant which includes, among other conditions: signing a confidentiality and intellectual property agreement, executing a release and being available to provide consulting services to us during the 18-month period during which he receives severance benefits and not performing functions similar to the functions he performed for us for any competing business during that 18-month period.

### Employment Agreements with Named Executive Officers

Our Chief Financial Officer and Executive Vice President, Finance, Edwin Gillis, entered into an employment agreement with us effective November 18, 2002. Under his employment agreement, Mr. Gillis will be paid an annual base salary of $435,000, which may be increased from time to time as determined by the chief executive officer, subject to approval of the compensation committee. Under his employment agreement, Mr. Gillis was guaranteed a target bonus of $290,000 in each of 2002 and 2003, with the bonus for 2002 paid on a pro-rated basis for the portion of 2002 that he was employed by us. After 2003, Mr. Gillis will be entitled to receive a performance bonus in accordance with our executive officer bonus plan. In addition, Mr. Gillis received a one-time grant of options to purchase 700,000 shares of our common stock and is also entitled to receive $280,000 for his relocation costs and expenses pursuant to the terms of his employment agreement. Mr. Gillis' employment is at-will and may be terminated by him or by us at any time for any reason. To the extent that we provide to similarly situated employees any severance or other benefits,

37

# EXHIBIT E

e10vq

Table of Contents

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

## Form 10-Q

---

(Mark One)

☑  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2004

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from        to        .

Commission file number: 000-26247

# VERITAS Software Corporation
*(Exact name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Delaware** | **77-0507675** |
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |

**350 Ellis Street**
**Mountain View, California 94043**
**(650) 527-8000**
*(Address, including Zip Code, of Registrant's Principal Executive Offices and Registrant's Telephone Number, including Area Code)*

---

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑      No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).   Yes ☑      No ☐

The number of shares of the registrant's common stock outstanding as of July 30, 2004 was 432,828,668 shares.

---

## VERITAS SOFTWARE CORPORATION

### INDEX

Page

Table of Contents

Item 2.      *Management's Discussion and Analysis of Financial Condition and Results of Operations*

*This quarterly report on Form 10-Q contains forward-looking statements within the meaning of the Securities Exchange Act of 1934 and the Securities Act of 1933 that involve risks and uncertainties. These forward-looking statements include statements about our revenue, revenue mix, gross margin, operating expense levels, financial outlook, commitments under existing leases, research and development initiatives, sales and marketing initiatives and competition. In some cases, forward-looking statements are identified by words such as "believe," "anticipate," "expect," "intend," "plan," "will," "may" and similar expressions. You should not place undue reliance on these forward-looking statements, which speak only as of the date of this quarterly report on Form 10-Q. All of these forward-looking statements are based on information available to us at this time, and we assume no obligation to update any of these statements. Actual results could differ from those projected in these forward-looking statements as a result of many factors, including those identified in the section captioned "Factors That May Affect Future Results" below, and elsewhere in this quarterly report. We urge you to review and consider the various disclosures made by us in this report, and those detailed from time to time in our filings with the Securities and Exchange Commission, that attempt to advise you of the risks and factors that may affect our future results.*

The following discussion should be read in conjunction with our financial statements and accompanying notes, which appear elsewhere in this quarterly report on Form 10-Q. Unless expressly stated or the context otherwise requires, the terms "we", "our", "us" and "VERITAS" refer to VERITAS Software Corporation and its subsidiaries.

**Overview**

The following Management's Discussion and Analysis of Financial Condition and Results of Operations, or MD&A, is intended to help the reader understand our company. MD&A is provided as a supplement to — and should be read in conjunction with — our condensed consolidated financial statements and the accompanying notes.

*Our Business*

VERITAS Software Corporation is a leading independent supplier of storage and infrastructure software products and services. Our software products operate across a variety of computing environments, from PCs and workgroup servers to enterprise servers and networking platforms in corporate data centers. Our products protect, archive and recover business-critical data, provide high levels of application availability, enhance and tune system and application performance and enable recovery from disasters. Our solutions enable businesses to reduce costs by efficiently and effectively managing their information technology, or IT, infrastructure as they seek to maximize value from their IT investments.

We generate revenues, income and cash flows by licensing software products and selling related services to our customers, which include many leading global corporations and small and medium-sized enterprises around the world operating in a wide variety of industries. We market our products and related services both directly and through a variety of indirect sales channels, which include value added resellers, or VARs, distributors, system integrators, or SIs, and original equipment manufacturers, or OEMs. Specifically, the channel mix for the three and six months ended June 30, 2004 was 55% and 57%, respectively, from sales to end-users and through VARs, and 45% and 43%, respectively, from other indirect sales channels, which includes 13% and 11%, respectively, from our OEM partners.

We invest significantly in research and development activities and for the three and six months ended June 30, 2004, we spent $83.6 million and $163.5 million, respectively, on research and development. Our research and development efforts have been directed toward developing new products for UNIX, Linux and Windows, developing new features and functionality for existing products, integrating products across our existing product lines, porting new and existing products to different operating systems and expanding our product portfolio into new markets such as application performance management, server provisioning and centralized service level management.

20

Table of Contents

In the fourth quarter of 2003, we revised our revenue reporting categories to more closely align with how we manage our business. Historically, we categorized our revenue between Core and Emerging technologies. We believe the new revenue categories will provide investors with better insight into our results. These new categories are Data Protection, Storage Management and Utility Computing Infrastructure. Our revenue performance in these categories is described in the "User License Fees" section of MD&A.

### Our Strategy

Our strategy is to continue to compete in our current markets while expanding and integrating our product portfolio in the area of utility computing infrastructure, to continue to expand our product offering across key operating system platforms, including UNIX, Linux and Windows, and to continue to invest for growth in international markets.

We expect to continue to grow the company organically and through acquisitions. In 2003, we completed two acquisitions that provided us with essential components of our utility computing infrastructure product strategy, including application performance management software and server provisioning technology. In January 2004, we completed the acquisition of Ejasent, Inc., which added application migration technology and in July 2004, we completed the acquisition of Invio Software, Inc., which added IT process automation technology to our utility computing infrastructure portfolio. We will continue to evaluate new strategic acquisitions in the future.

Our revenue from international sales continues to increase primarily as a result of our increased investment in our international geographies, market strength in the emerging market areas in Europe and Asia and a favorable impact of changes in foreign currency exchange rates related to the weaker U.S. dollar. For the three and six months ended June 30, 2004, revenue from international sales, consisting of sales of licenses and services to customers located outside the U.S., increased 37% and 40% from the three and six months ended June 30, 2003, respectively, and represented 40% of our total revenue for the three and six months ended June 30, 2004.

### Our Financial Position

In the second quarter of 2004, our operating results were affected by several factors, including IT spending trends, lower than expected demand for our products in the U.S. enterprise portion of our business, the growing need of enterprises to effectively manage storage and computing infrastructure, the strength of our product offerings and the contribution of our recent acquisitions. In the first half of 2004, we experienced stronger IT spending in our customer base, resulting in stronger demand for our products and growth in our user license fees compared to the same period last year, especially in our international regions. The acquisition of Precise and the integration of the acquired products into our product offerings contributed to our growth, as did our increased sales penetration in international markets and the favorable impact of changes in foreign currency exchange rates. Additionally, our services revenue grew significantly due to new service contracts associated with user license fees as well as our success in increasing support contract renewals within our customer base.

