# EXHIBIT G

Table of Contents

# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **April 21, 2004**

# VERITAS Software Corporation
(Exact name of registrant as specified in its charter)

| Delaware | 000-26247 | 77-0507675 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 350 Ellis Street, Mountain View, California | 94043 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (650) 527-8000

## TABLE OF CONTENTS

Item 12. Results of Operations and Financial Condition.
SIGNATURE
Exhibit Index
EXHIBIT 99.01

Table of Contents

**Item 12. Results of Operations and Financial Condition.**

On April 21, 2004, VERITAS Software Corporation (the "Company") issued a press release announcing its financial results for the quarter ended March 31, 2004. A copy of the press release, dated as of April 21, 2004, entitled "VERITAS Software Reports First Quarter Revenue of $487 Million," is furnished as Exhibit 99.1 to this Current Report and is incorporated herein by reference.

The information in this Current Report, including the exhibit hereto, shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained herein and in the accompanying exhibit shall not be incorporated by reference into any registration statement or other document filed with the Securities and Exchange Commission by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Non-GAAP Financial Measures**

The non-GAAP financial measures used in the attached press release exclude the impact of non-cash charges related to acquisitions, such as the amortization of developed technology, amortization of other intangibles, stock-based compensation expense and write-off of in-process research and development, and the impact of other special items, such as the gain/loss on strategic investments, other stock-based compensation expense and related adjustments to provision for income taxes, on our operating results. These non-GAAP financial measures are not prepared in accordance with generally accepted accounting principles and may be different from non-GAAP financial measures used by other companies. Non-GAAP financial measures should not be considered as a substitute for, or superior to, measures of financial performance prepared in accordance with GAAP. The Company's management refers to these non-GAAP financial measures, such as non-GAAP operating margins and net income, in making operating decisions because they provide meaningful supplemental information regarding the Company's operational performance, and its ability to invest in research and development and fund acquisitions and capital expenditures. In addition, these non-GAAP financial measures facilitate management's internal comparisons to the Company's historical operating results and comparisons to competitors' operating results. We include these non-GAAP financial measures in our earnings announcement because we believe they are useful to investors in allowing for greater transparency to supplemental information used by management in its financial and operational decision-making. In addition, we have historically reported similar non-GAAP financial measures to our investors and believe that the inclusion of comparative numbers provides consistency in our financial reporting. Investors are encouraged to review the reconciliation of the non-GAAP financial measures used in the attached press release to their most directly comparable GAAP financial measure as provided with the financial statements attached to the press release.

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

VERITAS Software Corporation

By:  /s/ Edwin J. Gillis
———————————————————————

Edwin J. Gillis
Executive Vice President and Chief Financial Officer

Date: April 21, 2004

Table of Contents

## Exhibit Index

| Exhibit Number | Exhibit Title or Description |
|---|---|
| 99.01 | Press release entitled "VERITAS Software Reports First Quarter Revenue of $487 Million," dated April 21, 2004, announcing financial results of VERITAS Software Corporation for the quarter ended March 31, 2004. |

```
<DOCUMENT>
<TYPE>EX-99.01
<SEQUENCE>3
<FILENAME>f98277exv99w01.txt
<DESCRIPTION>EXHIBIT 99.01
<TEXT>
<PAGE>
```

EXHIBIT 99.1

NEWS

[VERITAS LOGO]
Veritas Software Corporation
350 Ellis Street
Mountain View, CA 94043
(650) 527-8000

VERITAS SOFTWARE REPORTS FIRST QUARTER REVENUE OF $487 MILLION

REVENUES GROW 24% YEAR OVER YEAR

MOUNTAIN VIEW, CALIF. - APRIL 21, 2004 - VERITAS Software Corporation (NASDAQ:
VRTSE) today announced financial results for the quarter ended March 31, 2004.
Revenue was $487 million, compared to revenue of $394 million for the same
period a year ago, representing 24 percent growth year over year.

GAAP net income for the quarter ended March 31, 2004 was $103.0 million, or
$0.23 per diluted share, compared to GAAP net income of $42.5 million, or $0.10
per diluted share, for the same period a year ago. Included in GAAP net income
are charges of $1.5 million, net of taxes, for the quarter ended March 31, 2004,
and $27.6 million, net of taxes, for the same period a year ago, related to
amortization of intangibles, in-process research and development, stock-based
compensation and gains/losses on the sale of strategic investments.

On March 15, 2004, the company announced that it would delay filing its annual
report on Form 10-K for the year ended December 31, 2003, to restate the
company's financial statements for the years ended December 31, 2001 and 2002
and adjust its previously announced financial results for the year ended
December 31, 2003. As a result, the financial information presented in this
press release is subject to adjustment based on the results of the restatement.

"Our strong first quarter financial results demonstrate the fundamental strength
of our business strategy and the benefit of an improvement in IT spending," said
Gary Bloom, chairman, president and CEO, VERITAS Software. "Through our
strategic acquisitions and continued investment in organic product development,
VERITAS continues to deliver a successful portfolio of products to enable
utility computing. This quarter, we further extended our leadership in

```
<PAGE>
```

backup and storage software solutions, with some of the most significant
upgrades to VERITAS products in the past 10 years. We remain focused on the
fundamentals of our business and we are highly motivated to drive the company
past our $2 billion revenue target in 2004."

"The revenue upside once again demonstrated the leverage in our business model,
generating approximately $202 million in cash from operating activities and
driving our cash and short-term investment balance to $2.7 billion," said Ed
Gillis, executive vice president and chief financial officer, VERITAS Software.
"Building on the strength of a solid first quarter, we continue to view 2004 as
an important growth year for VERITAS and expect revenue for our second quarter
to be in the range of $490 million to $505 million and diluted earnings per
share to be in the range of $0.21 to $0.23 on a GAAP basis."

VERITAS continues to be a leader in the storage software market. Building on
that leadership position, the company introduced several new products during the
first quarter:

o    VERITAS DATA LIFECYCLE MANAGER 5.0, setting the industry benchmark for
     software that helps companies manage data from creation to archiving.

o    VERITAS NETBACKUP 5.0 SERVER, further enhancing our market leading
     technology to provide a new class of heterogeneous storage protection for
     mid-sized companies and workgroups.

o   VERITAS STORAGE FOUNDATION 4.0, the most significant upgrade to our core
    foundation products since their initial release in 1992, further extending
    our technical leadership in storage management and virtualization.

o   New SUSE Linux versions of VERITAS STORAGE FOUNDATION, VERITAS CLUSTER
    SERVER, AND VERITAS OPFORCE.

The company will hold a conference call today at 2:00 p.m. Pacific Time, 5:00
p.m. Eastern Time, to review the results and business outlook. The conference
call will be available to all investors. The telephone dial-in number for
listen-only access to the live call is 913-981-4900, passcode: 721604. A live
webcast will also be available at www.veritas.com, Investor section.
In addition, a replay will be available via audio webcast at www.veritas.com,
Investor section, beginning on Wednesday, April 21 at 4:00 p.m. Pacific Time and
via telephone at (719) 457-0820, replay code: 721604.

ABOUT VERITAS SOFTWARE
VERITAS Software, one of the top 10 largest software companies in the world, is
a leading provider of software to enable utility computing. In a utility
computing model, IT resources are

<PAGE>

aligned with business needs and business applications are delivered with optimal
performance and availability on top of shared computing infrastructure,
minimizing hardware and labor costs. VERITAS products for data protection,
storage and server management, high availability and application performance
management are used by 99 percent of the Fortune 500. More information about
VERITAS Software can be found at www.veritas.com.

COMPARATIVE FINANCIAL INFORMATION
On March 15, 2004, the company announced that it is in the process of restating
its financial results for 2001 and 2002 and revising its previously announced
financial results for 2003, including its results for the quarter ended March
31, 2003. The company expects that the pending restatement will reduce its 2003
revenues in the range of $10 million to $15 million from the previously reported
$1.77 billion and reduce 2003 net income in the range of $15 to $20 million from
the previously announced GAAP net income of $274 million. In addition, the
company announced a tax settlement relating to the company's 2000 acquisition of
Seagate Technology, which is expected to increase 2003 GAAP net income by $95
million. As a result, the financial information presented in this press release
is subject to adjustment based on the results of the restatement.

SAFE HARBOR STATEMENT
This press release may include estimates and forward-looking statements within
the meaning of the Securities Act of 1933 and the Securities Exchange Act of
1934, including statements relating to projections of future revenue and
earnings and statements relating to the anticipated effects of our pending
restatement on our financial results. These forward-looking statements involve a
number of risks and uncertainties, including the risk that we will not gain
market acceptance of our products and services, the risk that we will not be
able to maintain the quality of our end-user customer and partnering
relationships, the risk that we will need to make other unanticipated
adjustments to our financial results and the risk that we will not manage our
business effectively, that could cause the actual results we achieve to differ
materially from such forward-looking statements. For more information regarding
potential risks, see the "Factors That May Affect Future Results" section of our
most recent report on Form 10-Q for the quarter ended September 30, 2003 on file
with the SEC. We undertake no obligation to update any forward-looking statement
to reflect events or circumstances after the date hereof.

Copyright (C) 2004 VERITAS Software Corporation. All rights reserved. VERITAS,
the VERITAS Logo and all other VERITAS product names and slogans are trademarks
or registered trademarks of VERITAS Software Corporation. VERITAS and the
VERITAS Logo Reg. U.S. Pat. & Tm. Off. Other product names and/or slogans
mentioned herein may be trademarks or registered trademarks of their respective
companies.

