# EXHIBIT J

VERITAS VISION - MAY 5                                                    1
Tape #2, 1 OF 3

00:01:16    Ladies and gentlemen, please welcome Renee Budig,

            Investor Relations, Veritas.


RENEE BUDIG

00:01:21    Good morning.  Thank you for joining us today.  I

            appreciate all of you getting here early this morning

            so we can get started.  I am briefly going to just go

            through the agenda and tell you a little bit of

            housekeeping things about today.  So in front of you,

            you have the agenda and we'll get started in just a

            minute with Gary.  The way we've structured it today is

            we're trying to make this as interactive as possible,

            so there's going to be a lot of time for you to ask

            questions.  And we've structured today as panel

            discussions talking about the technology, the

            competitive landscape, our go-to-market strategy with

            sales, services, and strategic alliances.  We'll have a

            lunch upstairs.  Like last year, the lunch will be

            hosted with Veritas executives, so we'll put the list

            up before lunch, and then when we come back from lunch,

            Ed will give a financial update and we'll have another

            session, a Q and A session with Gary and Ed.  The

            entire event today is being webcast, and so when it's

00:02:19    time for questions, please raise your hand.  They'll be

microphones and Marilyn and Sandy will be bringing the
mics to you.  On top of that, the binders in front of
you do have copies of all the presentations, except for
Ed's.  We'll put that out at lunchtime.  That's more of
a Reg FD issue.  That's why they're not in the binders,
but he'll be here when you come back.  Also in the
binders is a survey, and we'd appreciate you taking the
time today to fill out the survey.  Your feedback is
very important to us and so, it's through that feedback
that that we can continue to improve this event.  With
that, before I get started, I'm going to just talk a
little bit about the Safe Harbor, as you know, we're
going to be making some forward-looking statement
today.  Those forward-looking statements do involve
some risks and uncertainties, and those are fully
documented in our Forms 10K and 10Q.  Also we're going
to be -- a lot of the financials today in the
presentations are comparative numbers to 2003.  Those
numbers are subject to restatement, as you know, so
just keep that in mind.  And finally, we will be
00:03:20   talking about non-gap financial measures,
reconciliations to our gap financial measures are
available on our website.  So with that, we're going to
show a quick video, and then Gary will come and get

this started.  Thanks.

00:03:38   [VIDEO CLIP]

GARY BLOOM

00:05:15   Good morning.  Well, welcome to Las Vegas and welcome

to the Vision conference.  I hope all of you got a

little bit of sleep last night and didn't make your

donation to the Venetian's faux columns and other

fiberglass accessories in the building.  Vision

Conference has been going great.  I'll just give you

kind of a real quick update on that.  We're -- the last

numbers I heard were in excess of 3400 people

attending, so roughly somewhere around, you know, 1800

-- 15-; 1600, I guess, more than last year.  Our

executive forum, we sort of kicked off on Monday this

year, so rather than run it parallel, we actually put

it the day before so our executive team could spend

more time with the CIOs and the VPs of IT and others

that came to the executive forum.  It was very well

attended and went extremely well in addition.  So all

in all, it's just been a great conference, and I've

talked a lot of customers in the hallways.  We've done

obviously a lot of press interviews, and sentiment had

# EXHIBIT K

# VERITAS SOFTWARE

## Moderator: Renee Budig
### July 27, 2004
### 4:00 p.m. CT

Operator:  Good day and welcome to the VERITAS Software second quarter 2004 earnings release conference call.  Today's conference is being recorded.

At this time for opening remarks and introductions, I'd like to turn the conference over to the Vice President of Investor Relations, Renee Budig.  Please go ahead, ma'am.

Renee Budig:  Thank you.  Good afternoon and thank you for joining us today for our report on VERITAS' Q2 2004 financial results and future outlook.

With me here today are Gary Bloom, our CEO; and Ed Gillis, our CFO.  Before we begin, I would like to remind you that some of the matters we'll be discussing today include forward-looking statements that involve risks and uncertainties.

For example, statements regarding the company's expectations of future revenue, earnings per share, operating margins and revenue mix, future investments in key areas of the company's business, and management of the company's business to drive growth in revenue and profitability are forward-looking statements.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 2

Actual results may differ materially from those projected in the forward-looking statements.  A further description of such risks can be found in our periodic reports on Forms 10-K and 10-Q on file at our Web site and on the SEC's Web site.

In addition, during the call we will be referring to non-GAAP financial measures of the company's operating and financial results.  We have reported similar measures to our investors in the past and believe that inclusion of comparative numbers provides consistency of our financial reporting at this time.

We have posted a quantitative reconciliation of the non-GAAP financial measures discussed during this call with the most directly comparable GAAP measures on the investor's page of our Web site at veritas.com.  I'll now turn the call over to Gary Bloom.

Gary Bloom:  Thanks, Renee.  I will provide an overview of our fiscal second quarter financial results and business climate, as well as discuss some of the highlights of the quarter.  Our revenue for the second quarter was $485 million.

Our non-GAAP EPS came in at 21 cents and GAAP earnings per share was 20 cents.  While results were lower than we had projected, they represent year-over-year revenue and non-GAAP earnings growth of 19 percent and 17 percent, respectively, in our third-highest revenue quarter ever.

As you know, we affirmed guidance when we completed the restatement of prior periods and filed our 10-K and 10-Q on June 14, 2004.  At that time, we were confident in our ability to meet our quarterly guidance, and our forecast supported our projected revenue range.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 3

However, as we approached the end of the quarter, we saw a softening in our U.S. enterprise business, and a number of deals that we expected to close in the second quarter did not, leading to our pre-announcement.

VERITAS has historically delivered solid financial performance, so we're clearly not happy about coming in below our expectations. Let me share with you my perspective on some of the factors that may have affected IT spending and our results in our U.S. business this quarter.

With the exception of government sales in the U.S., customer buying patterns in enterprise accounts became more cautious during the second quarter, leading to longer sales cycles and the smaller average deal size.

Recent announcements from other large software companies suggest similar patterns. We also saw signs of Sarbanes-Oxley 404 implementations may be impacting customer buying patterns similar to the Y2K effect in (history) experience in 1999.

