EXHIBIT L

SEC FORM 4

SEC Form 4

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). ☐

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

Page 1 of 2

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* <br> BLOOM GARY L | | 2. Issuer Name and Ticker or Trading Symbol <br> VERITAS SOFTWARE CORP /DE/ [ VRTS ] | 5. Relationship of Reporting Person(s) to Issuer <br> (Check all applicable) |
|---|---|---|---|
| (Last) (First) (Middle) <br> 350 ELLIS STREET | | 3. Date of Earliest Transaction (Month/Day/Year) <br> 11/10/2003 | X Director    10% Owner <br> X Officer (give title below)   Other (specify below) <br> Chief Executive Officer |
| (Street) <br> MOUNTAIN VIEW    CA    94043 | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br>   Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/10/2003 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common Stock | 11/10/2003 | | S | | 4,000 | D | $38.6887 (1) | 0 | D | |
| Common Stock | 11/10/2003 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 11/10/2003 | | S | | 3,500 | D | $38.7029 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4

Page 2 of 2

| | Conversion or Exercise Price | Transaction Date | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Transaction(s) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $39.45 | | | | | | ( 2 ) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D |
| Incentive Stock Option (right to buy) | $88 | | | | | | ( 3 ) | 11/29/2010 | Common stock | 2,272 | | 2,272 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/03/2003 | M | | 4,000 | | ( 4 ) | 11/19/2012 | Common stock | 4,000 | | 796,000 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/03/2003 | M | | | 3,500 | ( 4 ) | 11/19/2012 | Common stock | 3,500 | $16.26 | 792,500 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | | ( 5 ) | 10/01/2011 | Common stock | 1,250,000 | $16.26 | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | | ( 2 ) | 04/04/2011 | Common stock | 1,987,330 | | 1,987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,797,728 | | 2,797,728 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/19/01.

3. The option vests and becomes exercisable in 48 equal monthly installments measured from 11/17/00.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

5. The option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom        11/10/2003

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4/A

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1b(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | | |
|---|---|---|
| BLOOM GARY L | | |
| (Last) | (First) | (Middle) |
| 350 ELLIS STREET | | |
| (Street) | | |
| MOUNTAIN VIEW CA    94043 | | |
| (City) | (State) | (Zip) |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| VERITAS SOFTWARE CORP /DE/ [ VRTS ] |

| 3. Date of Earliest Transaction (Month/Day/Year) |
|---|
| 11/10/2003 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|
| 11/12/2003 |

| 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|
| X | Director |
| | 10% Owner |
| X | Officer (give title below) |
| | Other (specify below) |
| | Chief Executive Officer |

| 6. Individual or Joint/Group Filing (Check Applicable Line) | |
|---|---|
| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) (D) | Price | | | |
| Common stock | 11/10/2003 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common stock | 11/10/2003 | | S | | 4,000 | D | $38.6887 (1) | 0 | D | |
| Common stock | 11/10/2003 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common stock | 11/10/2003 | | S | | 3,500 | D | $38.7029 (1) | 0 | D | |
| Common stock | | | | | | | | 2,421 | I | by Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4/A

Page 2 of 2

| | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Following Reported Transaction (s) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | M | | 4,000 | ( 3 ) | 11/19/2012 | Common stock | 4,000 | $16.26 | 796,000 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | M | | 3,500 | ( 3 ) | 11/19/2012 | Common stock | 3,500 | $16.26 | 792,500 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | ( 4 ) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.

3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.

5. This option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom          11/26/2003

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | | | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|---|---|

**1. Name and Address of Reporting Person**
BLOOM GARY L
(Last)        (First)        (Middle)
350 ELLIS STREET
(Street)
MOUNTAIN VIEW CA    94043
(City)        (State)        (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
VERITAS SOFTWARE CORP /DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**
11/24/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)
X   Director
X   Officer (give title below)        10% Owner        Other (specify below)
Chief Executive Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X   Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 11/24/2003 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common Stock | 11/24/2003 | | S | | 4,000 | D | $35.961 (1) | 0 | D | |
| Common Stock | 11/24/2003 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 11/24/2003 | | S | | 3,500 | D | $35.885 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4

| | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Following Reported Transaction(s) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $39.45 | | | | | | ( 2 ) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/24/2003 | M | | | 4,000 | ( 1 ) | 11/1/2012 | Common stock | 4,000 | $16.26 | 788,500 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/24/2003 | M | | | 3,500 | ( 3 ) | 11/1/2012 | Common stock | 3,500 | $16.26 | 785,000 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | | ( 4 ) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | | ( 2 ) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/4/01.

