# EXHIBIT M

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

**1. Name and Address of Reporting Person***

GILLIS EDWIN J
(Last)        (First)        (Middle)

350 ELLIS STREET
(Street)

MOUNTAIN VIEW CA        94043
(City)        (State)        (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
VERITAS SOFTWARE CORP /DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**
11/10/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President & CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X  Form filed by One Reporting Person

☐  Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, If any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 11/10/2003 | | M | | 99 | A | $16.26 | 299 | D | |
| Common stock | 11/10/2003 | | S | | 99 | D | $38.67 (1) | 200 | D | |
| Common stock | 11/10/2003 | | M | | 2,500 | A | $16.26 | 2,700 | D | |
| Common stock | 11/10/2003 | | S | | 2,500 | D | $37.91 (1) | 200 | D | |
| Common stock | 11/10/2003 | | M | | 1,400 | A | $16.26 | 1,600 | D | |
| Common stock | 11/10/2003 | | S | | 1,400 | D | $38.66 (1) | 200 | D | |
| Common stock | 11/10/2003 | | M | | 1,001 | A | $16.26 | 1,201 | D | |
| Common stock | 11/10/2003 | | S | | 1,001 | D | $38.65 (1) | 200 | D | |

SEC FORM 4

| Common stock | | 11/10/2003 | | M | 2,500 | A | $16.26 | 2,700 | | D | |
| Common stock | | 11/10/2003 | | S | 2,500 | D | $38.51(1) | 200 | | D | |
| Common stock | | 11/10/2003 | | M | 2,500 | A | $16.26 | 2,700 | | D | |
| Common stock | | 11/10/2003 | | S | 2,500 | D | $37.95(1) | 200 | | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $16.26 | | | | | | | (2) | 11/19/2012 | Common stock | 24,600 | | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | | M | | | 99 | (2) | 11/19/2012 | Common stock | 99 | $16.26 | 675,301 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | | M | | | 2,500 | (2) | 11/9/2012 | Common stock | 2,500 | $16.26 | 672,801 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | | M | | | 1,400 | (2) | 11/19/2012 | Common stock | 1,400 | $16.26 | 671,401 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | | M | | | 1,001 | (2) | 11/19/2012 | Common stock | 1,001 | $16.26 | 670,400 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | | M | | | 2,500 | (2) | 11/9/2012 | Common stock | 2,500 | $16.26 | 667,900 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/10/2003 | | M | | | 2,500 | (2) | 11/9/2012 | Common stock | 2,500 | $16.26 | 665,400 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares becomes exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis          11/10/2003

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

**1. Name and Address of Reporting Person***
GILLIS EDWIN J
(Last) (First) (Middle)
350 ELLIS STREET
(Street)
MOUNTAIN VIEW CA 94043
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
VERITAS SOFTWARE CORP./DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**
11/24/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President, CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 11/24/2003 | | M | | 2,500 | A | $16.26 | 2,700 | D | |
| Common stock | 11/24/2003 | | S | | 2,500 | D | $35.92 (1) | 200 | D | |
| Common stock | 11/24/2003 | | M | | 50 | A | $16.26 | 250 | D | |
| Common stock | 11/24/2003 | | S | | 50 | D | $35.97 (1) | 200 | D | |
| Common stock | 11/24/2003 | | M | | 2,450 | A | $16.26 | 2,650 | D | |
| Common stock | 11/24/2003 | | S | | 2,450 | D | $35.96 (1) | 200 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative | 2. | 3. Transaction | 3A. Deemed | 4. Transaction | 5. Number of | 6. Date Exercisable and | 7. Title and Amount of Securities | 8. Price | 9. Number | 10. | 11. Nature |
|---|---|---|---|---|---|---|---|---|---|---|---|

# SEC FORM 4

| Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | Expiration Date (Month/Day/Year) | | Underlying Derivative Security (Instr. 3 and 4) | | Derivative Security (Instr. 5) | of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $16.26 | | | | | | | | ( ? ) | 11/19/2012 | Common stock | 24,600 | | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/24/2003 | | M | | | 2,500 | | ( ? ) | 11/19/2012 | Common stock | 2,500 | $16.26 | 662,900 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/24/2003 | | M | | | 50 | | ( ? ) | 11/19/2012 | Common stock | 50 | $16.26 | 662,850 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/24/2003 | | M | | | 2,450 | | ( ? ) | 11/19/2012 | Common stock | 2,450 | $16.26 | 660,400 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis          11/25/2003

** Signature of Reporting Person                                   Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

OMB APPROVAL

| | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol |
|---|---|
| **GILLIS EDWIN J** | **VERITAS SOFTWARE CORP /DE/** [ VRTS ] |

| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) |
|---|---|
| 350 ELLIS STREET | 11/26/2003 |

| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|---|
| MOUNTAIN VIEW CA   94043 | |

