IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP.<br>SECURITIES LITIGATION | ) )<br>) )<br>) | Case No: 04-CV-831 (SLR)<br>Consolidated Action |

### DECLARATION OF CHRISTINA L. COSTLEY
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
### THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

OF COUNSEL:
Nina F. Locker, Esquire
Peri Nielsen, Esquire
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Email: pwalsh@potteranderson.com

*Attorneys for Defendants VERITAS
Software Corporation, Edwin J. Gillis,
Gary L. Bloom and John Brigden*

Dated July 20, 2005

691391v1/28298

I, Christina L. Costley, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California and an associate with the law firm of Wilson Sonsini Goodrich & Rosati, counsel for VERITAS in the above-captioned action.

2. Copies of the Forms 4 filed by Gary Bloom ("Bloom") during the class period are attached to the Declaration of Peter J. Walsh Jr. ("Walsh Declaration") as Exhibit L.

3. Copies of the Forms 4 filed by Edwin Gillis ("Gillis") during the class period are attached to the Walsh Declaration as Exhibit M.

4. A copy of excerpts from VERITAS' Proxy Statement, filed with the SEC on July 21, 2004, is attached to the Walsh Declaration as Exhibit D.

5. The percentage of shares sold by Bloom during the class period was calculated as follows: (shares sold during the class period) / (the total of shares sold and shares and vested options owned at the end of the class period). The Forms 4 filed by Bloom disclose that he sold 65,500 shares during the class period. Walsh Declaration Ex. L. The Forms 4 also show that as of July 6, 2004, the end of the class period, Bloom held 3,392 shares. According to VERITAS' Proxy Statement, Bloom held 3,489,988 securities underlying exercisable options as of December 31, 2003. Walsh Declaration Ex. D at 36. Bloom also held 2,030,012 securities underlying unexercisable options as of December 31, 2003. *Id.* Based on an approximate vesting rate of 1/48 per month, multiplied by seven months (January, 2004 – July, 2004), Bloom acquired an additional 296,043 exercisable options between December 31, 2003 and July 6, 2004. *Id.* The Forms 4 show that from January 1, 2004 through July 6, 2004 Bloom sold 35,500 of the options that vested. Walsh Declaration Ex. L. Based on these figures, Bloom held an approximate total of 3,753,923 shares and vested options, as of July 6.[1] Thus, Bloom sold approximately 1.7% of his holdings during the class period:

(65,500)/(65,500+3,753,923) = .0171.

---

[1] This figure represents the following: (1) 3,489,988 exercisable options held at the end of 2003; (2) 260,543 exercisable options that vested, but were not sold, in 2004; and (3) 3,392 shares.

6.  The percentage of shares sold by Gillis during the class period was calculated as follows: (shares sold during the class period)/(the total of shares sold and shares and vested options owned at the end of the class period). The Forms 4 filed by Gillis disclose that he sold 90,000 shares during the class period. Walsh Declaration Ex. M. The Forms 4 also show that as of July 6, 2004, the end of the class period, Gillis held 994 shares. According to VERITAS' Proxy Statement, Gillis held 149,583 securities underlying exercisable options as of December 31, 2003. Walsh Declaration Ex. D at 36. Gillis also held 510,417 securities underlying unexercisable options as of December 31, 2003. *Id.* Based on an approximate vesting rate of 1/48 per month, multiplied by seven months (January, 2004 –July, 2004), Gillis acquired 74,435 additional exercisable options between December 31, 2003 and July 6, 2004. *Id.* The Forms 4 show that, during this period, Gillis sold 50,000 of the options that vested. Walsh Declaration Ex. M. Based on these figures, Gillis held an approximate total of 175,012 shares and vested options as of July 6, 2004.[2] Thus, Gillis sold approximately 34% of his holdings during the class period:

(90,000)/(90,000+175,012) = .3396.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 19, 2005 at Palo Alto, California.

Christina L. Costley

---

[2] This figure represents the following: (1) 149,583 exercisable options held at the end of 2003; (2) 24,435 exercisable options that vested, but were not sold, in 2004; and (3) 994 shares.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on July 20, 2005, I caused true and correct copies of the foregoing DECLARATION OF CHRISTINA L. COSTLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT to be electronically filed with the Clerk of the Court using CM/ECF which is available for public viewing an downloading, and which will send notification of such filing to the following counsel of record:

> Norman M. Monhait, Esquire (DSB ID No. 1040)
> Rosenthal, Monhait, Gross & Goddess, P.A.
> 919 Market Street, Suite 1401
> Post Office Box 1070
> Wilmington, Delaware 19899-1401
> Tel: (302) 656-4433
> Email: nmonhait@rmgglaw.com

I hereby further certify that on July 20, 2005, I have caused the foregoing document to also be delivered by FedEx/Next Business Morning Service to the following non-registered participant:

> Christopher J. Keller, Esquire
> Goodkind Labaton Rudoff & Sucharow LLP
> 100 Park Avenue
> New York, New York 10017

> /s/ Peter J. Walsh, Jr.
> Peter J. Walsh, Jr. (DSB ID No. 2437)
> POTTER ANDERSON & CORROON, LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, Delaware 19801
> Tel: (302) 984-6000
> Email: pwalsh@potteranderson.com

691391v1/28298