IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION  : Case No. 04-831-SLR
SECURITIES LITIGATION               : Consolidated Action
---------------------------------------------------------------x

## NOTICE OF FIRM NAME CHANGE

TO: Peter J. Walsh, Jr., Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899

PLEASE TAKE NOTICE that effective September 30, 2005, the name of the law firm of Goodkind Labaton Rudoff & Sucharow LLP, Co-Lead Counsel for Lead Plaintiffs Tay Siew Choon and Mark Leonov, will change to LABATON SUCHAROW & RUDOFF LLP.

The firm's address and telephone and facsimile numbers will remain the same.

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (DSBA No. 1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Delaware Liaison Counsel for Plaintiffs

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Co-Lead Counsel for Lead Plaintiffs
Tay Siew Choon and Mark Leonov

September 30, 2005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2005, a copy of the

**Notice Of Firm Name Change** was served, electronically, upon:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899

and a copy by United States mail, first class postage prepaid, upon:

Andrew M. Schatz, Esquire
Barbara F. Wolf, Esquire
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

David J. Goldsmith, Esquire
Shelley Thompson, Esquire
Goodkind Labaton Rudoff
  & Sucharow LLP
100 Park Avenue
New York, NY 10017

Jeffrey M. Norton, Esquire
Wechsler Harwood LLP
488 Madison Avenue
New York, New York 10022

Richard A. Maniskas, Esquire
Schiffrin & Barroway LLP
280 King Of Prussia Road
Radnor, PA 19087

Eric J. Belfi, Esquire
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

_____
Norman M. Monhait (# 1040)
ROSENTHAL MONHAIT GROSS
    & GODDESS, P.A.
919 Market Street, Suite 1401
Citizens Bank center
P.O. Box 1070
Wilmington, Delaware 19899
(302) 656-4433
Email: nmonhait@rmgglaw.com