## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) | Case No:  04-CV-831 (SLR) Consolidated Action |

## APPLICATION FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom and John Brigden hereby request oral argument on their Motion to Dismiss the Consolidated Amended Class Action Complaint.

POTTER ANDERSON & CORROON LLP

By:_____
    Peter J. Walsh, Jr. (DSB ID No. 2437)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, Delaware 19801
    Tel: (302) 984-6000
    Email:  pwalsh@potteranderson.com

OF COUNSEL:
Nina F. Locker, Esquire
Peri Nielsen, Esquire
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California  94304-1050
Tel: (650) 493-9300

*Attorneys for Defendants VERITAS*
*Software Corporation, Edwin J. Gillis,*
*Gary L. Bloom and John Brigden*

Dated:  October 7, 2005

702226v1/28298

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on October 7, 2005, I caused true and correct copies of the foregoing APPLICATION FOR ORAL ARGUMENT to be electronically filed with the Clerk of the Court using CM/ECF which is available for public viewing and downloading, and which will send notification of such filing to the following counsel of record:

> Norman M. Monhait, Esquire (DSB ID No. 1040)
> ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
> 919 Market Street, Suite 1401
> Post Office Box 1070
> Wilmington, Delaware  19899-1401
> Tel:  (302) 656-4433
> Email:  nmonhait@rmgglaw.com

I hereby further certify that on October 7, 2005, I have caused the foregoing document to also be delivered by FedEx/Next Business Morning delivery to the following non-registered participant:

> Christopher J. Keller, Esquire
> GOODKIND LABATON RUDOFF & SUCHAROW LLP
> 100 Park Avenue
> New York, New York  10017

Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
Email:  pwalsh@potteranderson.com

702226v1/28298