

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Peter J. Walsh, Jr.
302 984-6037
302 658-1192 Fax
pwalsh@potteranderson.com

October 11, 2005

**VIA CM/ECF FILING AND HAND DELIVERY**

Dr. Peter T. Dalleo, Clerk of the Court
U. S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware  19801

      Re:    *Paul Kuck v. Veritas Software Corp., et al.*;
                USDC/D. Del., Consolidated Case No. 04-831 (SLR)

Dear Dr. Dalleo:

      On Friday, October 7, 2005, Defendants filed a Reply Brief in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Document No. 61), along with Defendants' Application For Oral Argument (Document No. 62). Upon further review of the Brief, we noted that there was a typographical error on page 2, line 1. Specifically, the year "2008" should read "2003." Enclosed please find a corrected version of the Reply Brief in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Document No. 63), which was electronically filed today, October 11, 2005.

      Thank you for your assistance, and please feel free to contact me with any questions.

Respectfully yours,

*/s/ Peter J. Walsh, Jr.*

Peter J. Walsh, Jr. (DSB ID No. 2437)

PJW:jak

Enclosure

cc:      Norman M. Monhait (DSB ID No. 1040) (*by CM/ECF and Hand Delivery, w/encl.*)
           Christopher J. Keller, Esquire (*by FedEx, w/encl.*)

702783v1/28298