IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) | Civ. No. 04-831-SLR Consolidated Action |

O R D E R

At Wilmington this 23d day of May, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion to dismiss (D.I. 53) is denied.

_____
United States District Judge