IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE VERITAS SOFTWARE CORP.     )
SECURITIES LITIGATION            ) Civ. No. 04-831-SLR
                                 ) (Lead case)

O R D E R

At Wilmington this 31st day of May, 2006, having denied defendants' motion to dismiss on May 23, 2006 (SEE D.I. 65, 66);

IT IS HEREBY ORDERED that a telephonic status/scheduling conference shall be held on **Tuesday, June 20, 2006** at **8:30 a.m.** Counsel for plaintiff shall coordinate and initiate this call.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge