IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) Case No: 04-CV-831 (SLR) Consolidated Action |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of David L. Lansky, Esquire, David McCarthy, Esquire, and Christina L. Costley, Esquire of Wilson Sonsini Goodrich & Rosati, PC, 650 Page Mill Road, Palo Alto, California 94304 to represent Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom, and John Brigden in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Peter J. Walsh, Jr.
    Peter J. Walsh, Jr. (#2437)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    (302) 984-6000
    pwalsh@potteranderson.com
    kdorsney@potteranderson.com

Dated: June 5, 2006
735024

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom And John Brigden*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 2, 2006     Signed:     /s/ David L. Lansky
                                    David L. Lansky
                                    Wilson Sonsini Goodrich Rosati, PC
                                    650 Page Mill Road
                                    Palo Alto, CA 94304-1050
                                    Telephone: (650) 493-9300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 2, 2006         Signed:    /s/ David McCarthy
                                      David McCarthy
                                      Wilson Sonsini Goodrich Rosati, PC
                                      650 Page Mill Road
                                      Palo Alto, CA 94304-1050
                                      Telephone: (650) 493-9300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 2, 2006          Signed:    /s/ Christina L. Costley
                                       Christina L. Costley
                                       Wilson Sonsini Goodrich Rosati, PC
                                       650 Page Mill Road
                                       Palo Alto, CA 94304-1050
                                       Telephone: (650) 493-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on June 5, 2006, the attached document was Hand Delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070

I hereby certify that on June 5, 2006, I have Federal Expressed the documents to the following non-registered participants:

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298