## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP.<br>SECURITIES LITIGATION | ) <br>) Case No: 04-CV-831 (SLR) <br>) Consolidated Action <br>) <br>) **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants hereby certifies that copies of the

following documents were caused to be served on July 5, 2006, upon the following

attorneys of record at the following addresses as indicated:

DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFFS

DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS

### VIA HAND DELIVERY

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE  19899-1070

### BY FEDERAL EXPRESS

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Nina F. Locker, Esquire
Peri Nielsen, Esquire
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone: (650) 493-9300

By:  */s/ Kenneth L. Dorsney*
     Peter J. Walsh, Jr. (DSB ID No. 2437)
     Kenneth L. Dorsney (DSB ID No. 3726)
     1313 North Market Street, 6th Floor
     Wilmington, Delaware  19899-0951
     Telephone:  (302) 984-6000
     pwalsh@potteranderson.com
     kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software
Corporation, Edwin J. Gillis, Gary L. Bloom
and John Brigden*

Dated:  July 5, 2006

739650 / 29298

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on July 5, 2006, the attached document was

Hand Delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF:

> Norman Monhait (#1040)
> Carmella P. Keener (#2810)
> Rosenthal, Monhait & Goddess
> Mellon Bank Center, Suite 1401
> P. O. Box 1070
> Wilmington, DE  19899-1070

I hereby certify that on July 5, 2006, I have Federal Expressed the documents to the

following non-registered participants:

> Christopher J. Keller
> Goodkind Labaton Rudoff & Sucharow LLP
> 100 Park Avenue
> New York, NY  10017

By:   */s/ Kenneth L. Dorsney*
      Peter J. Walsh, Jr. (#2437)
      Kenneth L. Dorsney (#3726)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware  19899-0951
      (302) 984-6000
      pwalsh@potteranderson.com
      kdorsney@potteranderson.com

735071 / 28298