OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 12, 2006

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

RE: Kuck v. Veritas Software, et al., Case No. 04-831-SLR

Dear Attorney Keener:

Enclosed is a letter received by the U.S. District Court for the District of Delaware on June 26, 2006, related to the above referenced case. The sender, Nathen Duke is asking about making a claim in this case.

I am forwarding this document to you to ensure that the appropriate action is taken regarding this inquiry.

Please contact me if you have any questions regarding this correspondence at 302/573-6356. Thank you.

Sincerely,

Francesca Tassone
Deputy Clerk

Enclosures