To: Judge Sue L Robinson my name is NAthen Duke I am with CLASS action watch Dog; U.S.A I want to cIAim case Docket number 04-CV-831 please make my cIAims my Email Address is nateDuke2006@yahoo.com my mail address is 6430 S. Stony IsLanD Zip 60637 Apt 1611 chicago ILL please cIAim case Docket number 04-CV-831 for me my name is NAthen Duke I saw the case online thur cIASS action watch Dog USA weBsite  Please Read this message for NAthen Duke 6430 S. Stoney IsLanD chicago ILL 60637 Apt 1611



FILED
JUN 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

As Scanned

To Judge Sue L Robinson

I want to clAim Stockholder v veritas software coporation Docket numBer 04-CV-831

From NAthen Duke Apt 1611
6430 S. Stony Island
Chicago ILL 60637

CHICAGO IL 606
22 JUN 2006 PM 3 T

US District court for the
District of Delaware
J. Caleb Boggs Federal
Building 844 N. King
Street Wilimington Delaware
Zip 1980