To Judge Sue L. Robinson And to Attys Camella P Keener and Charles J. Piven My name is Nathen Duke I am with class action ~~with~~ watch Dog U.S.A. I want to claim the case docket number 04-CV-831 please Judge And the Attys involed please claim my case I saw the case online at class action watch Dog online at the website my phone number is 1-773-684-0426 my E mail Address is nateduke2006 @ yahoo.com my full mail address is 6430 S. Stony Island Chicago Illinois Apt 1611 60637 Zipcode please claim my case Docket number 04-CV-831

FILED JUN 26 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Please clAim my
case

Please
Apt 1611 ← include
my Apt number

To chief District Judge Sue L. Robinson and Attys Camella P. Keener and Charles J. Piven

Please make my claim for the case 04-cv-831




CHICAGO IL 606

19 JUN 2006 PM 6 T

Nathen Duke Apt 1611
6430 S. Stony Island
Chicago ILL, 60637

US District court for the
District of Delaware Icaleb
Boggs Federal Building
844 N. King Street Wilmington
Delaware Zip 19801

19801+3519 C012