IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No. 04-CV-831 (SLR)<br>Consolidated Action |

## NOTICE OF DEPOSITION OF TAY SIEW CHOON

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 8:30 a.m. on Saturday, July 22, 2006 at the offices of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, 40th floor, New York, New York 10019-6022, Defendant VERITAS Software Corporation ("VERITAS") will take the deposition of Lead Plaintiff Tay Siew Choon, pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure and will continue from day to day thereafter until completed, or as agreed upon by the parties. VERITAS reserves the right to recall the witness to elicit testimony regarding any discovery produced immediately prior to, during, or after the deposition.

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE that the deposition will be recorded by stenographic means by a qualified, certified shorthand reporter who is authorized to administer the oath, by videographic means, and through instant visual display means (LiveNote).

OF COUNSEL:

Nina F. Locker, Esquire
Peri Nielsen, Esquire
David L. Lansky, Esquire
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, California 94304-01040
Telephone: (650)493-9300

POTTER ANDERSON & CORROON LLP

By: _____
Peter J. Walsh, Jr. (DSB ID No. 2437)
Kenneth L. Dorsney (DSB ID No. 3726)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 984-6000

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom, and John Brigden*

Dated: July 13, 2006

740918/28298

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Peter J. Walsh, Jr., hereby certify that on July 13, 2006, I electronically filed a copy of the within NOTICE OF DEPOSITION OF TAY SIEW CHOON with the Clerk of Court using CM/ECF, which is available for public viewing and downloading, and which will send notification of such filing to the following counsel of record:

> Norman M. Monhait, Esquire (DSB ID No. 1040)
> ROSENTHAL, MONHAIT & GODDESS, P.A.
> 919 Market Street, Suite 1401
> Post Office Box 1070
> Wilmington, Delaware 19899-1401
> Telephone: (302) 000-0000
> Email: nmonhait@rmgglaw.com

I hereby further certify that on July 13, 2006, I have caused the foregoing document to also be delivered by email to the following non-registered participant:

> Christopher J. Keller, Esquire
> GOODKIND LABATON RUDOFF & SUCHAROW LLP
> 100 Park Avenue
> New York, New York 10017
> Telephone: (212) 000-0000
> Email: ckeller@labaton.com

/s/ Peter J. Walsh, Jr.
Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Email: pwalsh@potteranderson.com

740918/28298