IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION     :   Case No. 04-831-SLR
SECURITIES LITIGATION     :   Consolidated Action
---------------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 18th day of July, 2006, a copy of this Notice **Of Service** and **Plaintiffs' Initial Disclosures Pursuant to Fed. R.Civ. P. 26(a)(1)** was served, by electronic transmission and U.S. mail, first class postage prepaid, upon the following:

    Peter J. Walsh, Jr., Esquire
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899

    Nina F. Locker, Esquire
    Wilson Sonsini Goodrich & Rosati, P.C.
    650 Page Mill Road
    Palo Alto, CA 94304-1050

                ROSENTHAL, MONHAIT & GODDESS, P.A.

                By: /s/ Norman M. Monhait
                Norman M. Monhait (#1040)
                919 Market Street, Suite 1401
                Citizens Bank Center
                P.O. Box 1070
                Wilmington, DE 19899-1070
                (302) 656-4433
                  Delaware Liaison Counsel for Lead Plaintiffs
                  Email: nmonhait@rmgglaw.com

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017-5563
(212) 907-0700

SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

July 18, 2006

Certificate of Service

      I hereby certify that on July 18, 2006, I caused the foregoing Notice of Service and Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) to be served by e-mail and U.S. mail, first class postage prepaid, upon the following counsel for all defendants:

      Nina F. Locker
      Wilson Sonsini Goodrich & Rosati, P.C.
      650 Page Mill Road
      Palo Alto, California 94304-1050
      (650) 493-9300

      Peter J. Walsh, Jr.
      Potter Anderson & Corroon LLP
      Hercules Plaza
      1313 North Market Street, 6th Floor
      Wilmington, Delaware 19801
      (302) 984-6000

*Attorneys for Defendants*

                                          /s/ Norman M. Monhait
                                          Norman M. Monhait (DSBA No. 1040)

652044 v3
[7/18/2006 12:09]