IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP.<br>SECURITIES LITIGATION | Case No. 04-CV-831 (SLR)<br>Consolidated Action |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 20, 2006, a copy of this Notice of Service and Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served, by electronic transmission and U.S. Mail, first class postage prepaid, upon the following:

Norman M. Monhait, Esquire (DSB ID No. 1040)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Post Office Box 1070
Wilmington, Delaware 19899-1401
Email: nmonhait@rmgglaw.com

Barbara F. Wolf, Esquire
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Email: Bwolf@snlaw.net

Christopher J. Keller, Esquire
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 000-0000
Email: ckeller@labaton.com

Jeffrey M. Norton, Esquire
WECHSLER HARWOOD LLP
488 Madison Avenue
New York, New York 10022
Telephone: (212) 935-7400
Email: jmn@whesq.com

OF COUNSEL:

Nina F. Locker, Esquire
Peri Nielsen, Esquire
David L. Lansky, Esquire
WILSON SONSINI GOODRICH & ROSATI, PC
650 Page Mill Road
Palo Alto, California 94304-01040
Telephone: (650)493-9300

POTTER ANDERSON & CORROON LLP

By: _____
Peter J. Walsh, Jr. (DSB ID No. 2437)
Kenneth L. Dorsney (DSB ID No. 3726)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 984-6000

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom, and John Brigden*

Dated: July 20, 2006

742191/28298

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Peter J. Walsh, Jr., hereby certify that on July 20, 2006, I electronically filed a copy of the within NOTICE OF SERVICE with the Clerk of Court using CM/ECF, which is available for public viewing and downloading, and which will send notification of such filing to the following counsel of record:

Norman M. Monhait, Esquire (DSB ID No. 1040)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 Market Street, Suite 1401
Post Office Box 1070
Wilmington, Delaware 19899-1401
Telephone: (302) 000-0000
Email: nmonhait@rmgglaw.com

Barbara F. Wolf, Esquire
SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Email: Bwolf@snlaw.net

I hereby further certify that on July 20, 2006, I have caused the foregoing document to also be delivered by email to the following non-registered participant:

Christopher J. Keller, Esquire
GOODKIND LABATON RUDOFF & SUCHAROW LLP
100 Park Avenue
New York, New York 10017
Telephone: (212) 000-0000
Email: ckeller@labaton.com

/s/ Peter J. Walsh, Jr.
Peter J. Walsh, Jr. (DSB ID No. 2437)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Email: pwalsh@potteranderson.com

742191/28298