## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION          :   Case No. 04-831-SLR
SECURITIES LITIGATION                       :   Consolidated Action
----------------------------------------------------------------x
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 14th day of July, 2006, a copy of **Plaintiff Tay Siew Choon's Amended And Verified Responses And Objections To Defendants First Set Of Interrogatories To Plaintiffs** was served by electronic transmission (in unexecuted form), upon:

Peter J. Walsh, Jr., Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899

David L. Lansky, Esquire
Wilson Sonsini Goodrich
  & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304-1050

that on the 22nd of July, 2006, a copy of **Plaintiff Tay Siew Choon's Amended And Verified Responses And Objections To Defendants First Set Of Interrogatories To Plaintiffs** (in executed form) was served, by hand delivery, upon:

Peri Nielson, Esquire
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304-1050

and that on the 26th day of July, 2006, a copy of this **Notice Of Service** and paper copies of **Plaintiff Tay Siew Choon's Amended And Verified Responses And Objections To Defendants First Set Of Interrogatories To Plaintiffs** (in executed form) were served, by hand delivery, upon:

Peter J. Walsh, Jr., Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899

**ROSENTHAL, MONHAIT& GODDESS, P.A.**

By: *[signature]*
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433
  Delaware Liaison Counsel for Lead Plaintiffs
  Email: nmonhait@rmgglaw.com

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Co-Lead Counsel for Lead Plaintiffs
Tay Siew Choon and Mark Leonov

SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

July 26, 2006