IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION : Case No. 04-831-SLR
SECURITIES LITIGATION : Consolidated Action
---------------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 17th day of July, 2006, a copy of **Plaintiffs' Responses And Objections To Defendants' First Request For The Production Of Documents** was served, by electronic transmission, upon:

> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899

> David L. Lansky, Esquire
> Wilson Sonsini Goodrich
>   & Rosati, P.C.
> 650 Page Mill Road
> Palo Alto, California 94304-1050

and that on the 26th day of July, 2006, a copy of this **Notice Of Service** and paper copies of **Plaintiffs' Responses And Objections To Defendants' First Request For The Production Of Documents** were served, by hand delivery, upon:

> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19899

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: _____
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  Delaware Liaison Counsel for Lead Plaintiffs
  Email: nmonhait@rmgglaw.com

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Co-Lead Counsel for Lead Plaintiffs
Tay Siew Choon and Mark Leonov

SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400


July 26, 2006