IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) Case No: 04-CV-831 (SLR) Consolidated Action **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants hereby certifies that copies of the following documents were caused to be served on July 28, 2006, upon the following attorneys of record at the following addresses as indicated:

    VERIFICATION TO DEFENDANT JOHN BRIGDEN'S
    RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR
    PRODUCTION OF DOCUMENTS PROPOUNDED TO ALL
    DEFENDANTS

    VERIFICATION TO DEFENDANT GARY L. BLOOM'S
    RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR
    PRODUCTION OF DOCUMENTS PROPOUNDED TO ALL
    DEFENDANTS

### VIA HAND DELIVERY

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE  19899-1070


### VIA ELECTRONIC MAIL

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017

2

POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL: | By: */s/ Kenneth L. Dorsney* |
| | Peter J. Walsh, Jr. (DSB ID No. 2437) |
| Nina F. Locker, Esquire | Kenneth L. Dorsney (DSB ID No. 3726) |
| Peri Nielsen, Esquire | 1313 North Market Street, 6th Floor |
| David L. Lansky, Esquire | Wilmington, Delaware  19899-0951 |
| Wilson Sonsini Goodrich & Rosati, PC | Telephone:  (302) 984-6000 |
| 650 Page Mill Road | pwalsh@potteranderson.com |
| Palo Alto, California  94304-1050 | kdorsney@potteranderson.com |
| Telephone: (650) 493-9300 | |

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom and John Brigden*

Dated:  July 28, 2006
743305 / 28298

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on July 28, 2006, the attached document was Electronically Mailed to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE  19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

I hereby certify that on July 28, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017
ckeller@labaton.com

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298