IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP.<br>SECURITIES LITIGATION | : <br> : <br> : | Civil Action No. 04-831-SLR<br>Consolidated Action |
| THIS DOCUMENT RELATES TO<br>ALL ACTIONS | : <br> : <br> : | |

### ORDER

At Wilmington this **30th** day of **August, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **October 30, 2006 at 11:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the tentative mediation which is scheduled for April 23, 2007 at 10:00 a.m. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE