IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION  : Case No. 04-831-SLR
SECURITIES LITIGATION               : Consolidated Action
---------------------------------------------------------------x

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 15th day of September, 2006, a copy of this **Notice Of Service** was served, by electronic transmission and by hand delivery, and **Plaintiff Mark Leonov's Responses And Objections To Defendants' First Set Of Interrogatories To Plaintiffs** was served, by hand delivery, upon:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon LLP
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19899

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  Delaware Liaison Counsel for Lead Plaintiffs
  Email: nmonhait@rmgglaw.com

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Co-Lead Counsel for Lead Plaintiffs
Tay Siew Choon and Mark Leonov

SCHATZ & NOBEL, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

WECHSLER HARWOOD LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400


September 15, 2006