**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

October 20, 2006

**BY HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Re: **In Re Veritas Software Corp. Securities Litigation, D. Del. - Civil Action No. 04-831 (SLR)**

Dear Judge Robinson:

The parties have agreed on a proposed confidentiality order and class certification. I am submitting for the Court's consideration parties' stipulations on those subjects. If Your Honor has any questions, counsel are available to respond.

Respectfully,

Norman M. Monhait
(DSBA No. 1040)

NMM:mst

cc: Peter J. Walsh, Jr., Esquire
    Jeffrey M. Norton, Esquire
    Barbara F. Wolf, Esquire
    David J. Goldsmith, Esquire
    Clerk, U.S. District Court