IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING CLASS CERTIFICATION**

WHEREAS, on July 7, 2004, plaintiff John Kuck filed in this District the first of three securities class action complaints against Veritas Software Corporation ("Veritas") and certain of its officers (collectively "Defendants");

WHEREAS, on March 3, 2005, the Court appointed Tay Siew Choon and Mark Leonov as Lead Plaintiffs ("Plaintiffs");

WHEREAS, Plaintiffs filed their Consolidated Amended Class Action Complaint ("CAC") on May 27, 2005 alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5;

WHEREAS, on May 23, 2006, the Court denied Defendants' Motion to Dismiss;

WHEREAS, Defendants filed their Answer to the CAC on June 7, 2006;

WHEREAS, Plaintiffs filed their Second Consolidated Amended Class Action Complaint ("SAC") on August 16, 2006, amending only the class definition and conforming the SAC accordingly, pursuant to a stipulation between the parties;

-2-

WHEREAS, Defendants completed their desired class discovery for the purpose of this Stipulation;

WHEREAS, the parties have conferred regarding class certification and the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure and have agreed, subject to approval of the Court, to the terms and conditions set forth in this stipulation;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate as follows:

1. This action is certified to proceed as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure and shall consist of a "Class" of all individuals and entities that purchased or otherwise acquired positions in Veritas publicly traded securities, including, but not limited to, those individuals and entities that sold put options and bought call options, during the period between April 23, 2003 and July 6, 2004, inclusive (the "Class Period"). Excluded from the Class are the Company, its officers and directors, employees, affiliates, legal representatives, heirs, predecessors, successors and assigns, and any entity in which the Company has a controlling interest or of which the Company is a parent or subsidiary.

2. Lead plaintiffs Tay Siew Choon and Mark Leonov are hereby designated as the Class representatives.

3. Wechsler Harwood LLP, Labaton Sucharow & Rudoff LLP and Schatz Nobel Izard P.C. are appointed as Co-Lead Counsel for the Class and Rosenthal, Monhait & Goddess, P.A. is appointed as Liaison Counsel for the Class pursuant to Rule 23(g).

4. This stipulation is without prejudice to Defendants' right, in accordance with Rule 23(c)(1)(c) of the Federal Rules of Civil Procedure, to seek to alter or amend this Order; nothing

in this Order shall be construed as a limitation on Defendants' right to seek additional class discovery for this or any other purpose;

5.     Within thirty (30) days of entry of this Order, Co-Lead Counsel, after meeting and conferring with counsel for Defendants, shall submit to the Court for its review a proposed form of notice and a proposed schedule for disseminating notice to the Class.

**AGREED TO BY:**

DATED: October 20, 2006

ROSENTHAL, MONHAIT & GODDESS, P.A.

_____
Norman Monhait (DSBA #1040)
Citizens Bank Center, Ste. 1401
P. O. Box 1070
Wilmington, DE 19899
Tel: (302) 656-4433

*Proposed Liaison Counsel for the Class*

**WECHSLER HARWOOD LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022
Tel: (212) 935-7400

**LABATON SUCHAROW & RUDOFF LLP**
Ira A. Schochet
David J. Goldsmith
100 Park Avenue
New York, NY 10017
Tel: (212) 907-0700

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Barbara F. Wolf
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
Tel: (860) 493-6292

*Proposed Co-Lead Counsel for the Class*

DATED: October 20, 2006

POTTER ANDERSON & CORROON LLP

_____
Peter J. Walsh, Jr. (DSBA #2437)
1313 N. Market St.
Hercules Plaza, 6th Fl.
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6037

**WILSON SONSINI GOODRICH & ROSATI**
Nina F. Locker
Peri B. Nielsen
David L. Lansky
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

*Attorneys for Defendants*

**SO ORDERED:**

DATED this _____ day of _____, 2006.    _____
Hon. Sue L. Robinson,
United States District Judge

-4-

Stipulation and Order Regarding Class Certification