## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. : <br> SECURITIES LITIGATION : Civil Action No. 04-831-SLR <br> _____ : Consolidated Action <br> THIS DOCUMENT RELATES TO : <br> ALL ACTIONS : <br> _____ : | |

### ORDER

At Wilmington this **30th** day of **October, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, December 15, 2006 at 10:30 a.m.** with Magistrate Judge Thynge to discuss the status of negotiations and the case and its affect on the tentative mediation which is scheduled for April 23, 2007 at 10:00 a.m.  **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE