## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP.<br>SECURITIES LITIGATION<br>_____<br>THIS DOCUMENT RELATES TO<br>ALL ACTIONS<br>_____ | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-831-SLR<br>: Consolidated Action |

### ORDER

At Wilmington this **15th** day of **December, 2006**.

As a result of the teleconference in the above-captioned matter on December 15, 2006,

IT IS ORDERED that counsel are to update the Magistrate Judge regarding the status of the case, any settlement negotiations and mediation efforts. The update made by provided by fax, email, or U.S. mail, but shall not be filed or made a part of the Court docket. Counsel shall provide updates on the following dates: **March 16, May 4, June 29 and August 24, 2007.** In addition, the tentative mediation date of April 23, 2007 is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE