**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) ) ) |

Case No:  04-CV-831 (SLR)
Consolidated Action

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

The undersigned, counsel for Defendants hereby certifies that copies of the

following documents were caused to be served on January 8, 2007, upon the following

attorneys of record at the following addresses as indicated:

DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND
REQUEST FOR PRODUCTION OF DOCUMENTS
PROPOUNDED TO ALL DEFENDANTS

## VIA HAND DELIVERY

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE  19899-1070


## VIA ELECTRONIC MAIL

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017

2

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Nina F. Locker, Esquire
Peri Nielsen, Esquire
David L. Lansky, Esquire
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California  94304-1050
Telephone: (650) 493-9300


Dated:  January 8, 2007
770799 / 29298

By: */s/ Kenneth L. Dorsney*
     Peter J. Walsh, Jr. (DSB ID No. 2437)
     Kenneth L. Dorsney (DSB ID No. 3726)
     1313 North Market Street, 6th Floor
     Wilmington, Delaware  19899-0951
     Telephone:  (302) 984-6000
     pwalsh@potteranderson.com
     kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom and John Brigden*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on January 8, 2007, the attached document was

Electronically Mailed to the following persons and was electronically filed with the Clerk of the

Court using CM/ECF which will send notification of such filing(s) to the following and the

document is available for viewing and downloading from CM/ECF:

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
P. O. Box 1070
Wilmington, DE  19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

I hereby certify that on January 8, 2007, I have Electronically Mailed the documents to

the following non-registered participants:

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017
ckeller@labaton.com

By:  _/s/ Kenneth L. Dorsney_
　　　Peter J. Walsh, Jr. (#2437)
　　　Kenneth L. Dorsney (#3726)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, Delaware  19899-0951
　　　(302) 984-6000
　　　pwalsh@potteranderson.com
　　　kdorsney@potteranderson.com

735071 / 28298