**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

February 13, 2007

**BY HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Re:   **In Re Veritas Software Corp. Securities Litigation
      D. Del., Civil Action No. 04-831 (SLR)**

Dear Judge Robinson:

With this letter, I am filing a Stipulation and proposed Order of the parties to amend the Case Scheduling Order. The reasons for the extension sought are set out in the Stipulation, but of course if Your Honor requires any additional information, counsel will be pleased to provide it.

Respectfully,

Norman M. Monhait by Carmella P. Keener
(DSBA No. 2810)
Norman M. Monhait (#1040)

NMM:mst
Enclosure

cc:   Peter J. Walsh, Jr., Esquire           Jeffrey M. Norton, Esquire
      Barbara F. Wolf, Esquire                David J. Goldsmith, Esquire
      Clerk, U.S. District Court