# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | DEMAND FOR JURY TRIAL |

STIPULATION AND ORDER

WHEREAS, on July 7, 2004, plaintiff John Kuck filed in this District the first of three securities class action complaints against VERITAS Software Corporation and certain of its officers (collectively "Defendants");

WHEREAS, on March 3, 2005, the Court appointed Tay Siew Choon and Mark Leonov as Lead Plaintiffs ("Plaintiffs");

WHEREAS, Plaintiffs filed their Consolidated Amended Class Action Complaint ("CAC") on May 27, 2005;

WHEREAS, on May 23, 2006, the Court denied Defendants' Motion to Dismiss;

WHEREAS, Defendants filed their Answer to the CAC on June 7, 2006;

WHEREAS, the parties wish to establish a schedule for this litigation;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, to the following litigation schedule:

1.  **Pre-Discovery Disclosures.** The parties will exchange by July 20, 2006, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  The parties agree to negotiate a suitable Protective Order, subject to Court approval, prior to the production of any documents in this case.

3. **Discovery.**

   a. All fact discovery shall be commenced in time to be completed by July 31, 2007.

   b. Maximum of 25 interrogatories by each party to any other party.

   c. Maximum of 30 requests for admission by each party to any other party.

   d. Maximum of 20 depositions by Plaintiffs and 20 by Defendants.

   e. Each deposition limited to a maximum of 7 hours unless extended by agreement of parties or order of the Court.

   f. Opening reports from retained testifying experts under Rule 26(a)(2) shall be served by August 31, 2007. Answering expert reports shall be served by September 28, 2007. Rebuttal expert reports shall be served by October 31, 2007. Expert discovery shall be completed by January 18, 2008.

   g. **Discovery Disputes.** Any discovery dispute shall be submitted to the Court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The Court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition including disputes related to application of the attorney-client privilege or work product protection.

4. **Joinder of Other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before October 20, 2006. Discovery regarding class certification shall be completed by October 27, 2006. Defendants' opposition to any such motions shall be served and filed by November 20, 2006 and Plaintiffs' reply shall be served and filed by December 20, 2006.

5. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

6. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before February 22, 2008. Opposing memoranda shall be

served and filed by April 7, 2008 and reply memoranda shall be served and filed by May 7, 2008.

7. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

8. **Motions in Limine.** All motions in limine shall be filed on or before two weeks before the pretrial conference. All responses to said motions shall be filed on or before one week before the pretrial conference.

9. **Pre-trial Conference.** A pretrial conference will be held two weeks prior to trial in Courtroom 6B, Sixth floor, Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

10. **Trial.** Trial shall commence 60 days after the Court rules on all dispositive motions. The parties anticipate a one-month to six-week trial.

**AGREED TO BY:**

| | |
|---|---|
| **ROSENTHAL, MONHAIT & GODDESS** | **POTTER ANDERSON & CORROON LLP** |
| *[signature]* | *[signature]* |
| Norman Monhait (DSBA #1040) | Peter J. Walsh, Jr. (DSBA #2437) |
| Citizens Bank Center, Ste. 1401 | 1313 N. Market St. |
| P. O. Box 1070 | Hercules Plaza, 6th Fl. |
| Wilmington, DE 19899 | P. O. Box 951 |
| Tel: (302) 656-4433 | Wilmington, DE 19899-0951 |
| | Tel: (302) 984-6037 |
| *Liaison Counsel for Lead Plaintiffs* | |
| | **WILSON SONSINI GOODRICH &** |
| **WECHSLER HARWOOD LLP** | **ROSATI** |
| Robert I. Harwood, Esq. | Nina F. Locker, Esq. |
| Jeffrey M. Norton, Esq. | Peri B. Nielsen, Esq. |
| 488 Madison Avenue | 650 Page Mill Road |
| New York, NY 10022 | Palo Alto, CA 94304 |
| Tel: (212) 935-7400 | Tel: (650) 493-9300 |
| | |
| **LABATON SUCHAROW** | *Attorneys for Defendants* |
| **& RUDOFF LLP** | |
| David J. Goldsmith, Esq. | |
| Nicole M. Zeiss, Esq. | |
| 100 Park Avenue | |
| New York, NY 10017 | |
| Tel: (212) 907-0700 | |
| | |
| **SCHATZ & NOBEL, P.C.** | |
| Andrew M. Schatz, Esq. | |
| Barbara F. Wolf, Esq. | |
| One Corporate Center | |
| 20 Church St., Ste 1700 | |
| Hartford, CT 06103 | |
| Tel: (860) 493-6292 | |
| | |
| *Co-Lead Counsel for Lead Plaintiffs* | |

**SO ORDERED:**

*[signature]*
United States District Judge

DATED this 20th day of June, 2006.