IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | |

STIPULATION AND [PROPOSED] ORDER
AMENDING SCHEDULING ORDER
BECAUSE OF PENDING MEDIATION

WHEREAS, the Court entered a Scheduling Order on July 10, 2006 pursuant to stipulation of the parties, which Scheduling Order is attached hereto as Exhibit A;

WHEREAS, the Scheduling Order provides that all fact discovery will be commenced in time to be completed by July 31, 2007 (hereinafter "Fact Discovery Cut-off Date"), and provides subsequent completion dates for expert reports, expert discovery and briefing of summary judgment motions;

WHEREAS, in September 2006, the parties agreed to attempt mediation of this litigation, retained mediator Jonathan Marks, and undertook a short but intense period of limited document discovery followed by the exchange of written submissions, which was to have been followed by mediation in December 2006;

WHEREAS, following the limited document discovery and submissions, it was determined by the mediator and the parties that additional discovery and supplementation of the mediation record was necessary in order to conduct a meaningful mediation. Accordingly, it was

agreed that the December mediation be postponed to allow for the additional fact finding efforts. Those efforts are currently proceeding;

WHEREAS, the parties have conferred and agreed that the discovery cut-off date should be extended to allow the parties sufficient time to pursue mediation, and, if mediation fails, sufficient time to complete discovery;

WHEREAS, the parties have conferred concerning the discovery cut-off date and subsequent dates in the Scheduling Order, and have agreed, subject to approval of the Court, to extend the discovery cut-off date 244 days from July 31, 2007 to March 31, 2008, and all other dates in the Scheduling Order accordingly;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate as follows:

The Scheduling Order entered July 10, 2006 is hereby amended to extend by 244 days the discovery cut-off date and all subsequent dates, amending subparagraphs 3a and 3f and paragraph 6 to read as follows:

[3]a. All fact discovery shall be commenced in time to be completed by March 31, 2008.

[3]f. Opening reports from retained testifying experts under Rule 26(a)(2) shall be served by May 1, 2008. Answering expert reports shall be served by May 29, 2008. Rebuttal expert reports shall be served by July 1, 2008. Expert discovery shall be completed by September 18, 2008.

6. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before October 23, 2008. Opposing memoranda

shall be served and filed by December 7, 2008 and reply memoranda shall be served and filed by January 6, 2009.

**AGREED TO BY:**

DATED: February   , 2007

**POTTER ANDERSON & CORROON LLP**

_____
Peter J. Walsh, Jr. (DSBA #2437)
1313 N. Market St.
Hercules Plaza, 6th Fl.
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6037

**WILSON SONSINI GOODRICH & ROSATI**
Nina F. Locker
Peri B. Nielsen
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300
*Attorneys for Defendants*

DATED: February 12, 2007

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

_____
Norman Monhait (DSBA #1040)
Citizens Bank Center, Ste. 1401
P. O. Box 1070
Wilmington, DE 19899
Tel: (302) 656-4433

*Liaison Counsel for the Class*

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022
Tel: (212) 935-7400

**LABATON SUCHAROW
 & RUDOFF LLP**
Ira A. Schochet
David J. Goldsmith
100 Park Avenue
New York, NY 10017
Tel: (212) 907-0700

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Barbara F. Wolf
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
Tel: (860) 493-6292

*Co-Lead Counsel for the Class*

**SO ORDERED:**

DATED this __14th__ day of __Feb.__, 2007.    _____
Hon. Sue L. Robinson,
United States District Judge