IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION          : Case No. 04-831-SLR
SECURITIES LITIGATION                                        : Consolidated Action
---------------------------------------------------------------------x

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 15th day of May, 2007, a copy of the **Notice Of Document Request Pursuant To Rule 45 Of Fed.R.Civ.P. Served Upon Third Party Witness KPMG LLP** and **Subpoena Duces Tecum** was served, by United States mail, first class postage prepaid, upon following counsel of record:

> Peri Nielsen, Esquire
> David L. Lansky, Esquire
> Wilson Sonsini Goodrich & Rosati, P.C.
> 650 Page Mill Road
> Palo Alto, California 94304-1050
>
> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19801

**PLEASE TAKE FURTHER NOTICE** that on the 15th day of May, 2007, a copy of the **Subpoena Duces Tecum** was served, by hand delivery, upon:

> KPMG LLP
> 345 Park Avenue
> New York, NY 10154

**PLEASE TAKE FURTHER NOTICE** that on the 21st day of May, 2007, a copy of this **Notice Of Service** was served, by electronic filing, upon:

> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware  19899

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
  Delaware Liaison Counsel for Lead Plaintiffs
  Email: nmonhait@rmgglaw.com

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Co-Lead Counsel for Lead Plaintiffs
Tay Siew Choon and Mark Leonov

SCHATZ NOBEL IZARD, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

**Lead Counsel for Plaintiffs**

May 21, 2007