IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) Case No: 04-CV-831 (SLR) Consolidated Action **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants hereby certifies that copies of the following documents were caused to be served on August 10, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS

**VIA HAND DELIVERY**

Norman Monhait (#1040)
Carmella P. Keener (#2810)
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070

**VIA ELECTRONIC MAIL**

Christopher J. Keller
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

OF COUNSEL:

Boris Feldman, Esquire
Nina F. Locker, Esquire
Peri Nielsen, Esquire
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Dated: August 10, 2007
812080 / 29298

POTTER ANDERSON & CORROON LLP

By: /s/ *Kenneth L. Dorsney*
Peter J. Walsh, Jr. (DSB ID No. 2437)
Kenneth L. Dorsney (DSB ID No. 3726)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom and John Brigden*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on August 10, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 10, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Norman Monhait (#1040) | Christopher J. Keller |
| Carmella P. Keener (#2810) | Goodkind Labaton Rudoff & |
| Rosenthal, Monhait & Goddess | Sucharow LLP |
| Mellon Bank Center, Suite 1401 | 100 Park Avenue |
| Wilmington, DE 19899-1070 | New York, NY 10017 |
| nmonhait@rmgglaw.com | ckeller@labaton.com |
| ckeener@rmgglaw.com | |

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298