IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF WITHDRAWAL OF SUBPOENA

PLEASE TAKE NOTICE that defendant VERITAS Software Corporation hereby withdraws the August 16, 2007 subpoena ad testificandum that was issued out of the Northern District of California and directed to Ms. Dana Thomas.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Nina F. Locker
Peri Nielsen
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Dated: August 22, 2007
814021 / 29298

By: /s/ Kenneth L. Dorsney
    Peter J. Walsh, Jr. (#2437)
    Kenneth L. Dorsney (#3726)
    1313 North Market Street, 6th Floor
    Wilmington, Delaware 19899-0951
    Tel: (302) 984-6000
    pwalsh@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 22, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 22, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Norman Monhait | Christopher J. Keller |
| Carmella P. Keener | Goodkind Labaton Rudoff & |
| Rosenthal, Monhait & Goddess | Sucharow LLP |
| Mellon Bank Center, Suite 1401 | 100 Park Avenue |
| Wilmington, DE 19899-1070 | New York, NY 10017 |
| nmonhait@rmgglaw.com | ckeller@labaton.com |
| ckeener@rmgglaw.com | |

By:   /s/ Kenneth L. Dorsney
      Peter J. Walsh, Jr. (#2437)
      Kenneth L. Dorsney (#3726)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      pwalsh@potteranderson.com
      kdorsney@potteranderson.com

735071 / 28298