ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

August 29, 2007

**BY HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Re:  In Re Veritas Software Corp. Securities Litigation
     D. Del., Civil Action No. 04-831 (SLR)

Dear Judge Robinson:

With this letter, I am filing the parties' Stipulation of Voluntary Dismissal of this action against defendant John Brigden, without prejudice. On behalf of the parties, I respectfully submit that, even though this litigation has been certified as a class action, no notice or hearing is required for the Court to approve the dismissal.

First, the language of Federal Rule of Civil Procedure 23(e)(1)(A) is at least ambiguous as to whether or not Court approval is even required for the dismissal of an individual defendant from a class action. A more reasonable reading of the word "claims" in that subsection is that it contemplates the entirety of the action rather than claims asserted against an individual defendant. Counsel have not been able to find any decisions on this point. The Court, however, need not make the first effort at interpretation.

Rule 23 subsections (e)(1)(B) and (C) require notice and a hearing as to a dismissal that would "bind" class members. There is no binding effect on the class of the dismissal proposed here because it is expressly without prejudice and the Stipulation contains a tolling provision such that claims could be reasserted against Mr. Brigden if further fact development warrants such an action.

The Honorable Sue L. Robinson
August 29, 2007
Page 2

       In addition, to the extent the parties' compliance with Rule 23(e)(2) is necessary, I represent on behalf of the parties that the Stipulation reflects the entirety of the agreement among them concerning the proposed dismissal. Specifically, neither Mr. Brigden nor anyone acting on his behalf is providing any consideration to plaintiffs or their counsel in connection with the proposed dismissal.

       Counsel are available should Your Honor have any questions concerning this matter.

       Respectfully,

       Norman M. Monhait (#1040)

NMM:mst
Enclosure

cc:   Peter J. Walsh, Jr., Esquire        Jeffrey M. Norton, Esquire
     Andrew M. Schatz, Esquire        David J. Goldsmith, Esquire
     Clerk, U.S. District Court          Ira Schochet, Esquire