IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Consolidated Action<br>Civil Action No: 04-831 (SLR)<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and upon agreement of all parties to this lawsuit and their counsel, it is hereby stipulated and agreed to dismiss Defendant John Brigden from the above captioned matter without prejudice. Until such time as this matter is dismissed by operation of law or otherwise, or by agreement of the parties, the statute of limitations relating to those allegations in the Second Consolidated Amended Class Action Complaint that pertain specifically to Defendant John Brigden shall be tolled.

| **ROSENTHAL, MONHAIT & GODDESS, P.A.** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| By: */s/ Norman M. Monhait*<br>Norman M. Monhait (#1040)<br>Carmella P. Keener (#2810)<br>919 Market Street, Suite 1401<br>Citizens Bank Center<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>nmonhait@rmgglaw.com<br>ckeener@rmgglaw.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Kenneth L. Dorsney*<br>Peter J. Walsh, Jr. (#2437)<br>Kenneth L. Dorsney (# 3726)<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>pwalsh@potteranderson.com<br>kdorsney@potteranderson.com<br><br>*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis, Gary L. Bloom and John Brigden* |

**SO ORDERED this ___ day of August, 2007.**

_____
**UNITED STATES DISTRICT JUDGE**