IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) ) ) ) Case No: 04-CV-831 (SLR)<br>Consolidated Action<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Aravind Swaminathan of Wilson Sonsini Goodrich & Rosati, PC, 701 Fifth Avenue, Suite 5100, Seattle, WA 98104, and Dominique Chantale Alepin of Wilson Sonsini Goodrich & Rosati, PC, 650 Page Mill Road, Palo Alto, California 94304-1050, to represent Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

Dated: September 4, 2007
815945 / 28298

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Massachusetts and Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 4, 2007    Signed:    /s/ Aravind Swaminathan
Aravind Swaminathan
Wilson Sonsini Goodrich & Rosati, PC
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Tel: (206) 883-2500
aswaminathan@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

     In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: September 4, 2007    Signed:   */s/ Dominique Chantale Alepin*
                                                  Dominique Chantale Alepin
                                                  Wilson Sonsini Goodrich & Rosati, PC
                                                  650 Page Mill Road
                                                  Palo Alto, California 94304-1050
                                                  Tel: (650) 493-9300
                                                  dalepin@wsgr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on September 4, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 4, 2007, I have Electronically Mailed the document to the following person(s):

Norman Monhait
Carmella P. Keener
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

Christopher J. Keller
Ira A. Schochet
David J. Goldsmith
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
ckeller@labaton.com
ischochet@labaton.com
dgoldsmith@labaton.com

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
jnorton@hfesq.com

Andrew M. Schatz
Barbara F. Wolf
Schatz Nobel Izard P.C.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
aschatz@snlaw.net
bwolf@snlaw.net

By:  */s/ Kenneth L. Dorsney*
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298