IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action <br><br> **JURY TRIAL DEMANDED** |

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, with the consent and approval of defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom ("Defendants"), Christina L. Costley, and David A. McCarthy of Wilson Sonsini Goodrich & Roasti, PC, hereby withdraw their appearance as counsel for Defendants. All other attorneys involved in the case from Wilson Sonsini Goodrich & Rosati, P.C. and Potter Anderson & Corroon LLP continue to represent Defendants.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Nina F. Locker
Peri Nielsen
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Dated: September 4, 2007
815998 / 28298

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on September 4, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 4, 2007, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Norman Monhait<br>Carmella P. Keener<br>Rosenthal, Monhait & Goddess<br>Mellon Bank Center, Suite 1401<br>Wilmington, DE 19899-1070<br>nmonhait@rmgglaw.com<br>ckeener@rmgglaw.com | Christopher J. Keller<br>Ira A. Schochet<br>David J. Goldsmith<br>Labaton Rudoff & Sucharow LLP<br>100 Park Avenue<br>New York, NY 10017<br>ckeller@labaton.com<br>ischochet@labaton.com<br>dgoldsmith@labaton.com |
| Robert I. Harwood<br>Jeffrey M. Norton<br>Harwood Feffer LLP<br>488 Madison Avenue<br>New York, NY 10022<br>rharwood@hfesq.com<br>jnorton@hfesq.com | Andrew M. Schatz<br>Barbara F. Wolf<br>Schatz Nobel Izard P.C.<br>One Corporate Center<br>20 Church St., Ste 1700<br>Hartford, CT 06103<br>aschatz@snlaw.net<br>bwolf@snlaw.net |

By: /s/ Kenneth L. Dorsney
    Peter J. Walsh, Jr. (#2437)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    pwalsh@potteranderson.com
    kdorsney@potteranderson.com

735071 / 28298