# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION    :   Civil Action No. 04-831 (SLR)
SECURITIES LITIGATION                 :   Consolidated Action
---------------------------------------------------------------------x
```

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 10th day of September, 2007, a copy of the **Plaintiffs' Responses And Objections To Defendants' Second Set Of Interrogatories To Plaintiffs** was served, by hand delivery, upon following counsel of record:

> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19801

**PLEASE TAKE FURTHER NOTICE** that on the 10th day of September, 2007, a copy of the **Notice Of Service To Plaintiffs' Responses And Objections To Defendants' Second Set Of Interrogatories To Plaintiffs** was served, by electronic filing, upon:

> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware  19899

**ROSENTHAL, MONHAIT& GODDESS, P.A.**

By: _____

Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE  19899-1070
(302) 656-4433
  Delaware Liaison Counsel for Lead Plaintiffs
  Email: nmonhait@rmgglaw.com

OF COUNSEL:

LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017
(212) 907-0700
Co-Lead Counsel for Lead Plaintiffs
Tay Siew Choon and Mark Leonov

SCHATZ NOBEL IZARD, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
(860) 493-6292

HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
(212) 935-7400

**Lead Counsel for Plaintiffs**

September 10, 2007