## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE VERITAS SOFTWARE CORP.<br>SECURITIES LITIGATION | ) <br> ) Case No: 04-CV-831 (SLR)<br> ) Consolidated Action<br> ) <br> ) **JURY TRIAL DEMANDED** |

### MOTION FOR SUMMARY JUDGMENT

Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom

("Defendants") hereby move for summary judgment pursuant Federal Rule of Civil Procedure

56. The grounds for this motion are fully set forth in Defendants' Memorandum in Support of its

Motion for Summary Judgment, and related papers filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Nina F. Locker
Peri Nielsen
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Dated: September 19, 2007
820006 / 29298

By: */s/ Kenneth L. Dorsney*
     Peter J. Walsh, Jr. (#2437)
     Kenneth L. Dorsney (#3726)
     1313 North Market Street, 6th Floor
     Wilmington, Delaware 19899-0951
     Tel: (302) 984-6000
     pwalsh@potteranderson.com
     kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software*
*Corporation, Edwin J. Gillis and Gary L. Bloom*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on September 19, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 19, 2007, I have Electronically Mailed the document to the following person(s):

Norman Monhait
Carmella P. Keener
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

Christopher J. Keller
Ira A. Schochet
David J. Goldsmith
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
ckeller@labaton.com
ischochet@labaton.com
dgoldsmith@labaton.com

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
jnorton@hfesq.com

Andrew M. Schatz
Barbara F. Wolf
Schatz Nobel Izard P.C.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
aschatz@snlaw.net
bwolf@snlaw.net

By:   /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298