# EXHIBIT A

# VERITAS — EMPLOYEE TERMINATION NOTICE

| EMPLOYEE NAME: | Carla Kidd | EMPL ID: | 010276 |
|---|---|---|---|
| EFFECTIVE DATE | December 4, 2002 (Day after termination) | | |

## TYPE:

Select termination status for IS&T purposes: **B. Standard Involuntary Term**

If termination is voluntary, select reason code: Select voluntary reason

If terminations is involuntary, select reason code: **USP - Unsatisfactory performance**

Rehire: ☐ Yes  ☒ No

☒ Severance: If box checked, please indicate the number of weeks of severance pay: **4**

DOH: 3/6/00

## CONFIRMATIONS:

Is this employee currently working on a visa (i.e. H-1b, L-1 A/B, J-1 or F-1)?   ☐ YES   ☐ NO   ☐ NOT SURE

☐ Time cards must be signed by manager and submitted to Payroll for processing (if applicable)

☐ If 1 year or less of service:
   ☐ a. Relocation expense paid to date: $ _____ (HR/Relocation/Relo Logs; RRI Rep; or in PS under Additional Pay - Relo Bonus)
   ☐ b. Hire On Bonus paid: $ _____ (HR/Recruiting/Programs/ERP/Referral Bonuses/ER & Hire On 2002)

☐ If need to deduct money from final paycheck, employee must sign Authorization for Deduction Clause (HR\Terminations)

☐ Employee to reimburse VERITAS $ _____

☐ If employee is a manager, direct reports now report to: _____
   *If left blank, direct reports will be updated with the next level manager*

## EXIT PACKET:

Date exit packet due to HR Manager for proofing and/or for exit interview: **11/19/02**

SHIPPING INSTRUCTIONS:

Ship Exit Packet to be delivered on: _____   SIGNATURE REQUIRED for delivery acceptance: ☐ YES  ☐ NO

If packet should be delivered to someone other than employee, please state name here: _____

If packet should be delivered to an address other than employee's, please state here: _____

## COMMENTS AND/OR SPECIAL INSTRUCTIONS:

## APPROVAL:

| Lynn Burke | 11/18/02 |
|---|---|
| HUMAN RESOURCES MANAGER | DATE |