# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) ) ) |

Case No:  04-CV-831 (SLR)
Consolidated Action

**JURY TRIAL DEMANDED**

## DECLARATION OF DAVID L. LANSKY, ESQ. IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR <u>MOTION FOR SUMMARY JUDGMENT</u>

Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

OF COUNSEL:

Nina F. Locker
Peri Nielsen
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California  94304-1050
Tel: (650) 493-9300

*Attorneys for Defendants VERITAS Software
Corporation, Edwin J. Gillis and Gary L. Bloom*

Dated:  September 19, 2007
819885 / 29298

I, David L. Lansky, declare as follows:

1.       I am an attorney licensed to practice in the State of California and am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel of record for defendants VERITAS Software Corporation, Gary L. Bloom, John Brigden and Ed Gillis.  I submit this Affidavit in Support of Defendants' Motion for Summary Judgment.  I make this declaration based on personal knowledge and if called and sworn as a witness could and would testify competently thereto.

2.       On September 25, 2006, I conducted a telephone interview of Carla L. Kidd. During that conversation, Ms. Kidd told me the following:

a.       Ms. Kidd was employed as an administrative assistant in VERITAS's legal department from March 2000 until December 2002.  Her responsibilities were to maintain the contract files.

b.       In 2005, Ms. Kidd was contacted by a man who identified himself as working for a New York law firm.  She was also contacted by a private detective.  She spoke to both of them about VERITAS.

c.       Ms. Kidd believed that she was Confidential Witness #3, based on the allegations attributed to that witness in the Complaint, except Ms. Kidd left VERITAS in December 2002.  Ms. Kidd has no knowledge of VERITAS's practices in 2003.

d.       Ms. Kidd was not involved in the revenue recognition process at VERITAS and had no revenue recognition responsibilities.  Ms. Kidd did not know how much revenue VERITAS recognized on particular contracts or when such revenue was recognized. She did not know if or when VERITAS recognized revenue on the contracts referenced in Paragraph 41(b) of the Complaint, and she could not identify any particular contracts from which VERITAS recognized revenue improperly.

-1-

DECLARATION OF DAVID L. LANSKY, ESQ IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

e.    The Complaint avers that Confidential Witness #3 said: "The revenue results for a quarter were determined before the quarter had ended, and the 'fake' contracts were approved and recognized as revenue." Cmplt ¶ 41(b). Ms. Kidd denied making this statement.

f.    Ms. Kidd did not know what, if any, role John Brigden played in deciding what revenue VERITAS would recognize on a contract or when the revenue would be recognized. Ms. Kidd did not know if Mr. Brigden knew, when a contract was presented for his signature, whether or not VERITAS would recognize revenue for that contract in the current quarter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of September, 2007 in Palo Alto, California.

_____ */s/ David Lansky* _____
David L. Lansky

**DECLARATION OF DAVID L. LANSKY, ESQ. IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on September 19, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 19, 2007, I have Electronically Mailed the document to the following person(s):

Norman Monhait
Carmella P. Keener
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE  19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

Christopher J. Keller
Ira A. Schochet
David J. Goldsmith
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY  10017
ckeller@labaton.com
ischochet@labaton.com
dgoldsmith@labaton.com

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY  10022
rharwood@hfesq.com
jnorton@hfesq.com

Andrew M. Schatz
Barbara F. Wolf
Schatz Nobel Izard P.C.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT  06103
aschatz@snlaw.net
bwolf@snlaw.net

By:   */s/ Kenneth L. Dorsney*
         Peter J. Walsh, Jr. (#2437)
         Kenneth L. Dorsney (#3726)
         Hercules Plaza, 6th Floor
         1313 N. Market Street
         Wilmington, Delaware  19899-0951
         (302) 984-6000
         pwalsh@potteranderson.com
         kdorsney@potteranderson.com

735071 / 28298