IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action<br><br>**JURY TRIAL DEMANDED** |

### AFFIDAVIT OF DANA C. THOMAS IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

OF COUNSEL:

Nina F. Locker
Peri Nielsen
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Filed: September 19, 2007
29298

Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 6th Floor
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | DEMAND FOR JURY TRIAL |

**Affidavit of Dana C. Thomas**

Peter J. Walsh, Jr. (#2437)
Potter Anderson & Corroon LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000

-- and --

Nina F. Locker, Esq.
Peri Nielsen, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Dated: August 21, 2007

I, Dana Thomas, after first being duly sworn, depose and state that:

1. I was employed as a contracts negotiator in VERITAS's legal department from February 2000 to March 17, 2004. I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify competently thereto.

2. I recall twice speaking to an attorney, Barbara Wolf, Esq., of the law firm Schatz & Noble, P.C., sometime between March 2004 and May 2005 who claimed to represent the plaintiffs in the class action litigation. Each conversation lasted about 15 minutes.

3. I have read the description of Confidential Witness # 4 in Paragraph 23(d) of the complaint filed in this litigation and believe I am the person being described. Given that I recall speaking with Barbara Wolf regarding this matter, the dates of employment of Confidential Witness # 4, and position of Confidential Witness #4, I believe that I am Confidential Witness #4.

4. I did not tell Barbara Wolf in form or substance that "[t]he legal department was responsible for deciding when revenue could be recognized and reported," as is alleged in paragraph 41(a) of the complaint, and I disagree with this assertion. I believe the finance department was responsible for deciding when revenue could be recognized and reported.

5. I did not tell Barbara Wolf in form or substance that: "As a result of the downturn in demand, and the resulting need to cut costs, was also evidenced by the fact that even though people who left during the first quarter of 2004 were not replaced, despite the fact that Veritas was understaffed, according to Confidential Witness # 4," as alleged in Paragraph 45(f). I also disagree with this assertion. I was unaware of any downturn in demand or need to cut costs in the first quarter of 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of August, Sunnyvale, California.

_____
Dana C. Thomas

-1-
Declaration of Dana C. Thomas

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of __Santa Clara__ } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

__21st__ day of __August__, __2007__, by
   Date           Month                Year

(1) __Dana C. Thomas__,
          Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)
          (and

(2) _____,
          Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

_____Lisa Jackson_____
   Signature of Notary Public

[Notary Seal: LISA JACKSON, Commission # 1507423, Notary Public - California, Santa Clara County, My Comm. Expires Aug 13, 2008]

Place Notary Seal Above

——————— **OPTIONAL** ———————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on September 19, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 19, 2007, I have Electronically Mailed the document to the following person(s):

Norman Monhait
Carmella P. Keener
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

Christopher J. Keller
Ira A. Schochet
David J. Goldsmith
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
ckeller@labaton.com
ischochet@labaton.com
dgoldsmith@labaton.com

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
jnorton@hfesq.com

Andrew M. Schatz
Barbara F. Wolf
Schatz Nobel Izard P.C.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
aschatz@snlaw.net
bwolf@snlaw.net

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298