## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | |

### STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

WHEREAS, Defendants in the above captioned litigation on September 19, 2007 served Plaintiffs with a motion for summary judgment (the "Motion");

WHEREAS, by ordinary operation of the Federal Rules of Civil Procedure and the Local Rules of this District, Plaintiffs' opposition to the Motion would be due on October 9, 2007;

WHEREAS, the issues raised by the Motion will require a detailed and substantive response from Plaintiffs;

WHEREAS, the parties have agreed that it is in their best interests to extend Plaintiffs' time to respond to the Motion so that the parties can explore the possibility of conducting another mediation session;

WHEREAS, the parties have conferred concerning the deadline for Plaintiffs to respond to the Motion and have agreed, subject to approval of the Court, to extend the time to respond 21 days from October 9, 2007 to October 30, 2007;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that Plaintiffs shall have until October 30, 2007 to file their opposition to Defendants' Motion.

**AGREED TO BY:**

DATED: October 5, 2007

**POTTER ANDERSON & CORROON LLP**

Peter J. Walsh, Jr. (DSBA #2437)
1313 N. Market St.
Hercules Plaza, 6th Fl.
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6037

**WILSON SONSINI GOODRICH & ROSATI**
Nina F. Locker
Peri B. Nielsen
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 493-9300

*Attorneys for Defendants*

DATED: October 4, 2007

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

Norman Monhait (DSBA #1040)
Citizens Bank Center, Ste. 1401
P. O. Box 1070
Wilmington, DE 19899
Tel: (302) 656-4433

*Liaison Counsel for Lead
Plaintiffs and the Class*

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022
Tel: (212) 935-7400

-2-

**LABATON SUCHAROW LLP**
Ira A. Schochet
David J. Goldsmith
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Seth R. Klein
20 Church St., Ste 1700
Hartford, CT 06103
Tel: (860) 493-6292

***Co-Lead Counsel for***
***Lead Plaintiffs and the Class***


**SO ORDERED:**

DATED this _____ day of _____, 2007.    _____
                                                Hon. Sue L. Robinson
                                                United States District Judge

Stipulation and Order Regarding Plaintiffs' Deadline For
Responding to Defendants' Motion for Summary Judgment