IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

————————————————————————x
:
IN RE VERITAS SOFTWARE CORP.     : Case No. 04-CV-831 (SLR)
SECURITIES LITIGATION             : Consolidated Action
                                  :
This Document Relates To:         :
ALL ACTIONS                       :
                                  :
————————————————————————x

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

**PLEASE TAKE NOTICE** that effective immediately Labaton Sucharow & Rudoff LLP has changed its name and its office has relocated from 100 Park Avenue, New York, New York 10017 to the following:

**Labaton Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

**PLEASE TAKE FURTHER NOTICE** that all other contact information for the undersigned and other Labaton Sucharow LLP attorneys remains unchanged. All further pleadings and correspondence in this action should be sent to this address.

Dated: New York, New York
October 18, 2007

ROSENTHAL, MONHAIT & GODDESS, P.A.

*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899
(302) 656-4433

*Liaison Counsel for Lead Plaintiffs and the Class*

Ira A. Schochet
David J. Goldsmith
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel:  212-907-0700

*Co-Lead Counsel for Lead Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I, Norman Monhait, hereby certify that on October 18, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing/downloading.

I hereby certify that I have Electronically Mailed the attached document to the following persons:

Peter J. Walsh, Jr.
Kenneth L. Dorsney
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Fl.
P.O. Box 951
Wilmington, DE 19899-0951

Nina F. Locker
Peri B. Nielsen
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022

Andrew M. Schatz
Seth Klein
Schatz Nobel Izard P.C.
20 Church Street, Suite 1700
Hartford, CT 06103

/s/ Norman Monhait
Norman M. Monhait (#1040)