IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No: 04-CV-831 (SLR)<br>Consolidated Action |

**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER AND EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

WHEREAS, the Court entered a scheduling order on July 10, 2006, pursuant to stipulation of the parties;

WHEREAS, the Court entered an amended scheduling order (the "Scheduling Order") on February 14, 2007, pursuant to further stipulation of the parties;

WHEREAS, the Scheduling Order provides that all fact discovery will be commenced in time to be completed by March 31, 2008 (hereinafter "Fact Discovery Cut-Off Date"), and provides subsequent completion dates for expert reports, expert discovery and briefing of summary judgment motions;

WHEREAS, the parties have been involved in ongoing settlement discussions, including a mediation session on August 2-3, 2007;

WHEREAS, on September 19, 2007 Defendants served Plaintiffs with a motion for summary judgment (the "Motion");

WHEREAS, on October 9, 2007, the Court approved a stipulation extending the deadline for Plaintiffs to respond to the Motion until October 30, 2007;

WHEREAS, the parties have agreed to continue mediation efforts and have scheduled another mediation session before mediator Jonathan Marks for November 12, 2007;

-2-

WHEREAS, in light of the forthcoming mediation, the parties have agreed to extend Plaintiffs' time to respond to the Motion and to extend the Fact Discovery Cut-Off Date and all subsequent related dates;

WHEREAS, the parties agree that the extension of the Fact Discovery Cut-Off Date and all subsequent dates shall not be construed as a waiver or endorsement of the parties' rights concerning the nature, scope of, or time required to complete additional discovery;

WHEREAS, the parties have conferred concerning the foregoing deadlines and have agreed, subject to approval of the Court, to extend the deadline for Plaintiffs to respond to the motion until four (4) weeks following the scheduled mediation session, until and including December 10, 2007; and to extend the Fact Discovery Cut-Off Date by 92 days until June 30, 2008; and to extend all other dates in the Scheduling Order accordingly;

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate as follows:

(i) Plaintiffs shall have until December 10, 2007 to file their opposition to Defendants' Motion;

(ii) Paragraphs 3a and 3f and paragraph 6 of the Scheduling Order (as amended on February 14, 2007) shall be further amended as follows:

3a. All fact discovery shall be commenced in time to be completed by June 30, 2008.

3f. Opening reports from retained testifying experts under Rule 26(a)(2) shall be served by August 1, 2008. Answering expert reports shall be served by August 29, 2008. Rebuttal expert reports shall be served by October 1, 2008. Expert discovery shall be completed by December 19, 2008.

6. **Summary Judgment Motions**. All summary judgment motions shall be served and filed with an opening brief on or before January 23, 2009. Opposing memoranda shall be served and filed by March 9, 2009, and reply memoranda shall be served and filed by April 8, 2009.

**AGREED TO BY:**

DATED: October 23, 2007              **POTTER ANDERSON & CORROON LLP**

*/s/ Kenneth L. Dorsney*
Peter J. Walsh, Jr. (DSBA #2437)
Kenneth L. Dorsney (DSBA #3726)
1313 N. Market St.
Hercules Plaza, 6th Fl.
P. O. Box 951
Wilmington, DE  19899-0951
Tel: (302) 984-6037

**WILSON SONSINI GOODRICH & ROSATI**
Nina F. Locker
Peri B. Nielsen
650 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 493-9300

*Attorneys for Defendants*

DATED: October 23, 2007              **ROSENTHAL, MONHAIT & GODDESS, P.A.**

*/s/ Norman Monhait*
Norman Monhait (DSBA #1040)
Citizens Bank Center, Ste. 1401
P. O. Box 1070
Wilmington, DE  19899
Tel: (302) 656-4433

*Liaison Counsel for Lead Plaintiffs and the Class*

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022
Tel: (212) 935-7400

**LABATON SUCHAROW LLP**
Ira A. Schochet
David J. Goldsmith
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Seth R. Klein
20 Church St., Ste 1700
Hartford, CT 06103
Tel: (860) 493-6292

*Co-Lead Counsel for*
*Lead Plaintiffs and the Class*

**SO ORDERED**:

DATED this _____ day of _____, 2007.   _____
                                                                                       Hon. Sue L. Robinson

                                                                                       United States District Judge