IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | |

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**WHEREAS**, on September 19, 2007, Defendants served Plaintiffs with a motion for summary judgment;

**WHEREAS**, on October 26, 2007, the Court approved a stipulation extending the deadline for Plaintiffs to respond to Defendants' motion for summary judgment until December 10, 2007;

**WHEREAS**, based on the posture of the parties' ongoing mediation efforts, the parties agree the process would be best served by again extending the deadline for Plaintiffs to file and serve opposing memoranda to April 1, 2008 and for Defendants' reply memoranda to be served and filed by May 1, 2008.

**NOW THEREFORE**, the parties, by and through their undersigned counsel, hereby stipulate that Plaintiffs shall have until April 1, 2008 to file and serve opposing memoranda to defendants' motion for summary judgment and Defendants shall have until May 1, 2008 to file and serve reply memoranda.

-2-

AGREED TO BY:

| ROSENTHAL, MONHAIT & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |

/s/ Norman M. Monhait
Norman Monhait (DSBA #1040)
919 Market Street, Suite 1401
Citizens Bank Center
P. O. Box 1070
Wilmington, DE  19899
Tel: (302) 656-4433

*Liaison Counsel for Lead Plaintiffs
 and the Class*

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY  10022
Tel: (212) 935-7400

**LABATON SUCHAROW LLP**
Ira A. Schochet
David J. Goldsmith
140 Broadway
New York, NY  10005
Tel: (212) 907-0700

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Seth R. Klein
20 Church St., Ste 1700
Hartford, CT  06103
Tel: (860) 493-6292

*Co-Lead Counsel for
Lead Plaintiffs and the Class*

/s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (DSBA #2437)
Kenneth L. Dorsney (DSBA #3726)
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951
Tel: (302) 984-6037

**WILSON SONSINI GOODRICH & ROSATI**
Nina F. Locker
Peri B. Nielsen
650 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 493-9300

*Attorneys for Defendants*

**SO ORDERED**:

DATED this _____ day of _____, 2007.   _____
Hon. Sue L. Robinson
United States District Judge