IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PAUL KUCK, et al., )
)
    Plaintiffs, )
)
v. ) Civ. No. 04-831-SLR
)
VERITAS SOFTWARE CORP., et al., )
)
    Defendants. )

**ORDER**

At Wilmington this 13th day of February, 2008, in order to determine whether the pending summary judgment motion has merit;

IT IS ORDERED that, on or before **February 29, 2008**, movants shall file with the court a short and concise statement, in numbered paragraphs, of: (a) the material facts as to which movants contend there is no genuine issue to be tried; and (b) the legal issues upon which judgment is sought. **On or before March 21, 2008**, nonmovants shall respond in kind, with the content of the numbered paragraphs of the responsive statement corresponding to the content of the numbered paragraphs of movants' statement. I will determine from these submissions whether a summary judgment motion practice is warranted.

                                                                             /s/ _____

                                                           United States District Judge