

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Peter J. Walsh, Jr.
Partner
pwalsh@potteranderson.com
302 984-6037 Direct Phone
302 658-1192 Fax

February 21, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
U. S. District Court for the District of Delaware
844 North King Street, Lock Box 31
Wilmington, Delaware 19801

    Re:    *Paul Kuck v. Veritas Software, et al.*
            **USDC (D. Del.) C.A. No. 04-831 (SLR)**

Dear Judge Robinson:

       This letter addresses the Court's February 13, 2008 Order (D.I. 118), which sets a February 28 and March 21, 2008 schedule for respective party submissions regarding Defendant Veritas Software Corp.'s ("Veritas") September 19, 2007 summary judgment motion (D.I. 107).

       Defendants Veritas, Edwin Gillis and Gary Bloom write to inform the Court that Defendants and Plaintiffs have agreed to a settlement in principle subject only to confirmatory discovery and preparation of applicable settlement documentation. As the parties are diligently moving forward to complete settlement, Defendants respectfully request relief from the February 28 and March 21, 2008 dates. Defendants have met and conferred with Plaintiffs; both parties are in agreement that the dates specified in the Court's February 13, 2008 should be continued in light of the settlement in principle.

       The parties previously stipulated to a summary judgment briefing schedule. (D.I. 117, "so ordered" Dec. 11, 2007). Under that schedule, Plaintiffs' responsive brief is due on or before April 1, 2008 and Veritas's reply brief is due on or before May 1, 2008. In view of the Court's February 13th Order, Defendants understand that the Court is requiring different party submissions before allowing further briefing. Thus, in the event the parties do not consummate settlement, Defendants respectfully propose that Veritas's submission be due on April 15 and Plaintiffs' on May 15.

The parties are available to respond to any questions from the Court.

Respectfully,

Peter J. Walsh, Jr. (ID No. 2437)

KLD:nmt/848438/28298
cc:   Clerk of Court (via hand delivery)
      Counsel of Record (via electronic filing)

2