IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL KUCK, et al., | ) |
|       Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 04-831-SLR ) |
| VERITAS SOFTWARE CORP., et al., | ) ) |
|       Defendants. | ) |

**O R D E R**

At Wilmington this 27th day of February, 2008, having reviewed a status report submitted by counsel in the above captioned case (D.I. 119);

IT IS ORDERED that the pending motion for summary judgment (D.I. 107) is hereby dismissed without prejudice to renew, should the parties not resolve the case through settlement.

IT IS FURTHER ORDERED that the summary judgment briefing schedule (D.I. 117) and the order requiring further submissions (D.I. 118) are mooted by the above.

                                                                                                             */s/*_____
                                                                United States District Judge