IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) Case No: 04-CV-831 (SLR) ) Consolidated Action ) ) **JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Kenneth L. Dorsney, Esq., of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, hereby withdraws his appearance as counsel for VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom ("Defendants"). All other attorneys involved in the case from Wilson Sonsini Goodrich & Rosati, PC and Potter Anderson & Corroon LLP continue to represent Defendants.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Nina F. Locker
Peri Nielsen
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Dated: February 29, 2008
851761 / 28298

By: /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendants VERITAS Software Corporation, Edwin J. Gillis and Gary L. Bloom*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on February 29, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on February 29, 2008, the attached document was Electronically Mailed to the following person(s):

Norman Monhait
Carmella P. Keener
Rosenthal, Monhait & Goddess
Mellon Bank Center, Suite 1401
Wilmington, DE 19899-1070
nmonhait@rmgglaw.com
ckeener@rmgglaw.com

Christopher J. Keller
Ira A. Schochet
David J. Goldsmith
Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017
ckeller@labaton.com
ischochet@labaton.com
dgoldsmith@labaton.com

Robert I. Harwood
Jeffrey M. Norton
Harwood Feffer LLP
488 Madison Avenue
New York, NY 10022
rharwood@hfesq.com
jnorton@hfesq.com

Andrew M. Schatz
Barbara F. Wolf
Schatz Nobel Izard P.C.
One Corporate Center
20 Church St., Ste 1700
Hartford, CT 06103
aschatz@snlaw.net
bwolf@snlaw.net

By:   /s/ Kenneth L. Dorsney
Peter J. Walsh, Jr. (#2437)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
pwalsh@potteranderson.com
kdorsney@potteranderson.com

735071 / 28298