# EXHIBIT D

## Exhibit D

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION    :    Case No. 04-CV-831 (SLR)
SECURITIES LITIGATION                 :    Consolidated Action
---------------------------------------------x

### SUMMARY NOTICE

TO: **ALL PERSONS OR ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF VERITAS SOFTWARE CORPORATION ("VERITAS") DURING THE PERIOD BETWEEN APRIL 23, 2003 AND JULY 6, 2004, INCLUSIVE, AND WHO WERE DAMAGED THEREBY (THE "CLASS").**

**YOU ARE HEREBY NOTIFIED**, pursuant to an Order of the United States District Court for the District of Delaware, that a hearing will be held before the Honorable Sue L. Robinson, United States District Judge, at the United States Courthouse for the District of Delaware, Caleb Boggs Federal Building, Courtroom 6124, 844 N. King Street, Wilmington, DE 19801 at _____ on _____ (the "Settlement Hearing"), in order to consider a proposed settlement (the "Settlement") of a certified class action (the "Litigation"). At the Settlement Hearing, the Court will determine: (1) whether the Settlement of the Litigation for the sum of $21.5 million in cash plus all interest earned thereon (the "Settlement Fund") should be approved by the Court as fair, reasonable and adequate; (2) whether the Litigation should be dismissed with prejudice; (3) whether the Plan of Allocation of the Settlement Fund is fair, reasonable and adequate; (4) whether the application of Co-Lead Counsel for attorneys' fees and reimbursement of costs and expenses (the "Fee and Expense Application") should be approved; and (5) whether the application for an award to Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) (the "Lead Plaintiff Expense Application") should be approved.

If you purchased or acquired Veritas securities between April 23, 2003 and July 6, 2004, inclusive, your rights may be affected by the Settlement of this Litigation and you may be entitled to share in the settlement fund. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action and a copy of the Proof of Claim and Release form, you may obtain copies by writing to the Claims Administrator: Berdon Claims Administration LLC, P.O. Box 9014, Jericho, NY 11753. Any such request should indicate that it is in reference to the Litigation: *In re Veritas Software Corp. Securities Litigation*, Case No. 04-CV-831 (SLR). If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Proof of Claim and Release so that it is received no later than _____, establishing that you are entitled to recovery.

If you desire to be excluded from the Class and not recover from the Settlement, you must submit a request for exclusion so that it is actually received by the Claims Administrator and counsel, by _____, in the manner and form explained in the detailed Notice referred to above. All Members of the Class who have not requested exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to any of the matters before the Court must be mailed or delivered so that it is received by each of the following no later than _____, and must indicate that it is an Objection in the action: *In re Veritas Software Corp. Securities Litigation*, Case No. 04-CV-831 (SLR):

>CLERK OF THE COURT
>United States District Court
>District Of Delaware
>Caleb Boggs Federal Building
>844 N. King Street
>Wilmington, DE 19801
>
>*Co-Lead Counsel for Lead Plaintiffs and the Class:*

**SCHATZ NOBEL IZARD P.C.**
Jeffrey S. Nobel
Seth R. Klein
20 Church Street, Suite 1700
Hartford, CT 06103

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022

**LABATON SUCHAROW LLP**
Ira A. Schochet
Stephen W. Tountas
140 Broadway
New York, NY 10005

*Counsel for Defendants:*

**WILSON SONSINI GOODRICH & ROSATI, PC**
Nina F. Locker
Peri Nielsen
650 Page Mill Road
Palo Alto, California 94304-1050

POTTER ANDERSON & CORROON LLP
Peter J. Walsh, Jr.
1313 North Market Street
Wilmington, Delaware 19801

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.

DATED: April ___, 2008

                                          BY ORDER OF THE COURT
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF DELAWARE