ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 8, 2008

**BY HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    **In Re Veritas Software Corp. Securities Litigation
            D. Del., Civil Action No. 04-831 (SLR)**

Dear Judge Robinson:

        I enclose for the Court's convenience a copy of the parties' Stipulation of Settlement which has been electronically filed today. If these papers are satisfactory to the Court, the parties request that the Court schedule a hearing in July. If the Court will provide me with dates and times convenient to Your Honor's calendar, I will be glad to communicate with other counsel to determine a mutually convenient date.

        Of course, if Your Honor has any questions, counsel are available.

        Respectfully,

        Norman M. Monhait (#1040)

NMM:mst
Enclosures

cc:    Peter J. Walsh, Jr., Esquire        Jeffrey M. Norton, Esquire
        Andrew M. Schatz, Esquire        David J. Goldsmith, Esquire
        Seth R. Klein, Esquire              Ira Schochet, Esquire
        Clerk, U.S. District Court