UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No. 04-CV-831 (SLR) Consolidated Action |
| THIS DOCUMENT RELATES TO: All Actions | |

### NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective immediately the law firm of SCHATZ NOBEL IZARD, P.C. has changed its name to:

IZARD NOBEL LLP

The attorneys' email addresses have been changed to reflect izardnobel.com as the new domain name. The firm's address, telephone number and facsimile remain the same.

DATED: July 14, 2008

ROSENTHAL, MONHAIT
& GODDESS, P.A.

By: */s/ Norman M. Monhait*
Norman M. Monhait (DSBA No. 1040)
Citizens Bank Center, Suite 1401
919 Market Street
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433
(302) 658-7567 (fax)
E-mail: nmonhait@rmgglaw.com

*Liaison Counsel for Lead Plaintiffs*

**IZARD NOBEL LLP**
Jeffrey S. Nobel *(pro hac vice)*
Seth Klein *(pro hac vice)*
Andrew M. Schatz *(pro hac vice)*
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
sklein@izardnobel.com

*Lead Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of July, 2008, a copy of the foregoing **Notice Of Firm Name Change** was served electronically by CM/ECF upon the following:

> Peter J. Walsh, Esquire
> Potter Anderson & Corroon LLP
> The Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19801

_____
Norman M. Monhait (#1040)