IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION ) ) ) ) This Document Relates to: ) ALL ACTIONS ) ) | Case No. 04-CV-831 (SLR) |

AFFIDAVIT OF MICHAEL ROSENBAUM RE:
MAILING AND PUBLICATION OF NOTICE
AND REQUESTS FOR EXCLUSION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

MICHAEL ROSENBAUM, being duly sworn, deposes and says:

1. I am Managing Director of Berdon Claims Administration LLC ("Berdon"), Claims Administrator in the above-captioned action.

2. I submit this affidavit to describe the procedures employed by Berdon to insure that all persons or entities that purchased or otherwise acquired securities of Veritas Software Corporation ("Veritas") during the period between April 23, 2003 and July 6, 2004, inclusive, and who were damaged thereby (the "Class" and the "Class Period") were timely notified of the proposed settlement of the class litigation and were provided with information for submitting a claim in connection therewith.

3. Pursuant to paragraph 4(a) of the Order Preliminarily Approving Settlement and Providing for Notice dated April 16, 2008 (the "Order"), the initial mailing of the Notice of Pendency and Proposed Settlement of Class Litigation and the Proof of Claim and Release (collectively, the "Notice"), annexed hereto as Exhibit A, was effected by Berdon via first-class mail on April 30, 2008. Copies of the Notice were mailed to 294 Veritas shareholders whose names and addresses were contained in the transfer records maintained by BNY Mellon Shareholder Service and provided to Berdon by the transfer agent, to 129 brokers, banks and other nominees on the Depository Trust

Company's Participant Proxy Contact List and 480 specific research and/or compliance personnel of said brokers, banks and other nominees, identified from databases created and maintained by Berdon, and to 2,138 financial institutions identified by Vickers Directory of Institutional Investors as having purchased Veritas securities during the Class Period. Therefore, the total of the initial mailing on April 30, 2008 amounted to 3,041 Notices.

4. Concurrently with the mailing of the Notice on April 30, 2008, Berdon posted the Notice on its website at www.berdonllp.com/claims.

5. Subsequent to the initial mailing on April 30, 2008, and up to and including this date, Berdon has furnished an additional 69,095 copies of the Notice to banks, brokers and other nominees for mailing to their beneficial owners, and to individual shareholders who requested copies; and we mailed an additional 148,851 Notices directly to beneficial owners, using the names and addresses furnished to our office as an alternative by some brokers, banks and other nominees, all in response to written, telephoned and e-mailed requests, for a total subsequent mailing of 217,946 Notices.

6. In summary, as a result of the initial mailing of 3,041 Notices on April 30, 2008 and our subsequent mailing of 217,946 Notices in response to all incoming requests, as of this date, Berdon has mailed a total of 220,987 Notices to members and potential members of the Class.

7. Moreover, Berdon has kept a record of Notices returned by the United States Postal Service as undeliverable, and where forwarding addresses have been affixed to the returned Notices, this office has re-addressed and re-mailed them and will continue to do so. In this manner, we are continuing to take all reasonable steps to insure that members and potential members of the Class are provided with a copy of the Notice.

8. Pursuant to paragraph 4(b) of the Order, the Summary Notice was to be published in the national edition of *Investor's Business Daily* and posted on PR Newswire not later than 14 days after the mailing of the Notice. Under my direction and supervision, the firm of Elser & Aucone, Inc. was engaged to effect the publication of the Summary Notice in *Investor's Business Daily* and its posting on PR Newswire on May 14, 2008, and a copy of the Summary Notice in the forms in which it appeared on that date is annexed hereto as Exhibit B.

9. Pursuant to paragraph 9 of the Order and section 13 on page 13 of the Notice, members of the Class were given the right to exclude themselves from participating in the proposed Settlements. As of this date, Berdon has received 4 requests for exclusion, copies of which are annexed hereto as Exhibit C.

The foregoing statements are true and correct to the best of my knowledge, information and belief.

_____
MICHAEL ROSENBAUM

Sworn to before me this
21st day of July, 2008

_____
Notary Public

MARLENE HURWITZ
NOTARY PUBLIC, State of New York
No. 46-97422
Qualified in Nassau County
Commission Expires April 30, 2011