# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION | Case No. 04-CV-831 (SLR) Consolidated Action |

### SUMMARY NOTICE

TO: ALL PERSONS OR ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED SECURITIES OF VERITAS SOFTWARE CORPORATION ("VERITAS") DURING THE PERIOD BETWEEN APRIL 23, 2003 AND JULY 6, 2004, INCLUSIVE, AND WHO WERE DAMAGED THEREBY (THE "CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of Delaware, that a hearing will be held before the Honorable Sue L. Robinson, United States District Judge, at the United States Courthouse for the District of Delaware, Caleb Boggs Federal Building, Courtroom 6124, 844 N. King Street, Wilmington, DE 19801 at 4:30 p.m. on July 31, 2008 (the "Settlement Hearing"), in order to consider a proposed settlement (the "Settlement") of a certified class action (the "Litigation"). At the Settlement Hearing, the Court will determine: (1) whether the Settlement of the Litigation for the sum of $21.5 million in cash plus all interest earned thereon (the "Settlement Fund") should be approved by the Court as fair, reasonable and adequate; (2) whether the Litigation should be dismissed with prejudice; (3) whether the Plan of Allocation of the Settlement Fund is fair, reasonable and adequate; (4) whether the application of Co-Lead Counsel for attorneys' fees and reimbursement of costs and expenses (the "Fee and Expense Application") should be approved; and (5) whether the application for an award to Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4) (the "Lead Plaintiff Expense Application") should be approved.

If you purchased or acquired Veritas securities between April 23, 2003 and July 6, 2004, inclusive, your rights may be affected by the Settlement of this Litigation and you may be entitled to share in the Settlement Fund. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Litigation and the Proof of Claim and Release form, you may obtain copies by writing to the Claims Administrator at Veritas Software Corporation Securities Litigation, c/o Berdon Claims Administration LLC, P.O. Box 9014, Jericho, NY 11753-8914. If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Proof of Claim and Release so that it is received no later than August 28, 2008 establishing that you are entitled to recovery.

If you desire to be excluded from the Class and not recover from the Settlement, you must submit a request for exclusion so that it is actually received by the Claims Administrator no later than June 30, 2008, in the manner and form explained in the detailed Notice referred to above. All Members of the Class who have not requested exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to any of the matters before the Court must be mailed or delivered so that it is received by each of the following no later than June 30, 2008, and must indicate that it is an Objection in the action: *In re Veritas Software Corp. Securities Litigation*, Case No. 04-CV-831 (SLR):

CLERK OF THE COURT
United States District Court
District Of Delaware
Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Co-Lead Counsel for Lead Plaintiffs and the Class:

| SCHATZ NOBEL IZARD P.C. | HARWOOD FEFFER LLP |
|---|---|
| Jeffrey S. Nobel | Robert I. Harwood |
| Seth R. Klein | Jeffrey M. Norton |
| 20 Church Street, Suite 1700 | 488 Madison Avenue |
| Hartford, CT 06103 | New York, NY 10022 |

LABATON SUCHAROW LLP
Ira A. Schochet
Stephen W. Tountas
140 Broadway
New York, NY 10005

Counsel for Defendants:

| WILSON SONSINI GOODRICH & ROSATI, PC | POTTER ANDERSON & CORROON LLP |
|---|---|
| Nina F. Locker | Peter J. Walsh, Jr. |
| Peri Nielsen | 1313 North Market Street |
| 650 Page Mill Road | Wilmington, DE 19801 |
| Palo Alto, CA 94304-1050 | |

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.

DATED: May 14, 2008

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

LLP Announce the Pendency and Proposed Settlement of Class Litigation
Regarding Veritas Software Corporation

NEW YORK, May 14 /PRNewswire/ -- Co-Lead Counsel for Lead Plaintiffs and the Class have announced, pursuant to an Order of the United States District Court for the District of Delaware, that a hearing will be held before the Honorable Sue L. Robinson, United States District Judge, at the United States Courthouse for the District of Delaware, Caleb Boggs Federal Building, Courtroom 6124, 844 N. King Street, Wilmington, DE 19801 at 4:30 p.m. on July 31, 2008 (the "Settlement Hearing"), in order to consider a proposed settlement (the "Settlement") of the certified class action, In re Veritas Software Corporation Securities Litigation, Case No. 04-CV- 831 (SLR) ("Veritas" or the "Litigation"). At the Settlement Hearing, the Court will determine: (1) whether the Settlement of the Litigation for the sum of
$21.5 million in cash plus all interest earned thereon (the "Settlement
Fund") should be approved by the Court as fair, reasonable and adequate;
(2) whether the Litigation should be dismissed with prejudice; (3) whether the Plan of Allocation of the Settlement Fund is fair, reasonable and adequate; (4) whether the application of Co-Lead Counsel for attorneys' fees and reimbursement of costs and expenses should be approved; and (5) whether the application for an award to Lead Plaintiffs pursuant to 15 U.S.C. '78u-4(a)(4) should be approved.

If you purchased or otherwise acquired Veritas securities between April 23, 2003 and July 6, 2004, inclusive, and were damaged thereby, your rights may be affected by the Settlement of this Litigation, and you may be entitled to share in the Settlement Fund. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Litigation and the Proof of Claim and Release form, you may obtain copies by writing to the Claims Administrator at Veritas Software Corporation Securities Litigation, c/o Berdon Claims Administration LLC, P.O. Box 9014, Jericho, NY 11753-8914. If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Proof of Claim and Release so that it is received no later than August 28, 2008 establishing that you are entitled to recovery.

If you desire to be excluded from the Class and not recover from the Settlement, you must submit a request for exclusion so that it is actually received by the Claims Administrator no later than June 30, 2008, in the manner and form explained in the detailed Notice referred to above. All Members of the Class who have not requested exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to any of the matters before the Court must be mailed or delivered so that it is received by each of the following no later than June 30, 2008, and must indicate that it is an Objection in the action: In re Veritas Software Corp. Securities Litigation, Case No.
04-CV-831 (SLR): (1) CLERK OF THE COURT, United States District Court, District Of Delaware, Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801; (2) Co-Lead Counsel for Lead Plaintiffs and the
Class: SCHATZ NOBEL IZARD P.C., Jeffrey S.
Nobel, Seth R. Klein, 20 Church Street, Suite 1700, Hartford, CT 06103; HARWOOD FEFFER LLP, Robert I. Harwood, Jeffrey M. Norton, 488 Madison Avenue, New York, NY 10022; and LABATON SUCHAROW LLP, Ira A. Schochet, Stephen W.
Tountas, 140 Broadway, New York, NY 10005; and (3) Counsel for
Defendants:
WILSON SONSINI GOODRICH & ROSATI, PC, Nina F. Locker, Peri Nielsen, 650 Page Mill Road, Palo Alto, CA 94304-1050; and POTTER ANDERSON & CORROON LLP, Peter J. Walsh, Jr., 1313 North Market Street, Wilmington, DE 19801. 2

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.

DATED: May 14, 2008                    BY ORDER OF THE COURT
                                       UNITED STATES DISTRICT COURT
                                       DISTRICT OF DELAWARE

SOURCE  Berdon Claims Administration LLC
    -0-             05/14/2008
    /CONTACT: Jeffrey Norton, Esq., Harwood Feffer LLP,
+1-212-935-7400/
    /Website: http://www.berdonclaims.com /

2