# EXHIBIT C

June 1, 2008

Veritas Software Corp. Securities Litigation-EXCLUSIONS
C/o Berdon Claims Admin LLC
PO Box 9014
Jericho, NY 11753-8914

Exclude the John H. Newman and Nancy C. Newman Family Trust dtd 3/18/1993 and John H. Newman and Nancy Newman, Trustees, from the Settlement Class for *In re Veritas Software Corporation Securities Litigation,* Case No. 04-CV-831 (SLR).

Holdings on April 23, 2003:   0

Purchases from April 23, 2003 to July 6, 2004:  6400 common shares
Sales April 23, 2003 to July 6, 2004:  1100 common shares

Please let us know promptly by mail if this request for exclusion is defective in any manner.

*[signatures]*

John H. Newman and Nancy C. Newman
Family Trust dtd 3/18/1993
John H. Newman and/or Nancy C. Newman, Trustees
312 Devonshire Blvd
San Carlos, CA
650 592 8737

June 21, 2008

Veritas Software Corporation Securities Litigation – Exclusions
c/o Berdon Claims Administration LLC
PO Box 9014
Jericho, NY 11753-8914

**RE: IN re Veritas Software Corporation Securities Litigation, Case No. 04-CV-831(SLR)**

To Whom It May Concern:

I am requesting, in writing, to be EXCLUDED, from the above litigation. Below is the pertinent information requested for exclusion from the settlement.

**Name:** William E Graff
**Address:** 110 NE Misty Meadow Lane
Lee's Summit, MO 64064
**Phone:** (816) 3737-2538

Type and Amount of Veritas Securities owned on April 23, 2003:                          zero (0) shares
Type and Amount of Veritas Securities purchased/sold April 23, 2003 and July 6, 2004:   100 shares
purchased on June 22, 2004

Thank you for processing my request. If you have questions, please feel free to contact me at the above address or phone number.

Sincerely,

*[signature]*
William E Graff

June 22, 2008

Veritas Software Corporation Securities Litigation
c/o Berdon Claims Administration LLC
P.O. Box 9014
Jericho, NY 11753-8914

Dear Claims Administrator,

I want to be excluded from "In re Veritas Software Corporation Securities Litigation", Case No. 04-CV-831 (SLR).

Shares held on April 23, 2003: None

Sold (short) 200 common shares on 5-23-03 at $24.14 per share. Net amount $4,817.77.

Purchased (to cover short position) 200 common shares on 5-27-03 at $25.11 per share.
Net amount $5,032.00.  Result: $214.23 loss.

No other shares were purchased, sold, or held during the class period.

Yours truly,

*John D. Lynch* (signature)

John D. Lynch
14520 NE 40th Street, Apt. #318
Bellevue, WA 98007-3307
Telephone (home) 425-882-4916

June 28, 2008

Dear Sirs:

I wish to be excluded from the Veritas litigation.

Noreen Betten

P.S. I received the information by mail on June 28.



Ms. Noreen Betten
6100 Montgomery Ct
San Jose, CA 95135

SAN JOSE CA 951
28 JUN 2008 PM 4 L

Veritas Software Corp. Securities Litiga
PO Box 9014
Jericho, N.Y. 11753-8914

c/o Berdon Claims Adm, LLC
11753+8914 8080