# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of July, 2008, a copy of the foregoing **Affidavit Of Michael Rosenbaum Re: Mailing And Publication Of Notice And Requests For Exclusion** was served electronically by CM/ECF upon the following:

>Peter J. Walsh, Esquire
>Potter Anderson & Corroon LLP
>The Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware  19801

_/s/ Norman M. Monhait_
Norman M. Monhait (#1040)