## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2008, a copy of the foregoing **Plaintiffs' Brief In Support Of Their Motion For Final Approval Of The Proposed Settlement** was served electronically by CM/ECF upon the following:

> Peter J. Walsh, Jr., Esquire
> Potter Anderson & Corroon LLP
> The Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware  19801

*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)