IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | Case No: 04-CV-831 (SLR) Consolidated Action |
| This Document Relates to: ALL ACTIONS |  |

### MOTION BY LEAD PLAINTIFFS FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

Pursuant to the Court's April 16, 2008 Order, Lead Plaintiffs, Tay Siew Choon and Mark Leonov, hereby move the Court, pursuant to Rule 23(h) and 54(d)(2), Fed. R. Civ. P., for an award of attorneys' fees in the amount of $6,450,000, representing 30% of the $21.5 million Settlement Fund, and for reimbursement of expenses in the amount of $403,395.07, plus interest, both of which were incurred in connection with the prosecution and successful resolution of this action and submit a proposed Order Awarding Attorneys' Fees and Reimbursement of Expenses (annexed hereto as Exhibit A).

In support of this motion, and as may be required by Fed. R. Civ. P. 54(d)(2)(B), Lead Plaintiffs state that plaintiffs' counsel are entitled to the award of attorneys' fees and reimbursement of expenses in the amounts requested herein as a result of having

created a substantial monetary fund for the benefit of all purchasers of the securities of Veritas Software Corporation during the period April 23, 2003 and July 6, 2004, previously certified by the Court's Order dated October 25, 2006.

In further support of this motion, Lead Plaintiffs rely upon: (a) the record herein; (b) the Stipulation of Settlement, as dated April 8, 2008, (the "Stipulation") previously filed with the Court; (c) the accompanying memoranda of law; (d) the Declaration of Robert I. Harwood in Support of the Motion for Final Approval of the Settlement and the Motion for an Award of Attorneys' Fees and Reimbursement of Expenses and Awards to Lead Plaintiffs; and (f) the Affidavit of Michael Rosenbaum of Berdon Claims Administration LLC .

Dated: July 24, 2008

**HARWOOD FEFFER LLP**
Robert I. Harwood
Jeffrey M. Norton
488 Madison Avenue
New York, NY 10022
Tel: (212) 935-7400

**LABATON SUCHAROW LLP**
Ira A. Schochet
David J. Goldsmith
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

**SCHATZ NOBEL IZARD P.C.**
Andrew M. Schatz
Seth R. Klein
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait
Norman M. Monhait (DSBA #1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070
(302) 656-4433
Email: nmonhait@rmgglaw.com

*Liaison Counsel for Lead Plaintiffs and the Class*