## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2008, a copy of the foregoing **Lead Plaintiffs' Brief In Support Of Application For An Award Of Attorneys' Fees And Expenses** was served electronically by CM/ECF upon the following:

Peter J. Walsh, Jr., Esquire
Potter Anderson & Corroon LLP
The Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801

_____
Norman M. Monhait (#1040)