IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. SECURITIES LITIGATION | : : : : : : | Case No: 04-CV-831 (SLR) Consolidated Action |
| This Document Relates to: ALL ACTIONS | : : : : : | |

**MOTION FOR AN AWARD TO LEAD PLAINTIFF
PURSUANT TO 15 U.S.C. § 78U-4(A)(4)**

Pursuant to the Court's April 16, 2008 Order, Lead Plaintiffs Mark Leonov and Tay Siew Choon ("Lead Plaintiffs") hereby submit their applications for an award of $15,000.00 each relating to their representation of the Settlement Class, pursuant to 15 U.S.C. §78u-4(a)(4). In support of this Application, Lead Plaintiffs have submitted (i) the Declaration of Mark Leonov (attached hereto as Exhibit A), (ii) the Declaration of Tay Siew Choon (attached hereto as Exhibit B), (iii) the Memorandum Of Law In Support Of Plaintiff's Motion For Final Approval Of Settlement And Application For Award Of Attorneys' Fees And Reimbursement Of Costs And Expenses, and (iv) [Proposed] Order Regarding Award To Lead Plaintiffs Pursuant To 15 U.S.C. §78u-4(a)(4) (attached hereto as Exhibit C).

Dated: July 24, 2008

| | |
|---|---|
| **HARWOOD FEFFER LLP**<br>Robert I. Harwood<br>Jeffrey M. Norton<br>488 Madison Avenue<br>New York, NY 10022<br>Tel: (212) 935-7400<br><br>**LABATON SUCHAROW LLP**<br>Ira A. Schochet<br>David J. Goldsmith<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br><br>**IZARD NOBEL LLP**<br>Andrew M. Schatz<br>Seth R. Klein<br>Andrew M. Schatz (of counsel)<br>20 Church Street, Suite 1700<br>Hartford, CT 06103<br>Tel: (860) 493-6292<br><br>*Co-Lead Counsel for Lead Plaintiffs and*<br>*the Class* | **ROSENTHAL, MONHAIT &**<br>**GODDESS, P.A.**<br>By: /s/ Norman Monhait<br>Norman M. Monhait (DSBA #1040)<br>919 Market Street, Suite 1401<br>Citizens Bank Center<br>P.O. Box 1070<br>919 Market Street<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>Email: nmonhait@rmgglaw.com<br><br>*Liaison Counsel for Lead Plaintiffs and*<br>*the Class* |