# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
IN RE VERITAS SOFTWARE CORPORATION  :   Case No. 04-CV-831 (SLR)
SECURITIES LITIGATION               :   Consolidated Action
---------------------------------------------------------------x

## DECLARATION OF MARK LEONOV
## IN SUPPORT OF APPLICATION FOR AN AWARD TO LEAD PLAINTIFFS

MARK LEONOV declares as follows:

1. I am one of the Court-appointed Lead Plaintiffs in the above-captioned action (the "Litigation"). I submit this Declaration in support of the Application for an Award To Plaintiffs Pursuant To 15 U.S.C. §78u-4(a)(4). I have personal knowledge of the matters referred to herein.

2. I have performed various duties in furtherance of my fiduciary obligations to the Class as Co-Lead Plaintiff and Class representative, as set forth below.

3. I reviewed and commented on numerous pleadings in the Litigation (including drafts of Plaintiffs' filings).

4. I engaged in numerous telephone conversations and several in-person meetings with Plaintiffs' Counsel throughout the course of the Litigation to discuss all aspects of the case, including the evidence developed during discovery, overall litigation strategy, avenues of potential factual investigation, and the strengths and weaknesses of the parties' various arguments.

5. I traveled from my residence in California to New York City to attend and actively participate in a mediation session with Defendants. This required me to spend three (3) entire days away from my business.

6. I actively participated in discussions with my counsel concerning the appropriate settlement of this Litigation.

7. I complied with Defendants' document requests and interrogatories.

8. I estimate that I devoted approximately one hundred and fifty (150) hours in connection with the above-described activities on behalf of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19 day of July 2008 at Los Altos Hills, California.

MARK LEONOV