# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------x
                                       :
IN RE VERITAS SOFTWARE CORPORATION     :   Case No. 04-CV-831 (SLR)
SECURITIES LITIGATION                  :   Consolidated Action
                                       :
---------------------------------------x

### DECLARATION OF TAY SIEW CHOON
### IN SUPPORT OF APPLICATION FOR AN AWARD TO LEAD PLAINTIFFS

TAY SIEW CHOON declares as follows:

1.   I am one of the Court-appointed Lead Plaintiffs in the above-captioned action (the "Litigation"). I submit this Declaration in support of the Application for an Award To Plaintiffs Pursuant To 15 U.S.C. §78u-4(a)(4). I have personal knowledge of the matters referred to herein.

2.   I have performed various duties in furtherance of my fiduciary obligations to the Class as Co-Lead Plaintiff and Class representative, as set forth below.

3.   I reviewed and commented on numerous pleadings and briefing on various motions in the Litigation (including drafts on Plaintiffs' filings).

4.   I reviewed, commented upon and consulted with counsel on various discovery requests as well as reviewed and commented upon a number of specific documents produced by defendants where counsel relied on my unique business experience and professional knowledge of software company operations.

5.   I engaged in numerous telephonic and email communications with counsel and my Co-Lead Plaintiff, Mr. Mark Leonov, throughout the course of the Litigation to discuss all aspects of the case, including the evidence developed during discovery, overall

litigation strategy, avenues of potential factual investigation, and the strengths and weaknesses of the parties' various arguments.

6. I complied with Defendants' document requests and interrogatories, reviewing, compiling and copying voluminous personal financial records for production to defendants.

7. I traveled from my residence in Singapore to New York City to meet with counsel and sit for a deposition in connection with Plaintiffs' Motion for Class Certification. This required me to spend 3 entire days away from my business, not including extensive international travel time.

8. I actively participated in discussions with my counsel concerning the appropriate settlement of this Litigation.

9. I estimate that I devoted more than 165 hours in connection with the above-described activities on behalf of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of July 2008, Singapore

_____
TAY SIEW CHOON