## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of July, 2008, a copy of the foregoing **Motion For An Award To Lead Plaintiff Pursuant To 15 U.S.C. § 78U-4(A)(4)** was served electronically by CM/ECF upon the following:

>Peter J. Walsh, Jr., Esquire
>Potter Anderson & Corroon LLP
>The Hercules Plaza, 6th Floor
>1313 N. Market Street
>Wilmington, Delaware 19801

_____
Norman M. Monhait (#1040)