ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN
P. BRADFORD deLEEUW

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

July 24, 2008

**BY HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, Delaware 19801

>          Re:    **In Re Veritas Software Corp. Securities Litigation**
>                 **D. Del., Civil Action No. 04-831 (SLR)** _____

Dear Judge Robinson:

In advance of the settlement hearing scheduled in this matter for Thursday, July 31, 2008 at 4:30 p.m., I enclose a copy of the following:

Plaintiffs' Brief In Support Of Their Motion For Final Approval Of The Proposed Settlement;

Motion By Lead Plaintiffs For An Award Of Attorneys' Fees And Expenses;

Lead Plaintiffs' Brief In Support Of Application For An Award Of Attorneys' Fees And Expenses;

Motion For An Award To Lead Plaintiff Pursuant To 15 U.S.C. §78U-4(A)(4);

Declaration of Robert I. Harwood In Support Of Lead Plaintiffs' Motion For Final Approval Of The Proposed Settlement, Lead Counsel's Application For An Award For Attorneys' Fees And Reimbursement Of Expenses, and Lead Plaintiffs' Application For An Award To Lead Plaintiffs Pursuant To 15 U.S.C. §78U-4(A)(4); and

The Honorable Sue L. Robinson
July 24, 2008
Page 2


Affidavits Of: (i) Robert I. Harwood; (ii) Seth R. Klein; (iii) Charles J. Piven; (iv) Ira A. Schochet; and (v) Norman M. Monhait in support of Joint Petition For Attorneys' Fees and Disbursements.

Counsel are available should Your Honor have any questions concerning this matter.

Respectfully,

Norman M. Monhait (#1040)

NMM:mst
Enclosures

cc:    Peter J. Walsh, Jr., Esquire          Jeffrey M. Norton, Esquire
       Seth R. Klein, Esquire                Steven Tountas, Esquire
       Clerk, U.S. District Court            Ira A. Schochet, Esquire