# EXHIBIT A

## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
IN RE VERITAS SOFTWARE CORPORATION    :    Case No. 04-831-SLR
SECURITIES LITIGATION                 :    Consolidated Action
---------------------------------------------------------------x

## EXCLUSIONS FROM THE CLASS

John H. Newman and Nancy C. Newman Family Trust dtd 3/18/1993
John H. Newman and Nancy Newman, Trustees
312 Devonshire Boulevard
San Carlos, CA

William E. Graff
110 NE Misty Meadow Lane
Lee's Summit, MO 64064

John D. Lynch
14520 NE 40th Street, Apt. #318
Bellevue, WA 98007-3307

Ms. Noreen Betten
6100 Montgomery Court
San Jose, CA 95135