## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE VERITAS SOFTWARE CORP. | : | Case No: 04-CV-831 (SLR) |
| SECURITIES LITIGATION | : | Consolidated Action |
|  | : |  |
|  | : |  |
|  | : |  |
| This Document Relates to: | : |  |
|  | : |  |
| ALL ACTIONS | : |  |
|  | : |  |

### ORDER REGARDING AWARD PURSUANT TO
### 15 U.S.C. §78u-4(a)(4)

This matter having come before the Court on July 31, 2008, on Motion for an Application for an Award to Lead Plaintiffs Mark Leonov and Tay Siew Choon ("Lead Plaintiffs") pursuant to 15 U.S.C. §78u-4(a)(4), and the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this litigation to be fair, reasonable, and adequate, and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.    Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiffs are each awarded $15,000, to be paid from the Settlement Fund.

**SO ORDERED** this  5th  day of August, 2008.


_____
Judge Sue L. Robinson
United States District Court