UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re VERITAS SOFTWARE CORP. SECURITIES LITIGATION | ) ) ) ) Case No. 04-CV-831 (SLR) Consolidated Action |

### NOTICE OF APPEAL

Class members and objectors Peter A. Spitalieri, Trustee u/t/d 6/10/88 and 771 Freedom Street LP hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's Order granting Motion for Attorney's Fees (Docket # 143) and the Final Order and Judgment (Docket # 145)

By their attorneys,

/s/: Jeffrey S. Friedman
Jeffrey S. Friedman (#3193)
Brian E. Lutness (#3572)
Silverman, McDonald & Friedman
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
302-888-2900 - phone
302-888-2923 -fax

Peter A. Spitalieri and 771 Freedom Street LP

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008 this document was filed via the ECF filing system, and that as a result electronic notice of this filing, along with an electronic copy, was served upon all counsel of record.

/s/: Jeffrey S. Friedman
DE BAR ID: 3193