For the three months ended June 30, 2004, total revenue from sales in the U.S., consisting of sales of licenses and services to customers located in the U.S., increased 9% from the three months ended June 30, 2003. License revenue decreased by 6% from $152.4 million for the three months ended June 30, 2003 to $142.8 million for the three months ended June 30, 2004 as we saw customer buying patterns in enterprise accounts become more cautious leading to longer sales cycles and a smaller average deal size. U.S. services revenue increased by 30% from $112.7 million for the three months ended June 30, 2003 to $146.0 million for the three months ended June 30, 2004 primarily as a result of strong maintenance renewal rates and $7.0 million of U.S. retroactive maintenance revenue from one of our OEM partners.

For the six months ended June 30, 2004, total revenue from sales in the U.S. increased 12% from the six months ended June 30, 2003 and represented approximately 60% of our total revenue for the first half of 2004.

21

Table of Contents

For the three and six months ended June 30, 2004, net revenue was $485.0 million and $970.8 million, respectively, an increase of 19% and 22%, respectively, from the three and six months ended June 30, 2003. Revenue from user license fees for the three and six months ended June 30, 2004 was $269.9 million and $572.3 million, respectively, an increase of 7% and 14%, respectively, from 2003, and representing 56% and 59% of total revenue, respectively. Services revenue for the three and six months ended June 30, 2004 was $215.1 million and $398.5 million, respectively, an increase of 38% and 34% from 2003, and representing 44% and 41% of total net revenue, respectively. Diluted net income per share for the three and six months ended June 30, 2004 was $0.20 and $0.42, respectively, up from $0.11 and $0.21 for the three and six months ended June 30, 2003, primarily as a result of earnings leverage from revenue growth and a reduction in acquisition-related expenses, such as amortization of intangibles and in-process research and development.

We continue to generate cash from operations and to retain a significant balance of cash and short-term investments. As of June 30, 2004, we had $2,750.1 million in cash, cash equivalents and short-term investments, which represented 74% of our tangible assets. We generated $321.0 million of cash from operating activities for the six months ended June 30, 2004. We utilize cash in ways that management believes will provide an optimal return on investment. Principal uses of our cash include acquisitions of businesses and technologies and purchases of property and equipment.

### Recent Acquisitions

In July 2004, we acquired all of the outstanding capital stock of Invio, a privately held supplier of IT process automation technology. We acquired Invio to extend the capability of software products that enable utility computing by offering customers a tool for standardizing and automating IT service delivery in key areas such as storage provisioning, server provisioning and data protection. We will account for the Invio acquisition using the purchase method of accounting for cash consideration of approximately $35 million.

In January 2004, we acquired Ejasent, a privately held provider of application virtualization technology for utility computing. We acquired Ejasent to add important application migration technology, which allows IT personnel to move an application from one server to another without disrupting or terminating the application. We accounted for the Ejasent acquisition using the purchase method of accounting for total purchase consideration of $61.4 million. We have included the results of operations of Ejasent in our consolidated financial statements beginning January 20, 2004. In connection with the acquisition of Ejasent, we allocated approximately $0.4 million of the purchase price to in-process research and development, or IPR&D, that had not yet reached technological feasibility and had no alternative future use. We have expensed this amount in our condensed consolidated statement of operations for the six months ended June 30, 2004.

In June 2003, we acquired Precise Software Solutions Ltd., a provider of application performance management products. We acquired Precise to expand our product and service offerings across storage, databases and application performance management. We accounted for the Precise acquisition using the purchase method of accounting for total purchase consideration of $715.1 million. We have included the results of operations of Precise in our consolidated financial statements beginning July 1, 2003. In connection with the acquisition of Precise, we allocated approximately $15.3 million of the purchase price to IPR&D that had not yet reached technological feasibility and had no alternative future use. We have expensed this amount in our condensed consolidated statement of operations for the three and six months ended June 30, 2003.

In January 2003, we acquired Jareva Technologies, Inc., or Jareva, a privately held provider of automated server provisioning products that enable businesses to automatically deploy additional servers without manual intervention. We acquired Jareva to integrate its technology into our software products. This technology enables our customers to optimize their investments in server hardware by deploying new server resources on demand. We accounted for the Jareva acquisition using the purchase method of accounting for total purchase consideration of $68.7 million. We have expensed the acquired IPR&D of $4.1 million in our consolidated statement of operations for the six months ended June 30, 2003.

22

Table of Contents

Step 2- We compare the implied fair value of our reporting unit's goodwill to its carrying amount. If the carrying amount of our reporting unit's goodwill exceeds its fair value, an impairment loss will be recognized in an amount equal to that excess.

We completed this test during the fourth quarter of 2003 and were not required to record an impairment loss on goodwill.

We review our long-lived assets, including property and equipment and other intangibles, for impairment whenever events indicate that their carrying amount may not be recoverable. When we determine that one or more impairment indicators are present for an asset, we compare the carrying amount of the asset to net future undiscounted cash flows that the asset is expected to generate. If the carrying amount of the asset is greater than the net future undiscounted cash flows that the asset is expected to generate, we would compare the fair value to the book value of the asset. If the fair value is less than the book value, we would recognize an impairment loss. The impairment loss would be the excess of the carrying amount of the asset over its fair value.

Some of the events that we consider as impairment indicators for our long-lived assets, including goodwill, are:

• significant underperformance of our company relative to expected operating results;

• our net book value compared to our market capitalization;

• significant adverse economic and industry trends;

• significant decrease in the market value of the asset;

• the extent to which we use an asset or changes in the manner in which we use it; and

• significant changes to the asset since we acquired it.

Significant assumptions and estimates are made when determining if our goodwill or other long-lived assets have been impaired or if there are indicators of impairment. We base our estimates on assumptions that we believe to be reasonable, but actual future results may differ from those estimates as our assumptions are inherently unpredictable and uncertain. Our estimates include estimates of future market growth and trends, forecasted revenue and costs, expected periods of asset utilization, appropriate discount rates and other variables. Based on our assumptions and estimates, we do not expect to record an impairment loss on our long-lived assets in the near future.

*Accounting for Income Taxes*

We are required to estimate our income taxes in each federal, state and international jurisdiction in which we operate. This process requires that we estimate the current tax exposure as well as assess temporary differences between the accounting and tax treatment of assets and liabilities, including items such as accruals and allowances not currently deductible for tax purposes. The income tax effects of the differences we identify are classified as current or long-term deferred tax assets and liabilities in our consolidated balance sheets. Our judgments, assumptions and estimates relative to the current provision for income tax take into account current tax laws, our interpretation of current tax laws and possible outcomes of current and future audits conducted by foreign and domestic tax authorities. Changes in tax laws or our interpretation of tax laws and the resolution of current and future tax audits could significantly impact the amounts provided for income taxes in our balance sheet and results of operations. We must also assess the likelihood that deferred tax assets will be realized from future taxable income and, based on this assessment, establish a valuation allowance, if required. As of June 30, 2004, we determined the valuation allowance to be $138.4 million based upon uncertainties related to our ability to recover certain deferred tax assets. These deferred tax assets are in specific geographical or jurisdictional locations or are related to losses on strategic investments that will only be realized with the generation of future capital gains within a limited time period. Our determination of our valuation allowance is based upon a number of assumptions, judgments and estimates, including forecasted earnings, future taxable income and the relative proportions of revenue and income before taxes in the various

26

Table of Contents

domestic and international jurisdictions in which we operate. Future results may vary from these estimates, and at this time it is not practicable to determine if we will need to establish an additional valuation allowance and if it would have a material impact on our financial statements.