                                    # # #

PRESS CONTACT:
Andrew McCarthy, VERITAS Software
(650) 527-3183, andrew.mccarthy@veritas.com

INVESTOR CONTACT:
Tim Harvey, VERITAS Software (650) 527-4523 , tim.harvey@veritas.com.
<PAGE>
VERITAS Software Q1'04 Earnings Release
Page 4

VERITAS SOFTWARE CORPORATION
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(IN THOUSANDS, EXCEPT PER SHARE DATA)
(UNAUDITED)

<TABLE>
<CAPTION>

|  | THREE MONTHS ENDED MARCH 31, | |
|---|---|---|
|  | 2004 | 2003 (1) |
| <S> | <C> | <C> |
| NET REVENUE: | | |
| User license fees | $ 303,274 | $ 254,564 |
| Services | 183,897 | 139,822 |
| TOTAL NET REVENUE | 487,171 | 394,386 |
| COST OF REVENUE: | | |
| User license fees | 11,601 | 11,418 |
| Services (2) | 60,781 | 47,789 |
| Amortization of developed technology | 3,824 | 14,782 |
| TOTAL COST OF REVENUE | 76,206 | 73,989 |
| GROSS PROFIT | 410,965 | 320,397 |
| OPERATING EXPENSES: | | |
| Selling and marketing (2) | 146,525 | 122,047 |
| Research and development (2) | 78,650 | 71,383 |
| General and administrative (2) | 45,777 | 38,153 |
| Amortization of other intangibles | 2,394 | 18,191 |
| In-process research and development | 400 | 4,100 |
| TOTAL OPERATING EXPENSES | 273,746 | 253,874 |
| Income from operations | 137,219 | 66,523 |
| Interest and other income, net | 11,345 | 8,395 |
| Interest expense | (5,702) | (7,738) |
| Gain (loss) on strategic investments | 7,496 | (3,518) |
| Income before income taxes | 150,358 | 63,662 |
| Provision for income taxes | 47,399 | 21,136 |
| NET INCOME | $ 102,959 | $ 42,526 |
| NET INCOME PER SHARE - BASIC | $ 0.24 | $ 0.10 |
| NET INCOME PER SHARE - DILUTED | $ 0.23 | $ 0.10 |
| SHARES USED IN PER SHARE CALCULATION - BASIC | 430,714 | 412,916 |
| SHARES USED IN PER SHARE CALCULATION - DILUTED | 444,921 | 419,380 |

</TABLE>

(1) Results for the quarter ended March 31, 2003 are presented for comparison
    purposes as previously reported. On March 15, 2004, the Company announced
    that it would delay filing its annual report on Form 10-K for the year
    ended December 31, 2003, to restate the Company's financial statements for
    the years ended December 31, 2001 and 2002 and adjust its financial results
    for the year ended December 31, 2003. As a result, the comparative
    financial information presented in this table will be revised to reflect

corrections of the prior periods and the settlement, finalized on March 15, 2004, of tax audits related to the Company's 2000 acquisition of Seagate Technology.

(2)  For the three months ended March 31, 2004, cost of services revenue includes $245, selling and marketing includes $1,968, research and development includes $1,139 and general and administrative includes $744 of stock-based compensation expense. For the three months ended March 31, 2003, research and development includes $449 of stock-based compensation expense.

&lt;PAGE&gt;
VERITAS Software Q1'04 Earnings Release
Page 5

VERITAS SOFTWARE CORPORATION
CONDENSED CONSOLIDATED BALANCE SHEETS
(In thousands)
(Unaudited)

&lt;TABLE&gt;
&lt;CAPTION&gt;

|  | MARCH 31, 2004 | DECEMBER 31, 2003 |
|---|---|---|
|  | (1) | (1) |
| &lt;S&gt; | &lt;C&gt; | &lt;C&gt; |
| **ASSETS** | | |
| **CURRENT ASSETS:** | | |
| Cash and cash equivalents | $ 628,394 | $ 823,828 |
| Short-term investments | 2,055,564 | 1,679,844 |
| Accounts receivable, net | 157,896 | 256,473 |
| Other current assets | 67,797 | 81,767 |
| Deferred income taxes | 17,428 | 28,890 |
| TOTAL CURRENT ASSETS | 2,927,079 | 2,870,802 |
| Property and equipment, net | 572,824 | 572,978 |
| Other intangibles, net | 85,691 | 81,344 |
| Goodwill, net | 1,813,153 | 1,760,864 |
| Other non-current assets | 23,883 | 43,385 |
| Deferred income taxes | 83,854 | 69,500 |
| TOTAL ASSETS | $ 5,506,484 | $ 5,398,873 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES:** | | |
| Accounts payable | $ 29,218 | $ 38,590 |
| Accrued compensation and benefits | 90,375 | 127,805 |
| Accrued acquisition and restructuring costs | 24,927 | 24,887 |
| Other accrued liabilities | 68,357 | 91,876 |
| Current portion of long-term debt | 186,373 | -- |
| Income taxes payable | 181,554 | 162,923 |
| Deferred revenue | 421,331 | 399,275 |
| TOTAL CURRENT LIABILITIES | 1,002,135 | 845,356 |
| **NON-CURRENT LIABILITIES:** | | |
| Convertible subordinated notes | 520,000 | 520,000 |
| Long-term debt | 194,257 | 380,630 |
| Accrued acquisition and restructuring costs | 63,124 | 69,019 |
| Other long-term liabilities | 25,061 | 20,651 |
| Other income taxes | -- | 113,100 |
| TOTAL NON-CURRENT LIABILITIES | 802,442 | 1,103,400 |
| Stockholders' equity | 3,701,907 | 3,450,117 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 5,506,484 | $ 5,398,873 |

&lt;/TABLE&gt;

(1)  Results as of December 31, 2003 are presented for comparison purposes as
     previously reported. On March 15, 2004, the Company announced that it would
     delay filing its annual report on Form 10-K for the year ended December 31,
     2003, to restate the Company's financial statements for the years ended
     December 31, 2001 and 2002 and adjust its financial results for the year
     ended December 31, 2003. As a result, the financial information presented
     in this table will be revised to reflect corrections of the prior periods
     and the settlement, finalized on March 15, 2004, of tax audits related to
     the Company's 2000 acquisition of Seagate Technology.
<PAGE>
VERITAS Software Q1'04 Earnings Release
Page 6

                     VERITAS SOFTWARE CORPORATION
             CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
                           (In thousands)
                            (Unaudited)

<TABLE>
<CAPTION>

| | THREE MONTHS ENDED MARCH 31, | |
|---|---|---|
| | 2004 | 2003 |
| | (1) | (1) |
| <S> | <C> | <C> |
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| NET INCOME | $  102,959 | $   42,526 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 30,075 | 24,611 |
| Amortization of developed technology | 3,824 | 14,782 |
| Amortization of other intangibles | 2,394 | 18,191 |
| Amortization of original issue discount on convertible notes | -- | 4,245 |
| In-process research and development | 400 | 4,100 |
| Provision for doubtful accounts | -- | 724 |
| Stock-based compensation | 4,096 | 449 |
| Tax benefits from stock plans | 6,816 | 1,642 |
| (Gain) loss on strategic investments | (7,496) | 3,518 |
| Write-off of property and equipment | 1,083 | -- |
| Deferred income taxes | (8,318) | (13,397) |
| Changes in operating assets and liabilities, net of effects of business acquisitions: | | |
| Accounts receivable | 97,613 | 91,203 |
| Other assets | (22,600) | 8,373 |
| Accounts payable | (9,391) | (1,295) |
| Accrued compensation and benefits | (40,458) | (30,381) |
| Accrued acquisition and restructuring costs | (6,967) | (4,945) |
| Other accrued liabilities | (17,576) | (10,611) |
| Income taxes payable | 41,230 | 31,716 |
| Deferred revenue | 24,351 | 17,803 |
| Net cash provided by operating activities | 202,035 | 203,254 |
| Cash flows from investing activities: | | |
| Purchases of investments | (947,776) | (414,876) |
| Sales and maturities of investments | 598,515 | 528,653 |
| Purchases of property and equipment | (28,081) | (16,336) |
| Business acquisitions, net of cash acquired | (60,449) | (54,579) |
| Payments made for prior year business and technology acquisitions | -- | (2,106) |
| Net cash provided by (used in) investing activities | (437,791) | 40,756 |
| Cash flows from financing activities: | | |
| Proceeds from issuance of common stock | 43,353 | 19,950 |
| Net cash provided by financing activities | 43,353 | 19,950 |
| Effect of exchange rate changes | (3,031) | 3,382 |
| Net increase (decrease) in cash and cash equivalents | (195,434) | 267,342 |

```
Cash and cash equivalents at beginning of the period                              823,828        764,062
                                                                              ------------   ------------
Cash and cash equivalents at end of the period                                $   628,394   $ 1,031,404
                                                                              ============   ============
```

</TABLE>

(1)  Results for the quarter ended March 31, 2003 are presented for comparison
     purposes as previously reported. On March 15, 2004, the Company announced
     that it would delay filing its annual report on Form 10-K for the year
     ended December 31, 2003, to restate the Company's financial statements for
     the years ended December 31, 2001 and 2002 and adjust its financial results
     for the year ended December 31, 2003. As a result, the financial
     information presented in this table will be revised to reflect corrections
     of the prior periods and the settlement, finalized on March 15, 2004, of
     tax audits related to the Company's 2000 acquisition of Seagate Technology.