In many cases, management and IT are focused on meeting certification deadlines and spending on Sarbanes-Oxley rather than on new IT projects, especially those that would go live prior to the end of the year when they need the complete certification. And lastly, while the process of completing our restatement had little impact from our customers' perspective, it did require significant time and attention from our executive team.

Although our U.S. direct enterprise business was challenging, we saw solid performance in other areas. Specifically, our channel business performed well across the globe with our two-tier distribution channel growing 22 percent year over year, demonstrating our continued strength in the fast-growing small and medium business markets.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 4

Our international markets were very strong, especially in Europe and Asia-Pacific, where we grew 44 percent and 34 percent year over year, respectively. And our services business grew 38 percent, was well ahead of our plan and expectations, driven by strong maintenance renewal rates.

With all this said, the business fundamentals that have made VERITAS successful have not changed. In addition to delivering 19 percent top-line revenue growth, or top-line growth year over year, we strengthened our balance sheet, generating approximately $104 million in cash from operating activities during the quarter.

We exited the quarter with $2.75 billion in cash and short-term investments. License revenues for all product categories grew on a year-over-year basis. Our data protection business grew three percent, storage management grew 16 percent, and utility-computing infrastructure products grew seven percent. In addition, our services business grew 28 percent year over year, again well above our expectations.

If we look at the first six months of the fiscal year, our results show a considerable growth overall. We had an especially strong first quarter. Total year-over-year revenue, non-GAAP earnings growth was 22 percent and 26 percent, respectively, with license revenue growth at 14 percent year over year, and services revenue growth at 34 percent year over year.

On an operational basis, we continued to focus on our three-dimensional growth strategy during the quarter with new innovative product upgrades and support for major hardware and software platforms, including Intel's Itanium 2 processor-based platforms, and Solaris x86.

In addition, in early July we announced our acquisition of Invio Software, a privately-held supplier of workflow automation technology, for $35 million in cash. Invio addresses key customer requirements and is already integrated into our CommandCentral Service product.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 5

Early feedback from partners and customers is encouraging. Given our strong international performance, continued investment in our sales and service capacity remains a key element of our geographic expansion strategy.

We will also continue to invest in our worldwide VERITAS vision conferences, which have now attracted more than 8,500 customers and partners and is a strong indicator of customer interests in our utility-computing vision. I will now turn the call over to Ed Gillis for the detailed Q2 financial results. When Ed completes the discussion, I'll provide our outlook for the second half of 2004 and open up the call for questions. Ed?

Edwin Gillis: OK. Thank you, Gary. Good afternoon, everyone. I'll begin today by providing some comments on our income statement. As Gary indicated, revenue for Q2 was $485 million, up 19 percent over the same period a year ago and flat sequentially.

Included in revenue is approximately $10 million benefit from favorable foreign currency rates when compared to the June quarter a year ago. License revenue for the quarter was $270 million, up seven percent year over year.

License revenue from our data protection products was $151 million, again as Gary indicated, up three percent year over year. License revenue from our storage management products was $74 million, up 16 percent year over year. Our storage foundation and replication products posted solid growth this quarter.

Finally, license revenue from our utility-computing infrastructure products was $44 million in Q2, representing year-over-year growth of seven percent. Clustering showed solid year-over-year growth of over 20 percent in the second quarter, and we're encouraged by the traction we're seeing with our OpForce server provisioning product.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 6

However, our high availability bundles were down, reflecting in part weak enterprise business in the U.S. While our APM performance was relatively flat sequentially, we're encouraged by our growing pipeline of deal opportunities, the continued confidence of our distribution organization, and early signs of a strong maintenance business associated with these products.

From a platform perspective, license revenue for the quarter was 51 percent Unix and Linux, 43 percent Windows, and six percent multi-platform. Service revenue for the June quarter was $215 million, up 38 percent year over year. Included in service revenue is approximately $14 million of catch-up maintenance revenue related to an OEM contract which is non-recurring.

Service represents 44 percent of total revenue for the second quarter. The service business continues to provide a solid and predictable revenue stream as a result of our increasing install base and our high level of maintenance and support contract renewals.

On the channel side, the channel mix for total revenue for the quarter was 55 percent from end users and (buyers), 32 percent from our two-tier distribution channel, and 13 percent from our OEM partners, again showing the balance and breadth of our go-to-market strategy. Note these percentages are of total revenue and not of license revenue.

In Q2 we saw strong growth in our international business, particularly in Europe, even allowing for the impact of currency. Revenue in Europe was $140 million and grew 44 percent year over year, or 36 percent on a currency-adjusted basis.

EMEA license revenue grew 32 percent year over year. Revenue from the rest of the world, which primarily includes Asia-Pacific and Japan as well as Latin America and Canada, was $56 million and grew at 22 percent year over year or 18 percent on a currency-adjusted basis.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 7

Rest of world license revenue grew 16 percent over Q2 a year ago. Our business in the U.S. was $289 million and grew by nine percent over the second quarter a year ago. U.S. license revenue was down six percent compared to the same period last year.

For the June quarter we shipped 15 end-user transactions valued at over $1 million, but only 201 transactions over $100K, representing our lowest level of transactions over $100K in two years. The median deal size for transactions over $100K was $179,000.

Our total gross margin on a GAAP basis was 84 percent. The gross margin on license revenue, excluding amortization of developed technology, was 97 percent, and the gross margin on service revenue was 69 percent, driven largely by the strength of our maintenance revenue.

Operating expenses on a GAAP basis were $284 million. The sequential increase in terms of absolute dollars is primarily attributable to Q2 product releases and the added expense of our annual vision-user conferences.

GAAP operating income was $121 million or 25 percent of revenue. Interest and other income, net of interest expense, was $4 million for the second quarter compared to $5.6 million in Q1. We expect interest and other income net to continue at the Q2 level or to grow slightly going forward, assuming no significant change in interest rates.

The tax rate for our GAAP results was 31 percent, and our non-GAAP results was 32 percent, reflecting again the increasing mix of our international business. Our GAAP earnings were at 20 cents per share based on a fully diluted share count of 442 million.