3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.

5. The option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

<u>Edward F. Malysz, as attorney-in-fact for Gary Bloom</u>     <u>11/25/2003</u>

\*\* Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

Page 1 of 2

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| BLOOM GARY L | VERITAS SOFTWARE CORP /DE/ [ VRTS ] | (Check all applicable) |
| (Last)      (First)      (Middle) | | X Director              10% Owner |
| 350 ELLIS STREET | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title      Other (specify below) |
| (Street) | 12/08/2003 | below) |
| MOUNTAIN VIEW CA      94043 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | Chief Executive Officer |
| (City)      (State)      (Zip) | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| | | X Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/08/2003 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common Stock | 12/08/2003 | | S | | 4,000 | D | $36.4876 (1) | 0 | D | |
| Common Stock | 12/08/2003 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 12/08/2003 | | S | | 3,500 | D | $36.502 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4

Page 2 of 2

| | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Following Reported Transaction(s) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/08/2003 | M | | | 4,000 | ( 1 ) | 11/19/2012 | Common stock | 4,000 | $16.26 | 781,000 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/08/2003 | M | | | 3,500 | ( 3 ) | 11/19/2012 | Common stock | 3,500 | $16.26 | 777,500 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | ( 4 ) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.

3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.

5. The option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom        12/10/2003

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

| [ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).* |
|---|

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | | |
|---|---|---|
| BLOOM GARY L | | |
| (Last) | (First) | (Middle) |
| 350 ELLIS STREET | | |
| (Street) | | |
| MOUNTAIN VIEW CA | | 94043 |
| (City) | (State) | (Zip) |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| VERITAS SOFTWARE CORP /DE/ [ VRTS ] |

| 3. Date of Earliest Transaction (Month/Day/Year) |
|---|
| 12/22/2003 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|
| |

| 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | | | |
|---|---|---|---|
| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |
| | Chief Executive Officer | | |

| 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|
| X Form filed by One Reporting Person |
| Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/22/2003 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common Stock | 12/22/2003 | | S | | 4,000 | D | $36.3151 (1) | 0 | D | |
| Common Stock | 12/22/2003 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 12/22/2003 | | S | | 3,500 | D | $36.3084 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4

| | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Following Reported Transaction(s) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/22/2003 | M | | 4,000 | ( 3 ) | 11/19/2012 | Common stock | 4,000 | $16.26 | 773,500 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/22/2003 | M | | 3,500 | ( 3 ) | 11/19/2012 | Common stock | 3,500 | $16.26 | 770,000 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | ( 4 ) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.

3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.

5. The option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom        12/23/2003

** Signature of Reporting Person        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

Page 1 of 2

| | OMB APPROVAL |
|---|---|
| | OMB Number: 3235-0287 |
| | Expires: January 31, 2008 |
| | Estimated average burden hours per response 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| BLOOM GARY L | VERITAS SOFTWARE CORP /DE/ [ VRTS ] | (Check all applicable) |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X  Director          10% Owner |
| 350 ELLIS STREET | 01/05/2004 | X  Officer (give title below)   Other (specify below) |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | Chief Executive Officer |
| MOUNTAIN VIEW CA 94043 | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City) (State) (Zip) | | X  Form filed by One Reporting Person |
| | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, If any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A)/(D) | Price | | | |
| Common Stock | 01/05/2004 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common Stock | 01/05/2004 | | S | | 4,000 | D | $36.9934 (1) | 0 | D | |
| Common Stock | 01/05/2004 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 01/05/2004 | | S | | 3,500 | D | $36.9885 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, If any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4

| Title | | Date | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | Following Reported Transaction(s) (Instr. 4) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $39.45 | | | | | | ( 2 ) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/05/2004 | M | | | 4,000 | ( 1 ) | 11/19/2012 | Common stock | 4,000 | $16.26 | 766,000 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/05/2004 | M | | | 3,500 | ( 3 ) | 11/19/2012 | Common stock | 3,500 | $16.26 | 762,500 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | | ( 4 ) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | | ( 2 ) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.
3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.
4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.
5. The option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