(City)   (State)   (Zip)

5. Relationship of Reporting Person(s) to Issuer
(Check all applicable)

| | | | |
|---|---|---|---|
| | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President, CFO

6. Individual or Joint/Group Filing (Check Applicable Line)

| | |
|---|---|
| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A)(D) | Price | | | |
| Common stock | 11/26/2003 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 11/26/2003 | | S | | 5,000 | D | $38.11¹¹ | 200 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 5) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $16.26 | | | M | | | 5,000 | (2) | 11/19/2012 | Common stock | 24,600 | | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 11/26/2003 | | M | | | 5,000 | (2) | 11/19/2012 | Common stock | 5,000 | $16.26 | 655,400 | D | |



SEC FORM 4

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis          11/26/2003

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person***

GILLIS EDWIN J
(Last)   (First)   (Middle)

350 ELLIS STREET
(Street)

MOUNTAIN VIEW CA    94043
(City)   (State)   (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
VERITAS SOFTWARE CORP /DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**
12/08/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

☐ Director
☐ 10% Owner
X Officer (give title below)
☐ Other (specify below)

Executive Vice President, CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 12/08/2003 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 12/08/2003 | | S | | 5,000 | D | $37 (1) | 200 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $16.26 | 12/08/2003 | | M | | | 5,000 | (2) | 11/19/2012 | Common stock | 24,600 | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | | | | | | | (2) | 11/19/2012 | Common stock | 5,000 | $16.26 | 650,400 | D | |

http://www.sec.gov/Archives/edgar/data/1084408/000120919103034423/xslF345X02/doc4.xml

SEC FORM 4



**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

<u>Edward F. Malysz, as attorney-in-fact for Edwin Gillis</u>          12/10/2003

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

http://www.sec.gov/Archives/edgar/data/1084408/000120919103034423/xslF345X02/doc4.xml

6/9/2005

SEC FORM 4

Page 1 of 2

SEC Form 4

# FORM 4

| Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). |
|---|
| ☐ |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
|---|---|
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* |
|---|
| GILLIS EDWIN J |

| (Last) | (First) | (Middle) |
|---|---|---|
| 350 ELLIS STREET | | |

| (Street) |
|---|
| MOUNTAIN VIEW CA    94043 |

| (City) | (State) | (Zip) |
|---|---|---|

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| VERITAS SOFTWARE CORP /DE/ [ VRTS ] |

| 3. Date of Earliest Transaction (Month/Day/Year) |
|---|
| 12/16/2003 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|
| |

| 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|
| Director |  | 10% Owner |
| X | Officer (give title below) | Other (specify below) |
| | Executive Vice President, CFO | |

| 6. Individual or Joint/Group Filing (Check Applicable Line) |
|---|
| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 12/16/2003 | | M | | 300 | A | $16.26 | 500 | D | |
| Common stock | 12/16/2003 | | S | | 300 | D | $36.62 (1) | 200 | D | |
| Common stock | 12/16/2003 | | M | | 100 | A | $16.26 | 300 | D | |
| Common stock | 12/16/2003 | | S | | 100 | D | $36.61 (1) | 200 | D | |
| Common stock | 12/16/2003 | | M | | 2,100 | A | $16.26 | 2,300 | D | |
| Common stock | 12/16/2003 | | S | | 2,100 | D | $36.6(1) (1) | 200 | D | |
| Common stock | 12/16/2003 | | M | | 2,500 | A | $16.26 | 2,700 | D | |
| Common stock | 12/16/2003 | | S | | 2,500 | D | $36.54 (1) | 200 | D | |

http://www.sec.gov/Archives/edgar/data/1084408/000120919103035825/xslF345X02/doc4.xml

6/9/2005

SEC FORM 4

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $16.26 | | | | | | | ( 2 ) | 11/19/2012 | Common stock | 24,600 | | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/16/2003 | | M | | | 300 | ( ? ) | 11/19/2012 | Common stock | 300 | $16.26 | 650,100 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/16/2003 | | M | | | 100 | ( ? ) | 11/19/2012 | Common stock | 100 | $16.26 | 650,000 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/16/2003 | | M | | | 2,100 | ( ? ) | 11/19/2012 | Common stock | 2,100 | $16.26 | 647,900 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/16/2003 | | M | | | 2,500 | ( 2 ) | 11/19/2012 | Common stock | 2,500 | $16.26 | 645,400 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis    12/18/2003
** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See Instruction 1(b).*

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

**1. Name and Address of Reporting Person***

GILLIS EDWIN J

| (Last) | (First) | (Middle) |

350 ELLIS STREET

(Street)