## Results of Operations

### Net Revenue

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2004 | 2003 | % Change | 2004 | 2003 | % Change |
| | (In millions, except percentages) | | | | | |
| Total net revenue | $485.0 | $408.4 | 19% | $970.8 | $798.5 | 22% |

For the three and six months ended June 30, 2004, our total net revenue increased by $76.6 million or 19% and $172.3 million or 22%, respectively, due primarily to the growth in user license fees, which grew by 7% and 14%, increased sales penetration of international markets which grew by 37% and 40% and the continued growth of our services businesses which grew by 38% and 34% for the three and six months ended June 30, 2004 over 2003, respectively. During 2003 and 2004, as part of our strategy to increase our net revenues, we continued expanding our product portfolio and offerings, increased the computer platforms supported by our software and continued to invest in sales and service capacity internationally. Although net revenue decreased by $0.7 million from the first to second quarter of 2004 primarily due to weaker than expected sales of our products in the U.S. enterprise market, we expect net revenue to be relatively flat or slightly up in the third quarter of 2004 and to increase in the fourth quarter of 2004. This expectation assumes consistent penetration of international markets, the benefit of new product offerings, continued growth of services revenue and assuming improved general economic conditions in stronger IT spending.

For the three months ended June 30, 2004, we completed and recognized revenue for 15 transactions valued at over $1.0 million, including services, and 202 transactions valued at over $100,000. For the three months ended June 30, 2003, we completed and recognized revenue for 11 transactions valued at over $1.0 million, including services, and 221 transactions valued at over $100,000.

### International Sales and Operations

Our international sales consist of sales of licenses and services to customer locations outside the United States and are generated primarily through our international sales subsidiaries. International revenue, a majority of which is collectible in foreign currencies, accounted for approximately 40% and 35% of our total revenue for the three months ended June 30, 2004 and 2003, respectively, and 40% and 34% for the six months ended June 30, 2004 and 2003, respectively. Our international revenue increased 37% to $196.3 million and 40% to $383.8 million for the three and six months ended June 30, 2004 over 2003. During 2003 and through the second quarter of 2004, we saw continued strength in the emerging markets in Europe, Asia-Pacific and Japan. Additionally, during 2004 our international sales benefited from favorable foreign currency exchange rate movements relative to the weaker U.S. dollar. Excluding the benefit from foreign currency movement, the increase in international sales would have been 30% from the three months ended June 30, 2003 to 2004 and 31% from the six months ended June 30, 2003 to 2004. We expect that our international revenue will increase in absolute dollars and as a percent of total revenue for the remainder of 2004 because of the continued expansion of international markets and the focus and increased investment by our company in these markets.

We believe that a key component of our growth strategy is the continued expansion of our international operations. We currently have sales and services offices and resellers located in Europe, Asia-Pacific and Japan, Latin America, Canada, Africa and the Middle East, and research and development centers in India, the United Kingdom and Israel. International expansion will require us to establish additional foreign offices, hire additional personnel and recruit new international resellers, resulting in the diversion of management attention and the expenditure of financial resources. To the extent that we are unable to meet these additional requirements, growth in international sales will be limited, which would have an adverse effect on our business, operating results and financial condition.

27

Table of Contents

*User License Fees*

We market and distribute our software products both as standalone software products and as integrated product suites, which we also refer to as application solutions. We derive our user license fees from the licensing of our technology, segregated into three product categories: Data Protection, which includes our NetBackup and Backup Exec product families; Storage Management, which includes our Storage Foundation Suite Products, Database Editions and storage resource management product families; and Utility Computing Infrastructure, which includes our clustering, high-availability offerings, application performance management, or APM, OpForce and CommandCentral Service product families.

| | Three Months Ended June 30, | | | Six Months Ended June 30, | | |
|---|---|---|---|---|---|---|
| | 2004 | 2003 | % Change | 2004 | 2003 | % Change |
| | (In millions, except percentages) | | | | | |
| User license fees: | | | | | | |
| Data protection | $151.3 | $147.2 | 3% | $313.1 | $286.5 | 9% |
| Storage management | 74.3 | 64.1 | 16 | 158.2 | 125.3 | 26 |
| Utility computing infrastructure | 44.3 | 41.5 | 7 | 101.0 | 88.5 | 14 |
| Total user license fees | $269.9 | $252.8 | 7% | $572.3 | $500.3 | 14% |
| As a percentage of user license fees: | | | | | | |
| Data protection | 56% | 58% | | 54% | 57% | |
| Storage management | 28 | 25 | | 28 | 25 | |
| Utility computing infrastructure | 16 | 17 | | 18 | 18 | |
| Total user license fees | 100% | 100% | | 100% | 100% | |
| As a percentage of net revenue | 56% | 62% | | 59% | 63% | |

For the three and six months ended June 30, 2004 compared to 2003, user license fees increased by $17.1 million or 7% and $72.0 million or 14%, respectively, due to increased user license fees in our Europe and Asia-Pacific regions of 32% and 16%, respectively, for the three months ended June 30, 2004 over 2003 and 42% and 22% for the six months ended June 30, 2004 over 2003. These increases were offset by a 6% decrease in U.S. user license fees for the three months ended June 30, 2004 over 2003 and a 2% increase for the six months ended June 30, 2004 over 2003, reflecting weaker than expected license revenue in the U.S. enterprise market. User license fees increased across each product category for the three and six months ended June 30, 2004 over 2003 and remained relatively constant as a percentage of total user license fees. Data protection increased by $4.1 million and $26.6 million for the three and six months ended June 30, 2004, respectively, due primarily to increases in our core backup family of products, including NetBackup 5.0 which was introduced during the fourth quarter of 2003. Storage management increased $10.2 million and $32.9 million for the three and six months ended June 30, 2004, respectively, due primarily to increases in our replication and storage resource management products, including the introduction of Storage Foundation Suite 4.0 which was introduced during the first quarter of 2004. Utility computing infrastructure increased by $2.8 million and $12.5 million for the three and six months ended June 30, 2004, respectively, due primarily to increases in clustering, Database Editions/ Advanced Cluster and the addition of APM products as a result of our acquisition of Precise.

User license fees from OEMs accounted for 12% of user license fees for the three and six months ended June 30, 2004 and 2003.