<PAGE>
VERITAS Software Q1'04 Earnings Release
Page 7

                              VERITAS SOFTWARE CORPORATION
                 RECONCILIATION OF CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
                        TO THE NON-GAAP STATEMENTS OF OPERATIONS
                          (IN THOUSANDS, EXCEPT PER SHARE DATA)
                                     (UNAUDITED)

<TABLE>
<CAPTION>

|  | THREE MONTHS ENDED MARCH 31, 2004 | | | THREE MONTHS ENDED MARCH 31, 2003 | |
|---|---|---|---|---|---|
| <S> | UNDER GAAP | ADJUSTMENTS | NON-GAAP | UNDER GAAP | ADJUSTMENTS |
|  | <C> | <C> | <C> | <C> | <C> |
| NET REVENUE: | | | | | |
| User license fees | $ 303,274 | | $ 303,274 | $ 254,564 | |
| Services | 183,897 | | 183,897 | 139,822 | |
| TOTAL NET REVENUE | 487,171 | | 487,171 | 394,386 | |
| COST OF REVENUE: | | | | | |
| User license fees | 11,601 | | 11,601 | 11,418 | |
| Services | 60,781 | (245)A,D | 60,536 | 47,789 | |
| Amortization of developed technology | 3,824 | (3,824)A | -- | 14,782 | (14,782)A |
| TOTAL COST OF REVENUE | 76,206 | (4,069) | 72,137 | 73,989 | (14,782) |
| GROSS PROFIT | 410,965 | 4,069 | 415,034 | 320,397 | 14,782 |
| GROSS PROFIT % | 84.4% | 0.8% | 85.2% | 81.2% | 3.8% |
| OPERATING EXPENSES: | | | | | |
| Selling and marketing | 146,525 | (1,968)A,D | 144,557 | 122,047 | |
| Research and development | 78,650 | (1,139)A,D | 77,511 | 71,383 | (449)A |
| General and administrative | 45,777 | (744)A,D | 45,033 | 38,153 | |
| Amortization of other intangibles | 2,394 | (2,394)A | -- | 18,191 | (18,191)A |
| In-process research and development | 400 | (400)A | -- | 4,100 | (4,100)A |
| TOTAL OPERATING EXPENSES | 273,746 | (6,645) | 267,101 | 253,874 | (22,740) |
| Income from operations | 137,219 | 10,714 | 147,933 | 66,523 | 37,522 |
| OPERATING MARGIN % | 28.2% | 2.2% | 30.4% | 16.9% | 9.5% |
| Interest and other income, net | 11,345 | | 11,345 | 8,395 | |
| Interest expense | (5,702) | | (5,702) | (7,738) | |
| Gain (loss) on strategic investments | 7,496 | (7,496)C | -- | (3,518) | 3,518 C |
| Income before income taxes | 150,358 | 3,218 | 153,576 | 63,662 | 41,040 |
| Provision for income taxes | 47,399 | 1,745 B | 49,144 | 21,136 | 13,416 B |
| NET INCOME | $ 102,959 | $  1,473 | $ 104,432 | $  42,526 | $  27,624 |
| NET INCOME PER SHARE - BASIC | $   0.24 | $   -- | $   0.24 | $   0.10 | $   0.07 |
| NET INCOME PER SHARE - DILUTED | $   0.23 | $   -- | $   0.23 | $   0.10 | $   0.07 |
| SHARES USED IN PER SHARE CALCULATION - BASIC | 430,714 | | 430,714 | 412,916 | |

| SHARES USED IN PER SHARE CALCULATION - DILUTED | 444,921 | 444,921 | 419,380 |
| | ========= | ========= | ========= |

</TABLE>

FOOTNOTES:

A   To exclude non-cash charges related to acquisitions, including write off of
    in-process research and development, amortization of intangibles and
    stock-based compensation.

B   To adjust the provision for income taxes to the non-GAAP rates of 32% in
    2004 and 33% in 2003.

C   To exclude gains/losses on strategic investments.

D   To exclude non-cash charges related to other stock-based compensation.

    The non-GAAP financial information set forth above is not prepared in
    accordance with, or an alternative for, generally accepted accounting
    principles ("GAAP") and may be different from non-GAAP measures used by
    other companies. The Company's management refers to these non-GAAP
    financial measures in making operating decisions because they provide
    meaningful supplemental information regarding the Company's operational
    performance, including the Company's ability to provide cash flows to
    invest in research and development and fund acquisitions and capital
    expenditures. In addition, these non-GAAP financial measures facilitate
    management's internal comparisons to the Company's historical operating
    results and comparisons to competitors' operating results. We include these
    non-GAAP financial measures because we believe they are useful to investors
    in allowing for greater transparency to supplemental information used by
    management in its financial and operational decision-making. In addition,
    we have historically reported similar non-GAAP financial measures to our
    investors and believe that the inclusion of comparative numbers provides
    consistency in our financial reporting.

</TEXT>
</DOCUMENT>

# EXHIBIT H

Table of Contents

# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d)
of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **July 6, 2004**

# VERITAS Software Corporation
(Exact name of registrant as specified in its charter)

| Delaware | 000-26247 | 77-0507675 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| 350 Ellis Street, Mountain View, California | 94043 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code (650) 527-8000

# TABLE OF CONTENTS

Item 12. Results of Operations and Financial Condition
SIGNATURE
Exhibit Index
EXHIBIT 99.01

e8vk

Table of Contents

**Item 12. Results of Operations and Financial Condition.**

On July 6, 2004, VERITAS Software Corporation (the "Company") issued a press release announcing preliminary results for its fiscal second quarter ended June 30, 2004. A copy of the press release, dated as of July 6, 2004, entitled "VERITAS Software Announces Preliminary Second Quarter Results," is furnished as Exhibit 99.01 to this Current Report and is incorporated herein by reference.

The information in this Current Report, including the exhibit hereto, shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained herein and in the accompanying exhibit shall not be incorporated by reference into any registration statement or other document filed with the Securities and Exchange Commission by the Company, whether made before or after the date hereof, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

Table of Contents

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

VERITAS Software Corporation

/s/ Edwin J. Gillis
_____
Edwin J. Gillis

Date: July 6, 2004

Executive Vice President and Chief Financial Officer

Table of Contents

## Exhibit Index

| Exhibit Number | Exhibit Title or Description |
| --- | --- |
| 99.01 | Press release entitled "VERITAS Software Announces Preliminary Second Quarter Results," dated July 6, 2004. |

EX-99.01 2 f00148exv99w01.htm EXHIBIT 99.01

Exhibit 99.01





VERITAS Software Corporation
350 Ellis Street
Mountain View, CA 94043
(650) 527-8000

*For Immediate Release*

### VERITAS SOFTWARE Announces Preliminary Second Quarter Results

**MOUNTAIN VIEW, Calif. – July 6, 2004** – VERITAS Software Corporation (NASDAQ: VRTS) today announced preliminary results for its fiscal second quarter ended June 30, 2004. Total revenues are expected to be in the range of $475 million to $485 million, which includes license revenue of $263 million to $273 million and services revenue of approximately $212 million. GAAP earnings per share are expected to be in the range of $0.17 to $0.19 and non-GAAP earnings per share are expected to be in the range of $0.18 to $0.20. Non-GAAP earnings per share exclude amortization of intangibles and stock-based compensation. Accompanying this release is a reconciliation of estimated GAAP and non-GAAP earnings per share.

"Our anticipated results were impacted primarily by weakness in our US enterprise sales," said Gary Bloom, chairman, president and CEO, VERITAS Software. "As we have indicated previously, software license orders are generally concentrated in the later part of the third month of the quarter. At the end of the June quarter, our anticipated order flow weakened, contributing to lower-than-expected license revenues. Our services business remained strong, driven primarily by healthy maintenance renewals throughout the quarter, and the demand for our products and services in most of Europe and Asia Pacific met our expectations."

Second quarter results are preliminary, subject to the company's management and independent auditors completing their customary quarterly closing and review procedures.

VERITAS Software is scheduled to release its second quarter results on July 27, 2004.

### About VERITAS Software

VERITAS Software, one of the 10 largest software companies in the world, is a leading provider of software to enable utility computing. In a utility computing model IT resources are aligned with business needs, and business applications are delivered with optimal performance and

-more-

*VERITAS Software Announced Preliminary Second Quarter Results*
*Page 2*

availability on top of shared computing infrastructure, minimizing hardware and labor costs. With 2003 revenues of $1.75 billion, VERITAS delivers products for data protection, storage & server management, high availability and application performance management that are used by 99 percent of the Fortune 500. More information about VERITAS Software can be found at www.veritas.com.

# # #

**Press Contacts:**
Andrew McCarthy, Corporate Communications, VERITAS Software
(650) 527-3183, andrew.mccarthy@veritas.com

**Investor Contact:**
Renee Budig, Investor Relations, VERITAS Software
(650) 527-4047, renee.budig@veritas.com

**Forward Looking Statements**

This press release may include estimates and forward-looking statements within the meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934, including statements relating to preliminary financial results for the company's fiscal second quarter ended June 30, 2004. These forward-looking statements involve a number of risks and uncertainties, including the risk that we will need to make adjustments to our financial results as part of the company's customary quarterly financial closing procedures and review by the company's management and independent registered public accounting firm, that could cause the actual results we achieve to differ materially from such forward-looking statements. For more information regarding potential risks, see the "Factors That May Affect Future Results" section of our most recent report on Form 10-Q for the quarter ended March 31, 2004 on file with the SEC. We undertake no obligation to update any forward-looking statement to reflect events or circumstances after the date hereof.

**VERITAS Software**

**Reconciliation of GAAP-based EPS to non-GAAP based EPS Estimates**
**For the three months ended June 30, 2004**
**(Unaudited)**

|  | Low end of range | High end of Range |
|---|---|---|
| GAAP-based EPS | $0.17 | $0.19 |
| Amortization of intangibles and stock-based compensation, net of taxes | 0.01 | 0.01 |
| Non-GAAP EPS | $0.18 | $0.20 |

*VERITAS Software*
*Page 3*

**Use of Non-GAAP financial information**

The non-GAAP financial measures used in this press release are not prepared in accordance with generally accepted accounting principles and may be different from non-GAAP financial measures used by other companies. The company's management refers to these non-GAAP financial measures in making operating decisions because they provide meaningful supplemental information regarding the company's operational performance. In addition, these non-GAAP financial measures facilitate management's internal comparisons to the company's historical operating results and comparisons to competitors' operating results. We include these non-GAAP financial measures in this press release because we believe they are useful to investors in allowing for greater transparency to supplemental information used by management in its financial and operational decision-making. In addition, we have historically reported similar non-GAAP financial measures to our investors and believe that the inclusion of comparative numbers provides consistency in our financial reporting at this time.