Historically we've excluded from our non-GAAP operating results amortization of intangibles, in-process research and development, stock-based compensation, and gains or losses on strategic investments. These totaled $5 million net of tax for Q2. When adjusted for these items, our non-

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 8

GAAP earnings per share for Q2 is 21 cents, up 17 percent versus Q2 2003. Non-GAAP operating margin for Q2 is 27 percent, flat compared to the same period a year ago.

We continue to target full-year operating margins of 28 to 29 percent. Our head count exiting Q2 was just under 6,900, reflecting 162 net additions. For the third quarter we'd expect to see a similar number of additions.

Turning now briefly to the balance sheet, we exited the quarter with a record $2.75 billion in cash and short-term investments. We generated approximately $104 million in cash from operating activities for the quarter.

Cash from option exercises was approximately $9 million. Primary uses of cash this quarter included $33 million for capital expenditures and technology purchases. Accounts receivable as of June were $171 million, and our DSO was 32 days.

For the third quarter, we'd again expect DSO to be in the low 30-day range. Deferred revenue was $423 million, up from $297 million in the second quarter a year ago, and down slightly from $427 million in the first quarter of this year.

We expect deferred revenue to be flat to up slightly for the third quarter. Unfilled license orders and gross deferred license revenue were approximately $69 million compared to $63 million the second quarter of '03.

Finally, I'm also pleased to announce that the board has authorized a stock repurchase of up to $500 million, which is intended to offset future dilution from employee stock plans. We currently expect to execute this program over the next 12 to 18 months. With that, I'll turn the call back to Gary.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 9

Gary Bloom:  Thanks, Ed.  Before we open the call up for questions, I'll provide some perspective on what

we see for Q3 in the second half.  Given the challenges we faced at the end of Q2, we have

spent a good deal of time re-evaluating our models to the second half of 2004.  Taking the factors

I covered earlier that impacted our business this quarter into consideration, our Q2 results have

not dampened our optimism that 2004 will be an important growth year for VERITAS.

We continue to forecast our business based on measured IT recovery and expect revenue in Q3

to be in the range of $485 million to $505 million.  Our strategy for margins continues to be one of

investing for growth with a disciplined approach to spending.

We will continue to primarily focus our investments in growth areas of our business, particularly

sales capacity in our international markets, product development, and services.  We are targeting

minimum non-GAAP operating margins in the range of 25 to 27 percent for Q3, and non-GAAP

earnings per share in the range of 20 cents to 22 cents.

GAAP margins are expected to be in the range of 24 to 26 percent and GAAP earnings per share

in the range of 19 to 21 cents.  Notwithstanding what we saw in the U.S. enterprise business at

the end of the quarter, we have demonstrated strong growth in revenue and earnings in Q2 and

year to date.

We have the following objectives for the full year.  One, we are targeting $2 billion in total

revenue, representing 14 percent top-line growth; secondly, our revenue model includes a mix of

approximately 58 to 60 percent license and 40 to 42 percent service revenue; and lastly, our

spending plans are based on our target of non-GAAP operating margins of 28 to 29 percent for

the full year.

Our commitment to providing value to our customers and shareholders has never been stronger,

and the addressable market for our products and services remains robust.  We will continue to

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 10

focus our efforts on meeting the needs of our customers while executing our strategy for

continued growth and managing our business to drive growth in revenue and profitability.  I

remain confident in both our strategy and our ability to win in the market.  I'll now turn the call

over for questions.  Jaime?

Operator:  Thank you, sir.  Today's question and answer session will be conducted electronically.  If you

would like to ask a question, please signal by pressing the star key followed by the digit one on

your touch-tone telephone.  If you are using a speakerphone, please turn off your mute button so

our equipment can read your signal.  We will come to you in the order that you signal, and we'll

take as many questions as time permits.  In the interest of time, please limit yourself to one

question.  Again, that is star one to ask a question, and we'll pause for just a moment to

assemble our roster.

We'll take our first question from Tom Berquist with Smith Barney.

Tom Berquist:  Thank you.  You mentioned two things I want to follow up on.  One was the deals, the

smaller deals not being as good as they have been for the last couple of years.  It certainly begs

the question about competition from Legato.

And then I'd also just be curious to know if, when you look at the split between license and

service, whether or not a lot of those OEM revenues at 13 percent that you mentioned are now

going into services revenues after some of the adjustments that you made after you re-audit.

Edwin Gillis:  Yes.  OK, Tom.  So let me take the second one first.  So no, I don't believe that the re-audit

had any impact on the classification of this.  Certainly the re-audit ended up in showing

comparable results.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 11

So I think that what you've got is kind of apples and apples in all periods between license and service. There was a small effect that wasn't anticipated related to marketing development funds. I think it was probably one and a half to $2 million a quarter that came up out of the restatement.

Our attitude was we could drive through that. It was a negative to license revenue, so in the grand scheme of things, it didn't help, but it's hardly explanatory. So I think from a comparability perspective, that's the only item that I'd kind of point to that wasn't already in our thinking.

In terms of the deal size, actually the point that I think we were trying to make was the opposite, namely that we kind of characterize, or at least we measure, deals over $100K as kind of a proxy for what's going on in the enterprise business.

Deals under $100K are generally regarded to be either enterprise (just the) types of business or commercial business. And so I think that one of the indicators of softness in the enterprise was the fact that our deals over $100K were pretty light relative to what we've seen over the last couple of years.

And that's concentrated again – and just want to be clear on this, if that was very much a U.S. issue. So if we looked at the same data for Europe, for example, the European data was actually quite strong, both in an over $1 million category and over $100K category. So the effect in the U.S. was even kind of more disproportionate.

Tom Berquist: OK. So you're essentially saying then that that over $100K bucket is not a place where you face a lot of competition with Legato? You're suggesting it would come at the lower level below that?

Gary Bloom: Yes. The over $100K is really where we're talking about our direct business, and the macro factors in the market I talked about, things like the Sarbanes-Oxley compliance issues, customer

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 12

buying patterns, that's where those kinds of things actually came into effect more so than, you know, competition. I, you know – we've looked at this thing kind of every which way until Sunday, and when we look at it, we just don't see any kind of significant or material shift in the competitive landscape or anything else.