Edward F. Malysz, as attorney-in-fact for Gary Bloom          01/07/2004

** Signature of Reporting Person          Date

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

Page 1 of 2

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| BLOOM GARY L | VERITAS SOFTWARE CORP /DE/ [ VRTS ] | (Check all applicable) |

(Last)  (First)  (Middle)

350 ELLIS STREET

(Street)

MOUNTAIN VIEW CA  94043

(City)  (State)  (Zip)

| 3. Date of Earliest Transaction (Month/Day/Year) |
|---|
| 01/12/2004 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director

X Officer (give title below)  ☐ 10% Owner  ☐ Other (specify below)

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

☐ Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, If any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/12/2004 | | M | | 5,000 | A | $16.26 | 5,000 | D | |
| Common Stock | 01/12/2004 | | S | | 5,000 | D | $40[1] | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, If any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $39.45 | | | | | | | (1) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D | |

SEC FORM 4

| | | | M | | | | | | | | | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/12/2004 | M | | 5,000 | ( 3 ) | 11/19/2012 | Common stock | 5,000 | $16.26 | 757,500 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | ( 4 ) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | ( 2 ) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | ( 5 ) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.
3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.
4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.
5. The option is immediately exercisable, subject to vesting in 48 equal monthly installments measured from the grant date.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom     01/14/2004

** Signature of Reporting Person                            Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

Page 1 of 2

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person *  BLOOM GARY L | 2. Issuer Name and Ticker or Trading Symbol  VERITAS SOFTWARE CORP /DE/ [ VRTS ] | 5. Relationship of Reporting Person(s) to Issuer  (Check all applicable) |
|---|---|---|

(Last)          (First)          (Middle)

350 ELLIS STREET

(Street)

MOUNTAIN VIEW CA          94043

(City)          (State)          (Zip)

3. Date of Earliest Transaction (Month/Day/Year)
01/20/2004

4. If Amendment, Date of Original Filed (Month/Day/Year)

5. Relationship of Reporting Person(s) to Issuer
(Check all applicable)

| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) (D) | Price | | | |
| Common Stock | 01/20/2004 | | M | | 5,000 | A | $16.26 | 5,000 | D | |
| Common Stock | 01/20/2004 | | S | | 5,000 | D | $40.1101 (1) | 0 | D | |
| Common Stock | 01/20/2004 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 01/20/2004 | | S | | 3,500 | D | $39.9168 (1) | 0 | D | |
| Common Stock | 01/20/2004 | | M | | 4,000 | A | $16.26 | 4,000 | D | |
| Common Stock | 01/20/2004 | | S | | 4,000 | D | $39.9198 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

http://www.sec.gov/Archives/edgar/data/1084408/000120919104004255/xslF345X02/doc4.xml          6/9/2005

SEC FORM 4

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $39.45 | | | | | | | (2) | 04/04/2011 | Common stock | 12,670 | | 12,670 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 5,000 | (1) | 11/19/2012 | Common stock | 5,000 | $16.26 | 752,500 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 3,500 | (1) | 11/19/2012 | Common stock | 3,500 | $16.26 | 749,000 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 4,000 | (1) | 11/19/2012 | Common stock | 4,000 | $16.26 | 745,000 | D | |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | | | (4) | 10/01/2011 | Common stock | 1,250,000 | | 1,250,000 | D | |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | | | (3) | 04/04/2011 | Common stock | 987,330 | | 987,330 | D | |
| Non-Qualified Stock Option (right to buy) | $38 | | | | | | | (2) | 11/29/2010 | Common stock | 2,500,000 | | 2,500,000 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. The option vests and becomes exercisable in 48 equal monthly installments measured from 11/17/00.
3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.
4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/2001.
5. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom          01/22/2004

\*\* Signature of Reporting Person                                           Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Page 1 of 2

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* BLOOM GARY L | 2. Issuer Name and Ticker or Trading Symbol VERITAS SOFTWARE CORP /DE/ [ VRTS ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|

(Last)   (First)   (Middle)

350 ELLIS STREET

(Street)