MOUNTAIN VIEW CA    94043

| (City) | (State) | (Zip) |

**2. Issuer Name and Ticker or Trading Symbol**

VERITAS SOFTWARE CORP./DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**

12/29/2003

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President, CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A)/(D) | Price | | | |
| Common stock | 12/29/2003 | | M | | 4,700 | A | $16.26 | 4,900 | D | |
| Common stock | 12/29/2003 | | S | | 4,700 | D | $36.75 (1) | 200 | D | |
| Common stock | 12/29/2003 | | M | | 300 | A | $16.26 | 500 | D | |
| Common stock | 12/29/2003 | | S | | 300 | D | $36.751 (1) | 200 | D | |
| Common stock | 12/29/2003 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 12/29/2003 | | S | | 5,000 | D | $36.88 (1) | 200 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative | 2. | 3. Transaction | 3A. Deemed | 4. Transaction | 5. Number of | 6. Date Exercisable and | 7. Title and Amount of Securities | 8. Price of | 9. Number of | 10. | 11. Nature |

SEC FORM 4

| Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | Expiration Date (Month/Day/Year) | | Underlying Derivative Security (Instr. 3 and 4) | | Derivative Security (Instr. 5) | of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $16.26 | | | | | | | (2) | 11/19/2012 | Common stock | 24,600 | | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/29/2003 | | M | | | 4,700 | (2) | 11/19/2012 | Common stock | 4,700 | $16.26 | 640,700 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/29/2003 | | M | | | 300 | (2) | 11/19/2012 | Common stock | 300 | $16.26 | 640,400 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 12/29/2003 | | M | | | 5,000 | (2) | 11/19/2012 | Common stock | 5,000 | $16.26 | 635,400 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis    12/30/2003

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* GILLIS EDWIN J | | | 2. Issuer Name and Ticker or Trading Symbol VERITAS SOFTWARE CORP /DE/ [ VRTS ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|---|---|
| (Last) | (First) | (Middle) | | ___ Director    ___ 10% Owner |
| 350 ELLIS STREET | | | 3. Date of Earliest Transaction (Month/Day/Year) 01/05/2004 | _X_ Officer (give title below)    ___ Other (specify below) |
| (Street) | | | 4. If Amendment, Date of Original Filed (Month/Day/Year) | Executive Vice President, CFO |
| MOUNTAIN VIEW CA | | 94043 | | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City) | (State) | (Zip) | | _X_ Form filed by One Reporting Person    ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction (s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 01/05/2004 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 01/05/2004 | | S | | 5,000 | D | $37 (1) | 200 | D | |
| Common stock | 01/05/2004 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 01/05/2004 | | S | | 5,000 | D | $37.33 (1) | 200 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Date | Expiration | Amount or Number of | | | | | |

SEC FORM 4

| | | Code | V | (A) | (D) | Exercisable | Date | Title | Shares | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Stock Option (right to buy) | $16.26 | | | | | | ( 2 ) | 11/19/2012 | 24,600 | 24,600 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/05/2004 | M | | 5,000 | ( 2 ) | 11/19/2012 | Common stock | 5,000 | $16.26 | 630,400 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/05/2004 | M | | 5,000 | ( 2 ) | 11/19/2012 | Common stock | 5,000 | $16.26 | 625,400 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis          01/07/2004

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|

**1. Name and Address of Reporting Person***

GILLIS EDWIN J

| (Last) | (First) | (Middle) |

350 ELLIS STREET

(Street)

MOUNTAIN VIEW CA   94043

(City)   (State)   (Zip)

**2. Issuer Name and Ticker or Trading Symbol**

VERITAS SOFTWARE CORP /DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**

01/20/2004

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | Director | | 10% Owner |
| X | Officer (give title below) | | Other (specify below) |

Executive Vice President, CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

| X | Form filed by One Reporting Person |
| | Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 01/20/2004 | | M | | 100 | A | $16.26 | 300 | D | |
| Common stock | 01/20/2004 | | S | | 100 | D | $40.11 (1) | 200 | D | |
| Common stock | 01/20/2004 | | M | | 4,600 | A | $16.26 | 4,800 | D | |
| Common stock | 01/20/2004 | | S | | 4,600 | D | $40.12 (1) | 200 | D | |
| Common stock | 01/20/2004 | | M | | 300 | A | $16.26 | 500 | D | |
| Common stock | 01/20/2004 | | S | | 300 | D | $40.13 (1) | 200 | D | |
| Common stock | 01/20/2004 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 01/20/2004 | | S | | 5,000 | D | $40.17 (1) | 200 | D | |

SEC FORM 4

Table II – Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Incentive Stock Option (right to buy) | $16.26 | | | | | | | ( 2 ) | 11/19/2012 | Common stock | 24,600 | | 24,600 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 100 | ( 2 ) | 11/19/2012 | Common stock | 100 | $16.26 | 625,300 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 4,600 | ( 2 ) | 11/19/2012 | Common stock | 4,600 | $16.26 | 620,700 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 300 | ( 2 ) | 11/19/2012 | Common stock | 300 | $16.26 | 620,400 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 01/20/2004 | | M | | | 5,000 | ( 2 ) | 11/19/2012 | Common stock | 5,000 | $16.26 | 615,400 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option became exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-
fact for Edwin Gillis                    01/22/2004