Unfilled license orders are approximately $40.6 million and $49.3 million at June 30, 2004 and 2003, respectively. Unfilled license orders represent cancelable and non-cancelable license orders that have been received from our customers for the license of our software products but have not been shipped as of the end of the applicable fiscal period. We generally ship our software products within 30 days after acceptance of

28

Table of Contents

April 2003. A syndicate of financial institutions financed the acquisition and development of these properties. Prior to July 1, 2003, we accounted for these properties as operating leases in accordance with SFAS No. 13, *Accounting for Leases*, as amended. On July 1, 2003, we adopted FIN 46. Under FIN 46, the lessors of the facilities are considered variable interest entities, and we are considered the primary beneficiary. Accordingly, we began consolidating the variable interest entities on July 1, 2003 and have included the property and equipment and long-term debt on our balance sheet at June 30, 2004 and December 31, 2003 and the results of their operations in our consolidated statement of operations for the three and six months ended June 30, 2004. As of June 30, 2004, approximately $186.4 million of debt has been classified as current as the lease terms for the Mountain View and Roseville facilities expire in March 2005.

Interest only payments under our debt agreements relating to the facilities are generally paid quarterly and are equal to the termination value of the outstanding debt obligations multiplied by our cost of funds, which is based on London Inter Bank Offered Rate, or LIBOR, using 30-day to 180-day LIBOR contracts and adjusted for our credit spread. The termination values of the debt agreements are approximately $145.2 million, $41.2 million and $194.2 million for the Mountain View, Roseville and Milpitas facilities, respectively. The terms of these debt agreements are five years with an option to extend the lease terms for two successive periods of one year each, if agreed to by the financial institutions that financed the facilities. The terms of these debt agreements began March 2000 for the Mountain View and Roseville facilities and July 2000 for the Milpitas facility. We have the option to purchase the three facilities for the aggregate termination value of $380.6 million or, at the end of the term, to arrange for the sale of the properties to third parties while we retain an obligation to the financial institutions that financed the facilities in an amount equal to the difference between the sales price and the guaranteed residual value up to an aggregate $344.6 million if the sales price is less than this amount, subject to the specific terms of the debt agreements. In addition, we are entitled to any proceeds from a sale of the facilities in excess of the termination values. Payment of the purchase price for these properties would reduce the amount of cash, cash equivalents and short-term investments available for funding our research and development efforts, geographic expansion and strategic acquisitions in the future.

In January 2002, we entered into two three-year pay fixed, receive floating, interest rate swaps for the purpose of hedging the cash payments related to the Mountain View, California and Roseville, Minnesota agreements. Under the terms of these interest rate swaps, we make payments based on the fixed rate and will receive interest payments based on the 3-month LIBOR rate. For the three months ended June 30, 2004 and 2003, the aggregate payments, including the net payments on the interest rate swaps, were $4.0 million and $4.1 million, respectively, and for the six months ended June 30, 2004 and 2003, the aggregate payments, including the net payments on the interest rate swaps, were $8.0 million and $8.2 million, respectively. The payments for the three and six months ended June 30, 2004 were included in interest expense in the consolidated statements of operations in accordance with FIN 46. The payments made for the three and six months ended June 30, 2003 were classified as rent expense and included in cost of revenue and operating expenses, in accordance with SFAS No. 13. We expect future interest expense from the build-to-suit agreements to be approximately $4 million per quarter.

The agreements for each of the facilities described above require that we maintain specified financial covenants, all of which we were in compliance with as of June 30, 2004. The specified financial covenants as of June 30, 2004 require us to maintain a minimum rolling four quarter earnings before interest, taxes, depreciation and amortization of EBITDA of $400.0 million, a minimum ratio of cash and cash equivalents and accounts receivable to current liabilities plus the debt consolidated under the build-to-suit lease agreements of 1.2 to 1, and a leverage ratio of total funded indebtedness to rolling four quarter EBITDA of not more than 2 to 1. For purposes of these financial covenants, EBITDA represents our net income for the applicable period, plus interest expense, taxes, depreciation and amortization and all non-cash restructuring charges, less software development expenses classified as capital expenditures. In order to secure the obligation under each agreement, each of the facilities is subject to a deed of trust in favor of the financial institutions that financed the acquisition and development of the respective facility. Bank of America, N.A. was the agent for the syndicate of banks that funded the development of the Mountain View, California and

36

Table of Contents

Roseville, Minnesota facilities, and ABN AMRO Bank, N.V. was the agent for the syndicate of banks that funded the development of the Milpitas, California facility.

### Credit Facility

During 2002, our Japanese subsidiary entered into a short-term credit facility with a multinational Japanese bank in the amount of 1.0 billion Japanese yen ($9.3 million USD). At June 30, 2004, no amount was outstanding. The short-term credit facility was renewed in March 2004 and is due to expire in March 2005. Borrowings under the short-term credit facility bear interest at Tokyo Inter Bank Offered Rate, plus 0.5%. There are no covenants on the short-term credit facility and the loan has been guaranteed by VERITAS Software Global LLC, one of our wholly-owned subsidiaries.

### Acquired Technology Commitments

On October 1, 2002, we acquired volume replicator software technology for $6.0 million and contingent payments of up to another $6.0 million based on future revenues generated by the acquired technology. The contingent payments will be paid quarterly over 40 quarters, in amounts between $150,000 and $300,000, which includes interest. We issued a promissory note payable in the principal amount of $5.0 million, representing the present value of our minimum payment obligations under the purchase agreement for the acquired technology, which are payable quarterly commencing in the first quarter of 2003 and ending in the fourth quarter of 2012. The contingent payments in excess of the quarterly minimum obligations will be paid as they may become due. The outstanding balance of the note payable was $4.5 million as of June 30, 2004 and $4.6 million as of December 31, 2003 and is included in other long-term liabilities.

### Contractual Commitments

The following table is a summary of the contractual commitments, including principal and interest payments, associated with our obligations as of June 30, 2004:

|  | 2004 | 2005 | 2006 | 2007 | 2008 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
|  |  |  | (In thousands) |  |  |  |  |
| Operating lease commitments | $29,944 | $ 50,213 | $41,747 | $36,861 | $32,805 | $163,190 | $ 354,760 |
| Convertible subordinated notes | 650 | 1,300 | 1,300 | 1,300 | 1,300 | 525,308 | 531,158 |
| Long-term debt | 8,741 | 385,705 | — | — | — | — | 394,446 |
| Other long-term liabilities | 450 | 600 | 600 | 600 | 600 | 2,400 | 5,250 |
| Total contractual commitments | $39,785 | $437,818 | $43,647 | $38,761 | $34,705 | $690,898 | $1,285,614 |

We believe that our current cash, cash equivalents and short-term investment balances and cash flow from operations will be sufficient to meet our working capital and capital expenditure requirements for at least the next 12 months. After that time, we may require additional funds to support our working capital requirements or for other purposes and may seek to raise such additional funds through public or private equity financing or from other sources. We cannot assure you that additional financing will be available at all or that if available, we will be able to obtain it on terms favorable to us.

## Factors That May Affect Future Results

In addition to the other information in this quarterly report on Form 10-Q, you should consider carefully the following factors in evaluating VERITAS and our business.