Copyright © 2004 VERITAS Software Corporation. All rights reserved. VERITAS, the VERITAS Logo, CommandCentral, and SANPoint Control are trademarks or registered trademarks of VERITAS Software Corporation or its affiliates in the U.S. and other countries. Other names may be trademarks of their respective owners.

# EXHIBIT I

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 1

# VERITAS SOFTWARE

## Moderator: Renee Budig
## January 28, 2004
## 4:00 p.m. CT

Operator:  Good day, everyone, and welcome to the Veritas Software Fourth Quarter 2003 Earnings Release conference call.  Today's conference is being recorded.

At this time for opening remarks and introduction, I'd like to turn the conference over to Ms. Renee Budig, Vice President of Investor Relations.  Please go ahead, ma'am.

Renee Budig:  Great.  Thank you.  Good afternoon and thank you for joining us today for our report on Veritas's Q4 2003 Financial Results and Future Outlook.  With me here today are: Gary Bloom, our CEO; and Ed Gillis, our CFO.

Before we begin, I would like to remind you that some of the matters we'll be discussing today include forward-looking statements that involve risks and uncertainties.  For example, statements regarding the company's:  expectations of revenue, operating margins, and earnings per share for the first quarter and revenue targets for fiscal 2004 and its ability to extend to its market leadership position and see growth in 2004 are forward-looking statements.  Actual results may differ materially from those projected in the forward-looking statements.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 2

Additional information concerning factors that could cause actual results to differ can be found in our most recent periodic reports on Forms 10Q and 10K, which are readily available on our Web site and the SEC's Web site.

During the call we will be referring to non-GAAP financial measures of the company's operating and financial results. We have reported similar measures to our investors in the past and believe that inclusion of comparative numbers provides consistency in our financial reporting at this time. We have posted a quantitative reconciliation of the non-GAAP financial measures discussed during this call with the most directly comparable GAAP measures on the Investor Relations page of our Web site.

I'll now turn the call over to Gary Bloom.

Gary Bloom: Thanks, Renee. I am very pleased to report that, in the fourth quarter, Veritas again achieved record results. With revenues of $513 million, we topped the record we set in the third quarter by 62 million in revenue. Total revenue for 2003 also set a record with $1.77 billion, an increase of 18 percent over 2002. Earnings were also very strong for the quarter and the year.

For the fourth quarter, non-GAAP EPS came in at 25 cents and GAAP EPS was 24 cents. For the year, non-GAAP earnings were at 81 cents, up 33 percent from the prior year. GAAP earnings for the year were 63 cents compared to 14 cents for the prior year. We also continued to strengthen our balance sheet by generating approximately $174 million in cash from operating activities during the quarter. This allowed us to start 2004 with $2.5 billion in cash and short-term investments.

Our outstanding fourth quarter performance is a culmination of a record-breaking year. We attribute the success once again to our focused execution and our growth strategy of expanding our product portfolio for both our core and emerging products, delivering these products on a

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 3

broad range of hardware and software platforms to further our heterogeneous advantage and extending our reach world-wide by investing in sales and service capacity around the globe. The continued investment in our business, especially during the economic downturn, coupled with our focus on driving our product strategy through the eyes of the CIO, places Veritas in a strong position for growth as the tech center continues its steady though measured recovery.

Veritas's leadership is based on our proven ability to build long-term trusted relationships with the world's leading companies and our "no hardware agenda, software strategy." Veritas customers such as Air France, Deustche Bank, Memorial Sloan Kettering, the City of New York, UBS, BSFB, British Telecom Retail and Wachovia Corporation use our technology to help them more efficiently utilize their existing heterogeneous IT investments while reducing the cost of managing and protecting their business-critical data and systems.

And while our private strategy focuses on meeting the immediate needs of our customers and extending our storage software leadership position, Veritas is also at the forefront of innovation to support our customers' long-term requirements, providing the building blocks for utility computing. This approach helps our customers achieve optimal IT performance and availability on an automated shared infrastructure while at the same time leveraging their existing IT investments.

In addition to the successful acquisitions of Precise and Jareva, which extended Veritas's market reach beyond storage to application performance management and server automation, we completed our recent announced acquisition of Ejasent, adding an important application virtualization technology to our growing utility computing portfolio. Ejasent also provides us with software to help CIOs build internal departments for their application and resource usage. We also introduced CommandCentral Service, a new utility computing product that enables IT managers to define service levels for backup and recovery and track those metrics against changing business requirements.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 4

Throughout 2003, we introduced several major new products and releases in our traditional storage software and enterprise data protection product areas, including our new version of Veritas NetBackup V, which introduced additional advanced data protection functionality and faster disk space backup. Also in the backup area, we introduced a new desktop laptop option, extending Veritas' leadership in backup recovery to corporate laptops and desktops.

And lastly, we leveraged the strength and leadership of our existing data protection software to introduce the Veritas Data Lifecycle Manager. This solution aligns well with the need for CIOs to better manage emerging regulatory compliance requirements.

For emerging products, we continue to see solid growth in SANPoint Control, Clustering and Replication, which are important building blocks in our utility computing strategy and key solutions to extend our lead in storage software. Revenues from this category grew 16 percent for the fourth quarter and 31 percent for the year.

I'm also very pleased with the progress we made during the quarter in our application performance management products acquired with Precise, specifically in the growing interest from customers who recognize the value of optimizing application performance. Revenue from these products grew over 30 percent from Q3 to $17 million in the quarter.

What's clear in this business is that we have tremendous customer interest and success leading to a large pipeline for these products going into the first quarter of 2004, and in January we delivered the largest ATM deal ever with Precise to a large financial institution for $2.9 million in licensed revenue. This obviously gives us a good start for Q1.

And on the platform front, we saw growing demand on the Linux, IBM and HP platforms, all of which saw strong revenue growth. IT spending continues to show signs of improvement, and from a geographic perspective Veritas is continuing to gain momentum across all regions and

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 5

industries as customers continue to standardize on our backup, storage and utility computing solutions.

Domestically, our U.S. revenues were strong with many successful transactions in the financial services and telecommunications sectors. Internationally, EMEA showed strong results, especially Italy and Spain and the emerging Eastern European markets such as Russia. And in our Asia-Pacific/Japan region, we continue to see signs of the recovery and growth, particularly in China.

I will now turn the call over to Ed Gillis for the detailed Q4 financial results. When Ed completes this discussion, I'll provide our outlook and open the call for questions.

Ed?

Ed Gillis: OK. Thank you, Gary. And today, I'll begin by providing some comments on our income statement. Our revenue for Q4 was $513 million, up 26 percent year-over-year and up 14 percent sequentially. Included in revenue is an approximately $16 million benefit from foreign currency rates when compared to the December quarter a year ago.

Total revenue for 2003 was a record $1 billion 770 million, an increase of 18 percent over 2002. License revenue for the quarter was $309 million, up 17 percent year-over-year. License revenue from our core products, which include our backup and our infrastructure products, was 254 million, up 12 percent year-over-year.

License revenue from our emerging products, which includes clustering, replication, and enterprise storage resource management products, was up – was 42 million, up 16 percent year-over-year. For the full year, license revenue from our core and emerging products grew five

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 6

percent and 31 percent respectively. ·License revenue by platform for the quarter was 48 percent UNIX and Linux, 41 percent Windows and 11 percent multi-platform.

Service revenue for the December quarter was $204 million, up 44 percent year-over-year and represented 40 percent of total revenue.  Service revenues were stronger than expected primarily because of the maintenance component, which accounts for about 85 percent of our service revenue.

Maintenance revenues reflect in part our increasing install base and our levels of maintenance and support contact renewals, and in part a greater-than-expected collaboration from the retroactive portion of maintenance contracts.  We expect to see maintenance and, therefore, service revenues return to more normal levels in Q1, and accordingly we're forecasting a sequential decline in service revenue of approximately $20 million for the first quarter.

The channel mix for the quarter was 57 percent from end-users and buyers, 32 percent from two-tier distribution, and 11 percent from our OEM partners.  Non-OEM international revenue in Q4 represented 41 percent of total revenue.  For the total year, non-OEM international revenue was 38 percent, up two percentage points from last year.

In the quarter, we completed 12 end-user transactions valued at over $1 million and 286 transaction over $100,000.  The median deal size for transactions for $100,000 was $172,000, reflecting a higher number of transactions valued over 100K than the prior quarter.

I want to take a few minutes here to talk about the seasonality in our business as it relates not only to Q4 but also to Q1.  Like many software companies, our business is seasonal.  License orders are typically lowest in our fiscal quarter and highest in our fourth fiscal quarter.  In addition, in our enterprise license business we have experienced a trend towards more license orders being received late in the last month of a quarter.  And this year was no exception.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 7

With a strong concentration of orders at the end of the quarter and year, many of these orders are shipped and billed to customers in the next fiscal quarter. As a result, incoming orders in the fourth quarter typically exceed license revenues. In the first quarter the opposite is true, with incoming orders being less than license revenue. Accordingly, although Q1 will benefit from the strong order performance in late December, we expect it to be offset by the typical seasonal weakness in Q1 orders as we start the new year.

Another consequence of this seasonality is to skew DSO upwards in Q4 and downwards in Q1. As such, our DSO was 39 days, reflecting the seasonality of the quarter, with approximately 50 percent of billings occurring in December. For Q1, we expect DSO to be in the high teens to low 20s as a result of what would be a more linear quarter.