You know, these macro issues hit us very directly in the, you know, larger transactions in the U.S. direct. It shows up in the total deals over $100,000 being 201 deals, as Ed mentioned. You know, that's down from 246 in Q1, down from 286 in Q4. So points specifically to these macro issues we're talking about.

Tom Berquist: Got it. OK. Thank you.

Operator: And we'll take our next question from Neil Herman with Lehman Brothers.

Neil Herman: Yes. I was wondering if with your own Sarbanes-Oxley compliance and my sense that auditors, I think, all over the place have become much more stringent, if you guys had any significant amount of business that you thought would pass muster, that perhaps didn't pass muster in the quarter and perhaps got delayed to, recognition got delayed to other quarters, future quarters?

Edwin Gillis: Yes, Neil, so yes, Ed Gillis. No. I would say that our, you know, our approach has been consistent and our procedures are, you know, are rigorous and uniformly applied. I think the real issue with SOX is because for most calendar year companies you've got certification requirements that need to really kind of cover two periods.

What I think most companies are doing is looking at really trying to lock down quote/unquote distracting activities in a September through December time period inside an IT organization that it wouldn't be unusual for that to involve new production applications.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 13

And if you look at the buying cycle and the implementation cycle, it's probably reasonable to think that Q2 saw some of that impact. Now this is speculation on our part, right? It's anecdotal. It's the type of thing that is very difficult to quantify.

But we take some measure from the fact that the one thing that's apparent in our results is that we're not alone, and that there have been a large number of other enterprise-oriented macro-sized companies that have experienced something going on in the U.S. enterprise piece of their business in June. And I think that this is certainly a contributing factor.

Neil Herman: Do you think that any of your competition in any way was, say, more effective in terms of being able to somehow delay deals for you guys? Any thoughts about that?

Gary Bloom: No. Again, Neil, I mean, it's really, you know, the same comment I made to Tom in a similar question that no real material shift that we can see out there in the kind of competitive landscape. There's, you know, been competition out there.

I'm not saying there's no competition. There's been competition. There continues to be competition out there. But when we look between kind of Q4 to Q1 on in to Q2, you know, that seems to be pretty consistent quarter to quarter.

And the difference being that, you know, right at the end of the quarter, the large deals started slipping off. And certainly given, as Ed mentioned, all the pre-announcements and the kinds of companies that pre-announce, tends to point to products that need to go in this year being deferred because you can't get them in this year.

So you save up and do the purchase, you know, in the third quarter or the fourth quarter for implementation at the first of the year when certification's done. So it fits that pattern more than

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 14

any kind of, you know, competitive landscape shift or, you know, VERITAS specific issue, necessarily.

Edwin Gillis:  And some of this is in speculative.  I mean, in the sense of IBM was pretty clear with their story relative to software in Tivoli, CA was pretty clear with their description.  Frankly, EMC was pretty clear with their description of their software businesses.

And so again, I think if we come back to what's going on, it feels like, given where we are with a strong product cycle and with five quarters of, kind of, momentum, that we're dealing with something else that is pretty U.S.-specific.

Neil Herman:  And then last question, what are your thoughts on hiring going forward?

Edwin Gillis:  Well, as I said in the, kind of, opening remarks, we hired about 160 people net this quarter, and we're looking at something similar next quarter.  Much of that was outside the U.S.  In other words, we're trying to really put our investment where our opportunity has been the sharpest.

And I think commensurate with the fact that we're targeting $2 billion for the year, which represents growth of something in the order of 14 percent, we're going to invest in that growth, and again, the governor on that, or the structure around that, is a 28 to 29 percent kind of operating margin objective.

Neil Herman:  Got you.

Gary Bloom:  Neil, just coming back real quick for a second on this, you know, competitive landscape issue, Ed kind of touched on that.  I don't know that he emphasized it very much, which is the strength in the international business, really a pretty strong indicator that says we're managing the competitive landscape pretty effectively because certainly some of the competitors we're up

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 15

against are very strong in overseas markets, yet we had, you know, very, very strong results in the overseas markets.

So that's, again, one of these things that's kind of pointing for us when we look at the data pointing more and more back to macro issues, around Sarbanes-Oxley, around just change in buying patterns and economic-type issues, you know, through what's really a measure of recovery still, versus, again, any competitive landscape shift.

Neil Herman:  Very good.  Thank you very much.

Gary Bloom:  Sure.  Next question?

Operator:  Thank you, sir.  We'll go next to Heather Bellini with UBS.

Heather Bellini:  Hi.  Thank you.  Two questions.  First, Ed, you mentioned unfilled license orders.  I believe the number was 69 million.  Is that correct?

Edwin Gillis:  That's correct.

Heather Bellini:  And does that compare to the 51 million last quarter that you reported in your Q?

Edwin Gillis:  No.  It compares to the unfilled license orders plus the deferred license piece in the Q.

Heather Bellini:  That's ...

Edwin Gillis:  So you put the two of them together ...

Heather Bellini:  your actual (deferred) revenue?

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 16

Edwin Gillis:  That's right.  (Sign it, set it) ...

Heather Bellini:  Can you break those down for us since they're going to be in the Q anyhow?

Edwin Gillis:  Last quarter, I think the aggregate was about 78.

Heather Bellini:  Correct.

Edwin Gillis:  And so we're looking at a decline of about $10 million, approximately $10 million.

Heather Bellini:  OK.  And broken down, was that mainly – is the decline mostly coming from off-balance

sheet commitments, or deferred license revenue?

Edwin Gillis:  So, Heather, I'm sorry, I don't have that.  All I've got is the aggregate number in front of me.

Heather Bellini:  OK.  But that will be published in the Q?

Edwin Gillis:  Yes.  That will be broken down in the Q.

Heather Bellini:  OK.  Great.  And then the second question I have is the clustered file system for Linux, I

guess, Gary, could you give us an update on when you would expect this to go GA, and then

what type of impact you would expect this to have on the file system growth rate?