MOUNTAIN VIEW CA 94043

(City)   (State)   (Zip)

| 3. Date of Earliest Transaction (Month/Day/Year) 02/02/2004 |
|---|

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

X Director     10% Owner

X Officer (give title below)   Other (specify below)

Chief Executive Officer

6. Individual or Joint/Group Filing (Check Applicable Line)

X Form filed by One Reporting Person

Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) (D) | Price | | | |
| Common Stock | 02/02/2004 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 02/02/2004 | | S | | 3,500 | D | $33.4123 (1) | 0 | D | |
| Common Stock | | | | | | | | 2,421 | I | by Trust |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option | $39.45 | | | | | | | | 04/04/2011 | Common stock | | | 12,670 | D | |

# SEC FORM 4

| (right to buy) | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Qualified Stock Option (right to buy) | $16.26 | | M | 02/02/2004 | | | 3,500 | | 12,670 | Common stock | 11/19/2012 | (2) | 3,500 | $16.26 | 741,500 | D |
| Non-Qualified Stock Option (right to buy) | $18.31 | | | | | | | | | Common stock | 10/01/2011 | (3) | 1,250,000 | | 1,250,000 | D |
| Non-Qualified Stock Option (right to buy) | $39.45 | | | | | | | | | Common stock | 04/04/2011 | (4) | 987,330 | | 987,330 | D |
| Non-Qualified Stock Option (right to buy) | $88 | | | | | | | | | Common stock | 11/29/2010 | (5) | 2,500,000 | | 2,500,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. The option vests and becomes exercisable in 48 equal monthly installments measured from 4/1/01.
3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.
4. The option vests and becomes exercisable in 48 equal monthly installments measured from 10/1/01.
5. The option vests and becomes exercisable in 48 equal monthly installments measured from 11/17/00.

**Remarks:**

<u>Edward F. Malysz, as attorney-in-fact for Gary Bloom</u>      <u>02/03/2004</u>

** Signature of Reporting Person                                        Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

6/9/2005

SEC FORM 4

SEC Form 4

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| BLOOM GARY L | VERITAS SOFTWARE CORP /DE/ [ VRTS ] | X Director       10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| 350 ELLIS STREET | 02/17/2004 | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| MOUNTAIN VIEW CA    94043 | | X Form filed by One Reporting Person |
| (City)    (State)    (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 02/17/2004 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 02/17/2004 | | S | | 3,500 (1) | D | $32.9511 | 0 | D | |
| Common Stock | | | | | | | | 3,392 (2) | I | by Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/17/2004 | | M | | | 3,500 | (3) | 11/19/2012 | Common Stock | 3,500 | $16.26 | 738,800 | D | |

SEC FORM 4

Page 2 of 2

| Non-Qualified Stock Option (right to buy) | $33.04 | 02/17/2004 | A | | 400,000 | | 02/17/2014 | Common Stock | 400,000 | $33.04 | 400,000 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. Includes 971 shares acquired on 2/13/2004 through the 2002 Employee Stock Purchase Plan at a purchase price of $15.4360 per share.

3. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 11/01/03.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Gary Bloom          02/19/2004

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

6/9/2005

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

**1. Name and Address of Reporting Person** *
BLOOM GARY L

(Last) (First) (Middle)

350 ELLIS STREET
(Street)

MOUNTAIN VIEW CA 94043
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
VERITAS SOFTWARE CORP /DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**
03/01/2004

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| X | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Chief Executive Officer

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 03/01/2004 | | M | | 3,500 | A | $16.26 | 3,500 | D | |
| Common Stock | 03/01/2004 | | S | | 3,500 (1) | D | $30.5716 | 0 | D | |
| Common Stock | | | | | | | | 3,392 | I | by Trust |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 03/01/2004 | | M | | | 3,500 | (2) | 11/19/2012 | Common Stock | 3,500 | $16.26 | 734,500 | D | |

http://www.sec.gov/Archives/edgar/data/1084408/000120919104013800/xslF345X02/doc4.xml

6/9/2005



SEC FORM 4

Page 2 of 2

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. The option vests and becomes exercisable in 48 equal monthly installments measured from 9/1/02.

**Remarks:**

| | |
|---|---|
| Edward F. Malysz, as attorney-in-fact for Gary Bloom | 03/02/2004 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.