** Signature of Reporting Person        Date

**Reminder:** Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | | |
|---|---|---|
| GILLIS EDWIN J | | |
| (Last) | (First) | (Middle) |
| 350 ELLIS STREET | | |
| (Street) | | |
| MOUNTAIN VIEW CA | | 94043 |
| (City) | (State) | (Zip) |

| 2. Issuer Name and Ticker or Trading Symbol |
|---|
| VERITAS SOFTWARE CORP /DE/ [ VRTS ] |

| 3. Date of Earliest Transaction (Month/Day/Year) |
|---|
| 02/06/2004 |

| 4. If Amendment, Date of Original Filed (Month/Day/Year) |
|---|
| |

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| | |
|---|---|
| Director | 10% Owner |
| X Officer (give title below) | Other (specify below) |

Executive Vice President, CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X Form filed by One Reporting Person

☐ Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 02/06/2004 | | M | | 2,500 | A | $16.26 | 2,700 | D | |
| Common stock | 02/06/2004 | | S | | 2,500 | D | $33.05 (1) | 200 | D | |
| Common stock | 02/06/2004 | | M | | 2,500 | A | $16.26 | 2,700 | D | |
| Common stock | 02/06/2004 | | S | | 2,500 | D | $33.11 (1) | 200 | D | |
| Common stock | 02/06/2004 | | M | | 5,000 | A | $16.26 | 5,200 | D | |
| Common stock | 02/06/2004 | | S | | 5,000 | D | $33.49 (1) | 200 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security | 2. | 3. Transaction | 3A. Deemed | 4. Transaction | 5. Number of | 6. Date Exercisable and Expiration Date | 7. Title and Amount of Securities | 8. Price of | 9. Number of | 10. | 11. Nature |
|---|---|---|---|---|---|---|---|---|---|---|---|

SEC FORM 4

| Security (Instr. 3) | Conversion or Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | Date Exercisable and Expiration Date (Month/Day/Year) | | Underlying Derivative Security (Instr. 3 and 4) | | Derivative Security (Instr. 5) | Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/06/2004 | | M | | | 2,500 | (2) | 11/19/2012 | Common stock | 2,500 | $16.26 | 612,900 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/06/2004 | | M | | | 2,500 | (2) | 11/19/2012 | Common stock | 2,500 | $16.26 | 610,400 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/06/2004 | | M | | | 5,000 | (?) | 11/19/2012 | Common stock | 5,000 | $16.26 | 605,400 | D | |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

2. On May 18, 2003, the option became exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis          02/10/2004

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL

| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden | |
| hours per response | 0.5 |

**1. Name and Address of Reporting Person**
GILLIS EDWIN J
(Last)    (First)    (Middle)
350 ELLIS STREET
(Street)
MOUNTAIN VIEW CA    94043
(City)    (State)    (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
VERITAS SOFTWARE CORP /DE/ [ VRTS ]

**3. Date of Earliest Transaction (Month/Day/Year)**
02/17/2004

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer**
(Check all applicable)

| ☐ Director | ☐ 10% Owner |
| X Officer (give title below) | ☐ Other (specify below) |

Executive Vice President, CFO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Common stock | 02/18/2004 | | M | | 100 | A | $16.26 | 1,094 (1) | D | |
| Common stock | 02/18/2004 | | S | | 100 | D | $33.64 (2) | 994 | D | |
| Common stock | 02/18/2004 | | M | | 4,900 | A | $16.26 | 5,894 | D | |
| Common stock | 02/18/2004 | | S | | 4,900 | D | $33.63 (2) | 994 | D | |
| Common stock | 02/18/2004 | | M | | 2,500 | A | $16.26 | 3,494 | D | |
| Common stock | 02/18/2004 | | S | | 2,500 | D | $33.15 (2) | 994 | D | |
| Common stock | 02/18/2004 | | M | | 2,500 | A | $16.26 | 3,494 | D | |
| Common stock | 02/18/2004 | | S | | 2,500 | D | $33.14 | 994 | D | |

SEC FORM 4

Page 2 of 2

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, If any (Month/Day/Year) | 4. Transaction Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date (Month/Day/Year) Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/18/2004 | | M | | | 100 | ( 3 ) | 11/19/2012 | Common stock | 100 | $16.26 | 605,300 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/18/2004 | | M | | | 4,900 | ( 3 ) | 11/19/2012 | Common stock | 4,900 | $16.26 | 600,400 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/18/2004 | | M | | | 2,500 | ( 3 ) | 11/19/2012 | Common stock | 2,500 | $16.26 | 597,900 | D | |
| Non-Qualified Stock Option (right to buy) | $16.26 | 02/18/2004 | | M | | | 2,500 | ( 3 ) | 11/19/2012 | Common stock | 2,500 | $16.26 | 595,400 | D | |
| Non-Qualified Stock Option (right to buy) | $33.04 | 02/17/2014 | | A | | 200,000 | | ( 4 ) | 02/17/2014 | Common stock | 200,000 | $33.04 | 200,000 | D | |

**Explanation of Responses:**

1. Includes 794 shares acquired on 2/13/04 through the 2002 Employee Stock Purchase Plan at a purchase price of $27.3700 per share.

2. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.

3. On May 18, 2003, the option became exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

4. The option vests and becomes exercisable in 48 equal monthly installments measured from 11/01/03.

**Remarks:**

Edward F. Malysz, as attorney-in-
fact for Edwin Gillis                                  02/19/2004

** Signature of Reporting Person                          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.

SEC FORM 4

SEC Form 4

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | January 31, 2008 |
| Estimated average burden hours per response | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name and Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer |
|---|---|---|
| **GILLIS EDWIN J** | VERITAS SOFTWARE CORP /DE/ [ vRTS ] | (Check all applicable) |

| (Last) (First) (Middle) | 3. Date of Earliest Transaction (Month/Year) | |
|---|---|---|
| 350 ELLIS STREET | 03/04/2004 | |

(Street)

| MOUNTAIN VIEW CA 94043 |
|---|
| (City) (State) (Zip) |

5. Relationship of Reporting Person(s) to Issuer (Check all applicable)

| Director | 10% Owner |
| X Officer (give title below) | Other (specify below) |

Executive Vice President, CFO

6. Individual or Joint/Group Filing (Check Applicable Line)
X Form filed by One Reporting Person
Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock | 03/04/2004 | | M | | 5,000 | A | $16.26 | 5,994 | D | |
| Common stock | 03/04/2004 | | S | | 5,000 | D | $30.75 (1) | 994 | D | |
| Common stock | 03/04/2004 | | M | | 5,000 | A | $16.26 | 5,994 | D | |
| Common stock | 03/04/2004 | | S | | 5,000 | D | $31 (1) | 994 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

SEC FORM 4

| | | | Code | V | (A) | (D) | Exercisable | Date | Title | Shares | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Non-Qualified Stock Option (right to buy) | $16.26 | 03/04/2004 | M | | | 5,000 | ( 2 ) | 11/19/2012 | Common stock | 5,000 | $16.26 | 590,400 | D |
| Non-Qualified Stock Option (right to buy) | $16.26 | 03/04/2004 | M | | | 5,000 | ( 2 ) | 11/19/2012 | Common stock | 5,000 | $16.26 | 585,400 | D |

**Explanation of Responses:**

1. Sale was effected pursuant to a stock trading plan established under Rule 10b5-1.
2. On May 18, 2003, the option becomes exercisable as to 12.5% of the shares granted. The remainder of the shares become exercisable in successive equal monthly installments over the next 42 months.

**Remarks:**

Edward F. Malysz, as attorney-in-fact for Edwin Gillis    03/05/2004

** Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# EXHIBIT N

```
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>h16678e8vk.txt
<DESCRIPTION>BMC SOFTWARE, INC. - JULY 7, 2004
<TEXT>
<PAGE>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

-----------------

FORM 8-K
CURRENT REPORT

PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported): July 7, 2004

BMC SOFTWARE, INC.
(Exact Name of Registrant as Specified in Its Charter)

```
<TABLE>
<S>                          <C>                      <C>
```

| DELAWARE | 001-16393 | 74-2126120 |
|---|---|---|
| (State of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification Number) |

| 2101 CITYWEST BLVD. HOUSTON, TEXAS | 77042-2827 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

```
</TABLE>
```

Registrant's telephone number, including area code: (713) 918-8800

```
<PAGE>
```

ITEM 7.   Financial Statements and Exhibits.

(c)   The following exhibit is being furnished herewith:

    99     News Release, dated July 7, 2004, of BMC Software, Inc.

ITEM 12. Results of Operations and Financial Condition.

    On July 7, 2004, BMC Software, Inc. (the "Company") issued a press
release announcing preliminary results for its fiscal first quarter ended June
30, 2004. A copy of the press release, dated as of July 7, 2004, is furnished as
Exhibit 99 to this Current Report.

    The information in this Current Report, including the exhibit hereto,
shall not be deemed to be "filed" for purposes of Section 18 of the Securities
Exchange Act of 1934, as amended, or otherwise subject to the liabilities of
that section. The information contained herein and in the accompanying exhibit
shall not be incorporated by reference into any registration statement or other
document filed with the Securities and Exchange Commission by the Company,

whether made before or after the date hereof, regardless of any general
incorporation language in such filing, except as shall be expressly set forth by
specific reference in such filing.

<div align="center">2</div>

&lt;PAGE&gt;

<div align="center">SIGNATURE</div>

        Pursuant to the requirements of Section 12 of the Securities Exchange
Act of 1934, the registrant has duly caused this report to be signed on its
behalf by the undersigned hereunto duly authorized.

Dated:  July 7, 2004

                        BMC SOFTWARE, INC.

                        By: /s/ ROBERT H. WHILDEN, JR.
                        ------------------------------------
                        Robert H. Whilden, Jr.
                        Senior Vice President, General
                        Counsel and Secretary

<div align="center">3</div>

&lt;PAGE&gt;

<div align="center">EXHIBIT INDEX</div>

Exhibit No.
-----------

    99        News Release, dated July 7, 2004, of BMC Software, Inc.

<div align="center">4</div>

&lt;/TEXT&gt;
&lt;/DOCUMENT&gt;