37

Table of Contents

*If we experience lower-than-anticipated revenue in any particular quarter, or if we announce that we expect lower revenue or earnings than previously forecasted, the market price of our securities could decline.*

Our revenue is difficult to forecast and is likely to fluctuate from quarter to quarter due to many factors outside of our control. Any significant revenue shortfall or lowered revenue or earnings forecast could cause the market price of our securities to decline substantially. Factors that could lower our revenue or affect our revenue and earnings forecast include:

- the possibility that our customers may cancel, defer or limit purchases as a result of reduced IT budgets or weak and uncertain economic and industry conditions;

- the possibility that our customers may defer purchases of our products in anticipation of new products or product updates from us or our competitors;

- changes in the competitive landscape due to mergers, acquisitions or strategic alliances that could allow our competitors to gain market share;

- the possibility that our strategic partners will introduce, market and sell products that compete with our products;

- the unpredictability of the timing and magnitude of our sales through direct sales channels and indirect sales channels, including value-added resellers, or VARs, and other distributors, which tend to occur later in a quarter than revenues received through our original equipment manufacturer, or OEM, partners;

- our operational capacity to fulfill software license orders received at the end of a quarter;

- the timing of new product introductions by us and the market acceptance of new products, which may be delayed as a result of weak and uncertain economic and industry conditions;

- the seasonal nature of our sales;

- the rate of adoption and long sales cycles for new solutions such as utility computing, storage resource management technology and replication;

- changes in our pricing and distribution terms or those of our competitors; and

- the possibility that our business will be adversely affected as a result of the threat of terrorism, terrorism or military actions taken by the United States or its allies.

You should not rely on the results of prior periods as an indication of our future performance. Our operating expense levels are based, in significant part, on our expectations of future revenue. If we have a shortfall in revenue or orders in any given quarter, we may not be able to reduce our operating expenses quickly in response. Therefore, any significant shortfall in revenue or orders could have an immediate adverse effect on our operating results for that quarter. In addition, if we fail to manage our business effectively over the long term, we may experience high operating expenses, and our operating results may fall below the expectations of securities analysts or investors.

*Because we derive a majority of our license revenue from sales of a few product lines, any decline in demand for these products could severely harm our ability to generate revenue.*

We derive a majority of our revenue from a small number of software products, including our NetBackup and Backup Exec data protection products. In addition, our software products are concentrated within the market for data storage. For example, for the first half of 2004, we derived approximately 54% of our user license fees from the NetBackup and Backup Exec products, and a similar percentage of our services revenue from associated maintenance and technical support. As a result, we are particularly vulnerable to fluctuations in demand for these products, whether as a result of competition, product obsolescence, technological change, budget constraints of our potential customers or other factors. If our revenue derived from these software products were to decline significantly, our business and operating results would be adversely affected. In addition, because our software products are concentrated within the market for data storage, a decline in the

38

Table of Contents

demand for storage devices, storage software applications or storage capacity could result in a significant reduction in our revenue and adversely affect our business and operating results.

*If we fail to manage our distribution channels effectively, or if our partners choose not to market and sell our products to their customers, our sales could decline.*

We market our products and related services both directly to end-users and through a variety of indirect sales channels, which include VARs, distributors, system integrators and OEMs. If we fail to manage our distribution channels successfully, our distribution channels may conflict with one another or otherwise fail to perform as we anticipate which could reduce our sales and increase our expenses, as well as weaken our competitive position.

*Direct Sales.* A significant portion of our revenue is derived from sales by our direct sales force to end-users. This sales channel involves special risks, including:

- longer sales cycles associated with direct sales efforts;

- we may have difficulty hiring, training, retaining and motivating our direct sales force; and

- sales representatives require a substantial amount of training to become productive, and training must be updated to cover new and revised products.

*Indirect Sales Channels.* A significant portion of our revenue is also derived from sales through indirect sales channels, including distributors that sell our products to end-users and other resellers. This channel involves a number of special risks, including:

- our lack of control over the timing of delivery of our products to end-users;

- our resellers and distributors are not subject to minimum sales requirements or any obligation to market our products to their customers;

- our resellers and distributors may terminate their relationships with us at any time; and

- our resellers and distributors may market and distribute competing products.

*OEMs.* A portion of our revenue is derived from sales through our OEM partners that incorporate our products into their products. Our reliance on this sales channel involves many risks, including:

- our lack of control over the shipping dates or volume of systems shipped;

- our OEM partners are not subject to minimum sales requirements or any obligation to market our products to their customers;

- our OEM partners may terminate or renegotiate their arrangements with us and new terms may be less favorable in recognition of our increasingly competitive relationship with certain partners;

- the development work that we must generally undertake under our agreements with our OEM partners may require us to invest significant resources and incur significant costs with little or no associated revenue;

- the time and expense required for the sales and marketing organizations of our OEM partners to become familiar with our products make it more difficult to introduce those products to the market; and

- our OEM partners may develop, market and distribute their own products and market and distribute products of our competitors, which could reduce our sales.

*We face intense competition, and our competitors may gain market share in the markets for our products, which could adversely affect the growth of our business and cause our revenues to decline.*

We have many competitors in the markets for our products. If existing or new competitors gain market share in any of these markets, we may experience a decline in revenues, which could adversely affect our

39

Table of Contents

April 2003. A syndicate of financial institutions financed the acquisition and development of these properties. Prior to July 1, 2003, we accounted for these properties as operating leases in accordance with SFAS No. 13, *Accounting for Leases*, as amended. On July 1, 2003, we adopted FIN 46. Under FIN 46, the lessors of the facilities are considered variable interest entities, and we are considered the primary beneficiary. Accordingly, we began consolidating the variable interest entities on July 1, 2003 and have included the property and equipment and long-term debt on our balance sheet at June 30, 2004 and December 31, 2003 and the results of their operations in our consolidated statement of operations for the three and six months ended June 30, 2004. As of June 30, 2004, approximately $186.4 million of debt has been classified as current as the lease terms for the Mountain View and Roseville facilities expire in March 2005.

Interest only payments under our debt agreements relating to the facilities are generally paid quarterly and are equal to the termination value of the outstanding debt obligations multiplied by our cost of funds, which is based on London Inter Bank Offered Rate, or LIBOR, using 30-day to 180-day LIBOR contracts and adjusted for our credit spread. The termination values of the debt agreements are approximately $145.2 million, $41.2 million and $194.2 million for the Mountain View, Roseville and Milpitas leases, respectively. The terms of these debt agreements are five years with an option to extend the lease terms for two successive periods of one year each, if agreed to by the financial institutions that financed the facilities. The terms of these debt agreements began March 2000 for the Mountain View and Roseville facilities and July 2000 for the Milpitas facility. We have the option to purchase the three facilities for the aggregate termination value of $380.6 million or, at the end of the term, to arrange for the sale of the properties to third parties while we retain an obligation to the financial institutions that financed the facilities in an amount equal to the difference between the sales price and the guaranteed residual value up to an aggregate $344.6 million if the sales price is less than this amount, subject to the specific terms of the debt agreements. In addition, we are entitled to any proceeds from a sale of the facilities in excess of the termination values. Payment of the purchase price for these properties would reduce the amount of cash, cash equivalents and short-term investments available for funding our research and development efforts, geographic expansion and strategic acquisitions in the future.