Our total gross margin on a GAAP basis increased to 85 percent. The gross margin on license revenue was 96 percent, and the gross margin on service revenue was 72 percent. Operating expenses on a GAAP basis were $287 million. The increase in operating expenses compared to Q3 is primarily attributable to Q4-specific spending, such as increased sales commissions and accelerators being paid out in Q4 due to our strong revenue perform, our year-end bonus program and some one-time marketing expenses related to increased advertising and our Enterprise Data Protection launch which we held in New York and London in November. Since we don't expect these Q4-specific expenses in Q1, we expect to see about a $15-million reduction in operating expenses in the first quarter.

GAAP operating income was $151 million, or 29.5 percent of revenue, once again clearly demonstrating leverage in our business model. Interest and other income, net of interest expense, was $4.7 million compared to 2.7 million in Q3 and reflects the full benefit of the convertible (de-venture) refinancings that was done in August. Assuming no significant change in

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 8

interest rates, we expect interest and other income on a net basis to continue at this level going forward.

The tax rate for our GAAP and non-GAAP results was 33 percent. For 2004, we'll be lowering our effective tax rate to 32 percent for both GAAP and non-GAAP purposes reflecting the increasing mix of our international business.

Our GAAP earnings were 24 cents per share based on fully diluted share count of 445 million. Historically we've excluded from our non-GAAP operating results the amortization of intangibles and stock-based compensation totaling $4 million net of tax for Q4. For the full year, we've excluded amortization of intangibles, stock-based compensation, in-process research and development write-offs and charges related to the extinguishment of debt, aggregating in total $78 million net of taxes for the year. When adjusted for these items, our non-GAAP earnings per share for Q4 is 25 cents and 81 cents for the full year.

Going forward, the difference between GAAP and non-GAAP earnings should be the quarterly recurring acquisition-related expenses of approximately $5 million net of tax related to the amortization of intangibles and stock-based compensation, or approximately one cent per share. This includes an estimate of about a half a million dollars of amortization expense associated with our recent acquisition of Ejasent. Non-GAAP operating margins for Q4 were 31 percent and 28.8 percent for the year.

As we said last quarter, we're setting our spending targets for 2004 assuming an ongoing recovery in IT and our desire to stay invested for growth. As such, we are not planning for significant margin expansion for the year. However, expectations for Q1 are for sequentially lower operating margins, again reflecting the seasonality of the business. Based on a revenue guidance that Gary will provide shortly and the reduction in operating expenses I discussed earlier, we expect Q1 non-GAAP operating margins to be in the range of 25 to 28 percent. Our

head-count exit in Q4 was 6,518 people.  And for Q1 expect to see head-count increase by about

three percent.

I'll now comment briefly on our balance sheet.  We exited the quarter with $2.5 billion in cash and

short-term investments and generated about $174 million in cash from operating activities for the

quarter, and $629 million for the full year.  Primary use of cash this quarter was for capital

expenditures of 22 million.  Accounts receivable as of year end was $256 million.  Deferred

revenue grew from 323 million at the end of Q3 to 399 million at the end of the year, reflecting an

increase in both new support contracts and very strong renewals, coupled with customer's

preference for more co-terminus support contracts.  In addition, we expect deferred revenue to

decline in Q1 as maintenance contracts recorded in deferred revenue at year end at earned.

Finally, before I turn the call over to Gary, I want to briefly go over some changes in our we'll be

reporting our license revenue beginning with Q1.  In order to better align our reporting with the

changes we have made to our business, we will no longer break out revenue between core and

emerging but will move to three categories that we believe align more closely to how our

customers relate to our business, providing greater transparency to investors.  The new

categories will be as follows.

First, "Data Protection."  This includes NetBackup, BackupExec and options such as

BackupRestore, our Data Lifecycle Manager and our Desktop/Laptop Option.  In Q4, data

protection was $182 million and grew 13 percent year-over-year.

This second category is "Storage Management," which will include FileSystems, Volume

Manager, Replication, Database Additions and our SRM products, including SANPoint Control,

StorageCentral and StorageReporter.  In Q4, storage management revenue was $71 million and

grew 12 percent year-over-year.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 10

The third category is entitled "Utility Computing Infrastructure," which will include Clustering, High Availability Additions, Application Performance Management, AppForce, or server provisioning, CommandCentral Service and our new acquired Ejasent products. In Q4, utility computing infrastructure revenue was $56 million with 39 percent growth year-over-year.

We've provided this revenue detail by quarter for 2002 and for 2003 at our Web site for comparative purposes and we'll begin using this categorization beginning with our next earnings call.

I'm going to stop here and turn the call back to Gary.

Gary Bloom: Thanks, Ed. Before we turn the call over for questions, I'll provide some perspective on what we see ahead in 2004 and fiscal Q1.

We view 2004 as a growth year for Veritas with growth that is more heavily weighted to the second half of the year. While it's early in the year and our level of growth depends on a continued IT spending recovery, our business is strong and we expect to drive the company from the 1.77 billion in annual revenues in 2003 to a target of $2 billion in revenue in 2004.

As Ed indicated, our strategy for margins in 2004 is to invest for growth as we see continued improvement in the IT spending climate. As a result, for the full year we don't expect to see margin expansion beyond last year's results. However, we will continue to carefully manage and monitor our spending targeting minimum non-GAAP operating margins of 25 to 28 percent which allows upside in revenue to be leveraged to earnings.

As we indicated in our last call, our overperformance in Q4 combined with the normal seasonal patterns of the software industry leads us to a conservative viewpoint relative to sequential performance as we move from Q3 of 2003 to Q1 of 2004. As a result, our revenue expectations

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 11

for March quarter are in the range of 455 million to $470 million, and based on GAAP operating margins in the range of 23 to 26 percent, GAAP EPS is expected to be in the range of 17 to 20 cents.

On a non-GAAP basis, the operating margin target for Q1 is expected to be in the range of 25 to 28 percent, resulting in non-GAAP earnings per share in the range of 18 to 21 cents per share. Although this revenue range represents a sequential decline of around 10 percent, I'd like to point out that it does represent year-over-year growth in Q1 of 12 to 16 percent and is consistent with the 12 percent average sequential decline we have seen from other large software companies.

In summary, Q4 was a great finish to a great year, and the tone of our business was as strong as we've seen in the past two years. The climate for IT spending has clearly improved and seems to be getting better. We have a great utility computing strategy for the future that allows our customers to leverage the industry-leading backup and storage software solutions they have already purchased from Veritas while continuing to provide the CIO our no hardware agenda software.

Our competitive position and brand is solid in all of our key product areas – backup, storage, and utility computing – and we expect our position to get even stronger as we continue to invest heavily in all of these areas. And the Veritas team is motivated to drive the company to the $2 billion revenue target in 2004.

I will now open up the call for questions.

Operator: Thank you. The question-and-answer session will be conducted electronically. To ask a question, please signal by pressing the star key followed by the digit one on your touch-tone telephone. If you are using a speakerphone, please turn off your mute button to ensure your signal reaches our equipment. In the interest of time, we do ask everyone to please limit

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 12

themselves to one question. Again, that is star one to ask a question. We'll pause for just a moment to assemble our roster.

And we'll take our first question from Neil Herman with Lehman Brothers.

Neil Herman: Yes. You talked a little bit about how you out-performed so much on the maintenance revenue line. Could you go into a little bit more detail on that and perhaps how some of these contracts were structured – the retroactive issue. And as part of that, I think the – you had I think the biggest increase in the deferred revenue on the balance sheet that I've seen. And could you talk a little bit about that, and was some of that deferred license revenue or was that all maintenance?

Ed Gillis: OK. So, I guess starting with the last question first, because they're obviously related. So, the big increase in the deferred revenue account is driven almost entirely by maintenance. So, the lion's share of that account consists of maintenance contracts. And what we have done – I think we've described here in the past – we've put really a full-court press on building strong maintenance renewals groups, both in the Americas as well as in Europe – and as we get into '04 that's certainly a focus for Asia – and they've had very good success at basically annuitizing strong customer relationships.

And so, I think when you take that effort, combine it with what I think is a general trend, at least in our company and I think more generally in the industry, to co-terminus maintenance payments, and the fact that I think we really did see some benefit from kind of year-end budget cycles where customers look to get caught up on their maintenance, all of that ended up in what really got reflected as kind of an unexpectedly strong maintenance performance.

The retroactive piece is simply dates. So, if you sign up for a contract that begins July 1st but you don't give us the PO until November 1st, there's a retroactive piece back to July 1st. So, it's

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 13

simply, you know, the mathematics of to what period does the contract relate. So, a very strong performance there and one that I think should bode well for the future, because obviously, as I said earlier, this is a strong vote of confidence from a relationship and annuity perspective.

Gary Bloom:  I would just point that it's also a strong point of view that the customers are using the technology that they've purchased. Because the one thing that's certainly changed over the last couple of year is if customers aren't using the software, they simply don't renew maintenance. And so, the fact we can, you know, kind of go after this maintenance opportunity, customers are signing up for our maintenance, it's just a very strong indicator of usage.

Neil Herman:  Thank you. And then could you also talk about what you're seeing in the very early stages of your pipeline in terms of RFPs and RFIs? And then, secondarily, what you saw in terms of changes in your close rates in the fourth quarter and your expectations regarding close rates going forward.

Gary Bloom:  OK, well, I'll talk about pipeline and I'll let Ed kind of touch on the close rates. On the pipeline side of it, the pipeline going into Q1 is very strong. You know, we were, you know, very, very happy with kind of how the quarter went in the fourth quarter and, you know, seeing the – you know, the year-over-year another record quarter. So, all of that was goodness.

Yes, I think the best way to talk about kind of the Q1 pipeline is relative to, you know, how did we feel Q4 to Q1 a year ago. And what I tell you is we feel a lot better going from Q4 to Q1 this year than we did a year ago. The business just feels stronger, the pipeline, you know, supporting it is stronger, and we see as lot of, you know, really nice opportunities out there as we go into the new quarter. So, you know, we feel pretty good going into Q1.