Gary Bloom:  Yes.  I don't have, again, in front of me on this question either the specific release

information on it.  But relative to the question, relative (to me), our continued strategy is moving

all of our products into the Linux environment.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 17

And certainly, you know, the more technology we put in Linux that brings it enterprise credibility, you know, my belief is we helped influence and impact a trend of that, you know, technology curve around Linux. You know, Renee just pointed out to me it's planned for the second half as far as the deliverable goes. But, you know, at the end of the day, you know, Linux continues to be an important trend for us.

We saw pretty consistent results in the Linux environment. You know, there wasn't a big mix-shift in our business, and when I talk to customers, what I'm still hearing from them is Linux is predominantly being used for application server level deployment and Web server level deployments.

It's as they start moving, you know, mission-critical databases, enterprise applications and other things into Linux, that's where our opportunity really, you know, becomes, you know, much bigger. So I think, you know, our deliverables are generally aligned to the way that market's emerging, and I feel like we're timely relative to meeting the requirements that are out there for our technology.

Heather Bellini: OK. And I guess one follow up, in regards to the catch-up of the maintenance related to the OEM contract, is that related to the Foundation suite release that happened in Q1? Or is that related to something else?

Edwin Gillis: I think that's a driver. But again, I think this is much more a function of reporting issues on the part of our OEMs. Right? Periodically we'll go off and audit. I don't mean in an adversarial context. But I think it's much more related to simply reporting issues with our OEMs as opposed to any specific product cycle.

Heather Bellini: OK. So a catch-up cycle for Foundation suite, to the extent there is one, could still show up later in the year?

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 18

Edwin Gillis:  Well, certainly for – that would be true across our customer base generally, yes.

Heather Bellini:  OK.

Gary Bloom:  I think it's also fair to say that, you know, in a number of quarters we have some aspect of catch-up revenue coming from OEMs because there is kind of an ongoing and continual process of review of reporting from OEMs, sometimes initiated by us, just as frequently initiated by their own reviews and their own, you know, kind of diligence on data and information being reported. So just in the normal nature of managing those relationships, there is periodic catch-up revenue to factor in every quarter.

Heather Bellini:  Great.  Thank you.

Operator:  We'll take our next question from Brenden Smith with Goldman Sachs.

Brenden Smith:  Thanks very much.  On a similar line, the roughly $14 million in catch-up, should we then assume that similar to December that that $14 will go away in September?  And then secondarily on the product segment revenues, the stacking, so to speak, of which did the best and the worst sequentially was a little different than I would have thought.  Do you expect that to reverse, potentially, in September?  Or do you think that we're just going to see continued sluggishness in the newer, growthier categories?

Edwin Gillis:  Well, let me take the non-recurrent piece first.  So on the non-recurring piece, we did $215 million in services.  Something close to 90 percent of that is related to our maintenance business. The maintenance business is reasonably predictable, and it's been growing pretty steadily, with the exception of this catch-up revenue, which is hard to predict.  You can see it coming but it's hard to predict when it closes because we recognize the revenue only upon receipt of the P.O.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 19

So I would say as we look at the next quarter, you kind of adjust from $215 down to something closer to the 200 level, and that allows for some normal growth. And I think that'll probably give you a, you know, a reasonable guesstimate of what we're looking for in the third quarter.

Gary Bloom: Relative to your question, Brenden, on revenue and product categories, you know, clearly the utility-computing infrastructure category, which is, I think, the one you were surprised by probably on its growth rate, tends to be pretty lumpy.

There's a pretty high correlation between the results on utility-computing infrastructure and our big deal flow and our larger transaction flow, meaning that, you know, the more large enterprise-type deals we do, the more those tend to include the broader set of utility-computing products.

You know, I'm just looking quickly at some data over the last two years. Q2 has been the weakest quarter now two years in a row. This is the third year, so far, and assuming that it bounces back in Q3, that the utility-computing infrastructure category was, you know, Q2 being the weak quarter.

And it just – but again, it seems to correlate to the big deal flow more than anything. And then when I look back across it, the weakest quarter for big deals over a million dollars was Q2 in both of the last two years as well.

This – and obviously we're down in Q2 from Q1 of this year. So there seems to be – just all the data suggests high correlation to the big deal flow. They are smaller numbers, so they tend to be a little bit lumpier.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 20

But, you know, the products, you know, when we look at pipeline, we look at forecast, we look at opportunity, we have plenty of reason to be optimistic there, and relative to how it shakes out in September, we'll have to wait and see.

Brenden Smith:  OK and then just one final question.  In addition to all the Sarbanes-Oxley speculation that's been out there, you know, we've heard a lot about potential pricing pressure on ELAs, whether that's tied to Oracle or not, I guess, who knows.  But any comment on that front from a macro perspective?

Gary Bloom:  You know, it's hard to tell.  There's definitely money being diverted from, you know, traditional IT spending.  It's both time and it's attention and it's money.  And I see it even in my own IT group.

You know, I pinned down my own CIO and the question, asked him how much, you know, new technology he's deploying and looking at and, you know, he's diverting spending.  He's distracted by it.  It's a lot of work.

There's a lot of documentation to be done.  There's a lot of consulting fees for most companies, ourselves included, associated with getting it done.  We've talked to a number of other companies – obviously a number of companies going through it and we're, you know, we're seeing pretty consistent spending levels.

And they're above where the estimates were.  So there's an unexpected piece of it that it's more costly than most people expected.  And that's true internally for ourselves as well.  So I think there's clearly money being diverted over there.

I think the bigger issue than the diversion of money, though, is that you pretty much, in order to certify and test your processes and everything for 404, you've got this situation where you kind of

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 21

got to freeze things down like you did for Y2K, where you stop making changes until you get past it.

And so the things that you would buy today that would implement in the fourth quarter tend to get deferred a little bit because you're talking about implementing in Q1 while you go through the certification for 404. So I think it's more of a timing issue than a dollar issue.

Edwin Gillis: And as it relates to the pricing piece, you know, things are certainly competitive, but our issue, I think, had less to do with, you know, lay pricing and more to do with the fact that the yield out of the pipeline and the close rate was below what we expected it to be. So again, I wouldn't point to price per se as an event in the quarter.

Brenden Smith: OK. Thanks a lot guys.