```
<DOCUMENT>
<TYPE>EX-99.1
<SEQUENCE>2
<FILENAME>h16678exv99w1.txt
<DESCRIPTION>NEWS RELEASE DATED JULY 7, 2004
<TEXT>
<PAGE>
```

FOR IMMEDIATE RELEASE:


INVESTOR RELATIONS CONTACT:                    MEDIA RELATIONS CONTACT:
Neil Yekell                                    Arch Currid
(713) 918-4233                                 (713) 918-3236
neil_yekell@bmc.com                            arch_currid@bmc.com


                BMC SOFTWARE ANNOUNCES PRELIMINARY FINANCIAL RESULTS
                        FOR FIRST QUARTER FISCAL 2005


HOUSTON -- (July 7, 2004) -- BMC Software, Inc. (NYSE: BMC) today released
preliminary financial results for the first quarter of fiscal 2005. BMC Software
preliminarily estimates total revenues for the first quarter ended June 30, 2004
to be in the range of $318 million to $328 million, which is below the estimated
revenue range of $345 million to $355 million that the Company provided in
April. Earnings per share excluding special items for the first quarter of
fiscal 2005 are preliminarily estimated to be in the range of $0.11 to $0.14 per
diluted common share, which compares to the earnings per share estimated range
of $0.12 to $0.16 provided by the Company in April. First quarter of fiscal 2005
earnings per share on a GAAP basis are preliminarily estimated to be in the
range of $0.19 to $0.22 per diluted common share. The difference between the
earnings per share excluding special items and the GAAP earnings per share is
that the earnings per share excluding special items does not include $0.05 per
diluted common share related to amortization of acquired technology and
intangibles and a benefit of $0.13 per diluted common share related to a recent
settlement of a United States tax audit. BMC Software will report final first
quarter results on July 27th.

        At the end of the quarter, the Company experienced delays in customer
purchasing decisions among larger accounts, primarily in the United States. The
Company completed 9 license transactions worldwide in excess of $1 million in
the first quarter of fiscal 2005, compared to 16 license transactions in excess
of $1 million in the same quarter of last year.

        License bookings are estimated to be down 20 to 26 percent compared to
the first quarter of last year. License bookings measure the value of new
license contracts signed

                                      5
```
<PAGE>
```

during the quarter, including both the amount that goes to the income statement
and the amount that goes to the deferred license revenue account on the balance
sheet.

        A conference call to discuss preliminary first quarter results is
scheduled for today at 4:00 p.m. central time. Those interested in participating
may call (719) 457-2692 and use the passcode BMC. To access a replay of the
conference call, which will be available for one week, dial (719) 457-0820 and
use the passcode 257357. A live webcast of the conference call will be available
on the Company's website at www.bmc.com/investors. A replay of the webcast will
be available within 24 hours and archived on the website for 90 days.

BMC SOFTWARE
RECONCILIATION OF GAAP-BASED EPS TO NON-GAAP BASED EPS ESTIMATES
FOR THE THREE MONTHS ENDED JUNE 30, 2004
(UNAUDITED)