In January 2002, we entered into two three-year pay fixed, receive floating, interest rate swaps for the purpose of hedging the cash payments related to the Mountain View, California and Roseville, Minnesota agreements. Under the terms of these interest rate swaps, we make payments based on the fixed rate and will receive interest payments based on the 3-month LIBOR rate. For the three months ended June 30, 2004 and 2003, the aggregate payments, including the net payments on the interest rate swaps, were $4.0 million and $4.1 million, respectively, and for the six months ended June 30, 2004 and 2003, the aggregate payments, including the net payments on the interest rate swaps, were $8.0 million and $8.2 million, respectively. The payments for the three and six months ended June 30, 2004 were included in interest expense in the consolidated statements of operations in accordance with FIN 46. The payments made for the three and six months ended June 30, 2003 were classified as rent expense and included in cost of revenue and operating expenses, in accordance with SFAS No. 13. We expect future interest expense from the build-to-suit agreements to be approximately $4 million per quarter.

The agreements for each of the facilities described above require that we maintain specified financial covenants, all of which we were in compliance with as of June 30, 2004. The specified financial covenants as of June 30, 2004 require us to maintain a minimum rolling four quarter earnings before interest, taxes, depreciation and amortization of EBITDA of $400.0 million, a minimum ratio of cash and cash equivalents and accounts receivable to current liabilities plus the debt consolidated under the build-to-suit lease agreements of 1.2 to 1, and a leverage ratio of total funded indebtedness to rolling four quarter EBITDA of not more than 2 to 1. For purposes of these financial covenants, EBITDA represents our net income for the applicable period, plus interest expense, taxes, depreciation and amortization and all non-cash restructuring charges, less software development expenses classified as capital expenditures. In order to secure the obligation under each agreement, each of the facilities is subject to a deed of trust in favor of the financial institutions that financed the acquisition and development of the respective facility. Bank of America, N.A. was the agent for the syndicate of banks that funded the development of the Mountain View, California and

36

Table of Contents

Roseville, Minnesota facilities, and ABN AMRO Bank, N.V. was the agent for the syndicate of banks that funded the development of the Milpitas, California facility.

### Credit Facility

During 2002, our Japanese subsidiary entered into a short-term credit facility with a multinational Japanese bank in the amount of 1.0 billion Japanese yen ($9.3 million USD). At June 30, 2004, no amount was outstanding. The short-term credit facility was renewed in March 2004 and is due to expire in March 2005. Borrowings under the short-term credit facility bear interest at Tokyo Inter Bank Offered Rate, plus 0.5%. There are no covenants on the short-term credit facility and the loan has been guaranteed by VERITAS Software Global LLC, one of our wholly-owned subsidiaries.

### Acquired Technology Commitments

On October 1, 2002, we acquired volume replicator software technology for $6.0 million and contingent payments of up to another $6.0 million based on future revenues generated by the acquired technology. The contingent payments will be paid quarterly over 40 quarters, in amounts between $150,000 and $300,000, which includes interest. We issued a promissory note payable in the principal amount of $5.0 million, representing the present value of our minimum payment obligations under the purchase agreement for the acquired technology, which are payable quarterly commencing in the first quarter of 2003 and ending in the fourth quarter of 2012. The contingent payments in excess of the quarterly minimum obligations will be paid as they may become due. The outstanding balance of the note payable was $4.5 million as of June 30, 2004 and $4.6 million as of December 31, 2003 and is included in other long-term liabilities.

### Contractual Commitments

The following table is a summary of the contractual commitments, including principal and interest payments, associated with our obligations as of June 30, 2004:

| | 2004 | 2005 | 2006 | 2007 | 2008 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| | | | | (In thousands) | | | |
| Operating lease commitments | $29,944 | $ 50,213 | $41,747 | $36,861 | $32,805 | $163,190 | $ 354,760 |
| Convertible subordinated notes | 650 | 1,300 | 1,300 | 1,300 | 1,300 | 525,308 | 531,158 |
| Long-term debt | 8,741 | 385,705 | — | — | — | — | 394,446 |
| Other long-term liabilities | 450 | 600 | 600 | 600 | 600 | 2,400 | 5,250 |
| Total contractual commitments | $39,785 | $437,818 | $43,647 | $38,761 | $34,705 | $690,898 | $1,285,614 |

We believe that our current cash, cash equivalents and short-term investment balances and cash flow from operations will be sufficient to meet our working capital and capital expenditure requirements for at least the next 12 months. After that time, we may require additional funds to support our working capital requirements or for other purposes and may seek to raise such additional funds through public or private equity financing or from other sources. We cannot assure you that additional financing will be available at all or that if available, we will be able to obtain it on terms favorable to us.

## Factors That May Affect Future Results

In addition to the other information in this quarterly report on Form 10-Q, you should consider carefully the following factors in evaluating VERITAS and our business.

37

Table of Contents

*If we experience lower-than-anticipated revenue in any particular quarter, or if we announce that we expect lower revenue or earnings than previously forecasted, the market price of our securities could decline.*

Our revenue is difficult to forecast and is likely to fluctuate from quarter to quarter due to many factors outside of our control. Any significant revenue shortfall or lowered revenue or earnings forecast could cause the market price of our securities to decline substantially. Factors that could lower our revenue or affect our revenue and earnings forecast include:

- the possibility that our customers may cancel, defer or limit purchases as a result of reduced IT budgets or weak and uncertain economic and industry conditions;

- the possibility that our customers may defer purchases of our products in anticipation of new products or product updates from us or our competitors;

- changes in the competitive landscape due to mergers, acquisitions or strategic alliances that could allow our competitors to gain market share;

- the possibility that our strategic partners will introduce, market and sell products that compete with our products;

- the unpredictability of the timing and magnitude of our sales through direct sales channels and indirect sales channels, including value-added resellers, or VARs, and other distributors, which tend to occur later in a quarter than revenues received through our original equipment manufacturer, or OEM, partners;

- our operational capacity to fulfill software license orders received at the end of a quarter;

- the timing of new product introductions by us and the market acceptance of new products, which may be delayed as a result of weak and uncertain economic and industry conditions;

- the seasonal nature of our sales;

- the rate of adoption and long sales cycles for new solutions such as utility computing, storage resource management technology and replication;

- changes in our pricing and distribution terms or those of our competitors; and

- the possibility that our business will be adversely affected as a result of the threat of terrorism, terrorism or military actions taken by the United States or its allies.

You should not rely on the results of prior periods as an indication of our future performance. Our operating expense levels are based, in significant part, on our expectations of future revenue. If we have a shortfall in revenue or orders in any given quarter, we may not be able to reduce our operating expenses quickly in response. Therefore, any significant shortfall in revenue or orders could have an immediate adverse effect on our operating results for that quarter. In addition, if we fail to manage our business effectively over the long term, we may experience high operating expenses, and our operating results may fall below the expectations of securities analysts or investors.