Ed Gillis:  So, on the close rate, I think that similar to last Q4 we had very good experience with close rates. And I think the sales organization did an outstanding job. The one observation I would

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 14

have is it was probably more skewed to the end of the quarter this year than year. But again, I'd re-echo what Gary said about pipeline.

You know, pipeline really consists of kind of several components. But certainly one component are the orders on-hand. The second component are sales opportunities. You combine those two and we're looking at a very good, strong pipeline going into Q1 that looks stronger than it has been in the last couple of years.

Neil Herman: Great. Thank you very much.

Gary Bloom: Thanks, Neil.

Operator: We'll take our next question from Tom Berquist with Salomon Smith Barney.

Tom Berquist: Thank you. Looking at just the product revenues, sequentially they weren't up as strong as I'd hoped in a couple of areas. I'm curious. Was there anything that changed in the marketplace, Gary, with the EMC/Legato transaction that might have impacted the backup and recovery product sales, or was it just, you know, you guys had had good performance in the quarters leading up to it so there was just less sort of pent-up demand in the fourth quarter?

Gary Bloom: Yes, I think it's just – you know, it was a very strong year for us the whole year. We didn't see any real effect of the EMC/Legato acquisition. In fact, if you look at our data protection revenues going from Q3 to Q4, data protection revenues sequentially were up $22 million. And then – so clearly if there was a place that, you know, people were expecting them to have an effect, it would have been with the Legato acquisition.

You know, our number's 22 million. You know, I don't know, somewhere around probably 50 percent of what they did in the entire quarter is what we did sequentially in improvement from Q3

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 15

to Q4. So, real strong. As we indicated previously, replacement business on Legato replacements has also continued to be very strong. You know, our early estimates here are that we ended the year with an excess of 200 replacements. So, very strong replacement business. So, we continue to see that acquisition as positive for Veritas.

Ed Gillis: The other perspective on that or the other color on that is the core business grew by five percent for the full year, but it grew by nine percent in Q3 and 12 percent in Q4. So, a very back-half-of-year weighted growth in our core business, which I don't think is accidental.

Tom Berquist: That's fair. On the ATM business, you mentioned a big transaction already this quarter. I'm curious. Who are you seeing, do you think, in terms of primary competition there? Is it the BMCs of the world, the (Merc Interactives), or – you know, if you could just walk through that a little bit.

Gary Bloom: Sure. I mean, we see a little bit of everybody. You see a little of us, you see a little of BMC, you see a little Mercury. The reality is, as far as the live application performance management, we're pretty unique in that asset.

The major competition is whether the customer wants to continue doing it the way they do it today, which is predominantly tune applications manually, you know, and kind of slog through, you know, system logs and other information to figure out what's going on. Or whether they want to leap forward into a newer technology where they can use automated technology to help them manage application performance.

So, you know, it's not one of these super highly competitive markets as far as competition goes. You're more competing with, you know, kind of the processes they do today and the question of whether they're going to buy into your strategy that you can be helpful with the technology. The thing that we're real happy with is the customers that have this technology, they love it.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 16

And Precise saw and we continue to see reselling additional licenses into existing accounts continues to be a good business as well. And you know, as we mentioned on the $2.9 million license deal in Q1, you know, that's a – you know, essentially a new customer moving in a big way and buying into a strategy for managing performance differently.

Tom Berquist: Great. Thank you, guys.

Gary Bloom: OK. Thanks, Tom.

Operator: As a reminder, please limit yourself to one question. And we'll go next to David Rudow with Piper Jaffray.

David Rudow: Yes. How you doing, guys? Nice job on the quarter.

Gary Bloom: Thank you.

David Rudow: In terms of the Precise business, could you go through what the sales force looks like? I know you made some changes in Q4. Can you remind us of what those changes were?

Ed Gillis: Yes. So, if you remember, we actually made the changes predominantly in Q3. And about half way through Q3 we re-integrated the sales force. And essentially the major change there is transferring the revenue and the quota assignment into the standard Veritas sales organization around the globe. And that was the model that we switched to half way through Q3. We continued that in Q4. And naturally we're continuing that into Q1 and beyond. So, it's an integrated sales force.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 17

And then what we have is we have a good chunk of the original Precise team that is really providing specialist services and kind of, you know, for lack of a better term, an overlay organization that is really coming in and helping with the specialty knowledge around application performance and helping move the larger transactions, providing sales engineering support and so forth. But it's an integrated effort, and there was really no change in Q4, no change going into Q1 and really none necessary given what we're seeing in the pipeline and the opportunities (way) they're building.

David Rudow: And then what do you expect to see from Precise in Q1? I think you were looking for 18 million in Q4. It came in at 17. Any projections for Q1 here?

Gary Bloom: Right. So, as Ed indicated, you know, the license revenue on Precise is now going to blend into the new utility computing infrastructure category. You know, we continue to be real optimistic. I think sequentially it's going to be strong. And so, you know, we've very optimistic about where this business is going. But as far as specific Precise-only guidance, we're kind of moving that into that utility computing structure.

David Rudow: OK, thank you.

Operator: And we'll take our next question from Drew Brosseau, SG Cowen.

Drew Brosseau: Thanks. Mine's regarding the license outlook. I guess I'm wondering a little bit about what your thinking is behind the two – what I guess is implied about 275 to 290 in licenses compared to last year of 255. If I adjust for currency, adjust for Precise, we're not looking at much growth at all. Are you being conservative or do you have a problem?

Ed Gillis: Well, let me – let me – let me take a pass at it. You can draw your own conclusions. We certainly don't think we have a problem. And I'm not sure I'd characterize it as conservative.

We're going into a Q1 in which, from our perspective – I think we had described this to you last call – if you look at the kind of top 20 software companies and you take Microsoft out of the mix, fiscal Q4 going into Q1 declines on average 12 percent.

We're looking at a decline on average of about 10 percent here. The results that you just described, if you kind of take the mid-points of those, I think you're looking at revenue growth in Q4 – in Q1, rather, that's somewhere in the kind of 18 percent range. And you're looking at license growth that is above 10 percent. And those don't look like bad numbers to us, you know, given the – what we believe is a pretty wide-spread seasonal decline in the industry. If we can do better, dynamite, we will – and we'll get some margin leverage. But that's where we're planning, and we think it's a reasonable place to be.

Drew Brosseau: OK, thanks.

Gary Bloom: And one thing to keep in mind, just to add to that, is when we think about, you know, kind of the forecasting, the guidance that we're giving, remember, too, that we use guidance maybe a little more so than others to help set expense lines as well. And you know, to set the margin attainment and the EPS attainment we're after.

So, is there potential for upside? There's always the potential for upside in these numbers. But what we're focused on is setting an expense line giving guidance as we see it. And I'm right there with Ed. I think kind of – you know, kind of year-over-year growth that we're talking about is really solid and we're very optimistic going into the next year.

Drew Brosseau: So, you'd be pleased with 290 in licensing.

Gary Bloom: You know, I'm not going to get into what I'm pleased with and not pleased with. We're comfortable with the guidance. We think it's an indicator of a good strong performance. We –

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 19

you know, we've talked about in Q3 that we had a strong overperformance – if we had a strong

overperformance Q4 that, you know, sequentially that goes on into Q1.

Ed Gillis:  And put another way, at 290 I think we all internally that we are on a strong glide path to $2

billion.  That's totally consistent with $2 billion.

Drew Brosseau:  Right.  OK.  Thank you.

Operator:  And we'll go next to Shebly Seyrafi with Merrill Lynch.

Shebly Seyrafi:  Yes, thank you very much.  Can you provide us power the contribution of NetBackup V.0

to Q4 license revenue?  And secondly, how much deferred revenue do you expect to be used up

in Q1?  Thank you.

Gary Bloom:  OK, so on the – on the – the question about NetBackup V.  We, as you know, don't break it

out by specific products.  Again, what I did indicate a second ago in the data protection line is Q3

was 159 million in license revenue and it went up in Q4 to almost 182 million in license revenue.

Clearly, the NetBackup launch in the November timeframe is a huge launch for us.  It introduced

major new functionality, gave us a real technical advantage around disk-based backup protection,

and we introduced a number of new features surrounding that product to really move us beyond

just the strong disaster recovery area on into the regulatory compliance area, not to mention the

Desktop and Laptop Option as well.  So, that was a major release.

All indicators from our sales organization is that that is helping create immense momentum in our

customer base.  And all the indicators that I've seen on – and all the reps I've talked to, looking

back on Q4, all saw strength in the backup business.  And that was a launch that we did in both

New York and London.  So, you know, from an – kind of an effect perspective, a very positive

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 20

effect on the business, and I think it's good to carry on, you know, and support the business very well going into 2004.

Ed Gillis:  And on the deferred, Shebly, given the fact that by far and away majority of that account is maintenance-related, I think we're going to see a decline in Q1 as those maintenance contracts start to get recognized.

You know, I am estimating the decline as probably in the area of $15 million.  But I will tell you that's an estimate only, because obviously it's offset by continued success we have with renewals, which, again, we continue to chase the catch-up piece, and the components of new business coming into the quarter.

Shebly Seyrafi:  OK.  Thank you.

Gary Bloom:  Thanks.

Operator:  And we'll go next to Laura Lederman with William Blair.

Laura Lederman:  Yes, thank you.  I'm on a cell phone, so sorry if it's a little choppy.  Could you talk a little bit more about EMC/Legato?  Obviously we all have questions on it.  I know you mentioned the several hundred competitive replacements, but did you see them any more?  In other words: one, have you seen them more in the field; two, changes in win rates versus Legato in terms of new customers?