Gary Bloom: Thanks.

Operator: And we'll take our next question from Shebly Seyrafi with Merrill Lynch.

Shebly Seyrafi: Yes. Thank you very much. So I noticed that your accounts receivable balance grew 16 million sequentially, or 10 percent. That's not exactly in sympathy with a weak late June. So maybe you can talk about, you know, this disconnect. And separately, what is your expectation for license growth in Q3? Should we expect maybe around five percent, mid-single digits? Thank you.

Edwin Gillis: So, let me take the first one. So in terms of the receivables, so the quarter was (SKU'd) to the end of the quarter relative to Q1. So I think from a billings perspective, something in the order of about 42 percent of our business went out in the last month.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 22

That, I think, is reflective of the fact that although June was weak, the business was back-end loaded. That's in contrast to the first quarter where we had somewhat of a better experience. Opposite experience is probably over-stating it.

But we had a more levelly-loaded quarter in part because we had a very strong start in January from business that didn't close in December. So the kind of the carry-over from the fourth quarter, I think, helped that SKU in the first quarter.

And the load in the first quarter was much more, much more even. The other observation, if you look at our first quarter cash flows, you know, they are always very strong because in the first quarter we're collecting a lot of the receivables that were created in Q4.

Gary Bloom: And then bridging over to your other question about the license growth, you know, we didn't give kind of specific license break out, but what our guidance does encompass is slight to moderately growth. Put differently, flat to slightly up license revenue growth going forward into Q3. And that's consistent with the guidance range as well relative to what we actually did. And consistent with the comments Ed made about services mix.

Shebly Seyrafi: And you're seeing an improvement in July from the weakness in June?

Gary Bloom: It's one of those things where, you know, every quarter there are deals that don't come in, in one quarter and close in the following period. It's a little early to know are we seeing improvement. What we do know is that, as Ed mentioned, some of the deals were deals that slipped and didn't close as we expected them to in the second quarter, and at least some of those deals have closed already in the third quarter.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 23

I don't want to characterize that as an abnormal thing, though. There is every quarter deals that slip and close the following quarter. But we did already close some of the ones, which is a good indicator that they were real deals. They just didn't make it in by the deadline.

Shebly Seyrafi: Thank you.

Operator: As a reminder, please limit yourself to one question in today's question queue. We'll go next to Chris Russ with Wachovia Securities.

Chris Russ: Yes, hi. You mentioned that the clustering business, I guess, was reasonably good but that the high availability bundles were disappointing. I'm just wondering could you sort of quantify that in percentage terms either, you know, sequentially or year over year. Are they flat or down? And were there any specific factors behind that? I don't know; competition or any other factors affecting the high availability suites?

Edwin Gillis: Yes. For the high availability suites are the largest component of the utility infrastructure segment. They were down sequentially and down year over year. And at this juncture, our attitude, or at least our perspective, is based on the fact that is a product that is very enterprise-related.

So while certainly the enterprise is important to most of our products, high availability bundles, you know, is very specifically an enterprise product, so pronounced weakness in the U.S. enterprise is going to have a disproportionate impact on that kind of product line.

Chris Russ: OK. To the OpForce product line, how did that, how is that tracking this quarter?

Edwin Gillis: So OpForce is very small. You know, frankly at this juncture still somewhat of a rounding (error). The encouraging thing is we're seeing lots of activity. It's beginning to contribute to

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 24

revenue, and you know, we're upbeat about it. It's going to be a long time before it has a material

impact on our results.

Chris Russ: OK. Great. Thanks very much.

Gary Bloom: (Part of) indicated there, by the way, on OpForce is just, you know, very positive sentiment

out of our field sales organization in both the U.S. and Europe, meaning that they're seeing

opportunities materializing. It's part of the dialog and it's an important component of utility-

computing, so they're encouraged by it.

Chris Russ: OK. All right. Thank you.

Gary Bloom: Sure. Next question?

Operator: Thank you, sir. We'll go next to David Rudow with Piper Jaffray.

David Rudow: Hey, guys. In terms of your guidance, do you assume a similar fall of in closure rates at

the end of Q3? Or do you think the Sarbanes-Oxley delays have passed and that we're clear

between now and year end?

Gary Bloom: Yes, that is a tough one. We didn't expect this one. So, you know, we have no reason to

believe that, you know, we'll have anything outside of our normal patterns in the third quarter. So

we expect to return to normal patterns.

If it goes along the path that Y2K did, which is what, you know, there's a little bit of, you know,

similar behavior here, as, I think, most companies saw in the third quarter going on into the fourth

quarter of '99, spending started freeing up on the basis of you were then buying products and

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 25

technologies for Q1 deployment. So the real question is what's the lead time under which people get certification done and focus on the future.

David Rudow: OK. And then ...

Edwin Gillis: And part of our thinking with the range was to, you know, try to cover ourselves a bit. Right at the 485 level to 505 it's a $20 million range, and part of the thinking is, you know, we are likely – or to the degree that SOX had an impact this quarter, there's probably no reason to think it wouldn't continue to bleed into Q3.

At some point, as Gary indicated, you've got to get on with buying software for implementations that are going to occur in the new year. So our attitude is it's unlikely to impact Q4 and should diminish in Q3, but we've tried to factor that into our thinking.

Gary Bloom: To some extent, the change, as we mentioned in the prepared remarks is to change the customer buying patterns. And the question is, you know, until the pattern plays out, you don't know what the pattern is for sure.

Male: Yes.

Gary Bloom: You know, it's only encompassed by a broader range.

Edwin Gillis: And what we're struggling with, and we assume that others are struggling with, is to what degree is some of the issue as simple as IT spending rates are slowing a little bit, or the enthusiasm around IT spending rates is diminishing a little bit. And that's obviously what we're trying to keep our eye on.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 26

We think that's contemplated in our guidance.  But that's obviously what, you know, we need to kind of get our arms around.  We continue to not believe this is a VERITAS-related issue given the performance of some of the other companies that are large companies relative to their sector, or relative to the size of their sector.  So again, the guidance we think – it makes an effort to balance that.

David Rudow:  OK.  And then in terms of your own 404 work, what type of projects are you guys delaying?