```
<Table>
<S>                                            <C>                    <C>
                                               Low end of range       High end of Range
```

| | | |
|---|---|---|
| Non-GAAP EPS | $0.11 | $0.14 |
| Amortization of acquired technology and intangibles, net of taxes | (0.05) | (0.05) |
| Settlement of US tax audit | 0.13 | 0.13 |
| | ---- | ---- |
| GAAP-based EPS | $0.19 | $0.22 |

</Table>

USE OF NON-GAAP FINANCIAL INFORMATION

    The non-GAAP financial measures used in this press release are not
prepared in accordance with generally accepted accounting principles and may be
different from non-GAAP financial measures used by other companies. The
Company's management refers to these non-GAAP financial measures in making
operating decisions because they provide meaningful supplemental information
regarding the Company's operational performance. In addition, these non-GAAP
financial measures facilitate management's internal comparisons to the Company's
historical operating results and comparisons to competitors' operating results.
We include these non-GAAP financial measures in this press release because we
believe they are useful to investors in allowing for greater transparency to
supplemental information used by management in its financial and operational
decision-making. In addition, we have historically reported similar non-GAAP
financial measures to our

                                        6

<PAGE>

investors and believe that the inclusion of comparative numbers provides
consistency in our financial reporting at this time.

    A brief conference call to discuss first quarter results is scheduled for
July 27, 2004 at 11:00 a.m. central time. Those interested in participating may
call (719) 457- 2633 and use the passcode BMC. To access a replay of the
conference call, which will be available for one week, dial (719) 457-0820 and
use the passcode BMC. A live webcast of the conference call and presentation
will be available on the company's website at www.bmc.com/investors. A replay of
the webcast will be available within 24 hours and archived on the website for 90
days.

    ABOUT BMC SOFTWARE

    BMC Software, Inc. [NYSE:BMC], is a leading provider of enterprise
management solutions that empower companies to manage their IT infrastructure
from a business perspective. Delivering Business Service Management, BMC
Software solutions span enterprise systems, applications, databases and service
management. Founded in 1980, BMC Software has offices worldwide and fiscal 2004
revenues of more than $1.4 billion. For more information about BMC Software,
visit www.bmc.com.

                                       ###

The preliminary financial estimates and statements concerning BMC Software's
future prospects contained in this press release are "forward-looking
statements" under the Private Securities Litigation Reform Act of 1995. The
preliminary estimates of revenues, earnings per share and license bookings
contained in this press release are subject to change. BMC Software will report
final financial results for the June 2004 quarter on July 27th after it has had
additional time for the collection and compilation of additional financial data.
These final financial results for the June 2004 quarter could be materially
different from the estimates in this press release. Numerous important factors
affect BMC Software's operating results and could cause BMC Software's actual
results to differ materially from forecasts and estimates or from any other
forward-looking statements made by, or on behalf of, BMC Software, and there can
be no assurance that future results will meet expectations, estimates or
projections. These factors include, but are not limited to, the following: 1)
BMC Software's revenues and earnings are subject to a number of factors,
including the significant percentage of quarterly sales typically closed at the
end of each quarter, that make estimation of operating results prior to the end
of a quarter extremely uncertain; 2) BMC Software's operating costs and expenses
are relatively fixed over the short term; 3) increased competition and pricing

pressures could adversely affect BMC Software's earnings; 4) growth in BMC
Software's mainframe revenues is dependent on continued demand for significant
additional mainframe MIPS capacity; 5) BMC Software's maintenance revenue could
decline if maintenance renewal rates decline or if license revenues do not
continue to grow; 6) new software products and product strategies may not be
timely introduced or successfully adopted; 7) BMC Software's quarterly cash flow
from operations is and has been volatile and is dependent upon a number of
factors described in BMC Software's filings with the SEC; and 8) the additional
risks and important factors described in BMC Software's quarterly reports on

                                    7

<PAGE>

Form 10-Q and in its Annual Report to Stockholders on Form 10-K for the fiscal
year ended March 31, 2004 and other filings with the SEC. BMC Software
undertakes no obligation to update information contained in this release.


BMC Software, the BMC Software logos, and all other BMC Software product or
service names are registered trademarks or trademarks of BMC Software, Inc. All
other trademarks or registered trademarks belong to their respective companies.
(C) 2004, BMC Software, Inc. All rights reserved.

                                    8

</TEXT>
</DOCUMENT>

# EXHIBIT O

7.7.04 8K doc

8-K 1 form8k.htm FORM 8K

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 8-K

CURRENT REPORT

PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

July 7, 2004

Date of report (Date of earliest event reported)

# SIEBEL SYSTEMS, INC.
(Exact Name of Registrant as Specified in Charter)

| Delaware | 0-20725 | 94-3187233 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

2207 Bridgepointe Parkway
San Mateo, CA  94404
(Address of Principal Executive Offices, including Zip Code)

(650) 477-5000
(Registrant's telephone number, including area code)

Item 12. Results of Operations and Financial Condition.

On July 7, 2004, Siebel Systems, Inc. issued a press release announcing its preliminary financial results for the second quarter ended June 30, 2004. A copy of the press release, dated as of July 7, 2004, entitled "Siebel Systems Reports Preliminary Financial Results for the Second Quarter Ended June 30, 2004" is furnished as Exhibit 99.1 to this Current Report and is incorporated herein by reference.