*Because we derive a majority of our license revenue from sales of a few product lines, any decline in demand for these products could severely harm our ability to generate revenue.*

We derive a majority of our revenue from a small number of software products, including our NetBackup and Backup Exec data protection products. In addition, our software products are concentrated within the market for data storage. For example, for the first half of 2004, we derived approximately 54% of our user license fees from the NetBackup and Backup Exec products, and a similar percentage of our services revenue from associated maintenance and technical support. As a result, we are particularly vulnerable to fluctuations in demand for these products, whether as a result of competition, product obsolescence, technological change, budget constraints of our potential customers or other factors. If our revenue derived from these software products were to decline significantly, our business and operating results would be adversely affected. In addition, because our software products are concentrated within the market for data storage, a decline in the

38

Table of Contents

demand for storage devices, storage software applications or storage capacity could result in a significant reduction in our revenue and adversely affect our business and operating results.

*If we fail to manage our distribution channels effectively, or if our partners choose not to market and sell our products to their customers, our sales could decline.*

We market our products and related services both directly to end-users and through a variety of indirect sales channels, which include VARs, distributors, system integrators and OEMs. If we fail to manage our distribution channels successfully, our distribution channels may conflict with one another or otherwise fail to perform as we anticipate which could reduce our sales and increase our expenses, as well as weaken our competitive position.

*Direct Sales.* A significant portion of our revenue is derived from sales by our direct sales force to end-users. This sales channel involves special risks, including:

- longer sales cycles associated with direct sales efforts;

- we may have difficulty hiring, training, retaining and motivating our direct sales force; and

- sales representatives require a substantial amount of training to become productive, and training must be updated to cover new and revised products.

*Indirect Sales Channels.* A significant portion of our revenue is also derived from sales through indirect sales channels, including distributors that sell our products to end-users and other resellers. This channel involves a number of special risks, including:

- our lack of control over the timing of delivery of our products to end-users;

- our resellers and distributors are not subject to minimum sales requirements or any obligation to market our products to their customers;

- our resellers and distributors may terminate their relationships with us at any time; and

- our resellers and distributors may market and distribute competing products.

*OEMs.* A portion of our revenue is derived from sales through our OEM partners that incorporate our products into their products. Our reliance on this sales channel involves many risks, including:

- our lack of control over the shipping dates or volume of systems shipped;

- our OEM partners are not subject to minimum sales requirements or any obligation to market our products to their customers;

- our OEM partners may terminate or renegotiate their arrangements with us and new terms may be less favorable in recognition of our increasingly competitive relationship with certain partners;

- the development work that we must generally undertake under our agreements with our OEM partners may require us to invest significant resources and incur significant costs with little or no associated revenue;

- the time and expense required for the sales and marketing organizations of our OEM partners to become familiar with our products make it more difficult to introduce those products to the market; and

- our OEM partners may develop, market and distribute their own products and market and distribute products of our competitors, which could reduce our sales.

*We face intense competition, and our competitors may gain market share in the markets for our products, which could adversely affect the growth of our business and cause our revenues to decline.*

We have many competitors in the markets for our products. If existing or new competitors gain market share in any of these markets, we may experience a decline in revenues, which could adversely affect our

39

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized on August 9, 2004.

VERITAS SOFTWARE CORPORATION

By: /s/ EDWIN J. GILLIS

Edwin J. Gillis
*Executive Vice President, Finance
and Chief Financial Officer
(Principal Financial and Accounting Officer)*

54

# EXHIBIT F

Table of Contents

# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, D.C. 20549

# FORM 8-K

**CURRENT REPORT PURSUANT
TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934**

Date of report (Date of earliest event reported):     **March 15, 2004**

# VERITAS Software Corporation

(Exact Name of Registrant
as Specified in Its Charter)

Delaware
(State or Other Jurisdiction of Incorporation)

000-26247
(Commission File Number)

77-0507675
(IRS Employer Identification No.)

350 Ellis Street
Mountain View, California
(Address of Principal Executive Offices)

94043
(Zip Code)

(650) 527-8000
(Registrant's Telephone Number, Including Area Code)

## TABLE OF CONTENTS

Item 12. Results of Operations and Financial Condition.
SIGNATURES
Exhibit Index
EXHIBIT 99.1

Table of Contents

**Item 12. Results of Operations and Financial Condition.**

On March 15, 2004, VERITAS Software Corporation (the "Company") issued a press release announcing that it will delay filing its annual report on Form 10-K for 2003, pending completion of its financial statements for the year ended December 31, 2003, which will include a restatement for 2001 and 2002 and adjustments to previously announced information with respect to 2003. A copy of the press release, dated as of March 15, 2004, entitled "VERITAS Delays Filing of 2003 Form 10-K, Will Restate Financial Statements for 2001 and 2002, and Revise Reported Result for 2003" is furnished as Exhibit 99.1 to this Current Report and is incorporated herein by reference.

The non-GAAP financial information set forth in the press release is not prepared in accordance with, or an alternative for, generally accepted accounting principles ("GAAP") and may be different from non-GAAP measures used by other companies. The Company's management refers to these non-GAAP financial measures in making operating decisions because they provide meaningful supplemental information regarding the Company's operational performance, including the Company's ability to provide cash flows to invest in research and development and fund acquisitions and capital expenditures. In addition, these non-GAAP financial measures facilitate management's internal comparisons to the Company's historical operating results and comparisons to competitors' operating results. We include these non-GAAP financial measures because we believe they are useful to investors in allowing for greater transparency to supplemental information used by management in its financial and operational decision-making. In addition, we have historically reported similar non-GAAP financial measures to our investors and believe that the inclusion of comparative numbers provides consistency in our financial reporting.

The information in this report, including the exhibit hereto, shall not be deemed to be "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained herein and in the accompanying exhibit shall not be incorporated by reference into any registration statement or other document filed with the Securities and Exchange Commission by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

2

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: March 15, 2004                                    VERITAS Software Corporation

                                    By:  /s/ Edwin J. Gillis
                                         Edwin J. Gillis
                                         Executive Vice President and Chief Financial
                                         Officer

3

Table of Contents

### Exhibit Index

| Exhibit Number | Exhibit Title or Description |
| --- | --- |
| 99.1 | Press release entitled "VERITAS Delays Filing of 2003 Form 10-K, Will Restate Financial Statements for 2001 and 2002, and Revise Reported Result for 2003," dated March 15, 2004. |

4

```
<DOCUMENT>
<TYPE>EX-99.1
<SEQUENCE>3
<FILENAME>f97343exv99w1.txt
<DESCRIPTION>EXHIBIT 99.1
<TEXT>
<PAGE>
```

EXHIBIT 99.1

[VERITAS LETTERHEAD]

VERITAS DELAYS FILING OF 2003 FORM 10-K; WILL RESTATE FINANCIAL STATEMENTS
FOR 2001 AND 2002, AND REVISE REPORTED RESULTS FOR 2003

REAFFIRMS Q1 2004 GUIDANCE

MOUNTAIN VIEW, CALIF. - MARCH 15, 2004 - VERITAS Software Corporation (NASDAQ:
VRTS) today announced that it will delay filing its annual report on Form 10-K
for the year ended December 31, 2003, to restate the Company's financial
statements for the years ended December 31, 2001 and December 31, 2002. The
restatement is the result of an internal investigation, initiated by management
and under the supervision of the audit committee of the Board of Directors, with
the assistance of independent legal and accounting experts. The financial
statements for the year ended December 31, 2003 will be revised to reflect
corrections of the prior periods and the settlement finalized today of tax
audits related to the Company's 2000 acquisition of Seagate Technology.