Gary Bloom:  Laura, I don't – I don't know any other way to talk about it than to tell you this has been a strong business.  It continues to strengthen.  We haven't seen any negative effect of them entering this marketplace.  I was, you know, personally involved in a financial services opportunity that was a very large replacement, and we won it.  And we won it hands-down.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 21

And so, you know, there's – and there's a number of stories like that where we just continue to go in, we're winning the consolidations, you know, our partnership opportunities continue to be favorable because of our independence. The fact that we don't have a hardware agenda is an enormous asset. It's in no way a liability – it's simply an asset. So, you know, and the revenue supports it. That's, you know, 22 million sequential growth going from Q3 to Q4, to me that's a big sequential improvement.

Laura Lederman: Oh, no, no, no. I think ((inaudible)) my question more was more are you seeing the ((inaudible)) the win rates now very good? In other words, is there any change at all after EMC bought them that you can see? Win rates going down, them trying to (stop a product) more aggressively? Just more a contextual view of any change that you've seen.

Gary Bloom: We – no. I mean, the answer is – the short answer to the question, which is maybe where I should have started, is no.

Laura Lederman: OK.

Gary Bloom: So, we're simply not seeing more of them, it's not having an effect on our business. We're very strong. They have continued some of the practices that we saw, you know, two years ago and a year ago and three years ago, you know, as an independent company of trying to win on price alone.

Laura Lederman: OK.

Gary Bloom: And they aren't winning those either in most cases. You know, there's always the customer here or there that takes the free software approach, but by and large the total cost of ownership, feature functionality, market leadership all favor Veritas.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 22

Laura Lederman:  Great.  And quickly on the ATM side.  You mentioned who you were seeing

competitively.  But how often is there a competitor in a deal versus them going directly to you?

I'm just getting a sense of what the deals look like in general from a competitive standpoint.

Gary Bloom:  Laura, you know, I don't have specific statistics.  But I would say, you know, 70 -- roughly

70-80 percent of the time we're kind of more or less competing with ourselves and competing with

the notion that says we have to sell the customer on the fact that it really is as good as we say it

is.

And you know, strong references and success stories are helping that, but it's almost one of

these, you know, the customers hear the story and they ask you is it too good to be true.  The

customers that have tried find out it's not too good to be true, that these products are really

phenomenal.  And that's what we're competing against.

Ed Gillis:  And the big asset here, Laura, for us, obviously, is our install base.

Laura Lederman:  Right.

Ed Gillis:  I mean, the reason why we're so enthused about this and why we think that we're going to see

growing momentum through our core is the leverage that we can get out of our relationships in

the install base.

Laura Lederman:  Thank you.

Gary Bloom:  Thanks, Laura.

Operator:  We'll take our next question from Kevin Buttigieg with Kaufman Brothers.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 23

Kevin Buttigieg:  Thank you.  Just on the – back to the retroactive portion of maintenance.  Did that come all off of the balance sheet, then, onto the income statement?

Ed Gillis:  No.  Because, again, the way that – the retroactive piece is simply – is really as simple as if you have fallen behind on maintenance and you want to go renew your contract, you've got – we by policy will only renew you if you go back to when your last policy expired.

Kevin Buttigieg:  OK.

Ed Gillis:  And so, it's really that simple.  And it's a case of – we had added something in the nature of probably 25 people in Europe last January to start more aggressively pursuing that business.  We were a little more mature in the U.S. on it.  And it ultimately gets reflected in renewal rates.  And our renewal rates are obviously improving and are reflective of the fact that this is mission-critical infrastructure software that's being used.

Kevin Buttigieg:  Right.

Ed Gillis:  So, ergo you're going to end up with very high renewal opportunities.

Kevin Buttigieg:  OK.  I thought that was signed but not billed.

Ed Gillis:  No.

Kevin Buttigieg:  But it's not signed nor billed.

Ed Gillis:  No.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 24

Kevin Buttigieg:  OK.  Second of all, you know, obviously you saw a little bit of a decline in large deals quarter over quarter and it looks like it impacted the emerging products license revenues.  That – I guess that that's a little bit at odds with your comments about seeing an IT spending environment improving.  What would you attribute that to or how would you reconcile that?

Gary Bloom:  Well, a couple of observations there.  I guess the first is that we did 12 deals over a million, but the deals over 100K I think grew by something like 20 percent.  And the average deal size grew nicely, up to 172, I think, from one – what was it? – 66 or 56.  The average deal size grew.  So, we're seeing some uplift in that context.

I also think that as we look at the pipeline, again, defined as kind of orders that haven't yet been delivered and forecast opportunities, we're going to see a good start to the first quarter relative to larger deals.  And while I can't tell you with confidence that they're biased to emerging, I can say that our emerging business has traditional been driven both by growth in IT budgets as well as the bigger deals, the more sophisticated customers.  So, I think it's a reasonable expectation, but I don't have that information.

Kevin Buttigieg:  Did you have big deals in early January, then, other than the Precise deal you talked about?

Gary Bloom:  Sure.

Kevin Buttigieg:  Million dollar-plus deals?

Gary Bloom:  Yes, yes.

Kevin Buttigieg:  OK.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 25

Gary Bloom:  Yes.


Kevin Buttigieg:  And what is your forecast for operating cash flows for the first quarter, and for the year if you want to give that as well?


Ed Gillis:  Well, I won't give it for the year, but we would expect very strong operating cash flows in the first quarter.  Certainly over 200 – 200 to 250 million.  You know, in part as a result of the fact that, as I indicated earlier in the call, you see a spike in receivables in the fourth quarter as a result of 50 percent of the billings being in the three month.  Those will get collected in the first quarter.


Kevin Buttigieg:  Yes, OK.  Thank you.


Operator:  And we'll go next to Sanjiv Hingorani with Oppenheimer & Company.


Sanjiv Hingorani:  Yes, several questions.  The first is from Q2 to Q3 your license revenues grew almost 30 million.  And in a seasonally Q4, your license revenues grew only 29 million, which is not the normal seasonally pattern that you would expect to see.  Can you explain what happened to license revenues growth in the quarter?  And then I have a couple of follow-up questions.


Ed Gillis:  Yes.  So, again, it sounds like you're describing – and so correct me if I've misunderstood – that you're describing sequential.  And I don't think it was 29.  I think it was 19 in that – in the Q3 to Q4.  But your point I think is the same.  At least if I understand it.  So, I'd dial you back a year ago.  A year ago Q2 to Q3 we grew at zero percent, Q3 to Q4 we grew at 10 percent.  These are sequential.


This year, Q2 to Q3 we grew at 11 percent, Q3 to Q4 we grew at seven percent.  You know, from a sequential performance I think they're both very strong.  I'd also harken back to the fact that –

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 26

and I'm looking at license revenue here – I'd also harken back to the fact that our license revenue year-over-year is up 17 percent, which I think is a good number.

And as we're looking into Q1, we're expecting that to remain at double-digit levels. So, that's – you know, that's kind of perspective on it. I think we've had a good strong second half of the year and we've got a lot of momentum as we go into '04.

Sanjiv Hingorani: Actually my numbers were correct. There were 29 million from 261 million in license revenue from Q2 to 290 million in Q3. These are your reported numbers. So …

Ed Gillis: So, maybe ((inaudible)).

Sanjiv Hingorani: The second follow up question I guess I have is if your renewals are increasing, what was the sort of historical attach rate off renewals off maintenance? And where are you in that process now? I mean, clearly there were a lot of (free existing) customers who had not signed up for maintenance contracts for a while, which is why when you play catch-up – or when they play catch-up you're seeing a big bump-up in revenue. So, what was the attach rate of renewal contracts or maintenance contracts, and where do you think that can go?

Ed Gillis: Yes. So, the attach rate is – without giving you kind of explicit numbers – the attach rate is approaching what I would – I think is probably steady state in the U.S. We've still got improvements to make in Europe, although we made big improvement in fiscal '03, and we are well behind in Asia. And so, that's on the – kind of the initial license.

And then, the renewal rates really follow a similar pattern. You know, we're starting to approach in the Americas a renewal rate level that, you know, I think is going to be hard to increase. Europe made big improvement in '03 but still has some opportunity;  and Asia, they're well behind.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 27

Operator: Once again, in the interest of time, please limit yourself to one question per person. We'll go

next to Katherine Egbert with C.E. Unterberg, Towbin.

Katherine Egbert: Hi, good afternoon. I was wondering, you alluded to that bookings were strong in Q4

and they'll go down in Q1. Can you tell us qualitatively how strong they were? Can you give us

any indication of book to bill?

Ed Gillis: Well, I think probably the best way to look at it from a macro perspective is our growth in order

year-over-year and our growth in revenue year-over-year. We're pretty comparable. So, I think

the growth rates in both are pretty comparable.

Katherine Egbert: OK. And then second question. Any comments you can share with the audience on

EMC buying VMWare? Do you have any response to that?

Gary Bloom: Yes, I mean, VMWare is kind of an interesting acquisition. Clearly, you know, pretty far out

of their traditional storage domain for them to head off into that direction. And it's an Intel-only

solution. Relative to competitive overlap with Veritas, really not terribly competitive not Veritas.

We did an acquisition that we announced and have closed this last quarter called Ejasent

Technology that really focuses much more heavily at the application level of, you know, kind of

virtualizing and managing movement of applications (that) manage an operating system.

It's a different kind of technology in that one works at the operating system level versus ours that

works at the application level. Ours also works above the operating system and has, you know,

very, very solid performance or -- but differently little performance overhead as you move

applications around. And it also is a technology that extends beyond just the Intel world.

So, from our strategy perspective, you know, we have a lot of technology that touches in that area, all different than what they do, including our Jareva technology that we acquired called OpForce, which is shipped with Intel Blade servers to help manage the Blade environments and also the Ejasent technology more recently acquired, but as far as direct competitive overlap, essentially very little.

Katherine Egbert: But maybe asking the question a different way. Do you feel like you need a response to EMC buying VMWare?