Edwin Gillis:  Well, certainly as we look at the period from September through December, we are stopping, shutting down, delaying new production implementations.  So for example, we're in the midst of an Oracle 11i upgrade.  We deferred that to a February go-live date as opposed to an August/September go-live date.  You know, that's an example specific to us.

David Rudow:  OK.  All right.  Thank you.

Operator:  And our next question comes from Dan Renouard with Robert W. Baird.

Dan Renouard:  Hi.  Thanks.  Just two quick ones.  One is just on the buy-back.  Can you just clarify, is there any chance that you'd use that buy-back to reduce share count?  Or is it purely for option dilution?

And then the second question, if I might, is just on terms of gross margin, even normalizing for the $14 million, actually this quarter you still come up with a 67 percent gross margin on the service line.  What should we be modeling or thinking longer term in terms of service gross margin?  Should we expect it to stay in that 67, 68 percent?  Or do you think it will trend lower?

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 27

Edwin Gillis:  OK.  So on the gross margin front, you know, I think that something in the mid-60s is probably a fair place to be.  You know, we had said on any number of occasions that we believe the professional services piece of our services business is important to maintaining account control, to, you know, kind of driving our agenda inside of our customers.

And we're investing in our professional services business.  Now our maintenance business has been on fire and has been growing more rapidly.  And that's, you know, that's helped margins.  But I think mid-60s is probably the right place to be.  And I'm sorry; I lost sight of the second part of your question.

Oh, the buy-back, yes, sorry.  So the buy-back really consists of kind of two traunches.  One piece of approximately $250 million dollars that we would expect to execute sooner rather than later, Q3, Q4 at the outside, and a second piece that we would expect to execute from cash generated from future auction exercises.  And that's the piece that would really get executed over kind of a 12 to 18-month timeframe.

Dan Renouard:  OK.  But it's fair to assume that there could be some share – or you could actually ...

Edwin Gillis:  Yes.  No, for the first 250, absolutely (ought) to ...

Dan Renouard:  OK.

Edwin Gillis:  ... have some positive effect on a share reduction.

Dan Renouard:  Perfect.

Edwin Gillis:  And then the second 250 is probably more in the category of mitigating ongoing auction exercises.  The objective of both pieces is to attempt to mitigate the dilution created by the

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 28

auctions.  But we're going to try to execute one quickly, and then other out of cash from auction

exercises.


Dan Renouard:  OK.  Thank you.


Male:  Yes.


Operator:  And we'll go next to Glenn Hanus with Needham.


Glenn Hanus:  I know you've talked about this some.  Can you just help me a little bit more with what

really gives you confidence, say, as we get into this late Q3 and fourth-quarter timeframe that this

Sarbanes issue will sort of have gone away, if you will?


That's sort of question one.  And then two, could you just maybe talk about – do you guys see

any link between, just on your backup business, between, you know, there's been the library

business on the hardware side's been sort of squishy, and do you see some link with that?  And

does disk-to-disk backup have a mitigating effect on your revenues in the backup business?


Gary Bloom:  OK.  So I'll try to take both of those and then Ed can interject here.  You know, on the

Sarbanes-Oxley going away, I guess, you know, part of what we look at is there's normal

seasonality that comes into play in the business.


If you back up away from Sarbanes-Oxley just for a second, and you look at the fundamentals of

the business, you know, we are fundamentally a strong business.  And, you know, we've had four

or five record quarters before this one.  This was still, although not as strong as we would like,

clearly a good quarter relative to the third largest quarter we've ever had in the company's history.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 29

So the fundamental strength of the business is there.  And then when we come into the third quarter, there's always seasonality.  It's the end of the government fiscal year for the Federal government here in the U.S.  Our government business is growing.  We continue and invest in it.

We have a lot of capacity.  We have lots of opportunity.  But it's government spending, and we all know how those projects, you know, do or don't get awarded as the period goes on.  We have the, you know, August summer month of the European region.

You know, all of these things – and we have Sarbanes-Oxley out there, as you point out.  All of these are factored into the guidance that we're giving.  We've tried to do the best job we possibly can to factor in all the different impacts.

You know, my general belief, and it's speculation, is that the Sarbanes-Oxley, you know, constraints on the business will start mitigating as we get, you know, further into the third quarter. I have no reason, you know, that I can see out there that says it doesn't start letting up as people start moving their horizon beyond certification, meaning that they start at some stage.

You know, they've been constrained by economic downturn for a long time.  There's actually a really good article on this whole topic in CIO Magazine that goes through it and says, you know, it talks about (generally) it's been constrained for all this time by economic downturn, finally seem to be getting some wind into the spending of IT to meet some of the backlog of demands for projects.

And then Sarbanes-Oxley comes around and stalls it again.  So the fundamental demand for IT and IT computing technology in particular in the infrastructure areas that we're in, which are all strong, all of that's still there, and it's just a matter of when it's going to loosen up and what are the external factors, whether they be economic, economics, Sarbanes-Oxley, or typical seasonality that affect it.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 30

And so I generally, you know, I think we factored it in effectively in the guidance, and I think that's the best thing we can do at this stage. On the backup business, I think, you know, most of the backup revenue, you know, we had license – first of all, we had license revenue growth in backup, as we did in all of our segments.

So it suggested (stellar) growing business. The library business and other things going on in the hardware side don't seem to have a dramatic correlation to what we're doing. The fact is, is that with Sarbanes-Oxley, with compliance with other things, people are saving more and more information.

Disaster recovery and backup and recovery of information continues to be an important trend. And disk-to-disk backup doesn't really change our business. We don't really differentiate dramatically between you backup to tape or you backup to disk.

Our technology does both. We have a growing partnership and relationship with Network Appliance around providing disk, you know, disk space backup solutions. And so by all indications, the backup business should continue as the rest of our components of our business to be growth business going forward.

And so I continue to think it's a good business to be in. And we have strong maintenance renewal rates, and everything would suggest our products are being used. And it's fundamentally a business that has a big market requirement with no dramatic change in spending surveys in that category either.