The information in this report, including the exhibit hereto, shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained herein and in the accompanying exhibit shall not be incorporated by reference into any registration statement or other document filed with the Securities and Exchange Commission by Siebel Systems, Inc., whether made before or after the date hereof, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

SIEBEL SYSTEMS, INC.
*(Registrant)*

Dated: July 7, 2004

By: */s/* Kenneth A. Goldman

Kenneth A. Goldman
*Senior Vice President,*
*Finance and Administration*
*and Chief Financial Officer*

## INDEX TO EXHIBITS

99.1    Press Release, dated as of July 7, 2004, entitled "Siebel Systems Reports Preliminary Financial Results for the Second Quarter Ended June 30, 2004."

EX-99.1 4 exhibit.htm PRESS RELEASE

**Exhibit 99.1**

# NEWS RELEASE

### Siebel Systems Reports Preliminary Financial Results for the Second Quarter Ended June 30, 2004

**SAN MATEO, Calif.—July 7, 2004—**Siebel Systems, Inc. (NASDAQ: SEBL), a leading provider of business applications software, today announced preliminary financial results for the quarter ended June 30, 2004.

The Company expects total revenues for the second quarter of 2004 to be approximately $301 million. The Company expects its license revenues for the quarter to be approximately $95 million. These disappointing results were primarily due to unexpected delays in purchasing decisions by certain prospects and customers near the end of the quarter. The Company expects its services and other revenues for the quarter to be approximately $91 million. Maintenance revenues are expected to be approximately $115 million.

GAAP operating income for the second quarter of 2004 is expected to be in the range of $2 to $4 million and GAAP pre-tax income is expected to be in the range of $12 to $14 million. Non-GAAP operating income for the second quarter of 2004 is expected to be in the range of $8 to $10 million and non-GAAP pre-tax income is expected to be in the range of $18 to $20 million, excluding a one-time charge of $6 million related to in-process research and development related to the acquisition of Eontec Limited on April 20, 2004.[1] The Company was able to achieve these profits despite the decline in second quarter 2004 revenues, primarily as a result of its previous restructuring activities and ongoing attention to its cost structure.

The Company's cash, cash equivalents and short term investments are expected to be approximately $2.12 billion as of June 30, 2004, reflecting cash generated during the quarter of approximately $50 million. This was offset by the Company's $70 million cash outlay for the Eontec acquisition, which resulted in a net decline in cash of approximately $20 million from the end of the prior quarter.

Siebel Systems will host a conference call today, Wednesday July 7, 2004, at 2pm PST. The live webcast and the replay can be accessed at www.siebel.com/investor. Siebel Systems will announce final results for the second quarter of 2004 on Wednesday July 21, 2004.

# # #

Contact:  Terry Lee
Siebel Systems Investor Relations Department
650.295.5656
investor.relations@siebel.com

Siebel is a trademark of Siebel Systems, Inc. and may be registered in certain jurisdictions. All other product and company names mentioned are the property of their respective owners and are mentioned for identification purposes only.

This press release contains forward-looking statements that involve risks and uncertainties. The final results for the second quarter of 2004 of Siebel Systems, Inc. may differ from the preliminary results discussed above due to factors that include, but are not limited to, risks associated with final review of the results and preparation of quarterly financial statements. Future operating results of Siebel Systems, Inc. may differ from that forecasted in the forward-looking statements due to factors that include, but are not limited to, risks associated with financial, economic, political and other uncertainties, the Business software applications market, dependence on the Internet, risks associated with new versions and new products and risks associated with rapid technological change. Further information on potential factors that could affect the financial results of Siebel Systems, Inc. are included in its Annual Report on Form 10-K, Quarterly Reports on Form 10-Q and its other filings with the Securities and Exchange Commission, which are available at www.sec.gov. Siebel Systems assumes no obligation to update the information in this press release.

---

[1]  The company historically uses the non-GAAP financial measures of income discussed above to evaluate internally and to report results of its business. Siebel Systems believes that these measures best allow its management and investors to understand its activities and potential activities of its business. Siebel believes that inclusion of these non-GAAP financial measures provides consistency and comparability with past reports of financial results, as well as comparability to similar companies in the company's industry, most of which present the same non-GAAP financial measures to investors.

The non-GAAP financial measures used within the company's earnings press release exclude the acquired in-process research and development charge incurred

in connection with the acquisition of Eontec Limited on April 20, 2004. Acquired in-process research and development expenses are incurred solely in connection with an acquisition of a business or an asset purchase. The company has only incurred such a charge one other time in the last five years and, accordingly, the company believes that the charge associated with the acquired research and development is unusual and infrequent. As a result, the company believes that providing specific financial information on the costs of such expenses, as well as providing non-GAAP income measures that exclude such costs, best allows investors to understand both the costs and benefits of the acquired in-process research and development and the company's actual business activities during the quarter.

Management believes that its non-GAAP financial measures provide an additional tool for investors to evaluate on-going operating results and trends. Non-GAAP financial measures should not be considered in isolation from, or as a substitute for, financial information prepared in accordance with GAAP. Investors are encouraged to review the reconciliation of these non-GAAP financial measures to their most directly comparable GAAP financial measure as detailed above.