On a preliminary basis, the restatement is expected to decrease 2001 revenues in
the range of $1 million to $5 million from the previously reported $1.49 billion
and to increase 2002 revenues in the range of $5 million to $10 million from the
previously reported $1.51 billion. The Company expects that 2001 GAAP net loss
will decrease and non-GAAP net income will increase in the range of $5 million
to $10 million from the previously reported GAAP net loss of $642 million and
non-GAAP net income of $291 million. The Company expects that 2002 net income
will decrease in the range of $5 million to $10 million from the previously
reported GAAP net income of $57 million and non-GAAP net income of $256 million.

As a result of the adjustments to the prior periods, the Company also expects,
on a preliminary basis, that revenues for the year ended December 31, 2003 will
decrease in the range of $10 million to $15 million from the previously
announced $1.77 billion. Net income for the same period is expected to decrease
in the range of $15 million to $20 million from the previously announced GAAP
net income of $274 million and non-GAAP net income of $353 million.

-more-

```
<PAGE>
```
VERITAS DELAYS FILING OF 2003 FORM 10-K
PAGE 2

A further, and unrelated, adjustment will be required by the settlement
finalized today by federal taxing authorities of tax audits related to the
Company's 2000 acquisition of Seagate Technology. This settlement will result in
an increase to 2003 net income of approximately $95 million. The combined impact
of these adjustments is expected to increase 2003 GAAP net income in the range
of $75 million to $80 million.

The restatement and other adjustments will not affect the Company's reported
cash flows or cash balances for any of these periods.

The investigation began as an internal matter reviewed in accordance with the
Company's corporate governance processes, which ultimately led to an independent
forensic accounting and legal investigation under the supervision of the audit
committee of the Board of Directors. This investigation concluded on March 12,
2004 and identified certain accounting practices not in compliance with
generally accepted accounting principles during 2002, 2001 and prior periods
under the direction of former financial management. These practices included the
incorrect deferral of professional services revenue and the unsubstantiated
accrual of certain expenses, which had a positive impact in some periods and a
negative impact in others. In addition, accounts receivables and deferred
revenue were overstated by approximately $7 million at June 30, 2002. The

expected adjustments for 2003 are primarily a consequence of correcting errors
from the prior periods.

"Upon conclusion of the investigation, we decided that restating our reported
financial statements was the appropriate course of action," said Gary Bloom,
president, chairman and CEO. "The Company is committed to accurate financial
reporting and our financial leadership has been substantially improved since the
arrival of Ed Gillis, our chief financial officer, in November 2002."

"While today's announcement is unfortunate, it does not change the fundamental
strength of our business, as we drive the company to a target of $2 billion in
revenue in 2004," Bloom continued. "We remain comfortable with our guidance for
the first quarter, which included revenue in the range of $455 to $470 million
and diluted earnings per share of $0.17 to $0.20, on a GAAP basis, and $0.18 to
$0.21 on a non-GAAP basis."

                                -more-
<PAGE>
VERITAS DELAYS FILING OF 2003 FORM 10-K
PAGE 3


The adjustments referred to in this announcement are preliminary estimates, and
because the reaudit has not been completed further adjustments may be required
for these or other periods. The Company expects to file its Form 10-K during the
June quarter.

The Company has notified the Securities and Exchange Commission of the internal
investigation and will cooperate regarding this matter.

As a result of the Company's delay in filing its Form 10-K for 2003, the Company
expects to receive notification from NASDAQ that it is not in compliance with
the filing requirements for continued listing on NASDAQ and that its securities
could be subject to delisting from the NASDAQ National Market. In addition, the
Company anticipates that NASDAQ may change the Company's trading symbol from
"VRTS" to "VRTSE." The Company expects to remedy its filing deficiency before
NASDAQ delists its securities, but there can be no assurance that NASDAQ will
grant a request for continued listing.

The Company will hold a conference call today at 10:00 am. Pacific Time, 1:00
p.m. Eastern Time. The conference call will be available to all investors. The
telephone dial-in number for access to the live call is (800) 946-0719,
passcode: 613486. A live web cast will also be available at www.veritas.com,
Investor section. In addition, a replay will be available via audio Webcast at
www.veritas.com, Investor section, beginning on Monday, March 15 at 12:00 p.m.
Pacific Time until June 2004 and via telephone at (719) 457-0820, replay code:
613486.


About VERITAS Software

VERITAS Software ranks among the top 10 software companies in the world. VERITAS
Software is the world's leading storage software company, providing data
protection, storage management, high availability, application performance
management and disaster recovery software to 99 percent of the Fortune 500.
VERITAS Software's corporate headquarters is located at 350 Ellis Street,
Mountain View, CA, 94043, tel: 650-527-8000, fax: 650-527-8050, e-mail:
vx-sales@veritas.com, Web site: www.veritas.com.

RECONCILIATION OF GAAP TO NON-GAAP NET INCOME (LOSS)

Non-GAAP net income does not include charges related to purchase accounting
adjustments, which include the write-off of in-process research and development
and amortization of intangibles, facilities restructuring charges, losses on
disposal of assets, acquisition and restructuring (costs) reversals, gains and
losses on strategic investments, stock based compensation, the write off of debt
issuance costs and the adoption of FASB Interpretation Number 46, "Consolidation
of Variable Interest Entities", and related adjustments for income tax
provisions totaling $934 million, $199 million, and $78 million, net of taxes
for the years ended


<PAGE>
VERITAS DELAYS FILING OF 2003 FORM 10-K

PAGE 4

December 31, 2001, 2002, and 2003 respectively. Additional information regarding previously announced non-GAAP financial information can be found on the Investor Relations page of the Company's website at www.veritas.com.

SAFE HARBOR STATEMENT

This press release contains forward-looking statements within the meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934, including statements relating to estimated adjustments to and the impact on historical financial statements of the Company. These forward-looking statements involve a number of risks and uncertainties, including: the risk of possible changes in the scope and nature of, and the time required to complete, the reaudit of the Company's financial statements; uncertainties regarding the extent to which prior period financial statements will be restated upon completion of the reaudit; uncertainties and risks as to the SEC's investigation of these or other matters affecting the Company; uncertainties as to continued listing of the Company's common stock on the NASDAQ National Market; uncertainty as to the timing of the Company's filing of its Form 10-K; the risk that economic conditions generally or IT spending specifically may decline and cause a reduction in customer demand for the Company's products and services; and the risk that the Company will not gain market acceptance for its products and services; the risk that the Company may lose market share to existing or new competitors; s. These and other factors could cause our actual results to differ materially from what we project in our forward-looking statements. For more information regarding potential risks, see the "Factors That May Affect Future Results" section of our most recent periodic reports on Form 10-Q for the quarter ended September 30, 2003 and Form 10-K for the year ended December 31, 2002, which are on file with the SEC. We undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date hereof.

# # #

PRESS CONTACT:
Marlena Fernandez, Corporate Communications, VERITAS Software
(650) 527-3778, marlena.fernandez@veritas.com

INVESTOR CONTACT:
Renee Budig, Investor Relations, VERITAS Software
(650) 527-4047, renee.budig@veritas.com

</TEXT>
</DOCUMENT>