Gary Bloom: No, we don't believe that we need to have an immediate response to that. There's other efforts underway besides VMWare. Both VMWare, there's also technology being developed by Microsoft through an acquisition they did. And you know, it's an environment that we'd probably end up supporting if our customers use it, quite possibly. And you know, we do do some support of the platform today. But Microsoft's in that market, EMC is now in that market. You know, I suspect it's more of another platform that we may end up ultimately supporting than a space we actually need to be in.

Katherine Egbert: OK, good. Thank you.

Gary Bloom: Thank you.

Operator: We'll take our next question from Adam Holt with JP Morgan. Mr. Holt, your phone line is open. Please go ahead with your question.

Adam Holt: Yes. I actually also had a question about the bookings number. Was it greater than you had expected, and was the fourth quarter more back-end loaded than you had expected? And how much visibility does this bookings number give you heading into Q1 on the license side?

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 29

Ed Gillis:  Well, so, again, Adam, at the risk of repeating myself, the – greater than expected.  We had strong performance in the fourth quarter at both the revenue level and the order level.  I think it was probably more back-end loaded than we had expected.  But again, I think we ended up with very strong revenue results.

As we go into Q1, we have a stronger outlook in Q1 in terms of momentum and confidence this year than we have over the last couple of years.  That's in part driven by the fact that our pipeline's strong, of which a component is those – are those orders.  So, again, that's kind of the nuts and bolts of how we're approaching '04 and what we're thinking about '04.  And really don't have an awful lot to add to that.

Adam Holt:  OK.  And just one follow-up question also on the maintenance up-tick.  At what point during the quarter did you recognize that maintenance was going to be stronger than you had originally thought?

Ed Gillis:  Again, I would say towards – you know, really towards the end.  Because, again, an awful lot of – the maintenance business is a pretty predictable business with the exception of the retros, the retroactive stuff.  And that, you know, those were I think largely end-of-quarter kinds of issues.  And it's back to the issue of some of it is us doing a good job at pursuing it, and I think some of it is a function of customers having budget availability to fund it.

Gary Bloom:  And I'd say that one other piece that kind of drives it a little bit too is as we continue to expand the customer relationship and brought it out in – you know, based on budget, based on next year's projects and their optimism or not towards 2004, that as we establish a bigger relationship with the customer part of that process is very often looking at what licenses have been deployed, what are they paying maintenance on, what aren't they paying maintenance on.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 30

So, a lot of this retroactive maintenance is coming from an aspect of our business which is building stronger customer relationships. The fact that Ed has talked a number of times about – through the call about all these different people that we've added to go after this is trying to simply it make it easier on our customers, because the maintenance renewals can become complicated relative to when you bought your licenses, how much you're using and so forth.

And these people (available) simply a service function to make easier to get the retroactive, easier to get the renewal, easier for the customer to figure out what they are and aren't paying for. So, all these investments really do pay off to create a very strong maintenance renewal business, which is good. It's a good thing to have because it keeps us engaged with the customer, creates opportunities to sell more of our expanding portfolio.

Ed Gillis: There's also no question that it was driven in part the big launch of NetBackup V.0. So, I mean, whenever you have a new product launch, that is going to increase your (original) opportunity.

Adam Holt: Great. Thank you.

Gary Bloom: OK. Next question, please.

Operator: We'll go next to Daniel Cummins with UBS.

Daniel Cummins: Thank you. Ed, I thought you said we'll step-down of about 20 million in the first quarter for the service revenue. Is that right?

Ed Gillis: That's right.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 31

Daniel Cummins:  So, on a base of 470 million total, that would still be about, you know, 39 percent total revenue coming from the services line.  What are you thinking about for the full year and that two billion in terms of the services contribution?

Ed Gillis:  Well, we haven't broken out explicitly other than to observe that over time -- and it's certainly not going to happen in one year -- I would expect to see the services license mix approach a 40-0.  So, we -- if we're at the kind of 35-65 level, it's going to over time march to something that's close a 40 server, 60 percent license.

Now, we were at the level in this quarter.  That's an anomaly and I do not expect to see that as we go forward, at least in terms of the full year.  But you know, more explicit guidance for the full year we really don't have out there.  But I think if you look at the third quarter, you know, a services number that's somewhere in that kind of 180 range is consistent with, you know, with being down roughly $20 million.  So, 180, 185.

Daniel Cummins:  So, you think it could still be a gradual climb, it won't -- it won't just kind of jump up and stay there.

Ed Gillis:  Right, right.

Daniel Cummins:  ((inaudible)).

Ed Gillis:  But to be clear -- to be clear, we're not doing anything in our business to try to cause the services to spike.  We deliver, you know, the maintenance services, and then the services beyond that, professional services, is primarily to help with -- customers with the adoption of our technology, make them successful so they ultimately buy more and are successful using what they've purchased.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 32

And you know, the goal is not to become a services business. It's a license business supported by maintenance and implementation services, along with the consulting necessary for customer success.

Daniel Cummins: I may have missed this before. Did you give any kind of sense of warehouse you expect the gross margin to be on full year '04?

Gary Bloom: The gross margin, no. Total operating margin we said would be roughly flat, which is in round numbers 29 percent.

Daniel Cummins: OK. Thank you.

Gary Bloom: OK.

Ed Gillis: I think we have time for one more question.

Operator: Yes, sir. We'll take our final question from Tom Curlin with RBC Capital Markets.

Tom Curlin: Good afternoon. Could you just walk through the selling cycle for the new products and how you see those arriving at a full contribution to the revenue flow from a timing perspective over the course of a year? And I heard a comment about those products help stimulate maintenance contract renewals. Maybe I didn't hear that right. But do you see that primarily as a license catalyst or is it also a contract renewal catalyst?

Gary Bloom: I'm not sure I completely followed the question, but I – you know, the way – the comment I made about the maintenance renewals was simply (to say) as we're establishing bigger relationships with our customer – and typically bigger relationships with our customers involve customers standardizing on either a portion of our technology offering or a very – you know, a

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 33

narrow portion of it or very broad portion of our offering in the product stack, meaning that they really, you know, go out to solve disaster recovery or they go out to solve availability.

And we're going to see more of that over time as customers move towards utility computing and buying the building blocks to enable utility computing. So, what happens is as they do these standardizations and they're kind of, for lack of a better term, doubling down on Veritas for the future, then they tend to look at their maintenance and they want – they bring all their licenses up to compliance, up to the current levels of usage and they spend a little time in the form of building an ongoing relationship with us figuring out what all they've deployed. And that is the positive motivator going – coming back kind of relationship between new relationships and expanding relationships back to maintenance renewals.

As far as the selling cycle for the new products. I don't know that our selling cycle has changed dramatically over time here, other than, as I said before, we do see more and more customers, you know, making kind of standards decisions. We're seeing a continual trend in the industry with our customers towards customers narrowing the quantity of vendors they use and picking those vendors that have a broader portfolio of offers than a narrow portfolio of offerings.

We're extremely well-positioned for that with our broad offerings, all the different things we do in backup, in storage, in application performance management, and in utility computing in general. So, we align well to virtually to every trend that's out there in the industry right now.

Tom Curlin:  If you take NetBackup V, just as an example. As you look into 2004, is there an acceleration point for that with respect to license revenue, or do you really feel like you're already, you know, running those programs? Obviously there's a penetration rate. But is there an acceleration point in penetration that comes at some particular point in the year?

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 34

Gary Bloom:  Well, you know, in the backup market, certainly for the maintenance renewals, the comment Ed made is that on maintenance renewals NetBackup V does drive maintenance renewals, because those people that haven't renewed their maintenance want to get the maintenance upgrade.  They don't want to re-buy the product.

So, they have a choice.  They can re-buy the product or they can come current on maintenance and get the product shipped to them as a maintenance upgrade.  Obviously they'd have to then license the additional add-on options that we continue to offer on the products that are priced separately.  And so, that what – that's the motivation of getting current on maintenance is to get the new version.

As far as an acceleration of the business, you know, this is a market that is viewed as growing, you know, somewhere around five or five percent by the industry analyst estimates.  And we've obviously been growing stronger than that throughout the year.  So, my belief is we're gaining market share, we're continuing to offer more technology and broadening our offering there.  We haven't kind of slowed down or anything else.

In fact, the way we define our strategy is through the eyes of the CIO.  We talk to our customers about what kinds of things they need, we try to put those in the products and make, you know, satisfy their requirements.  We do a good job at that.  I don't think there's any kind of one-time big event that causes a spike more so than what we've seen in the past.  We're the industry leader.  As customers decide to consolidate, they're going to consolidate on the leader.  And we don't have a hardware agenda, so there's all the hardware independence that's favorable towards us, a real asset to the business.

And you know, we're really kind of the, you know, the 800-pound gorilla in this particular product category, and it's a good position to be in.  So, it's a real strong business that's going to continue to do well, I believe, throughout the year.  And our – again, our independence is very help there.

VERITAS SOFTWARE
Moderator: Renee Budig
01-28-04/4:00 p.m. CT
Confirmation # 203693
Page 35

Ed Gillis:  And the only other thought there is the – is the timing of the – of NetBackup V.0 is fabulous, because we're getting marketing focus, we're getting increased competitiveness, just at a time when it looks like there's more money to be spent.  So, the juxtaposition of those things from our perspective is outstanding as we go into '04.

Gary Bloom:  OK.  On that note I'm going to go ahead and wrap up the call.  Thank you all for attending.  We're obviously extremely happy with the results this year.  We're extremely happy with the quarter.  We saw 26 percent growth in the quarter, 17 percent license growth.  We saw margins at 31 percent.  So, we're kind of thrilled with the results, incredibly optimistic about 2004.  And we'll talk to you again during Q1 as we're on our way to $2 billion in revenue for 2004.

Thank you very much.

Operator:  That does conclude today's conference.  Thank you for your participation.  You may disconnect at this time.

END