Edwin Gillis: The only thing I'd add is that, you know, there's a whole bunch of areas where we're taking initiatives. We just completed our America sales conference last week. It was an outstanding

event and frankly great timing because we had our entire sales organization together in North America.

And we were able to relook at (contests), (scripts), incentives, training, opportunities, marketing. So, you know, the folks left that meeting, left that week-long meeting pumped up. And these guys are loaded for bear, and they're positive.

There's a host of other specific initiatives we're taking. We're trying to line up our top opportunities with civic exec sponsors. We've got volume programs in terms of enabling the enterprise Windows opportunities.

We've got APM-specific targets in the field. So we certainly don't want to kind of leave you with the impression that we're sitting back. We're waiting for this market issue in the U.S. to diminish. We're out there attacking, and we're, you know, we're upbeat about the year.

Glenn Hanus: Thank you.

Male: Thanks.

Operator: And we'll go next to Nitsan Hargil with Friedman Billings Ramsey.

Nitsan Hargil: Hi, guys. Just trying to get a better idea around your longer-term operating margins assumptions here. You're still targeting numbers below 30 percent operating margins. And it looks like there should be strength in the model going forward for operating margins beyond that. I just wanted to get your thoughts on the longer-term possibilities here.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 32

Gary Bloom:  So our description of our long-term operating model objectives has been 30 to 32 percent. We continue to think that's appropriate.  That's based on, you know, kind of our thinking that the license business is still a good growing business.

And at 28 to 29 percent target for this year, obviously we've got some head room as we look out over the next couple of years.  We'll re-evaluate that perspective based on license growth rates, right?  So we're trying to be opportunistic and invest where the opportunity is.

Edwin Gillis:  You know, clearly part of the, you know, the margin strategy here is to invest for growth. And if you look in the overseas markets and you see what's happening, the positive results in our business in Asia-Pacific and Japan, and throughout our European regions, you know, the primary, you know, kind of meter on our ability to continue to grow those businesses is our investment in sales capacity and service capacity in the region and in the countries.

And so relative to, you know, margin, our view on it is there's growth opportunities out there. We're going to invest for the growth opportunities, and we're going to go after the market opportunity that exists.  And we think that's a smart strategy for a company that still has strong fundamentals and strong growth prospects.

Nitsan Hargil:  Thank you very much.

Operator:  And we'll go next to Drew Brosseau with SG Cowen.

Drew Brosseau:  Hi.  Thanks.  I guess I'm wondering if you can talk a little bit about the U.S. operations and whether you think any of the softness had to do with internal issues and sales management changes and the like.  And if so, what in addition to what Ed already described, are you guys trying to do to fix that?  Thanks.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 33

Gary Bloom:  Yes, I mean, I think Ed already touched on it to some extent.  We generally continue to believe there's always, you know, sales challenges.  There's always, you know, some level of attrition.  There's always management changes.  We've had, you know, that scenario going on for a long period of time.  And you know, generally, what I would tell you is those things, from a trend basis, I'm not terribly concerned about those particular issues.

When we look at it and we look at what we think went on and transpired here, we believe we have the teams in Q3 and beyond that can deliver the results we're looking for.  And that's the key thing is do we have confidence in the team and, you know, I personally, and I know Ed and I know the rest of my executive team, have confidence in our team in the Americas to generate and deliver results.

So it fits right in that category like competition and other things that there's really been no kind of material, you know, huge, enormous shift of any kind in the general direction that we're going there.  There's a macro issue that affected us.  We're focused on – as Ed said, we're focused on things to make sure we keep everybody's head in the game.

And in the process of getting everybody's head in the game, that's why you do things like (SPIF), that's why you do a sales kick-off and you get them fired up, that's why you do more training, so you invest in their success.  And that's what we're doing because we believe they're more than capable of being successful, and that's what we plan to do.

Drew Brosseau:  As you come into the summer quarter in particular, with Europe and Asia having been the real source of strengths recently, are you assuming that those are growing sequentially as well?  Are you assuming they're down and that the U.S. is really going to snap back?

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 34

Edwin Gillis:  Well, Drew, I guess – I'd love to tell you that consistent with guidance that we haven't

provided, that you're going to see a rocket ship here in Q3.  Our guidance at 485 to 505 suggests

kind of flat to slightly up.

And so, you know, there's not – we haven't put a scenario on the table in which it's going to

require a lot of growth to achieve that guidance.  So I think we're looking for realistic performance

out of Asia-Pacific.  We're looking for consistent performance out of Europe that's very consistent

with their pipelines.

But I would – I think we'd all recognize that Europe cannot continue the torrid rate of growth that

they've been on.  So that's not in our model.  That's not in our guidance and it's not what gets us

to $2 billion in terms of, you know, year-over-year revenue growth.

Gary Bloom:  I think the key thing here is that we have – in the guidance range we've brought in the range

a little bit because of the uncertainty surrounding what transpired at the end of Q2.  So that

factors into a broader range.  And then beyond that, the range takes into account other things like

the non-recurring pieces of service revenue, and takes into account what I deem, kind of our

term, both positive and negative seasonality.

You know, something like government is a positive seasonality trend.  Something like August in

Europe.  It's hard to look at that and say that's my favorite month of the year when it comes to the

European business.

So I think we've factored these things in and continue to be optimistic about our business.  And

hopefully this, you know, macro issue surrounding Sarbanes-Oxley is one that's going to pass us

by, and we'll continue to move forward on the similar trend we were on for five quarters in a row,

which is delivering record revenue.

VERITAS SOFTWARE
Moderator: Renee Budig
07-27-04/4:00 p.m. CT
Confirmation # 267476
Page 35

Drew Brosseau:  OK.  Thanks.


Operator:  Thank you.  That does conclude today's question and answer session.  At this time, I'd like to turn the call back over to you, Mr. Bloom, for any additional or closing remarks.


Gary Bloom:  OK.  Well, I'd like to thank everyone for joining us on the call.  Obviously, or hopefully it's obvious, through the Q&A area here as well as the guidance we've given, we continue to be very optimistic about the fundamental strength of our business, and we appreciate you joining us today.  Thanks.


Operator:  That does conclude today's conference.  Thank you for your participation.  You may disconnect at this time.


END